**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD R. STANLEY,<br>[DOB: 09/27/1953]<br><br>Defendant. | Case No.<br><br>**COUNT ONE:**<br>26 U.S.C. § 7201<br>NMT: 5 Years Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years Supervised Release<br><br>**COUNT TWO:**<br>26 U.S.C. § 7212(a)<br>NMT: 3 Years Imprisonment<br>NMT: $5,000 Fine<br>NMT: 1 Year Supervised Release<br><br>$100 Mandatory Special Assessment On Each Count<br><br>Costs of Prosecution May Be Ordered |

**INDICTMENT**

**THE GRAND JURY CHARGES THAT:**

**INTRODUCTION**

At all times material to this Indictment:

1. Harold R. Stanley was a resident of Peculiar, Missouri. Stanley was an independent contractor who was employed by companies as a consultant. The fees paid by the companies to Stanley were reflected on IRS Form 1099.

2. Harold R. Stanley failed to file any tax returns for 2005 and 2006. For tax years 2007 through 2009, Stanley filed substantially correct returns but left the tax line entry blank and failed to submit any payment. The tax loss for 2005 through 2009 tax years is $264,294.

## COUNT ONE

3. Paragraphs 1 and 2 of this Indictment are re-alleged and incorporated by reference in this count as set out fully herein.

4. From on or about 2005, up to and including October 29, 2012, in the Western District of Missouri and elsewhere, Harold R. Stanley, a resident of Peculiar, Missouri, did willfully attempt to evade and defeat a large part of the income tax due and owing by him to the United States of America for the calendar years 2005 through 2009 by:

(a) submitting fake money orders for payment to the Internal Revenue Service;

(b) returning documents to the Internal Revenue Service claiming that the tax assessments are satisfied because they were "Accepted for Value"; and

(c) filling out payment vouchers with his name in all capital letters but not submitting payment.

All in violation of Title 26, United States Code, Section 7201.

## COUNT TWO

5. Paragraphs 1 and 2 of this Indictment are re-alleged and incorporated by reference in this count as set out fully herein.

6. Beginning on or about 2005, and continuing thereafter up to and including 2013, in the Western District of Missouri and elsewhere, Harold R. Stanley did corruptly endeavor to obstruct and impede the due administration of the internal revenue laws by:

(a) submitting fake money orders for payment to the Internal Revenue Service;

(b) returning documents to the Internal Revenue Service claiming that the tax assessments are satisfied because they were "Accepted for Value";

(c) filling out payment vouchers with his name in all capital letters but not submitting payment; and

(d) submitting a false criminal referral to the Internal Revenue Service - Criminal Investigation Division in Fresno, California.

All in violation of Title 26, United States Code, Section 7212(a).

A TRUE BILL.

___/s/ Marsha K. Elbasani______________
FOREPERSON OF THE GRAND JURY

___/s/ Paul S. Becker___________
Paul S. Becker
Assistant United States Attorney

Dated: ___8/25/15_____________