**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

**CRIMINAL CASE COVER SHEET**

| **Division of Filing** | | **Place of Offense** | **Matter to be Sealed** |
|---|---|---|---|
| ☑ **Western** | ☐ **St. Joseph** | | ☐ **Secret Indictment** |
| ☐ **Central** | ☐ **Southern** | **Jackson** ______ **County and elsewhere** | ☐ **Juvenile** |
| ☐ **Southwestern** | | | |

**Defendant Information**
Defendant Name ______ Harold R. Stanley ______
Alias Name ______________________
Birthdate ______ 09/27/1953 ______

**Related Case Information**
Superseding Indictment/Information ☐ Yes ☑ No if yes, original case number ____________
New Defendant ☑ Yes ☐ No
Prior Complaint Case Number, if any ______________________
Prior Target Letter Case Number, if any ______________________

**U.S. Attorney Information**
AUSA Paul S. Becker ______

**Interpreter Needed**
☐ Yes Language and/or dialect __________
☑ No

**Location Status**
Arrest Date ______________
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required ☐ Yes ☑ No
Warrant Required ☑ Yes ☐ No

**U.S.C. Citations**
Total # of Counts ___2___

| **Set** | **Index Key/Code/Offense Level** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|---|
| **1** | 26:7201.F/4510/4 | Attempt to Evade or Defeat Tax | 1 |
| **2** | 26:7212A.F/1500/4 | Corrupt or Forcible Interference | 2 |
| **3** | | | |
| **4** | | | |
| **5** | | | |

Date 8/25/15 ______ Signature of AUSA /s/ Paul S. Becker ______