IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v. Case No. 15-00271-01-CR-W-HFS

HAROLD R. STANLEY

AUSA: Paul S. Becker
Defense Atty.: Ronna Holloman-Hughes

| | | | |
|---|---|---|---|
| JUDGE: | **Sarah W. Hays**<br>U. S. Magistrate Judge | DATE/TIME: | **9/22/2015**<br>3:00pm-3:10pm |
| DEPUTY CLERK | Traci Chorny | TAPE/REPORTER | FTR/tc |
| INTERPRETER | None | PRETRIAL/PROB: | Nick Zych |

**FIRST APPEARANCE INDICTMENT AND ARRAIGNMENT**

Defendant advised:

1. Of the charge;
2. That he/she is not required to make any statement and that any statement made by him/her may be used against him/her in Court;
3. Of his/her right to retain counsel and to request assignment of counsel if he/she is unable to obtain counsel; and
4. Of his/her right to bail or, if no bail is set, to a detention hearing to determine if he/she is a flight risk or a danger to persons or the community.

BAIL

( x ) Bond & conditions of release continue as set out on September 15, 2015, from the Northern District of Oklahoma.

COUNSEL

( x ) The court will adopt the Affidavit of Financial Status entered in the Northern District of Oklahoma on September 15, 2015. The court will also adopt the Northern District of Oklahoma order appointing the Federal Public Defender ("FPD"), however, the court advised Mr. Stanley to find counsel to represent him. The court also asks that defendant file an income and expense statement. Upon the entry of appearance of retained counsel, the court will relieve the FPD of their duties. If defendant is unable to find counsel to represent him, and the court does appoint CJA counsel to represent him, the Court may require some form of payment into the CJA fund.

ARRAIGNMENT

( x ) Defendant charged in Count(s) 1-2 of a 2 Count indictment.
( x ) The count(s) of the indictment applicable to the defendant was read to the defendant.
( x ) Defendant was informed of the maximum punishment for each applicable count of the indictment.
( x ) Defendant entered a plea of not guilty to each count of the indictment applicable to him/her.

ORDERS

( x ) Defendant ordered released on a continuing bail bond.

( x ) Case ordered set for trial on the joint criminal jury trial docket which commences October 26, 2015.

( x ) The court will set a status conference the week of October 12, 2015.