IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15-00271-01-CR-W-HFS |
| | ) | |
| HAROLD R. STANLEY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

On August 25, 2015, an indictment was returned against Harold Stanley alleging that he attempted to evade or defeat payment of federal income taxes in violation of 26 U.S.C. § 7201 (Count I) and that he attempted to interfere with the administration of the IRS laws in violation of 26 U.S.C. § 7212(a) (Count II). The defendant was arrested in the Northern District of Oklahoma, and the Federal Public Defenders Office in that district was appointed to represent him during proceedings there. An arraignment in this district was scheduled for September 22, 2015, and pursuant to his request for counsel in the arresting jurisdiction, the Federal Public Defenders Office was appointed to represent him in this district. At the arraignment, after reviewing the pretrial report and the affidavit of financial status filed in the Northern District of Oklahoma, the Court became aware that defendant has a significant monthly income. Accordingly, the Court directed defendant to attempt to hire a lawyer. Defendant was advised that if he did not hire a lawyer, the Court would appoint a lawyer pursuant to the Criminal Justice Act (CJA) and require defendant to make payments into the CJA fund.[1]

[1] The Federal Public Defenders Office has no mechanism by which a defendant can make payments to their office in partial compensation for their representation.

The Pretrial Services Office was advised this week that the defendant had retained counsel who would be entering their appearance. Thereafter the Court received a Motion for Entry of Appearance, doc. #11, filed by the defendant in which he seeks permission for assistance in the case to be provided by a "Private Attorney General," Carl Weston. Based upon the pleading, it appears that Mr. Weston is not a licensed attorney. Accordingly, it is

ORDERED that the Motion for Entry of Appearance, doc. #11, is denied. It is further

ORDERED that defendant is directed to personally appear for the conference scheduled for October 13, 2015 at 11:20 a.m. in Courtroom 6E, 400 E. 9th, Kansas City, Missouri.

*/s/ Sarah W. Hays*
SARAH W. HAYS
UNITED STATES MAGISTRATE JUDGE