# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. |
| HAROLD R. STANLEY, | ) | 15-00271-01-CR-W-HFS |
| Defendant | ) | |

---

## MOTION TO DISMISS CHARGES AND EXCLUDE EVIDENCE EXCEEDING PERIOD OF LIMITATIONS

Defendant moves the Court to dismiss all charges and exclude all evidence pre-dating the periods of limitations imposed by 26 U.S.C. § 6531. Based on the Grand Jury indictment date of August 25, 2015, the period of limitations precludes prosecution for some alleged offenses prior to August 25, 2012, and for any alleged offense prior to August 25, 2009.

The indictment stands defective in the following points as a minimum:

¶ 2. Failure to file for 2005 and 2006 should be struck from the indictment, and should not be mentioned at any future time during these proceedings. Return forms for 2007 and 2008 also preceded the statute of limitations, and alleged defects therein should be struck from the indictment, and should not be mentioned at any future time during

these proceedings. All documents related thereto should be excluded from Plaintiff's evidence submitted to the Court.

¶ 4. All actions prior to August 25, 2009 should be struck from the indictment, should not be mentioned at any future time during these proceedings, and all documents dated prior to August 25, 2009 should be excluded from Plaintiff's evidence submitted to the Court.

¶ 6. All actions prior to August 25, 2012 should be struck from the indictment, should not be mentioned at any future time during these proceedings, and all documents dated prior to August 25, 2012 should be excluded from Plaintiff's evidence submitted to the Court.

¶ 6(d). The information referral was delivered to Fresno, CA on August 6, 2009. The information referral did not include any intimidation threats of force under § 7212(a) as referred to in § 6531(6). The time limit on this alleged offense is therefore also 3 years. This sub-paragraph should be struck from the indictment, should not be mentioned at any future time during these proceedings, and should be excluded from Plaintiff's evidence submitted to the Court.

Defendant therefore moves the Court to dismiss all charges and exclude all evidence pre-dating the periods of limitation imposed by 26 U.S.C. § 6531, and such other relief as the Court deems fit.

Respectfully submitted,

______________________________

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

cc/

Rodney Class
Private Attorney General
P.O. Box 435
High Shoals, NC 28077
704-740-5938

Carl Weston
Private Attorney General
P.O. Box 452051
Grove, OK 74345
918-202-8559

## Certificate of Notice

Motion to Dismiss Charges and Exclude Evidence Exceeding Statute of Limitations to be filed with the clerk of courts on this day of 8 and month of October in the year of our Lord 2015.

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of this Motion was sent via first-class U.S. Mail, postage pre-paid, this day of 8 and month of October in the year of our Lord 2015 to:

Paul S. Becker
Assistant United States Attorney
400 E 9th Street, Suite 5510
Kansas City, MO 64106

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com