610

1007 64106

**$19.99**
R2305H130340-01

# PRIORITY ★ MAIL ★ EXPRESS™

**OUR FASTEST SERVICE IN THE U.S.**

SCREENED BY [redacted] U.S. MARSHALS

EQ017788785US

PLACE

RECEIVED
15 OCT -9 PM 3:19
CLERK U.S. DIST. COURT
WEST. DIST. OF MO
KANSAS CITY, MO

**EXPRESS MAIL**
*UNITED STATES POSTAL SERVICE®*

**Addressee Copy**
Label 11-B, March 2004

**Post Office To Addressee**

**DELIVERY (POSTAL USE ONLY)**

| | | |
|---|---|---|
| Delivery Attempt<br>Mo. Day | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt<br>Mo. Day | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Date<br>Mo. Day | Time ☐ AM ☐ PM | Employee Signature |

**ORIGIN (POSTAL SERVICE USE ONLY)**

| | | |
|---|---|---|
| PO ZIP Code | Day of Delivery<br>☐ Next ☐ 2nd ☐ 2nd Del. Day | Postage<br>$ |
| Date Accepted<br>Mo. Day Year | Scheduled Date of Delivery<br>Month Day | Return Receipt Fee<br>$ |
| Time Accepted<br>☐ AM ☐ PM | Scheduled Time of Delivery<br>☐ Noon ☐ 3 PM | COD Fee $ / Insurance Fee $ |
| | Military<br>☐ 2nd Day ☐ 3rd Day | Total Postage & Fees<br>$ |
| Flat Rate ☐ or Weight<br>lbs. ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials |

**CUSTOMER USE ONLY**

☐ **WAIVER OF SIGNATURE** *(Domestic Mail Only)*
**Additional merchandise insurance is void if customer requests waiver of signature.**
I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

**NO DELIVERY**
☐ Weekend Holiday ☐

Mailer Signature

PRESS HARD. *YOU ARE MAKING 3 COPIES.*

**FROM:** (PLEASE PRINT) PHONE ( )

**TO:** (PLEASE PRINT) PHONE ( )

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

☐☐☐☐☐ + ☐☐☐☐

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.**

EMS

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

EMS

EP13F July 2013 OD: 12.5 x 9.5

PS10001000006

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE