# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. |
| HAROLD R. STANLEY, | ) | 15-00271-01-CR-W-HFS |
| Defendant | ) | |

---

## MOTION TO DISMISS FOR ERROR IN THE GRAND-JURY PROCEEDING UNDER FED. R. CRIM. P. RULE 12(b)(3)(A)(v)

Defendant moves the Court to dismiss the underlying indictment for material errors in the grand-jury proceeding under Fed. R. Crim. P. Rule 12(b)(3)(a)(v). These errors include excessive potential fines, and charges exceeding 26 U.S.C. § 6531 periods of limitation on criminal prosecutions.

The UNITED STATES erred by suggesting a fine of $250,000 for Count 1 under 26 U.S.C. § 7201. Defendant checked the uscode.house.gov website on October 7, 2015, where § 7201 reads "shall be fined not more than $100,000 ($500,000 in the case of a corporation)".

The UNITED STATES erred by inciting a grand jury indictment count for an offense that was clearly beyond the statute of limitations. The Information Referral Form 3949A, mis-characterized as a "false criminal referral" in

Count 2(d), was delivered on August 6, 2009 in Fresno, CA 93888. The grand jury indictment on August 25, 2015, was over 6 years after the alleged offense, well beyond the 3-year limit imposed by 26 U.S.C. § 6531.

The UNITED STATES erred by asserting violations beginning in 2005. Title 26 U.S.C. § 6531 imposes limitations of 3 years or 6 years depending on the nature of the alleged offense. The indictment is therefore also materially defective in over-reaching the period of limitations.

Defendant therefore moves to dismiss this case with prejudice for material error in the grand-jury proceeding, and such other relief as the Court may deem fit.

Respectfully submitted,

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

cc/

Rodney Class
Private Attorney General
P.O. Box 435
High Shoals, NC 28077
704-740-5938

Carl Weston
Private Attorney General
P.O. Box 452051
Grove, OK 74345
918-202-8559

## Certificate of Notice

Motion to Dismiss for Error in the Grand-Jury Proceeding Under Fed. R. Crim. P. Rule 12(b)(3)(a)(v) to be filed with the clerk of courts on this day of 8 and month of October in the year of our Lord 2015.

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of this Motion was sent via first-class U.S. Mail, postage pre-paid, this day of 8 and month of October in the year of our Lord 2015 to:

Paul S. Becker
Assistant United States Attorney
400 E 9th Street, Suite 5510
Kansas City, MO 64106

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com