**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. |
| HAROLD R. STANLEY, | ) | 15-00271-01-CR-W-HFS |
| Defendant | ) | |

---

## MOTION TO DISMISS INDICTMENT UNDER FED. R. CRIM. P. RULE 6(b)(2)

Defendant moves the Court to dismiss the underlying indictment under Fed. R. Crim. P. Rule 6(b)(2) based on objection to the grand jury.

Defendant met with I.R.S. Special Agent Richard Littrell on September 4, 2014 after learning of the UNITED STATES' investigations. Defendant asserted his right to address grand jury proceedings by letter to Assistant United States Attorney Paul Becker dated September 12, 2014, citing *Crawford v. Washington*, 124 S.Ct. 1354, 541 U.S. 36, 158 L.Ed.2d 177 (U.S. 03/08/2004).

Plaintiff denied Defendant a reasonable opportunity to address the grand jury that returned the underlying indictment in the Western District of

Missouri on August 25. Defendant was unavailable to be in Kansas City on August 25-31, and was told by Plaintiff's representative I.R.S. Special Agent Richard Littrell that the grand jury met twice monthly, and Defendant's appearance could potentially be rescheduled for September. By proceeding in the absence of the Defendant, the Defendant was thereby denied the right to counter the UNITED STATES' agents' testimony against Defendant before the grand jury.

Such testimony might well have averted great inconvenience and expense for both parties in pursuing the matter before this Court.

Defendant therefore moves to dismiss this case with prejudice, and such other relief as the Court deems fit.

Respectfully submitted,

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

cc/

Rodney Class
Private Attorney General
P.O. Box 435
High Shoals, NC 28077
704-740-5938

Carl Weston
Private Attorney General
P.O. Box 452051
Grove, OK 74345
918-202-8559

## Certificate of Notice

Motion to Dismiss Indictment Under Fed. R. Crim. P. Rule 6(b)(2) to be filed with the clerk of courts on this day of 8 and month of October in the year of our Lord 2015.

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of this Motion was sent via first-class U.S. Mail, postage pre-paid, this day of 8 and month of October in the year of our Lord 2015 to:

Paul S. Becker
Assistant United States Attorney
400 E 9th Street, Suite 5510
Kansas City, MO 64106

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com