# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. |
| HAROLD R. STANLEY, | ) | 15-00271-01-CR-W-HFS |
| Defendant | ) | |

---

## DEFENDANT'S EXHIBIT LIST
## WITNESS LIST

1. Anticipated questions of admissibility of evidence - reserved for stipulation at a later date pending disposition of open motions and submitted discovery by Plaintiff.

2. Congressional definition of payment to the UNITED STATES and the INTERNAL REVENUE SERVICE.

3. Normal jury panel of 12 with one alternate should be adequate. Employees of the UNITED STATES and other government agencies to be disqualified from jury panel for potential bias in favor of the Plaintiff.

4. Pending Motions

4A. Motion to Dismiss Indictment Under Fed. R. Crim. P. Rule 6(b)(2)

4B. Motion to Dismiss for Error in the Grand-Jury Proceeding Under Fed. R. Crim. P. Rule 12(b)(3)(a)(v)

4C. Motion to Dismiss Charges and Exclude Evidence Exceeding Period of Limitations [of 26 U.S.C. § 6531]

5. Estimated trial time is one day

6. Discovery problems - reserved for stipulation at a later date and pending submitted discovery by Plaintiff Becker with no affidavit of first-hand knowledge for Defendant to call Plaintiff's witnesses to stand for testimony under oath as required by *Crawford v. Washington,* 124 S.Ct. 1354, 541 U.S. 36, 158 L.Ed.2d 177 (U.S. 03/08/2004).

7. No proposed stipulations by Defendant at this time.

8. Defendant offers the following list of exhibits to be used for trial:

- Form 3949A Information Referral delivered August 6, 2009 to IRS CID in Fresno, CA, with USPS Track and Confirm
- Eighth Circuit Court of Appeals Case No. 12-1914, Appellant's Initial Brief, submitted May 29, 2012
- Eighth Circuit Court of Appeals Case No. 12-1914, Appellant's Reply Brief, submitted July 19, 2012
- Letter to Collections Due Process Hearing Officer David C. Melcher dated November 5, 2012, with USPS Track and Confirm
- Eighth Circuit Court of Appeals Case No. 12-1914, Appellant's Petition for Rehearing and Rehearing En Banc, submitted November 26, 2012

- Petition for a Writ of Certiorari from the Supreme Court of the United States, dated March 20, 2013
- United States Tax Court Case No. 7238-13, Petitioner's Reply to Respondent's Answer, dated September 11, 2013
- Letter to Assistant United States Attorney Paul S. Becker, dated September 12, 2014
- Affidavit of Revocation and Rescission filed into United States Tax Court Case No. 7238-13, served September 12, 2014 and received on September 17, 2014
- United States District Court, Northern District of Oklahoma, Complaint filed September 18, 2015
- The Lufkin Case docket sheet, Eastern District of Texas, Division No. 9:14-CV-138

9. Number of witnesses to be called at trial – estimated nine for the defense:

- Carl Weston, Private Attorney General, in-person
- Rod Class, Private Attorney General, in-person
- Joe Banister testimony from the public domain
- Tommy Crier testimony from the public domain
- Sherri Jackson testimony from the public domain
- Rep. Xavier Becerra testimony from the public domain
- Steve Miller testimony from the public domain
- Irwin Schiff testimony from the public domain

- Robert Bernhoft, federal I.R.S. defense attorney, testimony from the public domain, of the Bernhoft Law Firm 512-582-2100

Respectfully submitted,


Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com