IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA

Plaintiff,

-vs- Case No. 15-00271-01-CR-W-HFS

HAROLD R. STANLEY,

Defendant.

---

ORDER RELEASING
FEDERAL PUBLIC DEFENDER

Per the hearing held on October 13, 2015, and the Court having found defendant has knowingly waived his right to counsel, it is hereby

ORDERED that the Federal Public Defender and each member of his attorney staff be, and they are hereby, relieved as appointed counsel for the defendant at all further proceedings. Defendant will proceed Pro Se.

/s/ Sarah W. Hays
SARAH W. HAYS
UNITED STATES MAGISTRATE JUDGE

Kansas City, Missouri
October 13, 2015