**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. |
| HAROLD R. STANLEY, | ) | 15-00271-01-CR-W-HFS |
| Defendant | ) | |

---

# MOTION FOR CONTINUANCE TO REVIEW DISCOVERY

Defendant moves the Court to continue this case to allow adequate time to review discovery prior to the due date for pre-trial motions.

At the hearing on October 13, the parties agreed to a November 4, 2015 due date for pre-trial motions to support a trial during the session commencing January 4, 2016. Events beyond Defendant's control introduced unanticipated complications into Defendant's review of Plaintiff's discovery:

1. Roughly 85% of Plaintiff's discovery was received by Defendant at roughly 6 p.m. on October 21. One of the files covering the second 15% of the pages of discovery was unreadable to Defendant's Mac or Windows computers. Defendant notified Plaintiff by e-mail on October 22.

2. The last file was received on October 29, less than 1 week prior to the November 4 pre-trial motion due date.

3. Defendant did not expect to need to review the authenticity of each document proposed in discovery. However, the Witness 26 Exhibit 6 document addressed by separate motion casts aspersions on the authenticity of Plaintiff's 7,356 pages of discovery.

4. The last 3,798 pages (from Page 3,559 through 7,356) of the discovery include numerous documents not referenced nor indexed in the Witness/Exhibit list at the beginning of the discovery files. Some of the documents are duplicates of those attributed to witnesses, and others are first presented in these 3,798 pages. Some of the documents are duplicated multiple times within these 3,798 pages, as well as being duplicates of earlier documents. Some are of no relevance to the instant case for Tax Years 2005-2009, including records of Defendant's marriage in 1973, photographs of the bank in Peculiar where Defendant has an account, bank records for accounts opened in April and June 2010, and partial records of Defendant's state court alimony reform litigation and ensuing litigation against state actors.

Duplicate documents, irrelevant documents, and documents lacking authentication should not be presented at trial. Further, the sheer volume of duplicate and irrelevant documents should not be unfairly misrepresented to the Court and the trial jury – **and should not have been unfairly**

**misrepresented to the Grand Jury** - as voluminous evidence against Defendant.

Plaintiff assembled these documents over the course of a 2-year investigation.[1] With 2 years to assemble and organize, the Plaintiff should have properly documented sources, eliminated unnecessary duplication, eliminated irrelevant documents, organized documents logically, and indexed all documents. This would have expedited review by the Defendant before trial, and expedited presentation to the Court at trial. Plaintiff's lack of organization and unnecessary duplication has impeded Defendant – and will impede the Court – in the objective of a fair and speedy trial. Such disrespect for Defendant's time and the Court's time might be considered obstructive.

Defendant has performed a first – and necessarily cursory - review of the 7,356 pages of discovery during the 6-14 days the discovery has been in his possession. Defendant will separately file two pre-trial motions concerning the evidence based on his review to date, responsive to the existing November 4, 2015 deadline for pre-trial motions. Defendant could not conduct the detailed review and organization needed to identify all the evidence needing suppression within the existing time schedule for pre-trial motions.

---

[1] Based on discovery Pages 4178-4180, where agent Darneal documents his inquiries at the Oologah and Talala post offices on July 24, 2013.

Defendant therefore moves the Court to continue the case for a minimum of 90 days, and such other relief as the Court may deem fit.

Respectfully submitted,

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

**Certificate of Service**

The undersigned hereby certifies that a copy of the foregoing was delivered on November 3, 2015 to the CM/ECF system of the United States District Court for the Western District of Missouri.

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com