**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. |
| HAROLD R. STANLEY, | ) | 15-00271-01-CR-W-HFS |
| Defendant | ) | |

# MOTION TO SUBPOENA GRAND JUROR QUALIFICATIONS AND GRAND JURY TRANSCRIPT UNDER FED. R. CRIM. P. RULE 6(b)(1) AND 28 U.S.C. § 1867

Defendant moves the Court to subpoena Plaintiff and, if necessary, individual grand jurors under Fed. R. Crim. P. Rule 6(b)(1) and 28 U.S.C. § 1867 based on objection to the qualifications of the grand jury. Defendant further moves the Court to subpoena Plaintiff for the transcript of the Grand Jury proceedings that led to the indictment.

Reviewing Plaintiff's discovery received on October 21 and 29, it became clear that Plaintiff greatly enlarged the sheer volume of discovery with numerous duplicate copies of documents, with documents irrelevant to the years charged in the indictment, and with documents irrelevant to alleged

tax liability. Defendant's motion to suppress such evidence is conveyed separately.

Plaintiff's reply (Doc. 22) to Defendant's 6(b)(2) motion to dismiss (Doc. 15) asserts that "The Grand Jury was given an opportunity to deliberate and vote on whether they wish to proceed with a consideration of the Indictment or delay until the defendant was available to testify. The Grand Jury voted to proceed with the consideration of the Indictment." (Doc. 22, P. 3) Stanley's request was reasonable: he believed it to be a 2-week extension of a 1-1/2 year investigation.

The burgeoning volume of duplicate and extraneous evidence, and the Grand Jury's denial of reasonable request make it increasingly clear that:

> "Misconduct by the prosecutor has undermined the integrity of the Grand Jury proceedings[1]" (Doc. 22, P. 1), and/or
>
> Some members of the Grand Jury were not qualified to provide unbiased deliberation in this matter.

---

[1] *United States v. Fritz*, 852 F.2d 1175, 1177 (9th Cir. 1988)

Defendant therefore moves the Court to:

Subpoena Plaintiff and, if necessary, individual grand jurors to review their qualifications for unbiased deliberation under Fed. R. Crim. P. Rule 6(b)(1), and further,

Subpoena Plaintiff for the transcript of the Grand Jury proceedings to review whether burgeoning or extraneous evidence and/or prosecutor misconduct affected the Grand Jury deliberations, and further,

Such other relief as the Court deems fit.

Respectfully submitted,

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing was delivered on November 3, 2015 to the CM/ECF system of the United States District Court for the Western District of Missouri.

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com