# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. |
| HAROLD R. STANLEY, | ) | 15-00271-01-CR-W-HFS |
| Defendant | ) | |

---

## MOTION TO SUPPRESS EVIDENCE FOR TAX YEARS OUTSIDE THE INDICTMENT, TO SUPPRESS IRRELEVANT EVIDENCE, AND TO SUPPRESS DUPLICATE EVIDENCE

Defendant moves the Court under Fed. R. Crim. P. 12(b)(3)(C) to suppress all evidence that does not pertain directly to Tax Years 2005 through 2009 as charged in the indictment, and to suppress unnecessarily duplicate evidence.

Defendant's initial review of Plaintiff's discovery received on October 21 and 29, 2015[1] reveals documents from 15 years prior to the indictment range

[1] Following the court appearance on October 13, Plaintiff stated intent to deliver evidence to Defendant on disk by overnight express on October 14. As of Friday morning October 16, Defendant had not received the disk. Defendant attempted to contact Plaintiff by phone at 11:49 a.m. and 2:06 p.m., and found voice mail unavailable. Defendant sent e-mail at 4:25 p.m. on October 16. Defendant received two disks on October 21 around 6 p.m. When copying the disks to his computers on October 22, the file for Pages 1035-2072 could not be copied by either a Mac 10.10.5 or Windows 7 computer. Defendant e-mailed Plaintiff to request a replacement for this file. The replacement files were received on October 29.

of 2005 through 2009, for the ensuing 5 Tax Years, and for matters not related to taxes. Some examples:

- Witness 1, Exhibits 6, 7, 8, 9, 24, 25, 26, 27, 31, 32 – Account Transcripts and Information Return Program for Tax Years 2010-2013, and Notices of Deficiency for 2010 and 2011.
- Witness 1, Exhibit No. 17 – Account Transcripts [of tax returns] 1990 through 2004. Also appears on Pages 3598-3627. Other documents from some of those years on Pages 3801-3831.
- Witness 1, Exhibit 33 – The Truth About Frivolous Tax Arguments from IRS.gov dated March 2014. On Pages 353-414, then repeated on Pages 3935-3996.
- Witness 4, Exhibits 3 and 4 – regard transactions for Tax Years 2012 and 2013.
- Witness 7, Exhibits 7, 8, 9, 10, 16, 17, 18, 19, 25, 26, 27, 28, and 29 regard transactions for Tax Years 2010-2014.
- Witness 9 – was not a customer of Defendant until March 2010. All transactions are therefore for Tax Years beyond 2009.
- Witness 12, Exhibits 4, 5, 14, 15, 16, 17, 29, 30, 37, and 38 all regard Tax Years 2010 and 2011.
- Witness 14, Exhibits 9 and 10 – regards Tax Years 2010 and 2011.
- Witness 15 – includes transactions beyond 2009.

- Witness 17 – a bank account opened by Defendant's wife in April 2010.
- Witness 20 – a credit account opened in August 2010.
- Witness 22 – a mortgage applied for in June 2010.
- Witness 27 – property acquired in July 2010.
- Following the Witness 29 Vehicle Report ending on Page 3547, and the SAR link instructions ending on Page 3558, is 3,798 pages of documents that appear to be in no specific chronological or organizational order. Some documents are one or multiple duplicates of documents listed above, for example the two additional copies from Witness 1 Exhibit 17 listed above. Others follow the same errors listed above, covering Tax Years 2010 and later. Others are partial records of Defendant's state court alimony reform litigation and ensuing litigation against state actors, clearly not related to alleged federal income tax violations.

Defendant moves the Court to suppress all evidence that does not pertain directly to Defendant's Tax Years 2005 through 2009, to suppress all unnecessarily duplicate copies of evidence, and such other relief as the Court deems fit.

Respectfully submitted,

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

**Certificate of Service**

The undersigned hereby certifies that a copy of the foregoing was delivered on November 3, 2015 to the CM/ECF system of the United States District Court for the Western District of Missouri.

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com