**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. |
| HAROLD R. STANLEY, | ) | 15-00271-01-CR-W-HFS |
| Defendant | ) | |

# DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS CHARGES AND EXCLUDE EVIDENCE EXCEEDING PERIOD OF LIMITATIONS

Defendant files this reply in support of the subject motion (Doc. 13), in response to Plaintiff's suggestions in opposition. (Doc. 20). Plaintiff would thwart the plain language of 26 U.S.C. § 6531 by an overreaching interpretation of case law.

Even under the interpretations applied by Bennett[1], charges in the indictment exceed the period of limitations. Defendant notes that, as a minimum:

¶ 2. Failure to file for 2005 and 2006 should be struck from the indictment.

¶ 2. Return forms for 2007 and 2008 preceded the period of limitations, and alleged defects therein should be struck from the indictment.

¶ 6(d). The information referral was delivered to Fresno, CA on August 6, 2009. The information referral did not include any intimidation threats of force under § 7212(a) as referred to in § 6531(6). The time limit on this alleged offense is therefore also 3 years.

Defendant found many more evidence problems during review of discovery, often more egregious than anticipated at the time of writing the underlying motion.[2] Defendant's Motion to Suppress Evidence dated November 3 (Doc. 27) provides examples of proposed evidence pre-dating the period of limitations by up to 36 years.

---

[1] *United States v. Bennett*, 765 F.3d 887, 893 (8th Cir. 2014)

[2] Defendant began to receive Plaintiff's discovery October 21, 8 days after the subject motion (Doc. 13) was filed into the record.

Defendant therefore moves the Court to dismiss all charges and exclude all evidence pre-dating the periods of limitation imposed by 26 U.S.C. § 6531, and such other relief as the Court deems fit.

Respectfully submitted,

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

**Certificate of Service**

The undersigned hereby certifies that a copy of the foregoing was delivered on November 5, 2015 to the CM/ECF system of the United States District Court for the Western District of Missouri.

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com