**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HAROLD R. STANLEY,<br>Defendant. | Case No. 15-00271-01-CR-W-HFS |

**GOVERNMENT'S RESPONSE TO MOTION FOR CONTINUANCE TO REVIEW DISCOVERY**

The United States of America files this response to the defendant's Motion for Continuance to Review Discovery. (Doc. 24.) The defendant has requested that the trial date for this case be continued "for a minimum of 90 days". The trial is currently set on the docket scheduled to begin on January 4, 2016. The request for a 90 day continuance would move the case to the docket commencing on April 25, 2016. The Government does not oppose this request.

**PROCEDURAL SUMMARY**

On August 25, 2015, the Grand Jury returned a two-count Indictment charging defendant Harold R. Stanley with one count of tax evasion, in violation of 26 U.S.C. § 7201, and one count of corruptly endeavoring to obstruct and impede the due administration of the Internal Revenue laws, in violation of 26 U.S.C. § 7212(a). On September 22, 2015, the defendant was arraigned on the Indictment. On October 13, 2015, a hearing was held in which the Court granted the defendant's request for a continuance from the October trial docket until the January 2016 trial docket. On October 9, 2015, the defendant filed three motions to dismiss the Indictment. The

Government has responded to those motions. On November 3, 2015, the defendant filed this motion for continuance and three other motions. (Docs. 25-27.) The Government's responses to those motions are due on November 20, 2015.

The Government agrees that, due to the large volume of discovery materials provided to the defendant, he may, as a non-lawyer, need additional time to prepare and file motions. Additionally, the Government may need additional time to respond to these motions given their unusual claims.

Therefore, the Government does not oppose the defendant's request for continuance of the trial of this case from the January 4, 2016, trial docket to the trial docket commencing on April 25, 2016.

Respectfully submitted,

Tammy Dickinson
United States Attorney

By */s/ Paul S. Becker*

Paul S. Becker
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on November 6, 2015, to the CM-ECF system of the United States District Court for the Western District of Missouri, and a copy of the foregoing was mailed to:

Harold R. Stanley
P.O. Box 1236
Oologah, Oklahoma 74053-1236

*/s/ Paul S. Becker*
Paul S. Becker
Assistant United States Attorney