# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Harold Stanley,<br>Plaintiff 1 | ) | |
| v. | ) | Case No: ________________ |
| COMMISSIONER OF INTERNAL REVENUE,<br>Defendant 1, | ) | Consolidation of Cases:<br>United States Tax Court:<br>5096-10<br>5341-13<br>7238-13 |
| Eden R. Simpson,<br>Official and Personal Capacity,<br>Defendant 2, | ) | United States Court of Appeals for the Eighth Circuit:<br>12-1914<br>14-3848 |
| Paul S. Becker,<br>Official and Personal Capacity,<br>Defendant 3, | ) | United States District Court for:<br>Western District of Missouri:<br>15-00271-01-CR-W-HFS |
| John/Jane Doe,<br>Defendants 4, 5, etc. as added. | ) | Northern District of Oklahoma:<br>15-mj-175-FHM |

## APPENDIX A

## AFFIDAVIT OF REVOCATION AND RESCISSION

I, Harold R. Stanley, being a free man, natural born in Missouri, living and working as a man since 1953 and I, as such status, hereby make this Special Appearance, by Affidavit, At Law, in Common Law, with Assistance, Special, neither conferring nor consenting to any foreign jurisdiction, except to the judicial power of Missouri and/or America, and as such I willfully enforce all Constitutional limitations respectively on all government agencies when dealing with them. Wherefore, the undersigned Affiant, named herein and above, upon affirmation declares and evidences the following:

Defendant Exhibit A

1. I, Harold R. Stanley, am of lawful age and competent. I am a natural born free man domiciled in one of the united States of America, in fact, by right of heritage protected via hereditary succession by my predecessors' previous contracts with government as found in the Northwest Ordinance of 1787, the Articles of Confederation of 1777, the Constitution for the United States of America (1789) including its Preamble, and the Bill of Rights (1791) including its Preamble; and, as such, I retain all my unalienable rights granted by God in positive law, embodied in the Declaration of Independence (1776) and binding rights upon myself and my parentage, on this day and for all time now and hereafter. And further,

2. I, Harold R. Stanley, in order to protect my unalienable rights to life, liberty, and property, have been forced to amend certain legal documents and statements, due to the continued revelation and increased discovery of the continuous acts of fraud upon me by the *de facto* governments, both State and Federal, and therefore I declare that I am now and fully intend to remain free to amend any and all such documents and statements, as a matter of substantive right, for I cannot be held liable for either the acts or the omissions by governments which are out of my control, which acts and omissions constitute fraud in one form or another. Therefore, I proceed at all times "WITH EXPLICIT RESERVATION OF ALL MY UNALIENABLE RIGHTS AND WITHOUT PREJUDICE TO ANY OF MY UNALIENABLE RIGHTS", inclusive of my personal right to substantive and procedural due process proceedings under the Judicial Power of both my State and my Nation. And further,

3. That I was unaware that a completed, signed, and submitted "Form 1040" or "income tax return" and a "W-4" "Employee's Withholding Allowance Certificate", the authorization document that allows an employer to withhold a worker's wages from his compensation, are voluntarily executed instruments which could be used as *prima facie* evidence against me in criminal trials and civil proceedings to show that I had voluntarily waived my constitutionally secured rights and that I had voluntarily subjected myself to the federal income/excise tax, to the provisions of the Internal Revenue Code, and to the authority of the Internal Revenue Service (hereafter referred to as the IRS) by signing and thereby affirming under penalty of perjury that I was in effect a "person" subject to the tax. And further,

4. That I was unaware of the legal effects of signing and filing an income tax return as shown by the decision of the United States Court of appeals for the 9th Circuit in the 1974 ruling in the case of Morse v. U.S., 494 F.2d 876, 880, wherein the Court explained how one became a "taxpayer" by stating:



Defendant Exhibit A

"Accordingly, when returns were filed in Mrs. Morse's name declaring income to her for 1944 and 1945, and making her potentially liable for the tax due in that income, she became a taxpayer within the meaning of the Internal Revenue Code." And further,

