**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. |
| HAROLD R. STANLEY, | ) | 15-00271-01-CR-W-HFS |
| Defendant | ) | |

---

# DEFENDANT'S OBJECTION TO COURT'S REPORT AND RECOMMENDATION CONCERNING MOTION TO DISMISS INDICTMENT UNDER FED. R. CRIM. P. RULE 6(b)(2)

1. Defendant respectfully objects to the Court's Report and Recommendation (Doc. 44) concerning the Motion to Dismiss Indictment Under Fed. R. Crim. P. Rule 6(b)(2) (Doc. 15).

2. Defendant has been deprived of important liberties and substantial property by the Grand Jury proceedings. Defendant detailed these facts in the suggestions in support of the subject motion (Doc. 32).

3. Defendant maintains that these deprivations violate due process secured by the Bill of Rights. Defendant offered the Supreme Court

jurisprudence of *Crawford*[1] in the suggestions in support of the subject motion (Doc. 32).

4. Defendant maintains that the Supreme Court jurisprudence of *Crawford* supersedes the lower court caselaw relied upon by the Court in the subject report and recommendations.

## CONCLUSION

Defendant reserves his right to challenge the Court's report and recommendations and the constitutionality of supporting caselaw on appeal, if sustained in the Court's final order.

'fn3 Rule 103(d) allows us to "tak[e] notice of plain errors affecting substantial rights although they were not brought to the attention of the court." Fed. R. Evid. 103(d).' [2]

Respectfully submitted,

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905

[1] *Crawford v. Washington*, 124 S.Ct. 1354, 541 U.S. 36, 158 L.Ed.2d 177 (U.S. 03/08/2004).

[2] *United States v. Wilson*, 118 F.3d 228 (4th Cir. 07/02/1997), ¶97 as downloaded from VerusLaw®.

E-mail: hstanley@totelcsi.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on March 17, 2016 to the CM/ECF system of the United States District Court for the Western District of Missouri.

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com