**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD R. STANLEY,<br><br>Defendant. | Case No. 15-00271-01-CR-W-HFS |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTION TO THE REPORT AND RECOMMENDATION TO DENY THE MOTION TO DISMISS UNDER FEDERAL RULE 6(b)**

The United States of America files this response in opposition to the defendant's objection (Doc. 46)[1] to the report and recommendation (Doc. 44) to deny his motion to dismiss under Rule 6(b). (Doc. 15.) In the original motion, the defendant moved to dismiss the Indictment because he was deprived of his opportunity to testify before the grand jury. The report and recommendation set forth the clear case law that "refusal to permit a prospective defendant to present his case to the grand jury . . . sets forth no ground for dismissal of an indictment." (R & R, p. 3, *citing United States v. Goldstein*, 342 F. Supp. 661, 669 (E.D.N.Y. 1972).

In his objection, the defendant does not address this issue other than to state that the "defendant maintains the Supreme Court jurisprudence of Crawford supersedes the lower court case law relied upon by the court in the subject report and recommendations (*sic*)." Therefore,

[1] The objection to the report and recommendation was filed on March 17, 2016, three days beyond the period of time allowed for filing an objection to a report and recommendation.

the Government will rely upon its response (Doc. 22) and the well-reasoned report and recommendation of the magistrate judge.

Wherefore, the Government requests that the Court adopt the report and recommendation and deny the defendant's *pro se* motion to dismiss the Indictment under Fed. R. Crim. P. 6 (b)(2).

Respectfully submitted,

Tammy Dickinson
United States Attorney

By *Is/ Paul S. Becker*

Paul S. Becker
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on March 18, 2016, to the CM-ECF system of the United States District Court for the Western District of Missouri, and a copy of the foregoing was mailed to:

Harold R. Stanley
P.O. Box 1236
Oologah, Oklahoma 74053-1236

*Is/ Paul S. Becker*
Paul S. Becker
Assistant United States Attorney