**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD STANLEY,<br><br>Defendant. | Case No. 15-00271-01-CR-W-HFS |

**<u>GOVERNMENT'S LIST OF EXHIBITS</u>**

Comes now the United States of America by the undersigned counsel and files the attached list of exhibits which the Government may offer at trial and requests leave to amend this list as needed.

Respectfully submitted,

Tammy Dickinson
United States Attorney

By: */s/ Paul S. Becker*

Paul S. Becker
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Fifth Floor
Kansas City, Missouri 64106
Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on March 25, 2016 to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Paul S. Becker*
Paul S. Becker
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

HAROLD STANLEY,

Defendant.

Case No. 15-00271-01-CR-W-HFS

**EXHIBITS**

| | | | | | |
|---|---|---|---|---|---|
| ✓ | = | Offered & admitted without objection. | D.B. | = | Admitted, de bene. |
| X. | = | Offered & admitted over objection. | W.D. | = | Offered then withdrawn. |
| Ex. | = | Offered, but objected to and excluded. | Ltd. | = | Admitted for limited purpose. |
| N.O. | = | Marked but not offered. | | | |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | | | | 16th Amendment |
| 2 | | | | 26 U.S.C. § 1, tax imposed |
| 3 | | | | 26 U.S.C. § 61, gross income |
| 4 | | | | Reserved |
| 5 | | | | Reserved |
| 6 | | | | 2005 Form 1040 |
| 7 | | | | 2006 Form 1040 |
| 8 | | | | 2007 IRS Form 1040 Tax Return – Harold and Ellen Stanley |
| 9 | | | | 2008 IRS Form 1040 Tax Return – Harold and Ellen Stanley |
| 10 | | | | 2009 IRS Form 1040 Tax Return – Harold and Ellen Stanley |
| 11 | | | | Mailing to IRS from Harold Stanley – mailed on March 6, 2008 |
| 12 | | | | Mailing to IRS from Harold Stanley – mailed on December 10, 2008 |

______________________________

I certify that I have this date ____________________ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

