**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD STANLEY,<br><br>Defendant. | Case No. 15-00271-01-CR-W-HFS |

**GOVERNMENT'S WITNESS LIST**

Comes now the United States of America, by and through its undersigned attorneys, and respectfully submits this list of witnesses whom the Government may call to testify at trial. The United States reserves the right to supplement this list to include other foundational or custodial witnesses who may become available or necessary.

1. Shauna Henline
   Senior Technical Coordinator
   Frivolous Return Program
   Internal Revenue Service
   Ogden, Utah

2. Ramon Hernandez
   Court Witness Coordinator
   Internal Revenue Service-Criminal Investigation
   Austin, Texas

3. Mary Jo Howard
   Tri-State G & T
   1100 West 116th Avenue
   Denver, CO 80233

4. Special Agent Richard Littrell
   Internal Revenue Service-Criminal Investigation
   Kansas City, Missouri

5. Kenneth Ludwig
Mid-American Consultants
9212 Nieman Road
Overland Park, KS 66214

6. David Melcher
Appeals Officer
Internal Revenue Service
2345 Grand Boulevard
Kansas City, MO 64108

7. Terry Prince
Freedom Electric
2420 Sherlock Road
Garden City, KS 67846

8. Barry Rodgers
Industrial Project Management
4712 West 70th Street
Prairie Village, KS 66208

9. Isaac Rosas
Administrative Manager
Bio Pappel (formerly McKinley Paper Company)
2309 Renard Place
Albuquerque, NM 87106

10. Brian Rychener
Tri-State G & T
Escalante Generating Station

11. Eden Simpson
Revenue Officer
Internal Revenue Service
6717 Shawnee Mission Parkway
Overland Park, KS 66202

12. Deborah Voronkov
Emerson Electric
610 Executive Campus Drive
Westerville, OH 43082

13. Janice Willard
Revenue Agent
Internal Revenue Service
6717 Shawnee Mission Parkway
Overland Park, KS 66202

**Custodians of Records**[1]

14. Ally Financial
200 Renaissance Center
Detroit, MI 48265

15. Bank of America
P.O. Box 15047
Wilmington, DE 19850

16. Bank of Oklahoma
124 East 14th Street
Tulsa, OK 74103

17. Cass County, Missouri Recorder of Deeds
102 East Wall Street
Harrisonville, MO 64701

18. Citimortgage
701 East 60th Street, North
Sioux Falls, SD 57117

19. Community Bank of Raymore
801 West Foxwood Drive
Raymore, MO 64083

20. Fidelity Investments
P.O. Box 770001
Cincinnati, OH 45277

21. Grants State Bank
P.O. Box 1088
Grants, NM 87020

22. IBC Bank
1200 Bernardo
Laredo, TX 78040

---

[1] The Government intends to file a motion pursuant to Fed. R. Evid. Rule 902 (11) to admit these documents as certified domestic records of a regularly conducted activity.

23. John Deere Financial
6400 Northwest 86th Street
Johnston, IA 50131

24. Missouri Department of Revenue
301 West High Street
Jefferson City, MO 65101

25. Oklahoma Tax Commission
2501 North Lincoln Boulevard
Oklahoma City, OK 73194

26. Rogers County, Oklahoma
200 South Lynn Riggs Boulevard
Claremore, OK 74017

27. Wells Fargo Bank
P.O. Box 29728
Phoenix, AZ 85038

Respectfully submitted,

Tammy Dickinson
United States Attorney

By *Paul S. Becker*

Paul S. Becker
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO 64106
Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on March 25, 2016, one in a to the Electronic Filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Paul S. Becker*
Paul S. Becker
Assistant United States Attorney