Form **3949 A** (2-2007)

Department of the Treasury – **Internal Revenue Service**

# Information Referral

*(See instructions on reverse)*

OMB # 1545-1960

1. Taxpayer Name
HAROLD R. STANLEY
a. Street Address
10707 E. 240TH STREET
b. City/State/ZIP
PECULIAR, MO 64078
c. Social Security Number (SSN)
[redacted]
d. Occupation
e. Date of Birth

2. Business Name
INTERNAL REVENUE SERVICE
a. Street Address
b. City/State/ZIP
c. Employer Identification Number
d. Principal Bus Activity

3. Marital Status
☐ Married ☐ Single ☐ Head of Household
☐ Divorced ☐ Separated

3a. Name of Spouse

4. Alleged Violation of Income Tax Law (Check all that apply).

| | | | |
|---|---|---|---|
| ☐ False Exemption | ☐ Unsubstantiated Income | ☐ Unreported Income | ☐ Failure to Withhold Tax |
| ☐ False Deductions | ☐ Kickback | ☐ Narcotics Income | ☐ Wagering/Gambling |
| ☐ Multiple Filing | ☐ False/Altered Documents | ☐ Public/Political Corruption | ☐ Earned Income Credit |
| ☐ Organized Crime | ☐ Failure to Pay Tax | ☐ Failure to File Return | ☑ Other (Describe below) |

5. Unreported Income and Tax Years (Fill in Tax Years and dollar amount(s), if known, e.g., TY2005 $10,000)

TY____ $________ TY____ $________ TY____ $________ TY____ $________ TY____ $________ TY____ $________

a. Comments (Briefly describe the facts of the alleged violation - Who/What/Where/When/How. Attach another sheet, if needed).

TY 2006 - appears that agents are collecting multiple settlements without proper accounting to the year's alleged tax debt. Has resulted in a July 6, 2009 (received July 31, 2009) threat of lien of assets, attached. Multiple prior settlement instruments were provided and no timely rejection occurred: silence=acquiescence.

July 15, 2009 - a 3751C form letter was mailed alleging a frivolous filing on a date for which I have no record of any transmittal. Front page attached.

b. Are books/records available?
☑ Yes ☐ No

c. Do you consider the taxpayer dangerous?
☐ Yes ☐ No

d. Banks, Financial Institutions used by the taxpayer:
Name: Name:
Address: Address:
City/State/ZIP: City/State/ZIP:

e. Please describe how you learned and/or obtained the information in this report (Attach another sheet, if needed):

6. Your Name: Harold R. Stanley
a. Address: c/o 10707 E. 240th Street
b. City/State/ZIP: Peculiar, Missouri [64078]
c. Telephone Number (Please include the Area Code):

For Mailing Address, see Instructions

For Paperwork Reduction Act, see Instructions

Catalog Number 47872E

Form **3949 A** (Rev. 2-2007)

COPY

EXHIBIT 4

UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7008 3230 0000 1630 8979**
Status: **Delivered**

Your item was delivered at 12:47 pm on August 06, 2009 in FRESNO, CA 93888. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

Restore Offline Details > ? Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Go >

Site Map Customer Service Forms Gov't Services Careers Privacy Policy Terms of Use

Business Customer Gateway

Copyright © 2009 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA

COPY

EXHIBIT 4