# CASE NUMBER 12-1914

## IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

HAROLD RAY STANLEY,

Petitioner-Appellant, *pro se,*

v.

COMMISSIONER OF INTERNAL REVENUE

Respondent-Appellee

Appeal from the United States Tax Court
Case Number 5096-10L

---

# APPELLANT'S REPLY BRIEF

---

Harold R. Stanley, Appellant *pro se*
P.O. Box 399
Peculiar, Missouri 64078
Telephone: 816-210-5905
E-mail: hstanley@fairpoint.net

# TABLE OF CONTENTS

TABLE OF CONTENTS ........ i

TABLE OF AUTHORITIES ........ ii

ARGUMENT ........ 1

I. I.R.C. §§ 7121 and 7122 do not define payment ........ 1

II. Government agency status does not exempt the I.R.S. from customary commercial procedure ........ 2

CONCLUSION ........ 3

CERTIFICATE OF COMPLIANCE WITH RULE 32 (a) ........ 4

CERTIFICATE OF SERVICE ........ 5

# TABLE OF AUTHORITIES

## STATUTES AND RULES

Uniform Commercial Code (U.C.C.) – codified as Delaware Title 6, and Rev. Stat. MO Chapter 400 ........................................................ 1, 2

26 U.S.C. (I.R.C.) § 7121 - Closing agreements ........................................ 1

26 U.S.C. (I.R.C.) § 7122 - Compromises ................................................ 1

## CASES

*Cooke et. al. v. United States*, 91 U.S. 389 (U.S. 10/01/1875) .................. 2

*United States v. Zarra*, 810 F. Supp. 2d 758, 765 (W.D. Pa. 2011) .......... 1

## ARGUMENT

The I.R.S. reply brief correctly argues that a state statute "does not apply to the extent that it conflicts with the Internal Revenue Code". (Reply Br. 26, citing *United States v. Zarra*, 810 F. Supp. 2d 758, 765 (W.D. Pa. 2011), emphasis added). But the I.R.S. does not identify conflicting federal law to supersede the U.C.C. in contested areas, and I.R.S. status as a government agency does not automatically exempt it from compliance with applicable portions of the U.C.C..

### *I. I.R.C. §§ 7121 and 7122 do not define payment*

Petitioner asked the I.R.S. to provide federal laws defining "commercially acceptable means" of payment. (Br. Page 14). Petitioner's question remains unanswered.

The I.R.S. reply brief prescribes I.R.C. §§ 7121 and 7122 as "the exclusive procedures for settling federal tax claims" (Reply Br. 23). On review, §§ 7121 and 7122 regulate closing agreements and forms of compromise. Sections 7121 and 7122 do not define "commercially acceptable means" of payment.

In the absence of conflicting federal law, the U.C.C. governs in payment means.

## *II. Government agency status does not exempt the I.R.S. from customary commercial procedure*

The Supreme Court wrote: "It was conceded in the argument, that, when the United States become parties to commercial paper, they incur all the responsibilities of private persons under the same circumstances." *Cooke et. al. v. United States*, 91 U.S. 389 (U.S. 10/01/1875)

Timely handling of the counterfeit notes was also discussed in *Cooke*: "The return should have been made within a reasonable time". *ibid.*

In the absence of conflicting federal law, the U.C.C. governs in timely notice and return of dishonored documents.

## CONCLUSION

The I.R.S. has not presented conflicting federal law for the contested payment means and procedures. The U.C.C. therefore governs in these areas.

The Court should find that Mr. Stanley has settled liabilities assessed by the I.R.S. against HAROLD STANLEY.

Respectfully submitted,

_HRS_____________________________

Harold R. Stanley, Appellant *pro se*
P.O. Box 399
Peculiar, Missouri 64078
Telephone: 816-210-5905
E-mail: hstanley@fairpoint.net
July 19, 2012

## CERTIFICATE OF COMPLIANCE WITH RULE 32 (a)

Certificate of Compliance with Type-Volume Limitation, Typeface Requirements, and Type Style Requirements:

1. This brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because this brief contains less than 676 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii).

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word for Mac 2011 Version 12.3.3 in 14-point Century Schoolbook.

_HRS______________________

Harold R. Stanley, Appellant *pro se*
P.O. Box 399
Peculiar, Missouri 64078
Telephone: 816-210-5905
E-mail: hstanley@fairpoint.net
July 19, 2012

## CERTIFICATE OF SERVICE

I hereby certify that, on this 19th day of July 2012, I electronically filed a PDF version of the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

_HRS___________________________
Harold R. Stanley, Appellant *pro se*
July 19, 2012