**USPS Express Mail No.________________________________________**

Harold R. Stanley, Authorized Representative for
HAROLD RAY STANLEY
P.O. Box 399
Peculiar, Missouri 64078-0399

November 5, 2012

DAVID C MELCHER
INTERNAL REVENUE SERVICE
KANSAS CITY APPEALS
2345 GRAND BLVD, SUITE 302
KANSAS CITY, MO 64108

Re: Collections Due Process Hearing Follow-up
Unlawful Collection Activities for 2006

Dear Mr. Melcher:

Thank you for the telephone conference on October 31, 2012.

As I stated in that call, the I.R.S. unlawfully levied against HAROLD R STANLEY's receivables for 2006 liabilities, during the pendency of appeals. As you requested, enclosed is evidence of the litigation in the United States Court of Appeals for the Eighth Circuit:

> Case No. 12-1914 Motion to Cease and Desist Collection Activities Violating 26 U.S.C. §6330(e)(1) dated August 31, 2012
>
> Case No. 12-1915 [sic] Response in Opposition to Appellant's Motion to Cease Collection Activities filed September 6, 2012

The I.R.S. agreed on Page 1 of their response: "the IRS inadvertently failed to place a 'freeze code' on Stanley's account". The IRS unlawfully levied against HAROLD R STANLEY's receivables as indicated in the enclosed levies dated August 29 and releases dated September 5.

Levies were sent to banks in communities where I live and work, and to clients that I've served for up to 33 years. The I.R.S.' unlawful actions irreparably harmed my reputation in my personal and business communities, and caused extreme mental anguish. It is impossible to gauge the long-term impact of this unlawful action on my future ability to earn wages in my 40-year profession.

Although the Court of Appeals upheld the Tax Court's sua sponte judgment on October 15, I will be petitioning the Court of Appeals timely for rehearing. Year 2006 therefore remains in the appeals process.

Neither the I.R.S., the Department of Justice attorneys for the I.R.S., nor the courts have answered the fundamental question I honestly posed to you last Wednesday: what is and where is the statutory definition of "payment" to the I.R.S.?

Feel free to call if you have any further questions.

Authorized Representative for
HAROLD RAY STANLEY

UNITED STATES
POSTAL SERVICE

Date: September 8, 2013

Harold Stanley:

The following is in response to your September 8, 2013 request for delivery information on your Priority Mail Express® item number EI291429985US. The delivery record shows that this item was delivered on November 6, 2012 at 11:45 am in KANSAS CITY, MO 64999 to I INTERNAL REVENUE. The scanned image of the recipient information is provided below.

Signature of Recipient :




Address of Recipient :




Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

English Customer Service USPS Mobile Register / Sign In

USPS

Search USPS.com or Track Packages

Quick Tools
Track & Confirm
Enter up to 10 Tracking #' Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Find a ZIP Code™
Hold Mail
Change of Address

Ship a Package Send Mail Manage Your Mail Shop Business Solutions

# Track & Confirm

GET EMAIL UPDATES PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| | Priority Mail Express™ | Delivered | November 6, 2012, 11:45 am | KANSAS CITY, MO 64999 | **Scheduled Delivery Day** November 6, 2012, 12:00 pm<br>Money Back Guarantee for Loss Only<br>PO to Addressee<br>**Proof of Delivery** |
| | | Notice Left (No Authorized Recipient Available) | November 6, 2012, 8:44 am | 64107 | |
| | | Arrival at Post Office | November 6, 2012, 8 35 am | 64107 | |
| | | Processed through USPS Sort Facility | November 6, 2012, 7 26 am | 64107 | |
| | | Processed through USPS Sort Facility | November 5, 2012, 8 22 pm | TULSA, OK 74141 | |
| | | Dispatched to Sort Facility | November 5, 2012, 4:41 pm | OOLOGAH, OK 74053 | |
| | | Acceptance | November 5, 2012, 2 31 pm | OOLOGAH, OK 74053 | |

### Check on Another Item

What's your label (or receipt) number?

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

USPS.COM