**Certified Mail No. <u>7007 2560 0001 9067 1106</u>**

Harold R. Stanley
P.O. Box 399
Peculiar, Missouri 64078-0399

September 12, 2014

Paul S. Becker
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East 9th Street, Suite 5510
Kansas City, MO 64106-2637

Re: Your Letter of January 27, 2014

Dear Mr. Becker:

Thank you for your letter of January 27, 2014, hand delivered by Agent Littrell on March 27, 2014. I appreciate your and Mr. Littrell's schedule indulgence following my father's unexpected death on April 8.

Although I don't welcome the threats in the letter, I will welcome a lawful response to my Form 3949A Information Referral delivered to IRS CID in Fresno, CA on August 6, 2009.

I believed then and believe today that I lawfully settled my Year 2006 alleged tax liabilities. After receiving multiple bills from the IRS culminating in lien threats on July 6, 2009, I asked IRS CID to investigate agents' accounting for my settlement documents. I attached my Year 2006 documents to that date, reasonably expecting IRS CID to review and either:

- Correct the accounting within the IRS, or
- Contact me to discuss deficiencies in the process I had followed

Instead, a barrage of computer-generated form letters continued unrelentingly, forcing me into a 5-year marathon of Collections Due Process, Tax Court, and Appeals Court proceedings.

The IRS' practices should be no more expansive and no more constrictive than the laws enacted by Congress. Through these 5 years of litigation, my one simple question remains unanswered: **what is and where is the <u>lawful</u> definition of "payment" to the IRS?**

I asked that simple question in a due process hearing, multiple times in Tax Court, and multiple times in the Court of Appeals. I presented the question to the Supreme Court of the United States in my petition for a writ of certiorari.

Answers from the IRS ranged from an enraged "I'm NOT going there" (or words to similar effect), to an un-cited "Treasury Regulation", to inapposite Tax Court case law, to inapplicable I.R.C. §§ 7121 and 7122 provisions. Even Messrs. Littrell and Klingenberg, in our meeting on September 4, could not cite **the law** passed by Congress and governing payments to the IRS.

I do not believe these criminal investigation agents, or any other government agent, can assert non-settlement of alleged tax liabilities, when no one of them so far has been able – or willing – to cite **the law** against which my documents were supposed to prepared.

I was therefore understandably confused to receive your letter over 4-1/2 years after I initiated contact with IRS CID. You letter suggests serious violations of Federal statutes. Please understand that I have the highest respect for lawful governance for the public welfare: my 45-year drivers' license record does not contain even one speeding ticket.

The commercial process I followed resulted from extensive research that I continue to believe to be valid. Since the August 2009 complaint I have documented over 1300 man-hours revisiting my research, preparing filings, and writing other answers to IRS allegations of deficiency.

I have followed due process and pursued the answer to this critical question for over 5 years. The IRS assaulted my personal character with vituperation, sullied my working reputation with unnecessary intrusions into my client relationships, and levied against my bank account and receivables violating 26 USC § 6330 (e)(1). The resultant financial damage, and emotional pain and suffering have been enormous.

In my opinion, the IRS has operated outside the laws passed by the Congressional representatives of the people. On the basis of this constructive fraud, attached is my Affidavit of Revocation and Rescission of my signature on all Form 1040's and all related documents that I have signed and submitted to the IRS in past years.

I am preparing a 42 USC § 1983 suit against the IRS, agent Eden Simpson, and other involved parties in their personal capacities for damages. They violated 26 USC § 6330 (e)(1) and potentially other statutes in levies against my bank account and customer receivables during the pendency of my 2006 case before the United States Court of Appeals for the Eighth Circuit, Case No. 12-1914.

Agent Simpson recalled the levies after I moved the court to cease and desist, and the IRS conceded that they "failed to place a 'freeze code' on Stanley's account," but the damage to my working and community reputations is irreversible. My November 5, 2012 report of this event to Collections Due Process Hearing Officer David Melcher is attached.

If your office pursues Grand Jury investigation, the undersigned asserts his Constitutionally-protected right to present his position to the Grand Jury, either personally or through counsel. This right was recently upheld in *Crawford v. Washington*, 124 S.Ct. 1354, 541 U.S. 36, 158 L.Ed.2d 177 (U.S. 03/08/2004). The Supreme Court ruled that the Confrontation Clause of the Constitution bars any form of hearsay testimony against defendants in criminal proceedings, stating that "interrogations by law enforcement officers [including IRS agents] fall squarely within that class."

I will be pleased to discuss settlement in lieu of further litigation, either with Mr. Littrell or another representative authorized by your office.

Respectfully,

Harold R. Stanley

Cc: Nick Zych
U.S. Probation and Pretrial Office
400 East 9th Street, Suite 4510
Kansas City, MO 64106

Hon. Sarah W. Hays
c/o Lori Carr
United States District Court
Charles E. Whittaker Courthouse
400 East 9th Street
Kansas City, MO 64106

Richard Littrell
Internal Revenue Service
2850 NE Independence Ave, Suite 102
Lee's Summit, MO 64064

Attachments: Form 3949A to IRS CID delivered August 6, 2009
Letter from Harold Stanley to David Melcher dated November 5, 2012
(referenced motion and response available on PACER)
Affidavit of Revocation and Rescission