FILED

SEP 18 2015

Phil Lombardi, Clerk
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Harold Stanley,<br>Plaintiff 1,<br><br>v.<br><br>COMMISSIONER OF INTERNAL REVENUE,<br>Defendant 1,<br><br>Eden R. Simpson,<br>Official and Personal Capacity,<br>Defendant 2,<br><br>Paul S. Becker,<br>Official and Personal Capacity,<br>Defendant 3,<br><br>John/Jane Doe,<br>Defendants 4, 5, etc. as added. | ) | Case No: 15 CV - 533 JED - PJC<br><br>Consolidation of Cases:<br>United States Tax Court:<br>5096-10<br>5341-13<br>7238-13<br>United States Court of Appeals for the Eighth Circuit:<br>12-1914<br>14-3848<br>United States District Court for:<br>Western District of Missouri:<br>15-00271-01-CR-W-HFS<br>Northern District of Oklahoma:<br>15-mj-175-FHM |

## COMPLAINT

**I, Harold Stanley, SET FORTH THIS CLAIM OF INJURY**

CAUSED BY EMPLOYEES OF THE CORPORATION AND THEIR

TRUSTEE UNDER THE NAME OF THE UNITED STATES

/GOVERNMENT/CORPORATION 28 U.S.C. § 3002 Subsection 15(a)

GROUNDS FOR INJURY VIOLATIONS OF 50App. U.S.C. TRADING WITH

THE ENEMY ACT WAR CRIMES, HATE CRIMES, R.I.C.O. HONEST SERVICE FRAUD AND VIOLATION OF THE U.S. CONSTITUTION, DISTRICT OF COLUMBIA CONSTITUTION AND THE DISTRICT OF COLUMBIA STATUTES

**NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENTS**

**NOTICE TO THE AGENTS IS NOTICE TO THE PRINCIPAL**

**R.I.C.O.**

**FRAUD, BANK FRAUD, POSTAL FRAUD**

**CONSPIRACY/OBSTRUCTION OF JUSTICE**

**TAX FRAUD, MONEY LAUNDERING, WIRE FRAUD, PERJURY,**

PETITION IN THE NATURE OF A SUIT FOR DEPRIVATION OF FEDERALLY PROTECTED RIGHTS 26 U.S.C. § 6330 (e)(1), TITLE 28, 42 U.S.C. §§ 1983, 1981, 1985, 1988, 18 U.S.C. §§ 4, 241, 242, 1512, 1968, 1964, 1918 FOR INJUNCTIVE AND DECLARATORY RELIEF AND OTHER DAMAGES AS THE COURT SHALL DETERMINE REASONABLE, LAWFUL, AND JUST.

**Now Comes,** Harold Stanley, a natural citizen of the United States of America whom never rescinded his Citizenship to his Country. This

document comes in a form of a complaint in the name of **Harold Stanley, SET FORTH THIS CLAIM OF INJURY** CAUSED BY EMPLOYEES OF THE CORPORATION AND THEIR TRUSTEE UNDER THE NAME OF THE UNITED STATES /GOVERNMENT/CORPORATION 28 U.S.C. § 3002 SEC. 15(a) GROUNDS FOR INJURY VIOLATIONS OF 50App. U.S.C. Trading With the Enemy Act WAR CRIMES, HATE CRIMES, R.I.C.O. HONEST SERVICE FRAUD & VIOLATION OF THE DISTRICT OF COLUMBIA CONSTITUTION & THE DISTRICT OF COLUMBIA STATUTES.

That the actions of the federal Government and State Government, the federal President and State Governor, the federal Congress and State legislators and the federal Judiciary and State Judicial branch acting in concert with the Treasury, Department of Justice and Federal Reserve Board constitute an unlawful usurpation of the Constitution for the united States of America, for the purpose(s) of implementing exclusive Legislation, in all cases whatsoever (Statutory Jurisdiction) over the People, to the detriment of lawful money in these United States of America and for Treason, high Crimes and Misdemeanors (Article II Section 4 and Article III Section 3); and (Article I section 10 clause 1). The Federal CEO Corporate President of then as well as of today along with all Federal and State government. Federal Corporation

/ State Corporation / Foreign Corporation or "doing business as" under any other name aka has become a "domestic enemy" by implementing & re-implementing the Bankruptcy of (1930-32) and "War and Emergency Powers" (March 9, 1933 and subsequently) and "International Emergency and War Powers" (1977) in contradiction to Article 4 Section 4; "The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion (from all enemies foreign and domestic); and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence."

By and through the passing of The Amendatory Act of March 9, 1933. 50App., U.S.C. Trading with the Enemy Act Public Law No. 65-91 (40 Stat. L. 411) October 6, 1917. The original Trading with the Enemy Act **excluded citizens** of the United States from being treated as the enemy when involved in transactions wholly within the United States. The Amendatory Act of March 9, 1933, however, **included the people** of the United States as the enemy by inserting the following "**citizens within the United States**". The issue of abuse upon the American national(s) comes from the misuses of 50App. U.S.C. Trading With the Enemy Act.

## PARTIES

1. Harold Stanley, Plaintiff, is a natural-born American receiving mail at P.O. Box 1236, Oologah, Oklahoma.

2. COMMISSIONER OF INTERNAL REVENUE of the UNITED STATES dba Corporation, Department of the Internal Revenue Service dba Corporation, TAX DEPARTMENT.

3. Eden R. Simpson, Defendant in Official and Personal Capacity, was a Revenue Officer of the Internal Revenue Service at the time of direct interaction with the Plaintiff's customers.

4. Paul S. Becker, Defendant in Official and Personal Capacity, has alleged violations of tax evasion by the Plaintiff. Defendant denied Plaintiff a reasonable opportunity to address the Grand Jury that returned a questionable indictment in the Western District of Missouri on August 25. Plaintiff was unavailable on August 25-26, and was told by Defendant's representative I.R.S. Special Agent Richard Littrell that the appearance would be rescheduled for September. Apparently at Defendant's direction, I.R.S. Special Agent Richard Littrell assembled a SWAT-armed team on September 15 to forcibly search Plaintiff's home without a search warrant, forcibly removing Plaintiff's wife from the home during the search, publicly

kidnapped Plaintiff from his home in handcuffs and shackles, did not present a photocopy of the alleged arrest warrant – no wet ink signature - until Plaintiff refused to enter the Federal building in Tulsa, never produced an Affidavit in support of the alleged arrest warrant, took Plaintiff's personal property fingerprints under duress, and took Plaintiff's personal property DNA under duress.

Defendants come under 28 U.S.C. § 3002 (15) (A) as Federal corporation employees. Defendants in their personal capacities cannot use the Department of Justice law firm or any of their counsel for defense.

## JURISDICTION

This Court has federal question jurisdiction pursuant to 28 U.S.C. § 1332 (a)(1). In addition or in the alternative, this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 (a)(2). The action concerns a disputed amount in excess of $75,000.