5. That I was unaware that the signing and filing of an income tax return and other IRS forms are acts of voluntary compliance for a free man; that I was unaware that in a court of law the completed IRS documents can become *prima facie* evidence sufficient to sustain a legal conclusion by a judge that the signer has voluntarily changed his legal status from that of a free man who is not subject to any federal tax and who possesses all of his God-given Constitutionally secured rights when dealing with government, to the legal status of a "taxpayer" (any individual, trust, estate, partnership, association, company or corporation subject to a federal excise tax,) a "person" who is subject to a federal excise tax and is therefore subject to the authority, jurisdiction and control of the federal government under Title 26 of the United States Code, the statutes governing federal taxation and to the regulations of the IRS, thereby imposing the tax on himself and waiving his God-given Constitutionally secured rights in respect to the federal income/excise tax statutes and their administration by the IRS and establishing himself as one who has privileges only, but no rights in dealings with the IRS, the same as a corporation; that it is my understanding that the change of status resulting from the signed IRS documents is very similar to the change of status that occurs when one enlists in the military service and voluntarily takes an oath that subjects him to the authority, jurisdiction and control of the federal government under Title 10 of the United States Code, the statutes governing the armed forces and the regulations of the military service, thereby waiving his Constitutional rights in relation to dealings with the military services. And further,

6. That I am a free man endowed by my Creator with numerous inalienable rights to "life, liberty, and the pursuit of happiness," which rights are specifically identified in the Declaration of Independence and protected by the United States Constitution; that my birthright to "pursuit of happiness" has been interpreted by both the framers of the Constitution and the U.S. Supreme Court as including my inalienable right to contract, to acquire, to deal in, to sell, rent, and exchange properties of various kinds, real and personal, without requesting or exercising any privilege or franchise from government; that I have learned that these inalienable property rights also include my right to contract for the exchange of my labor-property for other properties such as wages, salaries, and other compensation, that I have never knowingly or intentionally waived any of these inalienable rights. And further,



Defendant
Exhibit A

7. That the courts have repeatedly ruled that government has no power to tax the exercise of any rights of men, as shown by the U.S. Supreme Court in the case of Murdock v. Pennsylvania, 319 U.S. 105 (1943) which stated: "A state may not impose a charge for the enjoyment of a right granted by the Federal Constitution." And further,

8. That I have previously been influenced by numerous and repeated public warnings made by the IRS via radio, television, the printed press and other public communication media warning of the "deadline" for filing a "Form 1040 Income Tax Return" and/or other IRS forms and documents and that I have been misled. And further,

9. That in addition to the aforesaid warnings, I have also been influenced by misleading and deceptive wording of IRS publications, IRS-generated news articles, the pressure of widespread rumors and misinformed public opinion, and the advice of lawyers, C.P.A. 's and income tax preparers which misled me to incorrectly believe that the 16th Amendment to the United States Constitution authorized Congress to impose a direct tax on me, my property, my exchanges of property and/or property received as a result of exercising my constitutionally secured right to contract; that I was further misled into believing I had a legal duty and obligation to file a "Form 1040 Income Tax Return", a "Form W-4 Employee's Withholding Allowance Certificate" and/or other IRS forms and documents. And further,

10. That I have also been further influenced, misled and alarmed by rumors, misinformed public opinion and the advice of lawyers, C.P.A.'s and income tax preparers to the effect that "the IRS will get you," and that it would be a crime punishable by fine and/or imprisonment if I did not fill out, sign and file with the IRS a "Form 1040". And further,

11. That in addition to the reasons stated previously, I was previously influenced by the common and widespread practice of employers who either knowingly or unknowingly misled their employees to believe that they are all subject to withholding of "income taxes" from their earnings, either with or without their permission, based upon the employers' possible mistaken assumption that they, as employers, are required by law to withhold "income taxes" from the compensation to their employees. And further,

12. That I have also been influenced and impressed by the IRS's annual public display and indiscriminate offering of large quantities of the "Form 1040" in



Defendant Exhibit A

banks, post offices, and through the U.S. mail which induced me to respond by filling out, signing, and sending to the IRS a "Form 1040." And further,

13. That said "Form 1040" contained no reference to any law or laws which would explain just exactly who is or is not subject to or liable for the income tax, nor did it contain any notice or warning to anyone that merely sending said completed "Form 1040" to the IRS would waive my right to privacy secured by the 4th Amendment and my right to not having to be a witness against myself secured by the 5th Amendment to the United States Constitution, and that the "Form 1040" would in itself constitute legal evidence admissible in a court of law, that the filer is subject to and liable for the income/excise tax even though and regardless of the fact that I, as a free man, am actually and legally not subject to or liable for any income/excise tax and have no legal duty or obligation whatsoever to complete and file a "Form 1040." And further,