______________________________ ______________________________

PRINTED NAME SIGNATURE

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 13 | | | | Request for IRS collection due process or equivalent hearing |
| 14 | | | | IRS account transcripts 1990 through 2004 |
| 15 | | | | Mailing to Cincinnati ACS on August 2, 2009 |
| 16 | | | | Mailing to IRS Memphis on August 2, 2009 from the Peculiar, Missouri |
| 17 | | | | IRS payoff calculator as of November 12, 2014 |
| 18 | | | | IRS revenue agent report – tax years 2007 through 2012 |
| 19 | | | | IRS revenue agent report for relevant conduct – tax years 2005, 2006, and 2012 |
| 20 | | | | IRS summary of changes |
| 21 | | | | Summary of compensation and expenses |
| 22 | | | | Bio Pappel check and invoice – 11/21/2008 payment |
| 23 | | | | Bio Pappel check and invoice – 07/15/2009 payment |
| 24 | | | | Bio Pappel check and invoice – 10/14/2012 payment |
| 25 | | | | Bio Pappel check and invoice – 12/20/2012 payment |
| 26 | | | | Bio Pappel Form 1099 – tax year 2008 |
| 27 | | | | Bio Pappel Form 1099 – tax year 2009 |
| 28 | | | | Bio Pappel Form 1099 – tax year 2012 |
| 29 | | | | |
| 30 | | | | Mid America Consultants payments from 2005 – 2013 |
| 31 | | | | Mid America Consultants invoices for payments made to Harold Stanley |
| 32 | | | | Mid America Consultants Form 1099 – tax year 2005 |
| 33 | | | | Mid America Consultants Form 1099 – tax year 2006 |
| 34 | | | | Mid America Consultants Form 1099 – tax year 2007 |
| 35 | | | | Mid America Consultants Form 1099 – tax year 2008 |
| 36 | | | | Mid America Consultants Form 1099 – tax year 2010 |
| 37 | | | | Mid America Consultants Form 1099 – tax year 2011 |
| 38 | | | | Tri-State G&T invoices, checks, and documentation – 2005 |
| 39 | | | | Tri-State G&T invoices, checks, and documentation – 2006 |
| 40 | | | | Tri-State G&T invoices, checks, and documentation - 2007 |
| 41 | | | | Tri-State G&T invoices, checks, and documentation - 2008 |
| 42 | | | | Tri-State G&T invoices, checks, and documentation - 2009 |
| 43 | | | | Tri-State G&T invoices, checks, and documentation - 2010 |
| 44 | | | | Tri-State G&T invoices, checks, and documentation - 2011 |
| 45 | | | | Tri-State G&T invoices, checks, and documentation - 2012 |
| 46 | | | | Tri-State G&T invoices, checks, and documentation - 2013 |
| 47 | | | | Tri-State payment log – 2005 |
| 48 | | | | Tri-State payment log – 2006 |
| 49 | | | | Tri-State payment log – 2007 |
| 50 | | | | Tri-State payment log – 2008 |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 51 | | | | Tri-State payment log - 2009 |
| 52 | | | | Tri-State payment log – 2010 |
| 53 | | | | Tri-State payment log – 2011 |
| 54 | | | | Tri-State payment log – 2012 |
| 55 | | | | Tri-State payment log - 2013 |
| 56 | | | | Tri-State Form 1099 – 2005 |
| 57 | | | | Tri-State Form 1099 - 2006 |
| 58 | | | | Tri-State Form 1099 – 2007 |
| 59 | | | | Tri-State Form 1099 – 2008 |
| 60 | | | | Tri-State Form 1099 – 2009 |
| 61 | | | | Tri-State Form 1099 – 2010 |
| 62 | | | | Tri-State Form 1099 – 2011 |
| 63 | | | | Tri-State Form 1099 – 2012 |
| 64 | | | | Tri-State Form 1099 - 2013 |
| 65 | | | | Tri-State invoices, checks, and documentation - 2014 |
| 66 | | | | Industrial Project Management invoices and payments – February 5, 2007 |
| 67 | | | | Industrial Project Management invoices and payments – February 26, 2007 |
| 68 | | | | Industrial Project Management invoices and payments – March 22, 2007 |
| 69 | | | | Industrial Project Management invoices and payments – April 10, 2007 |
| 70 | | | | Industrial Project Management invoices and payments – April 27, 2007 |
| 71 | | | | Industrial Project Management invoices and payments – May 21, 2007 |
| 72 | | | | Emerson Electric payment history |
| 73 | | | | Emerson Electric Form 1099 – 2010 |
| 74 | | | | Emerson Electric Form 1099 – 2011 |
| 75 | | | | Emerson Electric Form 1099 – 2012 |
| 76 | | | | Emerson Electric Form 1099 - 2013 |
| 77 | | | | Emerson Electric invoices submitted for payment |
| 78 | | | | Letter and attachment from Harold Stanley dated October 29, 2012 – mailed on October 29, 2012 from Oologah, Oklahoma, using Peculiar, Missouri, return address |
| 79 | | | | Notice of determination – tax years 2005-2009, February 25, 2013 |
| 80 | | | | Letter from Harold Stanley dated November 5, 2012 |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 81 | | | | Request for collection due process or equivalent hearing for tax years 2005, 2006, and 2009, dated August 29, 2012 – mailed August 29, 2012, from Collinsville, Oklahoma, using Peculiar, Missouri, return address |
| 82 | | | | Request for collection due process or equivalent hearing for tax years 2005, 2007, 2008, and 2009, dated August 29, 2012 – mailed August 29, 2012, from Collinsville, Oklahoma using Peculiar, Missouri, return address |
| 83 | | | | Notice of intent to levy – tax years 2005, 2007, 2008, and 2009, July 25, 2012 |
| 84 | | | | Notice of federal tax lien – Harold and Ellen Stanley – 2007, 2008, August 9, 2012 |
| 85 | | | | Notice of federal tax lien – Harold Stanley – tax years 2005, 2006, 2009, August 9, 2012 |
| 86 | | | | IBC – signature card 2005 |
| 87 | | | | IBC statements |
| 88 | | | | The Hartford – Insurance Policy |
| 89 | | | | Sale contract |
| 90 | | | | Payment log |
| 91 | | | | Checks |
| 92 | | | | |
| 93 | | | | |
| 94 | | | | |
| 95 | | | | |