Each defendant individually and via the conspiracy actively and collectively committed crimes toward Plaintiff's person, one of we, the people. Additionally, each defendant has to this action maintains or participates directly or indirectly in an interactive Fraud on we, the people living in and all over the United States of America including all States and have actively

engaged in business Fraud to and with residents of all States. This Court also has Jurisdiction under:

**R.I.C.O.**

**FRAUD, BANK FRAUD**

**CONSPIRACY/OBSTRUCTION OF JUSTICE**

TAX FRAUD, MONEY LAUNDERING, WIRE FRAUD, PERJURY,

**PETITION IN THE NATURE OF A SUIT FOR DEPRIVATION OF FEDERALLY PROTECTED RIGHTS 26 U.S.C. § 6330 (e)(1), 42 U.S.C. 1983, 1981, 1985, 1988, 18 U.S.C. 241, 242, 1512, 1968, 1964, FOR INJUNCTIVE AND DECLARATORY RELIEF AND OTHER DAMAGES AS THE COURT SHALL DETERMINE REASONABLE, LAWFUL, AND JUST**

In the case that was filed in past Courts on August 7, 2009, Case No. 09CV1347, were the wrong Courts because Congress established the Superior Court of the District of Columbia as the trial court of **general jurisdiction** for the District of Columbia in 1970 which is the Tax Court, not past general Courts.

Definition (*General* jurisdiction" as used in reference to subject *matter jurisdiction.)* Public Law 96-170, Dec 29, 1979. "AN ACT" To permit civil suit under section 1979 of the Revised Statutes (42U.S.C.1983) against any

person acting under color of any law or custom of the District of Columbia who subjects any person within the jurisdiction of the District of Columbia to the deprivation of rights, privilege, or immunity secured by the Constitution and Laws including 24 Am Jur 2d District of Columbia Title 21, Superior Court of the District of Columbia and divisions thereof.

The District of Columbia Court of General Sessions, the Juvenile Court of the District of Columbia, and the District of Columbia Tax Court were consolidated in a single court known as the Superior Court of the District of Columbia. (Title 28). (2) by adding at the end thereof the following new sentence;“ for the purposes of this section, Any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia. Sec. 2 Section 1343 of title 28 UNITED STATES CODES is amended (1) by inserting”(a)“ before : The district court”.

28 U.S.C. § 1343. Civil rights and elective franchise...

> (a) The district courts shall have original jurisdiction of any civil action authorized by law to be commenced by any person:
>
> (1) To recover damages for injury to his person or property, or because of the deprivation of any right or privilege of a citizen of the United States, by any act done in furtherance of and conspiracy mentioned in section 1985 of Title 42;
>
> (2) To recover damages from any person who fails to prevent or to aid in preventing any wrongs mentioned in section 1985 of Title 42 which he had knowledge were about to occur and power to prevent;

(3) To redress the deprivation, under color of any State law, statute, ordinance, regulation, custom or usage, of any right, privilege or immunity secured by the Constitution of the United States or by any Act of Congress providing for equal rights of citizens or of all persons within the jurisdiction of the United States;

(4) To recover damages or to secure equitable or other relief under any Act of Congress providing for the protection of civil rights, including the right to vote.

(b) For purposes of this section -

(1) the District of Columbia shall be considered to be a State; and

(2) any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

28 U.S.C. § 1443. *Civil rights cases*

Any of the following civil actions or criminal prosecutions, commenced in a State court may be removed by the defendant to the District Court of the United States for the district and division embracing the place wherein it is pending:

(1) Against any person who is denied or cannot enforce in the courts of such State a right under any law providing for the equal civil rights of citizens of the United States, or of all persons within the jurisdiction thereof;

(2) For any act under color of authority derived from any law providing for equal rights, or for refusing to do any act on the ground that it would be inconsistent with such law.

28 U.S.C. § 2671. *Definitions*

As used in this chapter and sections 1346 (b) and 2401 (b) of this title, the term "Federal agency" includes the executive departments, the judicial and legislative branches, the military departments,

independent establishments of the United States, and corporations primarily acting as instrumentalities or agencies of the United States, but does not include any contractor with the United States.

4 **U.S.C.** § 72. *Public offices; at seat of Government*

All offices attached to the seat of government shall be exercised in the District of Columbia, and not elsewhere, except as otherwise expressly provided by law.

42 U.S.C. § 1985 **Conspiracy to interfere with civil rights**

(3) Depriving persons of rights or privileges

If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

Delaware Legislation passed a Act called **"An Act to Provide General Corporate Law"** This act created a corporation into a Person with all

the same rights as a natural person to buy, sell, mortgage, receive licenses, pledges, etc but not to be construed as a natural person /being. The Supreme Court of the United States has ruled in three cases that a corporation can be sued as a Person:

Santa Clara County v. Southern Pac. R. Co., 118 U.S. 394(1886)

New York Central R. Co. v. United States, 212 U.S. 481 (1909)

United States v. Dotterweich, 320 U.S. 277 (1943)

Superior Court of the District of Columbia has jurisdiction over this matter as it is not a State and not represented in Congress and is not part of this country but holds a neutral position as all parties having a claim against them hold residence and work within the District of Columbia area and are federal citizens of that District. All crimes and their planning to injure the people of this nation were within the federal district of District of Columbia as made subject by the Constitution and not outside of District of Columbia.

All injury originated within this ten square mile area. As no State Court has jurisdiction to hear such an action. No Federal Court outside of the D.C. or inside of D.C. has jurisdiction to hear this case as they are a party to this action. The District of Columbia Constitution and its federal statutes have been violated by all parties named by their constitutional standing in Article I, II, III of the D.C. Constitution and under the 14th Amendment § 3. This

gives the Superior Court of the District of Columbia jurisdiction over subject matter jurisdiction and personal jurisdiction to hear this claim.

These are the Corporate laws being missed use by the Corporate employees are the Delaware Code Title 8 under Corporate Law is Chapter 6 PROFESSIONAL SERVICE CORPORATIONS § 617 Corporate names:

> The corporate name of a corporation organized under this chapter shall contain either a word or words descriptive of the professional service to be rendered by the corporation or shall contain the last names and the Administrative Code under Corporation Chapter 79 **CORPORATIONS** Subchapter C. ENTITY NAMES section 79.31.

The amendments to §79.31, which relates to the characters of print acceptable in a proposed entity name, are required to more specifically identify the capabilities and limitations in the entry of entity names into the present computer system maintained by the Secretary of State even the Style Manual created by the Corporation for use of grammar in their Corporate usage.

26 U.S.C. § 7343 Definition of the term person.

> The term "person" as used in this chapter includes an officer or employee of a corporation, or a member or employee of a partnership, who as such officer, employee or member is under a duty to perform the act in respect of which the violation occurs.

22 CFR 92.12-92.31 FR Heading "Foreign Relationship" states that an oath is required to take office.

8 U.S.C. § 1481 (a) (2) Loss of nationality by native-born or naturalized citizen; voluntary action; burden of proof; presumptions

> (a) A person who is a national of the United States whether by birth or naturalization, shall lose his nationality by voluntarily performing any of the following acts with the intention of relinquishing United States nationality -
>
> > (2) taking an oath or making an affirmation or other formal declaration of allegiance to a foreign state or a political subdivision thereof, after having attained the age of eighteen years; or

Title 22 U.S.C. (Foreign Relations and Intercourse) Chapter 11, identifies all public officials as foreign agents.