14. That at no time was I ever notified or informed by the IRS, by any of its agents, or employees, nor by any lawyer, C.P.A., or tax preparer of the fact that the 16th Amendment to the United States Constitution, as correctly interpreted by the U.S. Supreme Court in such cases as Brushaber v. Union Pacific R.R. Co., 240 U.S. 1 (1916) and Stanton v. Baltic Mining Co., 240 U.S. 103 (1916) identified the income tax as an indirect excise tax in accordance with Article 1, § 8, Clause 1 of the United States Constitution, and that the 16th Amendment does not authorize a tax on men. And further,

15. That at no time was I ever notified or informed by the IRS, its agents, or employees, nor by any lawyer, C.P.A., or tax preparer of the fact that because of various rulings of the U.S. Supreme Court in such cases as Flint v. Stone Tracy Co., 220 U.S. 107 (1911), and Pollock v. Farmer's Loan and Trust Co., 157 U.S. 492 (1895), the indirect excise tax on incomes identified by the 16th Amendment is actually a tax upon corporation privileges granted by government and measured by the amount of corporate income (see Corporations Tax Act, Statutes at Large, 1909, vol. XXXVI, § 38, page 112); that this excise tax is also imposed on the amounts of money received by non-resident alien individuals and foreign corporations. And further,

16. That my attention has been called to Report No. 80-19A, titled "Some Constitutional Questions Regarding the Federal Income Tax Laws" published by the American Law Division of the Congressional Research Service of the Library of Congress, updated January 17, 1980; that this publication described the tax on "income" identified in the 16th Amendment of the United States Constitution as an indirect excise tax; that this report stated: "The Supreme Court, in a decision



Defendant Exhibit A

written by Chief Justice White, first noted that the 16th Amendment did not authorize any new type of tax, nor did it repeal or revoke the tax clauses of Article I of the United States Constitution, quoted above.", and further stated: "Therefore, it can clearly be determined from the decisions of the United States Supreme Court that the income tax is an indirect tax, generally in the nature of an excise tax," thus proving in my mind that the "income tax" is not a tax on me as a man, but is rather a tax as described by the U.S. Supreme Court in Flint v. Stone Tracy Co., 220 U.S. 107 (1911), wherein the court defined excise taxes as "... taxes laid upon the manufacture, sale, or consumption of commodities within the country, upon licenses to pursue certain occupations, and upon corporate privileges.", none of which classifications apply to me. And further,

17. That I was unaware of the truth of the IRS's rarely publicized statement that the "income" tax system is based upon "voluntary compliance with the law and self-assessment of tax"; that it has never been my intention or desire to voluntarily self-assess an excise tax upon myself; that I always thought that compliance was required by law. And further,

18. That I have examined §§ 6001, 6011, 6012, 7203, and 7205 of the Internal Revenue Code (Title 26 U.S.C.) and I am convinced and satisfied that I am not now, and never was any such "person" or "individual" referred to by these sections. And further,

19. That after careful study of the Internal Revenue Code and consultations on the provisions of the Code with lawyers, tax accountants, and tax preparers, I have never found or been shown any section of the Internal Revenue Code that imposed any requirement on me as a free unprivileged man to file a "Form 1040 Income Tax Return", or that imposed a requirement upon me to pay a tax on "income," or that would classify me as a "person liable," a "person made liable," or a "taxpayer," as the term "taxpayer" is defined in 26 U.S.C. §7701(a)(14) which states: "The term 'taxpayer' means any person subject to any internal revenue tax." And further,

20. That after the study and consultations mentioned previously, the only mention of any possible requirement upon me, as a man, to pay a tax on "income" that I could find or was shown in 26 U.S.C. was the title of Part I under Subtitle A, Chapter 1, Subchapter A, which is deceptively titled "Tax on Individuals;" that a careful study, and examination of this part of the Code showed no provision in the body of the statutes imposing any liability or requirement upon me as a man for payment of a federal excise tax on "income;" that my study and consultations showed that the law is determined by the actual wording contained in the body of a



Defendant
Exhibit A

statute, and not by the title; that the title of a statute is merely a general guide to the contents of the statute, and the title has no force or effect at law. And further,