## CAUSES OF ACTION

1. Plaintiff followed due process of law questioning tax liabilities asserted by the I.R.S.. During the pendency of his appeals, the I.R.S. levied against his bank account and receivables. Defendants 1 and 2 unlawfully levied against Plaintiff's bank accounts and receivables during the pendency of his case before the United States Court of Appeals for the Eighth Circuit. The facts:

- Plaintiff requested a Collections Due Process Hearing concerning his alleged 2006 tax liability on August 2, 2009.
- Internal Revenue Service Settlement Officer L. Silva stated in her letter dated October 2, 2009: "During your hearing, and until any appeals become final for these tax periods, the legal collection period is suspended and no levy action may be taken".
- Plaintiff appealed the determination of collections due process to the United States Tax Court on February 15, 2010.
- The matter remained before the United States Tax Court as Case 5096-10 through the Denial of Rehearing on January 11, 2012.
- Plaintiff appealed United States Tax Court Case 5096-10 to the United States Court of Appeals for the Eighth Circuit on April 7, 2012.
- The matter remained before the United States Court of Appeals for the Eighth Circuit as Case 12-1914 through the mandate dated January 9, 2013.
- Internal Revenue Service Revenue Officer Eden R. Simpson issued levies against Harold R. Stanley's bank accounts and receivables on August 29, 2012, during the pendency of his case before the Eighth Circuit.
- Plaintiff moved in Case 12-1914 on August 31, 2012 for the Internal

Revenue Service to cease and desist the levy activities violating 26 U.S.C. § 6330 (e)(1).

- Department of Justice counsel for Case 12-1914 stated in their reply on September 6, 2012: "the IRS inadvertently failed to place a 'freeze code' on Stanley's account".
- Department of Justice counsel further stated: "we contacted the IRS and have been assured that the requisite freeze code has been placed on the account".
- Revenue Officer Eden R. Simpson released the levies on September 5, 2012.
- Plaintiff requested on October 31, 2012 that Defendant 3, Hearing Officer David C. Melcher, investigate the unlawful levies, and sent supporting documents to Melcher on November 5, 2012.
- Plaintiff moved the Tax Court on June 8, 2015 under related Docket No. 7238-13 for damages for the unlawful levies. The Tax Court replied in its July 1 order that "Section 7433 requires that any civil action for damages for an unauthorized collection claim be brought in a United States district court... The Court therefore lacks jurisdiction over petitioners' civil damages claim."

2. Defendants committed tax fraud upon the Petitioner and others similarly situated by and thru the different departments of the United States Corporation as listed under 28 USC § 3002 15 (a). The United States Corporation created Title 26 of THE UNITED STATES CODE and Title 26 of the CODE OF FEDERAL REGULATIONS on how they are to tax Federal and State employees, aliens, and corporations as found under 26 U.S.C. § 6331(a).

- The United States dba Corporation is the Law Firm for the Department of IRS Corporation under the Treasury Department,

which collects for the Federal Reserve Bank which is also a private Corporation.

- The Defendants which collected fraudulent taxes under the heading United States dba Corporation for the United States Corporation in the name of the Department of IRS and/or the Department of Justice.

- The key element of the claim is tax fraud and the collusion between the main United States Corporation and its Franchise Corporations listed as the STATE OF MISSOURI, STATE OF OKLAHOMA, STATE OF _______, and the Department of IRS under Treasury Department under the control of the Federal Reserve Bank which is also a private Corporation.

The detailed statutes and caselaw following detail how the fraud came about and that we are dealing with the departments/ corporations of the United States under the Judiciary and judicial procedure manual under 28 U.S.C. § 3002 15(a) and under the Constitution of the United States 14th Amendment § 3 created under the Reconstruction Act of 1868. These statutes placed all of the State offices under the jurisdiction of the Federal Corporation known as the District of Columbia / The United States.

The doctrine of *Uberrima Fides*; Hold the four rules of fiduciary obligation:

1. Must not benefit from their position(s)
2. Must provide full disclosure of all activities'
3. May not compromise the beneficiary's interests
4. May not delegate absolute responsibility over their beneficiary's interest

The Doctrine of *Contra Non Valentem*:

> The rule that a limitation or prescriptive period does not begin to run against a plaintiff who is unable to act usually. Because of the defendants culpable act, such as concealing material information that would give rise to the plaintiffs claim- Often shortened to Contra Non Valentem( Case limitation of action key 43,95,CJS Employer- Employee Relationship sec. 87; Limitation of action sec. 81-84, 87, 131, 138, 142, 164-165, 170-173, 175-176, 183, 198-205; Physicians, surgeons, and other health-care providers sec. 108, RICO sec 16. Black's Law Dictionary, Eighth Edition

3. Defendants violated Plaintiff's civil rights by denying reasonable opportunity to address the Grand Jury, in direct violation of due process. This right was recently reconfirmed in *Crawford v. Washington*, 124 S.Ct. 1354, 541 U.S. 36, 158 L.Ed.2d 177 (U.S. 03/08/2004).

4. Defendants abused police power and violated Plaintiff's civil rights by issuing an arrest warrant, when a simple subpoena would have compelled Plaintiff to appear to answer charges.

5. Defendants used excessive police force September 15, 2015 in executing the unnecessary warrant:

- Four vehicles trespassed on Plaintiff's clearly posted private property without a search warrant, containing at least six armed law enforcement persons, at least two assault rifles, most or all persons clad in bullet-proof vests, to arrest Plaintiff, a 61-year old man with no history of violent assault, no history of domestic violence, and not even a speeding ticket in his record.

- The SWAT-equipped team, led by Special Agent Richard Littrell, forcibly entered and searched Plaintiff's home without a search

warrant.

- The SWAT-equipped team forcibly removed Plaintiff's wife from the home during the search.
- The SWAT-equipped team placed Plaintiff in handcuffs and leg shackles, even though Plaintiff showed no signs of violence or attempt to escape.

6. Defendants coerced Plaintiff into surrendering his private property fingerprints and private personal property DNA under threat of sustained and unnecessary incarceration.

7. Plaintiff has expended nearly 2,000 man-hours of his personal time over the past 5 years replying to I.R.S. allegations of tax liability for his personal wages.

## NOTICE

Notice is being placed into the Superior Court of the District of Columbia to have it placed on the record of fraud committed by the Corporate employees under the name of the UNITED STATES aka, Federal Corporation, Foreign Corporation "doing business as" the UNITED STATES / GOVERNMENT / CORPORATION, UNITED STATES OF AMERICA.

The Superior Court of the District of Columbia is hereby placed on Notice that the Federal Employees fraudulently took the District of Columbia Constitutional public oath with the intent to expatriate his/ herself with the

intent to create injury and allow fraudulent claim against united States national/s under 50App. U.S.C. Trading With the Enemy Act (TWEA).

The People are coming before the Superior Court of the District of Columbia for Domestic Terrorism crimes against those who hold these federal public offices. As of date all Federal and State Courts outside of the ten square miles have become co-conspirer in aiding and abetting in war crimes and hate crimes against a united States national(s) with the intent to cause and/or commit human trafficking on such united States national(s).

The Superior Court of the District of Columbia is aware that there is no statute of limitations on fraud, war crimes, hate crimes, human trafficking, R.I.C.O. or constitutional violation. The United States Bill of Right as found in the District of Columbia Constitution and in the United Nations charter defines these acts as crimes against humanity.