21. That after study and consultations, my attention was called to Internal Revenue Code Chapter 21 titled "Federal Insurance Contributions Act" (social security), to Subchapter A of Chapter 21 titled "Tax on Employees," which includes § 3101 wherein the (social security) tax is identified as a tax on "income," not as an "Insurance Contribution," and not as a "Tax on Employees," or on wages or earnings; that my attention was further called to these facts: There is no provision in the Code that imposes the tax on employees or requires them to pay the tax; a voluntarily signed completed "W-4 Employee's Withholding Allowance Certificate" allows an employer to withhold money from a worker's pay for (social security) "income" tax, even though the worker has claimed on the form to be "exempt" from the graduated "income" tax; an employer has no authority to withhold money from a worker's pay for the (social security) "income" tax, the graduated "income" tax, or any IRS imposed penalty or assessment if there is no voluntarily signed "W-4" form in force. And further,

22. That after study and consultations, my attention was called to §61(a)(1) of the Internal Revenue Code which lists items that are sources of "income" and to these facts: that I.R.S. Collection Summons Form 6638 (12-82) confirms that these items are sources, not "income," by stating that the following items are "sources": "wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, pensions, business income, gains from dealings in property, and any other compensation for services (including receipt of property other than money).", that sources are not income, but sources become "income" if they are entered as “income" on a signed "Form 1040" because the signer affirms under penalty of perjury that the items entered in the "income" section of the "Form 1040” are “income” to the signer; that § 61(b) clearly indicates which Sections of the Code identify and list items that are included in "income" by stating: "For items specifically included in gross income, see Part II (sec. 71 and following).". And further,

23. That my attention was then called to the said Part II, titled: "Items Specifically Included in Gross Income;" that I studied §§ 71 through 87 and noticed that wages, salaries, commissions, tips, interest, dividends, pensions, rents, royalties, etc., are not listed as being included in "income" in those sections of the code; that, in fact, those items are not mentioned anywhere in any of these sections of the Internal Revenue Code. And further,

Defendant
Exhibit A

24. That after further study it appears clear to me that the only way that property received by me as a free unprivileged man in the form of wages, salaries, commissions, tips, interest, dividends, rents, royalties, and/or pensions could be, or could have been legally considered to be "income" is if I voluntarily completed and signed a "Form 1040 Income Tax Return," thereby affirming under penalty of perjury that information on the "Form 1040" was true and correct, and that any amounts listed on the "Form 1040" in the "income" block are "income," thereby acknowledging under oath that I am, or was subject to the tax and have, or had a duty to file a "Form 1040 Income Tax return" and/or other IRS forms, documents, and schedules, none of which instruments I have ever signed with the understanding that they were voluntarily signed. And further,

25. That with reliance upon the aforementioned U.S. Supreme Court rulings and upon my constitutionally protected 5th and 9th Amendment rights to lawfully contract, to work, and to lawfully acquire and possess property, I am convinced and satisfied that I am not now, nor was I ever subject to, liable for, or required to pay any income/excise tax, that I am not now and never was a "taxpayer" as the term is defined and used in the Internal Revenue Code, and that I have never had any legal duty or obligation whatsoever to file any "Form 1040" or make any "income tax return," sign any "Form W-4 Employee's Withholding Allowance Certificate," or other Internal Revenue forms, submit documents or schedules, pay any income tax, keep any records, or supply any information to the IRS. And further,

26. That both the U.S. Congress and the IRS, by deceptive and misleading words and statements in the Internal Revenue Code, as well as IRS publications and IRS-generated news articles, committed constructive fraud by misleading and deceiving me, as well as the general public, into believing that I was required to file "Form 1040 Income Tax Returns," "Form W-4 Employee's Withholding Allowance Certificates," and other IRS forms, documents, and schedules, and also to keep records, supply information, and to pay income taxes. And further,

27. That by reason of the aforestated facts, I do hereby exercise my rights as a free man, upheld by various court decisions to revoke, rescind, cancel and to render null and void, both currently and retroactively to the time of signing, based upon the constructive fraud perpetrated upon me by the U.S. Congress and the Internal Revenue Service, all "Form 1040 Income Tax Returns," all "Form W-4 Employee's Withholding Allowance Certificates," all “Form 4549 Income Tax Examination Changes”, all “Form 1040-V Payment Vouchers,” all “Money Orders,” all other IRS forms, letters, schedules, and related documents ever signed and/or submitted by me, and all my signatures on any of the aforementioned items;



Defendant Exhibit A

that this revocation and rescission is based upon my rights in respect to constructive fraud as established in, but not limited to the cases of Tyler v. Secretary of State, 184 A.2d 101 (1962), and also El Paso Natural Gas Co. v. Kysar Insurance Co., 605 Pacific 2d. 240 (1979) which stated: "Constructive fraud as well as actual fraud may be the basis of cancellation of an instrument." The U.S. Department of Justice in 09-CR-043 at Docket No. 71, Page 4 admitted "district directors," were abolished in the year 2000. "11 depositions of high ranking treasury officials and each of them, under oath, testified the position of "district director" was eliminated with the abolishing of "internal revenue districts.". And further,