# MEMORANDUM OF LAW: THE INCOME TAX

## *The Income Tax is not a Tax on Income*

The income tax is a tax on business activities and certain privileged occupations. See the following caselaw:

> "The income tax is, therefore, not a tax on income as such. It is an excise tax with respect to certain activities and privileges which is measured by reference to the income which they produce. The income is not the subject of the tax: it is the basis for determining the amount of the tax." *House Congressional Record*, March 27, 1943, page 2580

> "...the conclusion reached in the ***Pollock Case*** did not in any degree involve holding that income taxes generically and necessarily came within the class of direct taxes on property, but on the contrary recognized the fact that taxation on income was in its nature an excise entitled to be enforced as such..." *Brushaber v. Union Pacific R.R. Co.*, 240 U.S. 1, at 16-17

> Excise Taxes are "...taxes laid upon the manufacture, sale or consumption of commodities within the country, upon licenses to pursue certain occupations, and upon corporate privileges. (Cooley, Const. Lim., 7th Ed., page 680.)" *Flint v. Stone Tracy Co.*, 220 U.S. 107, at 151

> "A tax laid upon the happening of an event, as distinguished from its tangible fruits, is an indirect tax..." *Tyler v. U.S.*, 281 U.S. 497, at 502

> "We must remember, too, that the revenues of the United States must be obtained in the same territory, from the same people, and excise taxes must be collected from the same activities, as are also reached by the States in order to support their local government." *Flint v. Stone Tracy Co.*, 220 U.S. 107, at 154

> "Since the statutory definition of 'taxpayer' is exclusive, the federal courts do not have the power to create non-statutory taxpayers for the

purpose of applying the provisions of the revenue acts..." *C.I.R. v. Trustees of L. Inv. Ass'n.*, 100 F.2d 18, at 29

[Quoting Adam Smith's ***Wealth Of Nations*** favorably], "The property which every man has in his own labor, as it is the original foundation of all other property, so it is the most sacred and inviolable. The patrimony of the poor man lies in the strength and dexterity of his own hands, and to hinder his employing this strength and dexterity in what manner he thinks proper, without injury to his neighbor, is a plain violation of this most sacred property..." *Butcher's Union Company v. Crescent City Co.*, 111 U.S. 746, at 757

[The Court finds] "...an invasion of the personal liberty, as well as of the right of property, guaranteed by that [Fifth] Amendment. Such liberty and right embraces the right to make contracts for the purchase of the labor of others and equally for the right to make contracts for the sale of one's own labor..." *Adair v. United States,* 208 U.S. 172

"...Included in the right of personal liberty and the right of private property - partaking of the nature of each - is the right to make contracts for the acquisition of property. Chief among such contracts is that of personal employment, by which labor and other services are exchanged for money or other forms of property. If this right be struck down or arbitrarily be interfered with, there is a substantial impairment of liberty in the long-established constitutional sense. The right is as essential to the laborer as to the capitalist, to the poor as to the rich; for the vast majority of persons have no other honest way to begin to acquire property, save by working for money." *Coppage v. State of Kansas,* 236 U.S. 1

"A state may not impose a charge for the enjoyment of a right granted by the Federal Constitution." *Murdock v. Pennsylvania,* 319 U.S. 105, at 113

"The individual, unlike the corporation, cannot be taxed for the mere privilege of existing. The corporation is an artificial entity which owes its existence and charter powers to the state; but the individuals' rights to live and own property are natural rights for the enjoyment of which an excise cannot be imposed." *Redfield v. Fisher,* 292 P. 813, at 819

"...Reasonable compensation for labor or services rendered is not

profit..." *Lauredale Cemetery Assoc. v. Matthews*, 47 Atlantic 2d 277, at 280)

"...The Government here contends that all gross receipts represent income which must be reported. But gross receipts may or may not represent income, depending on the circumstances... It cannot be said that conversions of capital assets invariably produce income... It appears that the Government makes too broad a claim in asserting that gross receipts invariably measure income or gross income..." *United States v. Ballard*, 535 F.2d 400

"There is a clear distinction between 'profit' and 'wages' or 'compensation for labor.' Compensation for labor cannot be regarded as profit within the meaning of the law...The word profit is a different thing altogether from mere compensation for labor...The claim that salaries, wages and compensation for personal services are to be taxed as an entirety and therefore must be returned by the individual who performed the services which produced the gain is without support either in the language of the Act or in the decisions of the courts construing it and is directly opposed to provisions of the Act and to Regulations of the Treasury Department..." *U.S. v. Ballard*, 535 F.2d 400

"Keeping in mind the well settled rule, that the citizen is exempt from taxation, unless the same is imposed by clear and unequivocal language, and that where the construction of a tax is doubtful, the doubt is to be resolved in favor of those upon whom the tax is sought to be laid." (*Spreckles Sugar Refining Co. vs. McLain*, 192 US 397

"The statute and the statute alone determines what is income to be taxed. It taxes only income 'derived' from many different sources; one does not 'derive income' by rendering services and charging for them." *Edwards v. Keith*, 231 F. 110

"...There is a clear distinction between 'Profit' and 'wages,' or compensation for labor. (Quoting *Commercial League Association of America v. People ex re. Needles, Auditor*, 90 Ill., p 66), Compensation for labor cannot be regarded as profit within the meaning of the law. The word 'profit,' as ordinarily used, means the gain made upon any business or investment – a different thing altogether from mere

compensation for labor." *Oliver v. Halstead*, 86 S.E. Rep. 2d, at 868

"Simply put, pay from a job is a 'wage,' and wages are not taxable. Congress has taxed INCOME, not compensation (wages and salaries)." *Conner v. U.S.*, 303 F Supp. 1187 (1969)

"The general term 'income' is not defined in the Internal Revenue Code." *United States v. Ballard*, 535 F.2d 400, at 405

"Income within the meaning of the Sixteenth Amendment and Revenue Act, means 'gains' ...and in such connection 'gain' means profit...proceeding from property, severed from capital, however invested or employed and coming in, received or drawn by the taxpayer, for his separate use, benefit and disposal..." Income is not a wage or compensation for any type of labor. *Staples v. U.S.*, 21 F. Supp. 737 (U.S. Dist. Ct. EDPA, 1937)

## *Working for Wages is a Right Which Cannot be Taxed*

The Courts have established beyond a shadow of a doubt that the individual American Citizen trading his/her labor for money is exercising a right, which has not been taxed. See the following caselaw:

"...Our system of taxation is based upon voluntary assessment and payment, not upon distraint..." *Flora v. United States*, 362 U.S. 145

"The revenue laws are a code or a system in regulation of tax assessment and collection. They relate to taxpayers, and not to non-taxpayers. The latter are without their scope. No procedures are prescribed for non-taxpayers, and no attempt is made to annul any of their rights and remedies in due course of law. With them Congress does not assume to deal, and they are neither of the subject nor of the object of the revenue laws." *Long v. Rasmussen*, 281 F. 236, at 238

"(P)ersons who are not taxpayers are not within the system and can obtain no benefit by following the procedures prescribed for taxpayers, such as the filing of claims for refunds." *Economy Plumbing and Heating v. U.S.*, 470 F.2d 585, at 589