28. **JUDICIAL NOTICE TO ALL PARTY FUTURE DEFENDANTS RECEIVING AND READING THIS DOCUMENT**

That, "Internal Revenue Investigation", Hearings before Subcommittee on Ways and Means House of Representatives, Eighty Third Congress, 1953, Thursday February 3rd: :

Testimony: Mr. Avis, Chairman, I.R.S.

Page 13 [*corrected prior typographical error*], Paragraph 4

**"Let me point this out now: Your income tax is 100 percent voluntary tax."**

And further,

29. I do hereby declare that I am not and I never was a "taxpayer" as that term is defined in the Internal Revenue Code, a "person liable" for any Internal Revenue tax, or a "person" subject to the provisions of that Code, and declare that I am, and have always been, a "nontaxpayer"; that courts have recognized and acknowledged that men can be nontaxpayers, "... for with them Congress does not assume to deal and they are neither of the subject nor of the object of revenue laws...", as stated by the Court in Long v. Rasmussen, 281 F. 236 (1922), and also Delima v. Bidwell, 182 U.S. 176, 179 and Gerth v. United States, 132 F. Supp. 894 (1955). And further,

30. That I transmitted the preceding 29 points of this Affidavit to Assistant U.S. Attorney Paul S. Becker on September 12, 2014 by certified mail No. 7007 2560 0001 9067 1106, with cover letter stating 'If your office pursues Grand Jury investigation, the undersigned asserts his Constitutionally-protected right to present his position to the Grand Jury, either personally or through counsel.



Defendant Exhibit A

This right was recently upheld in *Crawford v. Washington*, 124 S.Ct. 1354, 541 U.S. 36, 158 L.Ed.2d 177 (U.S. 03/08/2004). The Supreme Court ruled that the Confrontation Clause of the Constitution bars any form of hearsay testimony against defendants in criminal proceedings, stating that "interrogations by law enforcement officers [including IRS agents] fall squarely within that class."' And further,

31. That I received my next correspondence from Mr. Becker on August 2, 2015, inviting me to appear before the Grand Jury on August 26, 2015, followed up by a voice mail from Special Agent Richard Littrell on or about August 12, 2015 asking whether I had received the letter and whether I was available to address the Grand Jury on that date. And further,

32. That, after two or more exchanged voice mails, I spoke real-time with Mr. Littrell on or about August 19, 2015, explained my unavailability on August 25 or 26 due to a commitment made during May 2015 to be elsewhere that week, offered to make myself available during September 2015, and understood from Mr. Littrell that the Grand Jury meets twice monthly and he would ask Mr. Becker to reschedule me for September 2015. And further,

33. That my next interaction with Mr. Littrell was on September 15, 2015, at about 9:45 a.m. CDT when his team of at least 6 heavily armed and body-armor-clad law officers forcibly entered my home without a search warrant to execute an arrest warrant that was not produced until after I was hand-cuffed, shackled, and transported to a federal building in Tulsa Oklahoma where I was coerced under duress to provide my personal property fingerprints and personal property DNA. And further,

34. That the alleged "arrest warrant" contained no wet ink signature, and was not supported by any attached sworn Affidavit. And further,

Defendant
Exhibit A

35. That I reserve my unalienable right to amend this Affidavit at times and places of my own choosing, according as new facts and revelations are made available to me at various future times and places as yet unknown, and as yet to be determined, given the massive fiscal fraud which has now been sufficiently revealed to me by means of material and other reliable evidence which constitutes satisfactory and incontrovertible proof of the fraud to which I refer in this paragraph and elsewhere in this Affidavit. And further, Affiant saith not.

"Without Prejudice" U.C.C. 1-207/1-308 (Rev. Stat. MO §400-001.207)

Harold R. Stanley, Affiant

Subscribed and sworn to before me, a Notary Public, of the State of

Oklahoma, County of Rogers, this 17th day of September, 2015.

JOY WAGONER NOTARY #01002732 EXP. 02/18/17 PUBLIC STATE OF OKLAHOMA

Notary Public (Seal)

My Commission Expires On: 2-18-2017



Defendant Exhibit A