"The individual may stand upon his constitutional rights as a Citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the State or to his neighbors to divulge his business, or to open his door to an investigation... He owes no such duty to the State, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the law of the land long antecedent to the organization of the State... He owes nothing to the public so long as he does not trespass upon their rights." *Hale v. Henkle,* 201 U.S. 43

"The legal right of the taxpayer to decrease the amount of what otherwise would be his taxes, or to altogether avoid them by means which the law permits, cannot be doubted." *Gregory v. Helvering*, 293 US 465

"Anyone may so arrange his affairs that his taxes shall be as low as possible; he is not bound to choose that pattern which will best pay the treasury; there is not even a patriotic duty to increase one's taxes." *Helvering v. Gregory*, 69 F.2d. 809

### *The Sixteenth Amendment Did Not Confer Authority to Tax Wages*

The I.R.S. and some of the lower courts cite the Sixteenth Amendment to the U.S. Constitution as conferring authority to tax personal wages. The Supreme Court, in rulings contemporary with the initial enforcement of the 16th Amendment, stands in clear contradiction to this errant claim:

"(T)he Sixteenth Amendment conferred no new power of taxation but simply prohibited the previous complete and plenary power of income taxation possessed by Congress from the beginning from being taken out of the category of indirect taxation to which it inherently belonged. . . " *Stanton v. Baltic Mining Co.*, 240 U.S. 103, at 112 (1916)

"The Sixteenth Amendment must be construed in connection with the taxing clauses of the original Constitution and the effect attributed to them before the Amendment was adopted." *Eisner v. Macomber*, 252

U.S. 189, at 205 (1920)

> "...The confusion ... arises from the conclusion that the Sixteenth Amendment provides for a hitherto unknown power of taxation; that is, a power to levy an income tax which, although direct, should not be subject to the regulation of apportionment applicable to all other direct taxes... an erroneous assumption... The purpose of the Amendment was... to accomplish the result intended; that is, the prevention of the resort to the sources from which a taxed income was derived in order to cause a direct tax on the income to be a direct tax on the source itself, and thereby take an income tax out of the class of excises, duties, and imposts, and place it in the class of direct taxes." *Brushaber v. Union Pacific*, 240 U.S. 1 (1916)

### ***Lawful Taxes***

According to the Constitution for the United States of America, there are only two types of taxes the federal government can levy. The first is a direct tax, and the second is an indirect tax.

> "Representatives and direct Taxes shall be apportioned among the several States which may be included within this Union, according to their respective Numbers... Article I, Section 2, *Constitution*

> "The Congress shall have Power to lay and collect Taxes, Duties, Imposts, and Excises...but all Duties, Imposts and Excises shall be uniform throughout the United States." Article I, Section 8, *Constitution*

A direct tax is a tax on persons or on property. A tax on individuals just for existing or for living in America would be a direct tax. A tax on individuals based on how much land they owned or how many chimneys in their house would be other historical examples of direct taxes. As we saw in

Article I, Section 2 of the Constitution, direct taxes must be ***apportioned to the States***. Under the Constitution, the federal government has absolutely no authority to levy and collect a direct tax against any individual within the several States. And as documented in the preceding caselaw, the 16th Amendment did not expand the original taxing authority of the Constitution.

An indirect tax is on activities or privileges. The tax is not on the money made from these activities and privileges, but on the activities and privileges themselves, with the profits made from them used to calculate the taxes due. An example of an indirect tax is the sales tax on many different items. The tax is on the activity of buying or selling. For example, garage sales are not subject to any sales tax because this activity is generally engaged in by individuals who are not running businesses or engaged in some other privileged activity. Selling the items in your house is your right as an individual, given to you by God and guaranteed to you by the Constitution. These activities cannot be taxed.

However, if you apply for a business license and set up a business address, the sales activities become subject to the sales tax.

In Article I, Section 8, the indirect tax must be uniform throughout the area. The State cannot enforce one tax percentage on one street and another percentage on another street.

These are the only two types of taxes that can be levied and collected by the federal government. Any tax that does not fall into one of these two categories is contrary to the Constitution.

The Congressional Record quote above made it clear that the so-called income tax is not a tax on income (property) at all. The income tax is a tax on certain activities and privileges.

That privileged activity must be listed in some statute as being taxable for revenue purposes. If it is not listed in any statute as taxable, then it is not taxable:

> "It cannot be denied that the Legislature can name any privilege a taxable privilege and tax it by means other than an income tax, but the Legislature cannot name something to be a taxable privilege unless it is first a privilege." *Jack Cole Company v. Alfred T. MacFarland, Commissioner,* 206 Tenn. 694, 337 S.W.2d 453 (Tenn. 1960)

The old adage from law school is, "If it is not ***IN LAW***, it is not ***LAW***."

### *Privileged Persons Subject to Taxation*

The following statute makes it clear that the salaries and wages of Federal employees only are subject to taxation, in the limited authority of the Secretary to levy for payment of taxes:

> **26 U.S.C. § 6331. Levy and Distraint**
>
> (a) Authority of Secretary
>
> If any person liable to pay any tax neglects or refuses to pay the

> same within 10 days after notice and demand, it shall be lawful for the Secretary to collect such tax (and such further sum as shall be sufficient to cover the expenses of the levy) by levy upon all property and rights to property (except such property as is exempt under section 6334) belonging to such person or on which there is a lien provided in this chapter for the payment of such tax. **Levy may be made upon the accrued salary or wages of any officer, employee, or elected official, of the United States, the District of Columbia, or any agency or instrumentality of the United States or the District of Columbia**, by serving a notice of levy on the employer (as defined in section 3401(d)) of such officer, employee, or elected official. If the Secretary makes a finding that the collection of such tax is in jeopardy, notice and demand for immediate payment of such tax may be made by the Secretary and, upon failure or refusal to pay such tax, collection thereof by levy shall be lawful without regard to the 10-day period provided in this section.

United States Supreme Court jurisprudence stands clear on taxes: taxes can only apply to those under 26 U.S.C. § 6331 and not to the people of the several states. Below are the case laws.

1. 1895 *Pollock v. Farmers Loan and Trust Co.* 157 U. S. 429, 158 U.S. 601. The Supreme Court ruled "income tax" unconstitutional.

2. 1920 *Eisner v. Macomber*, 252 U.S. 189, 206 "Congress cannot by any definition it may adopt conclude the matter [what is and what is not income], since it cannot be [sic] legislation alter the Constitution, from which alone it derives its power to legislate and within whose limitations alone that power can be lawfully exercised."

3. 1935 *U.S. v. Constantine*, 296 U.S. 287 The INTERNAL REVENUE SERVICE Ruled unconstitutional since prohibition has been repealed. No legislative act has ever lawfully established the I.R.S. as a Department of the United States Treasury.

4. 1818: *U. S. v. Bevans*, 16 U.S. 336. Established two separate jurisdictions within the United States Of America: 1. The "federal zone" and 2. "the States". The I.R.C. (INTERNAL REVENUE CODE) only has jurisdiction within the "federal Zone".

5. Fraud by Trickery: Zone Improvement Plan (Zip Code) Congress divides the union states (50 ) into 10 Federal Zones in violation of Constitution and Color of Law. Found in Postal Code.

6. Fraud in the inducement the Federal Reserve was created on Jekyll Island and not the halls of Congress: nor was there a bidding procedure in violation of state law.

There are two types of action to which any Court can operate: one is Civil as found in the Federal Rule of Civil Procedure Rule 2; the other is Criminal. Under 50 U.S.C. § 23 Jurisdiction of United States courts and judges:

> ...upon complaint against any **alien enemy resident** and at large within such jurisdiction or district, to the danger of the public peace.

The department of the I.R.S. misuses this section as defined in 26 U.S.C. §1441. Taxation of NonResident Aliens Taxable Income nonresident alien's income is generally subject to tax in the same manner as a U.S. citizen. If you are a resident alien, you must report all interest, dividends, wages, or other compensation for services, income from rental property or royalties, and other types of income on your U.S. tax return. You must report these amounts whether from sources within or outside the United States.

Appendix A, Plaintiff's "Affidavit of Revocation and Rescission" is attached hereto and incorporated herein as fully as if restated in the body of this

Complaint.

Reference Document "31 Questions and Answers About the Internal Revenue Service" included in this Complaint provides additional laws, statutes, and caselaw concerning the system of taxation.

## JUDICIAL NOTICE TO THIS COURT

That, We, the people of the States in America previously provided Congressional House and Senate Judiciary Committees with Evidence and/or Exhibits of due process violations. The congressional committees showed NO concern for ANY "Due Process" Violation of/in the Courts, Judges, Prosecutors, Lawyers, Attorneys, et al., etc... Evidences of Summaries and Documentation will be provided in Discovery after Scheduling Order Issued.

Title 50 U.S.C. § 23. Jurisdiction of United States Courts and Judges: "After any such proclamation has been made, the several courts of the United States, having criminal jurisdiction," All judgments against the people fall under criminal. This is why the Courts refuse to answer the challenges of jurisdiction. Under the TWEA there is but one jurisdiction and that jurisdiction is criminal.

50App. U.S.C. § 21. Claims of naturalized citizens as affected by expatriation

> The claim of any naturalized American citizen under the provisions of this Act [sections 1 to 6, 7 to 39, and 41 to 44 of this Appendix] shall not be denied on the ground of any presumption of expatriation which has arisen against him, under the second sentence of section 2 of the Act entitled "An Act in reference to the expatriation of citizens and their protection abroad," approved March 2, 1907, if he shall give satisfactory evidence to the President, or the court, as the case may be, of his uninterrupted loyalty to the United States during his absence, and that he has returned to the United States, or that he,

although desiring to return, has been prevented from so returning by circumstances beyond his control.

50App. U.S.C. § 16. Offenses; punishment; forfeitures of property

(a) Whoever shall willfully violate any of the provisions of this Act or of any **license, rule, or regulation** issued there under, and whoever shall willfully violate, neglect, or refuse to comply with any order

AND

18 U.S.C §1956 Laundering of monetary instruments

(b) (2) Jurisdiction over foreign persons. - For purposes of adjudicating an action filed or enforcing a penalty ordered under this section, the district courts shall have jurisdiction over any foreign person, including any financial institution authorized under the laws of a foreign country, against whom the action is brought, if service of process upon the foreign person is made under the Federal Rules of Civil Procedure or the laws of the country in which the foreign person is found, and –

(A) the foreign person commits an offense under subsection(a) involving a financial transaction that occurs in whole or in part in the United States;

(B) the foreign person converts, to his or her own use, property in which the United States has an ownership interest by virtue of the entry of an order of forfeiture by a court of the United States;

or

(C) the foreign person is a financial institution that maintains a bank account at a financial institution in the United States.

(3) Court authority over assets. - A court [described in paragraph (2)] may issue a pretrial restraining order or take any other action necessary to ensure that any bank account or other property held by the defendant in the United States is available to satisfy a judgment under this section.

(4) Federal receiver. -

(A) In general. - A court [described in paragraph (2)] may appoint a Federal Receiver, in accordance with subparagraph (B) of this paragraph, to collect, marshal, and take custody, control, and possession of all assets of the defendant, wherever located, to satisfy a civil judgment under this subsection, a forfeiture judgment under section 981 or 982, or a criminal sentence under section 1957 or subsection (a) of this section, including an order of restitution to any victim of a specified unlawful activity.

(B) Appointment and authority. - A Federal Receiver described in subparagraph (A) -

(i) may be appointed upon application of a Federal prosecutor or a Federal or State regulator, by the court having jurisdiction over the defendant in the case;

(ii) shall be an officer of the court, and the powers of the Federal Receiver shall include the powers set out in section 754 of title 28, United States Code; and

(iii) shall have standing equivalent to that of a Federal prosecutor for the purpose of submitting requests to obtain information regarding the assets of the defendant -

(I) from the Financial Crimes Enforcement Network of the Department of the Treasury; or

(II) from a foreign country pursuant to a mutual legal assistance treaty, multilateral agreement, or other arrangement for international law enforcement assistance, provided that such requests are in accordance with the policies and procedures of the Attorney General.

The term United States has been defined in 28, U.S.C. § 3002 15 (A) as a Federal corporation CJS Vol 20 § 1785 a Foreign Corporation and substantiated by Supreme Court case laws.

BLACKS LAWS FIFTH EDITION

> FOREIGN STATE; A "foreign state" within statutes providing for expatriation of American citizens who are naturalized under laws of a foreign state in a country which is not the United States, or its possession or colony, an alien country, other than their own. *Kletter v. Dulles*, 111 F.Supp. 593, 598 (D.D.C. 04/17/1953).

8 U.S.C. § 1101

> **(14)** The term "foreign state" includes outlying possessions of a foreign state, but self-governing dominions or territories under mandate or trusteeship shall be regarded as separate foreign states.

At no time have the People expatriated his/her self from his country. By and through the passing of 50App. U.S.C. TWEA all public officials knowingly or unknowingly have declared themselves to be foreign and did expatriate from the original United States of America to become a citizen of the UNITED STATES located in the District of Columbia as defined by the United States Supreme Court in the following case laws.

The Supreme Court confirmed that the term "United States" can and does mean three completely different things, depending on the context:

. The term "United States" may be used in any one of several senses. It may be merely the name of a sovereign occupying the position analogous to that of other sovereigns in the family of nations. It may designate the territory over which the sovereignty of the United States extends, or it may be the collective name of the states which are united by and under the Constitution. *Hooven & Allison Co. vs. Evatt*, 65 S.

Ct. 870, 324 U.S. 652, 671, 89 L. Ed. 1252 (1945)

See also *United States v. Cruikshank,* 92 U.S. 542 (1875) and *United States v. Bevans*, 16 U.S. 3 Wheat. 336 336 (1818). These case laws show that there are three different and distinct forms of the United States of America.

The Federal and State Courts and the Federal and State pretenders and their agents have misused the meaning of these Supreme Court cases along with title 50 of the U.S.C. and have knowingly defrauded the America people by expatriating them from their own country in the courtrooms and silenced them making the people the enemy of the state under this U.S.C. title 50. By and thru mandatory licensing, regulation of transactions in foreign exchange of gold or silver to FEDERAL RESERVE NOTES, property transfers by placing all property under the name of the State such as homes, vehicles, children, animals, firearms and etc. The Federal and State pretenders and or agents have made a willful presumption of expatriation on the part of the People therefore denying the People their rights to their lawful standing as an American National. The court has willfully and knowing concealed this from the people.

The following Congressional Statute at large gave the People protection from foreign states under the federal constitutional 11th amendment not subject to foreign state.

15 Statutes at Large, Chapter 249 (section 1), enacted July 27, 1868.

Chap. CCXLIX. ---An Act concerning the Rights of American Citizens in foreign States

> Whereas the right of expatriation is a nature and inherent right of all people, indispensable to the enjoyment of the rights of life, liberty, and the pursuit of happiness; and whereas in the recognition of this principle this government has freely received emigrants from all nations, and invested them with the right of citizenship; and whereas it is claimed that such American citizens, with their descendants, are subjects of foreign states, owing allegiance to the government thereof; and whereas it is necessary to the maintenance of public peace that this claim of foreign allegiance should be promptly and finally disavowed: Therefore,
>
> *Be it enacted by the Senate and the House of Representatives of the United States of America in Congress assembled,* That any declaration, instruction, opinion, order, or decision of any officers of this government which denies, restricts , impairs or questions the rights of expatriation, is hereby declared inconsistent with the fundamental principles of this government.

50App. U.S.C. § 4. Licenses to enemy or ally of enemy insurance or reinsurance companies; change of name; doing business in United States.

### *Required SR 22 bond*

Laws vary from state to state on the legal requirements one must meet in order to be a licensed driver. In most states, one must carry proof of insurance in order to drive; being caught without proof of insurance carries a stiff penalty. An SR22 is a financial responsibility document that informs the

state that a driver has met his or her insurance requirements.

### *Function*

While all states require drivers to be insured in order to legally drive, most states do not require that the state has documentation of said insurance unless the driver is pulled over or otherwise attracts the attention of the Department of Motor Vehicles. In certain cases, however, a driver will need to register his or her insurance with the state, and that is where the SR22 comes in. The SR22 is generally filed by the insurance provider and tells the state that the driver does have the insurance required to be on the road. In the event that the insurance policy is canceled, the provider is likewise required to inform the state that the driver does not have the required coverage.

### *State-to-State Differences*

Some states (Pennsylvania, Delaware, Minnesota, Kentucky, New Mexico, and Oklahoma) never require an SR22, but if a driver required one in his or her previous state, it is still necessary to remain on file with that state; moving from Ohio to Oklahoma will not absolve one of his or her responsibilities towards Ohio. Additionally, if the requirements for insurance are different, the driver must meet the requirements for both states in order

to drive legally. Neither New York nor North Carolina, however, require out-of-state SR22 filings

50App. U.S.C. § 5. "Suspension of provisions relating to ally of enemy; regulation of transactions in foreign exchange of gold or silver, property transfers, vested interests, enforcement and penalties" The federal Congress has failed to provide for the Punishment of counterfeiting the Securities and current coin of the United States in contradiction to Article I Section 8 Clause 6 by implementing the FRB in 1913; HJR 192 - Federal Reserve Notes are NOT lawful money - "payment is declared to be against public policy"

31 U.S.C. § 5118(d)

> (d)(1) In this subsection, "obligation" means any obligation (except United States currency) payable in United States money.
>
> (2) An obligation issued containing a gold clause or governed by a gold clause is discharged on payment (dollar for dollar) in United States coin or currency that is legal tender at the time of payment. This paragraph does not apply to an obligation issued after October 27, 1977.

Title 50App. U.S.C. § 21. Claims of naturalized citizens as affected by expatriation

> The claim of any naturalized American citizen under the provisions of this Act [sections 1 to 6, 7 to 39, and 41 to 44 of this Appendix] shall not be denied on the ground of any presumption of expatriation which has arisen against him, under the second sentence of section 2 of the Act entitled "An Act in reference to the expatriation of citizens and their protection abroad," approved March 2, 1907, if he shall give

> satisfactory evidence to the President, or the court, as the case may be, of his uninterrupted loyalty to the United States during his absence, and that he has returned to the United States, or that he, although desiring to return, has been prevented from so returning by circumstances beyond his control.

By the Federal and State Courts allowing such act by the Federal and State pretenders and or agents who have expatriated themselves from the constitutional form of government to a foreign state standing, then to allow the misuse or impersonate a constitutional position in order to collect federal funds and to bond these cases to place in an insurance account under ticket numbers, case number or use of federal ID number in a time that a State Emergency has been declared. This misuse of that public office in a state of emergency is a war crime and also is defined as a hate crime as a group is being singled out (American National), and also falls under the term of R.I.C.O. 18 U.S.C. § 1961. Definitions

> (1) "racketeering activity" means (A) any act or threat involving murder, kidnapping, gambling, arson, robbery, bribery, extortion, dealing in obscene matter, or dealing in a controlled substance or listed chemical.
>
> (2) "State" means any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, any territory or possession of the United States, any political subdivision, or any department, agency, or instrumentality thereof;
>
> (3) "person" includes any individual or entity capable of holding a legal or beneficial interest in property;
>
> (4) "Enterprise" includes any individual, partnership, **corporation**, **association**, or other **legal** **entity**, and any union or group of

individuals associated in fact although not a legal entity;

(5) "pattern of racketeering activity" requires at least two acts of racketeering activity, one of which occurred after the effective date of this chapter and the last of which occurred within ten years (excluding any period of imprisonment) after the commission of a prior act of racketeering activity;

Definition of a war crime comes under 18 U.S.C. § 2441. War crimes:

(d) Common Article 3 Violations.—

(1) Prohibited conduct.— In subsection (c)(3), the term "grave breach of common Article 3" means any conduct (such conduct constituting a grave breach of common Article 3 of the international conventions done at Geneva August 12, 1949), as follows:

(A) Torture.— The act of a person who commits, or conspires or attempts to commit, an act specifically intended to inflict severe physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions) upon another person within his custody or physical control for the purpose of obtaining information or a confession, punishment, intimidation, coercion, or any reason based on discrimination of any kind.

(B) Cruel or inhuman treatment.— The act of a person who commits, or conspires or attempts to commit, an act intended to inflict severe or serious physical or mental pain or suffering (other than pain or suffering incidental to lawful sanctions), including serious physical abuse, upon another within his custody or control.

(C) Performing biological experiments.— The act of a person who subjects, or conspires or attempts to subject, one or more persons within his custody or physical control to biological experiments without a legitimate medical or dental purpose and in so doing endangers the body or health of such person or persons.

(D) Murder.— The act of a person who intentionally kills, or conspires or attempts to kill, or kills whether intentionally or

unintentionally in the course of committing any other offense under this subsection, one or more persons taking no active part in the hostilities, including those placed out of combat by sickness, wounds, detention, or any other cause.

(I) Taking hostages.— The act of a person who, having knowingly seized or detained one or more persons, threatens to kill, injure, or continue to detain such person or persons with the intent of compelling any nation, person other than the hostage, or group of persons to act or refrain from acting as an explicit or implicit condition for the safety or release of such person or persons.

(2) Definitions.— In the case of an offense under subsection (a) by reason of subsection (c)(3)—

(A) the term "severe mental pain or suffering" shall be applied for purposes of paragraphs (1)(A) and (1)(B) in accordance with the meaning given that term in section 2340 (2) of this title;

As referenced above, 18 U.S.C. § 2340. Definitions

(2) "severe mental pain or suffering" means the prolonged mental harm caused by or resulting from -

(A) the intentional infliction or threatened infliction of severe physical pain or suffering;

(C) the threat of imminent death; or

(D) the threat that another person will imminently be subjected to death, severe physical pain or suffering, or the administration or application of mind-altering substances or other procedures calculated to disrupt profoundly the senses or personality; and

(3) "United States" means the several States of the United States, the District of Columbia, and the commonwealths, territories, and possessions of the United States.

## DOMESTIC TERRORISM

There is no single, universally accepted definition of terrorism. Terrorism is defined in the Code of Federal Regulations as "...the unlawful use of force and violence against persons or property to intimidate or coerce a government, the civilian population, or any segment thereof, in furtherance of political or social objectives." (28 C.F.R. § 0.85 Subsection (l))

Other definitions include 18 U.S.C. § 2331. Definitions:

(5) the term "domestic terrorism" means activities that—

(A) involve acts dangerous to human life that are a violation of the criminal laws of the United States or of any State;

(B) appear to be intended—

(i) to **intimidate or coerce a civilian population**;

House Resolution 3162 Public Law 107-56 SEC. 802. DEFINITION OF DOMESTIC TERRORISM.

(5) the term `domestic terrorism' means activities that--

(A) involve acts dangerous to human life that are a violation of the criminal laws of the United States or of any State;

(B) appear to be intended--

(i) to intimidate or coerce a civilian population;

# HATE CRIMES

When the Federal Government; Legislative, Executive and Judicial branches allow such action they are now aiding and abetting in Hate crimes as defined by the FBI in the following issue:

> When these Government offices have had complaints filed into them,
>
> and the people have had appointments to cover these issues in person with the public officials,
>
> and they refuse to address the complaint by hiding behind the separation of power clause.

These are the same officials who create, enforce and administer the laws. If law can be created, enforced, and administered to injure the people then laws can be made to reversed such injuries by the same means.

The FBI's hate-crime report for 2002 quotes a statement about hate crimes by the *American Psychological Association*:

> "...not only is it an attack on one's physical self, but is also an attack on one's very identity." Attacks upon individuals because of a difference in how they look, pray or behave have long been a part of human history. It is only recently, however, that our society has given it a name and decided to monitor it, study it and legislate against it."

The FBI defines a hate crime (a.k.a. bias crime) to be: "a criminal offense committed against a person, property or society which is motivated, in whole or in part, by the offender's bias against a **race,** religion, disability, sexual

orientation, or **ethnicity/national origin**." (America Nationals)

House Resolution 3355, Public Law #103-322, a 1994 federal law, in § 280003 (a) defines a hate crime as: "a crime in which the defendant intentionally selects a victim, or in the case of a property crime, the property that is the object of the crime, because of the actual or **perceived race**, color, religion, **national origin**, ethnicity, gender, disability, or sexual orientation of any person."

Typical hate crime laws criminalize the use of force, or the threat of force, against a Person because they are a member of a specific, **protected group**. Four definitions of the term "*hate crime*" are:

> **Hate Crimes Statistics Act (1990)**: "... crimes that manifest evidence of prejudice based on race, religion, sexual orientation, or ethnicity, including where appropriate the crimes of murder, non-negligent manslaughter, forcible rape, aggravated assault, simple assault, intimidation; arson; and destruction, damage or vandalism of property." (Public Law 101-275 § (b)(1)).
>
> **Bureau of Justice Administration** (BJA; 1997): "Hate crimes--or bias-motivated crimes—are defined as offenses motivated by hatred against a victim based on his or her **race,** religion, sexual orientation, ethnicity, or **national origin**."
>
> **Anti-Defamation League** (ADL): A hate crime is "any crime committed because of the victim's actual or **perceived race**, color, religion, ancestry, **national origin**, disability, gender [male or female] or sexual orientation."
>
> **National Education Association** (NEA): "Hate crimes and violent acts are defined as offenses motivated by hatred against a victim based on **his or her beliefs** or mental or physical characteristics, **including**

**race**, **ethnicity**, and sexual orientation."

Traditional hate crime legislation protects persons because of "*his race, color, religion or* ***national origin,*** " as in the case of the 1969 federal hate crimes law. (18 U.S.C. § 245 (b)(2)).

Most state laws now include additional protected groups. Some laws are restrictive and only protect a member of a group if she/he is involved in specific activities. For example, the 1969 federal law only applies if the crime happens when a person is attending a public school or is at work or participating in one of four other "*federally protected activities.*"

The portion of Section 245 of Title 18 which is primarily enforced by the Criminal Section makes it unlawful to willfully injure, intimidate or interfere with any person, or to attempt to do so, by force or threat of force, because of that other person's race, color, religion or national origin and because of his/her activity as one of the following:

> (b)(1)(B) a participant in any "benefit, service, privilege, program, facility or activity provided or administered by the United States."
>
> (b)(1)(E) a participant in "any program or activity receiving federal financial assistance".

The offense is punishable by a range of imprisonment up to a life term, or the death penalty, depending upon the circumstances of the crime, and the resulting injury, if any.

## FRAUD OF THE FEDERAL RESERVE BOARD

**Traficant United States Congressional Record, March 17, 1993 Vol. 33, page H-1303**

It is an established fact that the United States Federal Government has been dissolved by the Emergency Banking Act, March 9, 1933, 48 Stat. 1, Public Law 89-719; declared by President Roosevelt, being bankrupt and insolvent. H.J.R. 192, 73rd Congress in session June 5, 1933 - Joint Resolution to Suspend the Gold Standard and Abrogate the Gold Clause dissolved the Sovereign Authority of the United States and the official capacities of all United States Governmental Offices, Officers, and Departments and is further evidence that the United States Federal Government exists today in name only. Federal Reserve Notes (FRNs) are unsigned checks written on a closed account. FRNs are an inflatable paper system designed to create debt through inflation (devaluation of currency). Whenever there is an increase of the supply of a money substitute in the economy without a corresponding increase in the gold and silver backing, inflation occurs.

The Federal Reserve System is based on the Canon law and the principles of sovereignty protected in the Constitution and the Bill of Rights. In fact, the

international bankers used a "Canon Law Trust" as their model, adding stock and naming it a "Joint Stock Trust." The U.S. Congress had passed a law making it illegal for any legal "person" to duplicate a "Joint Stock Trust" in 1873. The Federal Reserve Act was legislated post-facto (to 1870), although post-facto laws are strictly forbidden by the Constitution. [1:9:3] The Federal Reserve System is a sovereign power structure separate and distinct from the federal United States government. The Federal Reserve is a maritime lender, and/or maritime insurance underwriter to the federal United States operating exclusively under Admiralty/Maritime law. The lender or underwriter bears the risks, and the Maritime law compelling specific performance in paying the interest, or premiums are the same.

Prior to 1913, most Americans owned clear, allodial title to property, free and clear of any liens or mortgages until the Federal Reserve Act (1913) "Hypothecated" all property within the federal United States to the Board of Governors of the Federal Reserve, -in which the Trustees (stockholders) held legal title. The U.S. citizen (tenant, franchisee) was registered as a "beneficiary" of the trust via his/her birth certificate. In 1933, the federal United States hypothecated all of the present and future properties, assets and labor of their "subjects," the 14th Amendment U.S. citizen, to the Federal Reserve System.