In return, the Federal Reserve System agreed to extend the federal United States corporation all the credit "money substitute" it needed. Like any other debtor, the federal United States government had to assign collateral and security to their creditors as a condition of the loan. Since the federal United States didn't have any assets, they assigned the private property of their "economic slaves", the U.S. citizens as collateral against the un-payable federal debt. They also pledged the unincorporated federal territories, national parks forests, birth certificates, and nonprofit organizations, as collateral against the federal debt. All has already been transferred as payment to the international bankers.

The Banks are listed neither as "wholly owned" government corporations under 31 U.S.C. § 9101 (formerly § 846) nor as "mixed ownership" corporations under 31 U.S.C. § 9101 (formerly § 856), a factor considered in *Pearl v. United States*, 230 F.2d 243 (10th Cir. 1956), which held that the Civil Air Patrol is not a federal agency under the Act. Closely resembling the status of the Federal Reserve Bank, the Civil Air Patrol is a non-profit, federally chartered corporation organized to serve the public welfare. But because Congress' control over the Civil Air Patrol is limited and the corporation is not designated as a wholly owned or mixed ownership government corporation under 31 U.S.C. §§ 846 and 856 (now § 9101), the

court concluded that the corporation is a non-governmental, independent entity, not covered under the Act.

Finally, the Banks are empowered to sue and be sued in their own name. 12 U.S.C. § 341 reads "Fourth. To sue and be sued, complain and defend, in any court of law or equity."

## FRAUD CONCLUSION

The issue being place before this Court and/or of the District of Columbia real Tax Court is a history of the abuse being allowed by the Federal and State Courts outside the Ten square miles and by the Federal Courts inside the District of Columbia against all American Nationals. This is in direct violation of our federal constitution and statutes and Title 50 and the 15 Statutes at Large, Chapter 249 (Section 1), enacted July 27, 1868 Chap. CCXLIX. ---An Act concerning the Rights of American Citizens in foreign States and of the above.

The American people never rescinded their citizenship to their country, but by the misuse of legislation, created by the Bar Association, they have fraudulently expatriated the public officials from our Country the United States of America and their citizenship to a foreign state standing outside of the constitution and Suspended the Federal and all State Constitutions without the peoples' knowledge or consent. By the Courts continuing these actions in the courtrooms they have become a co-conspirator in acts of mutiny and the overthrow of a constitutional form of government.

Legislators are hiding behind the separation of power clause, knowing full well of these injuries being done to the people. When legislation by Congress

could be created to prevent this injury, and their willful failure to do so, make them as guilty as those Court officials who deny the supreme law of the land in their court room.

When the Department Of Justice fails to prevent these actions in the courtroom and conceals the truth this now shows collusion between all three branches of government.

One branch of our government should have the integrity to stand up for what is right. Their failure to do so comes under the term of high crimes and treason, war crimes, human rights violations, R.I.C.O., and etc. This Court and/or the District of Columbia real Tax Court are being placed on Notice. Every Federal and State Court outside of the Ten square miles area and the Federal Court inside of that ten square miles area have made it impossible, through its own corruption, for the People to obtain enforcement. The People have been denied the ability to defend him/herself as those in Nazi Germany under Hitler.

Those who sat in the same position in Germany at that time as members of their Government and Military stood before our Military Court and the World Court and were tried for war crimes and crimes against humanity. Years later they are still being rounded up and charged. There is no statute of limitation on these types of crimes. This Court and/or the District of

Columbia real Tax Court have the choice to find some type of humanity to give to the People of this nation, or pursuing their course of action, knowing that such action is a crime and run the risk of be tried in another world court.

This Court and/or the District of Columbia Court are fully aware that a corporation can not bring charges against a living being. The High Court ruled this in *Penhallow v. Doane's Adm'rs*, 3 U.S. 54 (1795). Fed. R. Civ. P.17, requires an interested party to be a living body. See also *Crawford v. Washington*, 124 S.Ct. 1354, 541 U.S. 36, 158 L.Ed.2d 177 (U.S. 03/08/2004).

28 U.S.C. §§ 1602-1611 Foreign States Immunities Act protects the expatriated persons under the 11th amendment as all government offices, State, local political subdivision, judicial etc come under Fed. R. Civ. P. 4(j) as a Foreign State.

The defendants in this case will likely argue Fed. R. Civ. P. 12(b)(6), "failure to state a claim to which relief can be granted". How does one put a price on such crimes against humanity? The real issue should be: Where are the Rule 12(b)(6) claim for the People or Rule 12(b)(1) lack of subject-matter jurisdiction over the People or Rule 17 immunity for the People. If the corporations were as fully censured over the people's claims for damages and immunity and their rights we the people would not be seeking relief in this Court now.

NOTICE: We, the people, reserve the right to amend this Complaint at any time during the process of this action at bar.

***Federal Reserve Banks***

Examining the organization and function of the Federal Reserve Banks, and applying the relevant factors, we conclude that the Reserve Banks are not federal instrumentalities for purpose of the FTCA, but are independent, privately owned and locally controlled corporations.

Each Federal Reserve Bank is a separate corporation owned by commercial banks in its region. The stockholding commercial banks elect two thirds of each Bank's nine member board of directors. The remaining three directors are appointed by the Federal Reserve Board. The Federal Reserve Board regulates the Reserve Banks, but direct supervision and control of each Bank is exercised by its board of directors. 12 U.S.C. § 301. The directors enact by-laws regulating the manner of conducting general Bank business, 12 U.S.C. § 341, and appoint officers to implement and supervise daily Bank activities. These activities include collecting and clearing checks, making advances to private and commercial entities, holding reserves for member banks, discounting the notes of member banks, and buying and selling securities on the open market. See 12 U.S.C. §§ 341 361.

The fact that the Federal Reserve Board regulates the Reserve Banks does not make them federal agencies under the Act. In *United States v. Orleans*, 425 U.S. 807, 96 S. Ct. 1971, 48 L. Ed. 2d 390 (1976), the Supreme Court held that a community action agency was not a federal agency or instrumentality for purposes of the Act, even though the agency was organized under federal regulations and heavily funded by the federal government. Because the agency's day to day operation was not supervised by the federal government, but by local officials, the Court refused to extend federal tort liability for the negligence of the agency's employees. Similarly, the Federal Reserve Banks, though heavily regulated, are locally controlled by their member banks. Unlike typical federal agencies, each bank is empowered to hire and fire employees at will. Bank employees do not participate in the Civil Service Retirement System. They are covered by worker's compensation insurance, purchased by the Bank, rather than the Federal Employees Compensation Act. Employees traveling on Bank business are not subject to federal travel regulations and do not receive government employee discounts on lodging and services.

## REFERENCE COURT CASES

1. *Picking v. Pennsylvania R. Co.* 151 Fed. 2nd 240; *Pucket v. Cox* 456 2nd 233. Pro se pleadings are to be considered without regard to technicality; pro se litigants pleadings are not to be held to the same high standards of perfection as lawyers. *Platsky v. C.I.A.* 953 F.2d. 25. Additionally, pro se litigants are to be given reasonable opportunity to remedy the defects in their pleadings. *Reynoldson v Shillinger* 907F .2d 124, 126 (10th Cir. 1990); See also *Jaxon v Circle K. Corp.* 773 F.2d 1138, 1140 (10th Cir. 1985) (1)

2. *Haines v. Kerner*, 92 S. Ct. 594. The respondent in this action is a non-lawyer and is moving forward in Propria persona.

3. *NAACP v. Button* 371 U.S. 415; *United Mineworkers of America v. Gibbs* 383 U.S. 715; and *Johnson v. Avery* 89 S. Ct. 747 (1969). Members of groups who are competent non-lawyers can assist other members of the group achieve the goals of the group in court without being charged with "Unauthorized practice of law."

4. *Brotherhood of Trainmen v. Virginia ex rel. Virginia State Bar* 377 U.S. 1; *Gideon v. Wainwright* 372 U.S. 335; *Argersinger v. Hamlin, Sheriff* 407 U.S. 425. Litigants may be assisted by unlicensed layman during judicial proceedings.

5. *Howlett v. Rose*, 496 U.S. 356 (1990) Federal Law and Supreme Court Cases apply to State Court Cases.

6. Fed. R. Civil P. 17, 28 U.S.C.A. "Next Friend" A next friend is a person who represents someone who is unable to tend to his or her own interest...

7. Oklahoma Court Rules and Procedures, Title 12, sec. 2017 (C) "If an infant or incompetent person does not have a duly appointed representative he may sue by his next friend or by a guardian ad litem."

8. *Mandonado-Denis v. Castillo-Rodriguez*, 23 F3d 576 (1st Cir. 1994) Inadequate training of subordinates may be basis for 1983 claim.

9. *Warnock v. Pecos County, Tex.*, 88 F3d 341 (5th Cir. 1996) Eleventh Amendment does not protect state officials from claims for prospective relief when it is alleged that state officials acted in violation of federal law.

10. Title 42 U.S.C. Sec. 1983, *Wood v. Breier*, 54 F.R.D. 7, 10-11 (E.D. Wis. 1972). *Frankenhauser v. Rizzo*, 59 F.R.D. 339 (E.D. Pa. 1973). "Each citizen acts as a private attorney general who 'takes on the mantel of sovereign',"

11. Oklahoma is a "Right to Work" State! Bill SJR1! Its OK to practice God`s law with out a license, Luke 11:52, God`s Law was here first! "There is a higher loyalty than loyalty to this country, loyalty to God" *U.S. v. Seeger*, 380 U.S. 163, 172, 85 S. Ct. 850, 13 L. Ed. 2d 733 (1965)

12. "The practice of law can not be licensed by any state/State. *Schware v.*

*Board of Examiners*, United States Reports 353 U.S. pgs. 238, 239. In *Sims v. Aherns*, 271 S.W. 720 (1925) "The practice of law is an occupation of common right." A bar card is not a license, its a dues card and/or membership card. A bar association is that what it is, a club. An association is not license, it has a certificate through the State, the two are not the same.

13. *Crawford v. Washington*, 124 S.Ct. 1354, 541 U.S. 36, 158 L.Ed.2d 177 (U.S. 03/08/2004). The Supreme Court ruled that the Confrontation Clause of the Constitution bars any form of hearsay testimony against defendants in criminal proceedings, stating that "interrogations by law enforcement officers fall squarely within that class."

# REFERENCE DOCUMENT

## ***31 Questions and Answers about the Internal Revenue Service***

Revision 3.4

certified by

**Paul Andrew Mitchell, B.A., M.S.**
Citizen of California, Federal Witness,
Private Attorney General, Author and
Webmaster of the Supreme Law Library

Internet URL of home page:
**http://www.supremelaw.org**

Internet URL of this file:
http://www.supremelaw.org/sls/31answers.htm

Common Law Copyright
All Rights Reserved without Prejudice

1. Is the Internal Revenue Service ("IRS") an organization within the U.S. Department of the Treasury?

Answer: No. The IRS is not an organization within the United States Department of the Treasury. The U.S. Department of the Treasury was organized by statutes now codified in Title 31 of the United States Code, abbreviated "31 U.S.C." The only mention of the IRS *anywhere* in 31 U.S.C. §§ 301-310 is an authorization for the President to appoint an Assistant General Counsel in the U.S. Department of the Treasury to be the Chief Counsel for the IRS. See 31 U.S.C. 301(f)(2).

At footnote 23 in the case of Chrysler Corp. v. Brown, 441 U.S. 281 (1979), the U.S. Supreme Court admitted that no organic Act for the IRS could be found, after they searched for such an Act all the way back to the Civil

War, which ended in the year 1865 *A.D.* The Guarantee Clause in the U.S. Constitution guarantees the Rule of Law to all Americans (we are to be governed by Law and not by arbitrary bureaucrats). See Article IV, Section 4. Since there was no organic Act creating it, IRS is not a lawful organization.

2. If *not* an organization within the U.S. Department of the Treasury, then what exactly is the IRS?

Answer: The IRS appears to be a collection agency working for foreign banks and operating out of Puerto Rico under color of the Federal Alcohol Administration ("FAA"). But the FAA was promptly declared unconstitutional inside the 50 States by the U.S. Supreme Court in the case of U.S. v. Constantine, 296 U.S. 287 (1935), because Prohibition had already been repealed.
In 1998, the United States Court of Appeals for the First Circuit identified a second "Secretary of the Treasury" as a man by the name of Manual Díaz-Saldaña. See the definitions of "Secretary" and "Secretary or his delegate" at 27 CFR 26.11 (formerly 27 CFR 250.11), and the published decision inUsed Tire International, Inc. v. Manual Díaz-Saldaña, court docket number 97-2348, September 11, 1998. Both definitions mention Puerto Rico.

When all the evidence is examined objectively, IRS appears to be a money laundry, extortion racket, and conspiracy to engage in a pattern of racketeering activity, in violation of 18 U.S.C. 1951 and1961 *et seq.* ("RICO"). Think of Puerto RICO (Racketeer Influenced and Corrupt Organizations Act); in other words, it is an organized crime syndicate operating under false and fraudulent pretenses. See also the Sherman Act and the Lanham Act.

3. By what legal authority, if any, has the IRS established offices *inside* the 50 States of the Union?

Answer: After much diligent research, several investigators have concluded that there is no known Act of Congress, nor any Executive Order, giving IRS lawful jurisdiction to operate within *any* of the 50 States of the Union.

Their presence within the 50 States appears to stem from certain Agreements

on Coordination of Tax Administration ("ACTA"), which officials in those States have consummated with the Commissioner of Internal Revenue. A template for ACTA agreements can be found at the IRS Internet website and in theSupreme Law Library on the Internet.

However, those ACTA agreements are demonstrably fraudulent, for example, by expressly defining "IRS" as a lawful bureau within the U.S. Department of the Treasury. (See Answer to Question 1 above.) Moreover, those ACTA agreements also appear to violate State laws requiring competitive bidding *before*such a service contract can be awarded by a State government to any subcontractor. There is no evidence to indicate that ACTA agreements were reached after competitive bidding processes; on the contrary, the IRS is adamant about maintaining a *monopoly* syndicate.

4. Can IRS legally show "Department of the Treasury" on their outgoing mail?

Answer: No. It is obvious that such deceptive nomenclature is intended to convey the false impression that IRS is a lawful bureau or department within the U.S. Department of the Treasury. Federal laws prohibit the use of United States Mail for fraudulent purposes. Every piece of U.S. Mail sent from IRS with "Department of the Treasury" in the return address, is one count of mail fraud. See also 31 U.S.C. 333.

5. Does the U.S. Department of Justice have power of attorney to represent the IRS in federal court?

Answer: No. Although the U.S. Department of Justice ("DOJ") does have power of attorney to represent federal agencies before federal courts, the IRS is not an "agency" as that term is legally defined in the Freedom of Information Act or in the Administrative Procedures Act. The governments of all federal Territories are expressly excluded from the definition of federal "agency" by Act of Congress. See 5 U.S.C. 551(1)(C).

Since IRS is domiciled in Puerto Rico (RICO?), it is thereby excluded from the definition of federal agencies which can be represented by the DOJ. The IRS Chief Counsel, appointed by the President under authority of 31 U.S.C. 301(f)(2), can appear, or appoint a delegate to appear in federal court on

behalf of IRS and IRS employees. Again, see the Answer to Question 1 above. As far as powers of attorney are concerned, the chain of command begins with Congress, flows to the President, and then to the IRS Chief Counsel, and NOT to the U.S. Department of Justice.

6. Were the so-called 14th and 16th amendments properly ratified?

Answer: No. Neither was properly ratified. In the case of People v. Boxer (December 1992), docket number #S-030016, U.S. Senator Barbara Boxer fell totally silent in the face of an Application to the California Supreme Court by the People of California, for an ORDER compelling Senator Boxer to witness the material evidence against the so-called 16th amendment.

That so-called "amendment" allegedly authorized federal income taxation, even though it contains no provision expressly repealing two Constitutional Clauses mandating that direct taxes must be apportioned. The Ninth Circuit Court of Appeals and the U.S. Supreme Court have both ruled that repeals by implication are not favored. See Crawford Fitting Co. *et al.* v. J.T. Gibbons, Inc., 482 U.S. 437, 442 (1987).

The material evidence in question was summarized in AFFIDAVIT's that were properly executed and filed in that case. Boxer fell totally silent, thus rendering those affidavits the "truth of the case." The so-called 16th amendment has now been correctly identified as a major fraud upon the American People and the United States. Major fraud against the United States is a serious federal offense. See 18 U.S.C. 1031.

Similarly, the so-called 14th amendment was never properly ratified either. In the case of Dyett v. Turner, 439 P.2d 266, 270 (1968), the Utah Supreme Court recited numerous historical facts proving, beyond *any* shadow of a doubt, that the so-called 14th amendment was likewise a major fraud upon the American People.
Those facts, in many cases, were Acts of the several State Legislatures voting for or against that proposal to amend the U.S. Constitution. The Supreme Law Library has a collection of references detailing this major fraud.

The U.S. Constitution requires that constitutional amendments be ratified by three-fourths of the several States. As such, their Acts are governed by

the Full Faith and Credit Clause in the U.S. Constitution. See Article IV, Section 1.

Judging by the sheer amount of litigation its various sections have generated, particularly Section 1, the so-called 14th amendment is one of the worst pieces of legislation ever written in American history. The phrase "subject to the jurisdiction of the United States" is properly understood to mean "subject to the municipal jurisdiction of Congress." (See Answer to Question 19 below.)

For this one reason alone, the Congressional Resolution proposing the so-called 14th amendment is provably vague and therefore unconstitutional. See 14 Stat. 358-359, Joint Resolution No. 48, June 16, 1866.

7. Where are the statutes that create a *specific* liability for federal income taxes?

Answer: Section 1 of the Internal Revenue Code ("IRC") contains no provisions creating a specific liability for taxes imposed by subtitle A. Aside from the statutes which apply *only* to federal government employees, pursuant to the Public Salary Tax Act, the only *other* statutes that create a specific liability for federal income taxes are those itemized in the definition of "Withholding agent" at IRC section 7701(a)(16). For example, see IRC section 1461. A separate liability statute for "employment" taxes imposed by subtitle C is found at IRC section 3403.

After a worker authorizes a payroll officer to withhold taxes, typically by completing Form W-4, the payroll officer then becomes a withholding agent who is legally and specifically liable for payment of all taxes withheld from that worker's paycheck. Until such time as those taxes are paid in full into the Treasury of the United States, the withholding agent is the only party who is legally *liable* for those taxes, not the worker. See IRC section 7809 ("Treasury of the United States").

If the worker opts instead to complete a Withholding Exemption Certificate, consistent with IRC section 3402(n), the payroll officer is not thereby authorized to withhold any federal income taxes. In this latter situation, there is absolutely no liability for the worker or for the payroll officer; in

other words, there is no liability PERIOD, specifically because there is no withholding agent.

8. Can a federal regulation create a specific liability, when no specific liability is created by the corresponding statute?

Answer: No. The U.S. Constitution vests all legislative power in the Congress of the United States. See Article I, Section 1. The Executive Branch of the federal government has no legislative power whatsoever. This means that agencies of the Executive Branch, and also the federal Courts in the Judicial Branch, are *prohibited* from making law.

If an Act of Congress fails to create a specific liability for any tax imposed by that Act, then there is no liability for that tax. Executive agencies have no authority to cure any such omission by using *regulations* to create a liability.

"[A]n **administrative agency may not create** a criminal offense or **any liability not sanctioned by the lawmaking authority, especially a liability for a tax** or inspection fee." See Commissioner of Internal Revenue v. Acker, 361 U.S. 87, 4 L.Ed.2d 127, 80 S.Ct. 144 (1959), and Independent Petroleum Corp. v. Fly, 141 F.2d 189 (5th Cir. 1944) as cited at 2 Am Jur 2d, p. 129, footnote 2 (1962 edition) [**bold** emphasis added]. However, this cite from American Jurisprudence has been *removed* from the 1994 edition of that legal encyclopedia.

9. The federal regulations create an income tax liability for what specific *classes* of people?

Answer: The regulations at 26 CFR 1.1-1 attempted to create a specific liability for all "citizens of the United States" and all "residents of the United States". However, those regulations correspond to IRC section 1, which does not create a specific liability for taxes imposed by subtitle A.

Therefore, these regulations are an overly broad extension of the underlying statutory authority; as such, they are unconstitutional, null and void *ab initio* (from the beginning, in Latin). The Acker case cited above held that federal regulations can not exceed the underlying statutory authority. (See Answer to Question 8 above.)

10. How many *classes* of citizens are there, and how did this number come to be?

Answer: There are two (2) classes of citizens: State Citizens and federal citizens. The first class originates in the Qualifications Clauses in the U.S. Constitution, where the term "Citizen of the United States" is used. (See 1:2:2, 1:3:3 and 2:1:5.) Notice the UPPER-CASE "C" in "Citizen".

The pertinent court cases have defined the term "United States" in these Clauses to mean "States United", and the full term means "Citizen of ONE OF the States United". See People v. De La Guerra, 40 Cal. 311, 337 (1870); Judge Pablo De La Guerra signed the California Constitution of 1849, when California first joined the Union. Similar terms are found in the Diversity Clause at Article III, Section 2, Clause 1, and in the Privileges and Immunities Clause at Article IV, Section 2, Clause 1. Prior to the Civil War, there was only one (1) class of Citizens under American Law. See the holding in Pannill v. Roanoke, 252 F. 910, 914-915 (1918), for definitive authority on this key point.

The second class originates in the 1866 Civil Rights Act, where the term "citizen of the United States" is used. This Act was later codified at 42 U.S.C. 1983. Notice the lower-case "c" in "citizen". The pertinent court cases have held that Congress thereby created a *municipal franchise* primarily for members of the Negro race, who were freed by President Lincoln's Emancipation Proclamation (a war measure), and later by the Thirteenth Amendment banning slavery and involuntary servitude. Compelling payment of a "tax" for which there is no liability statute is tantamount to involuntary servitude, and extortion.

Instead of using the unique term "federal citizen", as found in Black's Law Dictionary, Sixth Edition, it is now clear that the Radical Republicans who sponsored the 1866 Civil Rights Act were attempting to *confuse* these two classes of citizens. Then, they attempted to elevate this second class to constitutional status, by proposing a 14th amendment to the U.S. Constitution. As we now know, that proposal was never ratified. (See Answer to Question 6 above.)

Numerous court cases have struggled to clarify the important differences between the two classes. One of the most definitive, and dispositive cases, is Pannill v. Roanoke, 252 F. 910, 914-915 (1918),which clearly held that

federal citizens had no standing to sue under the Diversity Clause, because *they were not even contemplated* when Article III in the U.S. Constitution was first being drafted, circa 1787 *A.D.*

Many more cases can be cited to confirm the existence of two classes of citizens under American Law. These cases are thoroughly documented in the book entitled "The Federal Zone: Cracking the Code of *Internal* Revenue" by Paul Andrew Mitchell, B.A., M.S., now in its eleventh edition. See also the pleadings in the case of USA v. Gilbertson, also in the Supreme Law Library.

11. Can one be a State Citizen, without *also* being a federal citizen?

Answer: Yes. The 1866 Civil Rights Act was *municipal law*, confined to the District of Columbia and other limited areas where Congress is the "state" government with exclusive legislative jurisdiction there. These areas are now identified as "the federal zone." (Think of it as the blue field on the American flag; the stars on the flag are the 50 States.) As such, the 1866 Civil Rights Act had no effect whatsoever upon the lawful status of State Citizens, then or now.

Several courts have already recognized our Right to be State Citizens without also becoming federal citizens. For excellent examples, see State v. Fowler, 41 La. Ann. 380, 6 S. 602 (1889) and Gardinav. Board of Registrars, 160 Ala. 155, 48 S. 788, 791 (1909). The Maine Supreme Court also clarified the issue by explaining our "Right of Election" or "freedom of choice," namely, our freedom to choose between two different forms of government. See 44 Maine 518 (1859), Hathaway, J. dissenting.

Since the Guarantee Clause does not require the federal government to guarantee a Republican Form of Government to the federal zone, Congress is free to create a *different* form of government there, and so it has. In his dissenting opinion in Downes v. Bidwell, 182 U.S. 244 at 380 (1901), Supreme Court Justice Harlan called it an absolute legislative democracy.

But, State Citizens are under no legal obligation to join or pledge any allegiance to that legislative democracy; their allegiance is to one or more of the several States of the Union (*i.e.* the white stars on the American flag, not the blue field).

12. Who was Frank Brushaber, and why was his U.S. Supreme Court case *so* important?

Answer: Frank Brushaber was the Plaintiff in the case of Brushaber v. Union Pacific Railroad Company, 240 U.S. 1 (1916), the first U.S. Supreme Court case to consider the so-called 16th amendment. Brushaber identified himself as a Citizen of New York State and a resident of the Borough of Brooklyn, in the city of New York, and nobody challenged that claim.

The Union Pacific Railroad Company was a federal corporation created by Act of Congress to build a railroad through Utah (from the Union to the Pacific), at a time when Utah was a federal Territory,*i.e.* inside the federal zone.

Brushaber's attorney committed an error by arguing that the company had been chartered by the State of Utah, but Utah was not a State of the Union when Congress first created that corporation.
Brushaber had purchased stock issued by the company. He then sued the company to recover taxes that Congress had imposed upon the dividends paid to its stockholders. The U.S. Supreme Court ruled against Frank Brushaber, and upheld the tax as a lawful excise, or *indirect* tax.

The most interesting result of the Court's ruling was a Treasury Decision ("T.D.") that the U.S. Department of the Treasury later issued as a direct consequence of the high Court's opinion. In T.D. 2313, the U.S. Treasury Department expressly cited the Brushaber decision, and it identified Frank Brushaber as a "nonresident alien" and the Union Pacific Railroad Company as a "domestic corporation". This Treasury Decision has never been modified or repealed.

T.D. 2313 is crucial evidence proving that the income tax provisions of the IRC are municipal law, with no territorial jurisdiction inside the 50 States of the Union. The U.S. Secretary of the Treasury who approved T.D. 2313 had no authority to extend the holding in the Brushaber case to anyone or anything not a proper Party to that court action.

Thus, there is no escaping the conclusion that Frank Brushaber was the nonresident alien to which that Treasury Decision refers. Accordingly, all State Citizens are nonresident aliens with respect to the municipal jurisdiction of Congress, *i.e.* the federal zone.

13. What is a "Withholding agent"?

Answer: (See Answer to Question 7 first.) The term "Withholding agent" is legally defined at IRC section 7701(a)(16). It is further defined by the statutes itemized in that section, *e.g.* IRC 1461where liability for funds withheld is clearly assigned. In plain English, a "withholding agent" is a person who is responsible for withholding taxes from a worker's paycheck, and then paying those taxes into the Treasury of the United States, typically on a quarterly basis. See IRC section 7809.

One cannot become a withholding agent unless workers first authorize taxes to be withheld from their paychecks. This authorization is typically done when workers opt to execute a valid W-4 "Employee's Withholding Allowance Certificate." In plain English, by signing a W-4 workers designate themselves as "employees" and certify they are *allowing* withholding to occur.

If workers do not execute a valid W-4 form, a company's payroll officer is not authorized to withhold any federal income taxes from their paychecks. In other words, the payroll officer does not have "permission" or "power of attorney" to withhold taxes, until and unless workers authorize or "allow" that withholding -- by signing Form W-4 knowingly, intentionally *and* voluntarily.

Pay particular attention to the term "Employee" in the title of this form. A properly executed Form W-4 creates the presumption that the workers wish to be treated *as if* they were "employees" of the federal government. Obviously, for people who do not work for the federal government, such a presumption is a legal fiction, at best.

14. What is a "Withholding Exemption Certificate"?

Answer: A "Withholding Exemption Certificate" is an alternative to Form W-4, authorized by IRC section 3402(n) and executed *in lieu of* Form W-4. Although section 3402(n) does authorize this Certificate, the IRS has never added a corresponding form to its forms catalog (see the IRS "Printed Products Catalog").

In the absence of an official IRS form, workers can use the *language* of section 3402(n) to create their own Certificates. In simple language, the worker certifies that s/he had no federal income tax liability last year, and anticipates no federal income tax liability during the current calendar year. Because there are no liability statutes for workers in the private sector, this certification is easy to justify.

Many public and private institutions have created their own form for the Withholding Exemption Certificate, *e.g.* California Franchise Tax Board, and Johns Hopkins University in Baltimore, Maryland. This fact can be confirmed by using any search engine, *e.g.* google.com, to locate occurrences of the term "withholding exemption certificate" on the Internet. This term occurs several times in IRC section 3402.

15. What is "tax evasion" and who might be guilty of this crime?

Answer: "Tax evasion" is the crime of evading a lawful tax. In the context of federal income taxes, this crime can only be committed by persons who have a legal liability to pay, *i.e.* the withholding agent. If one is not employed by the federal government, one is not subject to the Public Salary Tax Act unless one chooses to be treated "as if" one is a federal government "employee." This is typically done by executing a valid Form W-4.

However, as discussed above, Form W-4 is not mandatory for workers who are not "employed" by the federal government. Corporations chartered by the 50 States of the Union are technically "foreign" corporations with respect to the IRC; they are decidedly not the federal government, and should not be regarded "as if" they are the federal government, particularly when they were never created by any Act of Congress.
Moreover, the Indiana Supreme Court has ruled that Congress can only create a corporation in its capacity as the Legislature for the federal zone. Such corporations are the only "domestic" corporations under the pertinent federal laws. This writer's essay entitled "A Cogent Summary of Federal Jurisdictions" clarifies this important distinction between "foreign" and "domestic" corporations in simple, straightforward language.

If Congress were authorized to create *national* corporations, such a questionable authority would invade States' rights reserved to them by the Tenth Amendment, namely, the right to charter their own domestic

corporations. The repeal of Prohibition left the Tenth Amendment unqualified. See the Constantine case *supra*.

For purposes of the IRC, the term "employer" refers only to federal government agencies, and an "employee" is a person who works for such an "employer".

16. Why does IRS Form 1040 not require a Notary Public to notarize a taxpayer's signature?

Answer: This question is one of the fastest ways to unravel the fraudulent nature of federal income taxes. At 28 U.S.C. section 1746, Congress authorized written verifications to be executed under penalty of perjury *without* the need for a Notary Public, *i.e.* to witness one's signature.

This statute identifies two different formats for such written verifications: (1) those executed outside the "United States" and (2) those executed inside the "United States". These two formats correspond to sections 1746(1) and 1746(2), respectively.

What is extremely revealing in this statute is the format for verifications executed "*outside* the United States". In this latter format, the statute adds the qualifying phrase "under the laws of the United States of America".

Clearly, the terms "**United States**" and "**United States of America**" are both used in this same statute. They are not one and the same. The former refers to the federal government -- in the U.S. Constitution and throughout most federal statutes. The latter refers to the 50 States that are united by, and under, the U.S. Constitution. 28 U.S.C. 1746 is the *only* federal statute in all of Title 28 of the United States Code that utilizes the term "United States of America", as such.

It is painfully if not immediately obvious, then, that verifications made under penalty of perjury are *outside* the "**United States**" (read "the federal zone") if and when they are executed *inside* the 50 States of the Union (read "the State zone").

Likewise, verifications made under penalty of perjury are *outside* the 50 States of the Union, if and when they are executed *inside* the "**United**

**States**".

The format for signatures on Form 1040 is the one for verifications made *inside* the **United States**(federal zone) and *outside* the **United States of America** (State zone).

17. Does the term "**United States**" have multiple legal meanings and, if so, what are they?

Answer: Yes. The term has several meanings. The term "United States" may be used in any one of several senses. [1] It may be merely the name of a sovereign occupying the position analogous to that of other sovereigns in the family of nations. **[2] It may designate the territory over which the sovereignty of the United States extends**, or [3] it may be the collective name of the States which are united by and under the Constitution. See Hooven & Allison Co. v. Evatt, 324 U.S. 652 (1945) [**bold**emphasis, brackets and numbers added for clarity].

This is the very same definition that is found in Black's Law Dictionary, Sixth Edition. The second of these three meanings refers to the federal zone and to Congress *only* when it is legislating in its*municipal* capacity. For example, Congress is legislating in its municipal capacity whenever it creates a federal corporation, like the United States Postal Service.

It is terribly revealing of the manifold frauds discussed in these Answers, that the definition of "**United States**" has now been *removed* from the Seventh Edition of Black's Law Dictionary.

18. Is the term "income" defined in the IRC and, if not, where is it defined?

Answer: The Eighth Circuit Court of Appeals has already ruled that the term "income" is not defined *anywhere* in the IRC: "The general term 'income' is not defined in the Internal Revenue Code." U.S. v. Ballard, 535 F.2d 400, 404 (8th Circuit, 1976).

Moreover, in Mark Eisner v. Myrtle H. Macomber, 252 U.S. 189 (1920), the high Court told Congress it could not legislate any definition of "income"

because that term was believed to be in the U.S. Constitution. The Eisner case was predicated on the ratification of the 16th amendment, which would have introduced the term "income" into the U.S. Constitution for the very first time (but only if that amendment had been properly ratified).

In Merchant's Loan & Trust Co. v. Smietanka, 255 U.S. 509 (1921), the high Court defined "income" to mean the profit or gain derived from corporate activities. In that instance, the tax is a lawful excise tax imposed upon the corporate privilege of limited liability, *i.e.* the liabilities of a corporation do not reach its officers, employees, directors or stockholders.

19. What is municipal law, and are the IRC's income tax provisions municipal law, or not?

Answer: Yes. The IRC's income tax provisions are municipal law. Municipal law is law that is enacted to govern the *internal* affairs of a sovereign State; in legal circles, it is also known as Private International Law. Under American Law, it has a much *wider* meaning than the ordinances enacted by the governing body of a municipality, *i.e.* city council or county board of supervisors. In fact, American legal encyclopedias define "municipal" to mean "internal", and for this reason alone, the *Internal* Revenue Code is really a *Municipal* Revenue Code.

A mountain of additional evidence has now been assembled and published in the book "The Federal Zone" to prove that the IRC's income tax provisions are *municipal* law.

One of the most famous pieces of evidence is a letter from a Connecticut Congresswoman, summarizing the advice of legal experts employed by the Congressional Research Service and the Legislative Counsel. Their advice confirmed that the meaning of "State" at IRC section 3121(e) is *restricted* to the named territories and possessions of D.C., Guam, Virgin Islands, American Samoa, and Puerto Rico.

In other words, the term "State" in that statute, and in all similar federal statutes, includes ONLY the places expressly named, and no more.

20. What does it mean if my State is not mentioned in *any* of the federal income tax statutes?

The general rule is that federal government powers must be expressed and enumerated. For example, the U.S. Constitution is a grant of *enumerated* powers. If a power is not enumerated in the U.S. Constitution, then Congress does not have any authority to exercise that power. This rule is tersely expressed in the Ninth Amendment, in the Bill of Rights.

If California is not mentioned in *any* of the federal income tax statutes, then those statutes have no force or effect within that State. This is also true of all 50 States.

Strictly speaking, the omission or exclusion of anyone or any thing from a federal statute can be used to infer that the omission or exclusion was *intentional* by Congress. In Latin, this is tersely stated as follows: *Inclusio unius est exclusio alterius*. In English, this phrase is literally translated: Inclusion of one thing is the exclusion of all other things [that are *not* mentioned]. This phrase can be found in any edition of Black's Law Dictionary; it is a maxim of statutory construction.

The many *different* definitions of the term "State" that are found in federal laws are intentionally written to appear *as if* they include the 50 States PLUS the other places mentioned. As the legal experts in Congress have now confirmed, this is NOT the correct way to interpret, or to construct, these statutes.

If a place is not mentioned, every American may correctly infer that the omission of that place from a federal statute was an intentional act of Congress. Whenever it wants to do so, Congress knows how to define the term "United States" to mean the 50 States of the Union. See IRC section 4612(a)(4)(A).

21. In what other ways is the IRC deliberately vague, and what are the *real* implications for the average American?

There are numerous other ways in which the IRC is deliberately vague. The absence of *any* legal definition for the term "income" is a classic deception. The IRS enforces the Code as a tax on everything that "comes in,"

but nothing could be further from the truth. "Income" is decidedly NOT everything that "comes in."

More importantly, the fact that this vagueness is *deliberate* is sufficient grounds for concluding that the entire Code is null, void and unconstitutional, for violating our fundamental Right to know the nature and cause of any accusation, as guaranteed by the Sixth Amendment in the Bill of Rights.

Whether the vagueness is deliberate or not, *any* statute is unconstitutionally void if it is vague. If a statute is void for vagueness, the situation is the same as if it had *never* been enacted at all, and for this reason it can be ignored entirely.

22. Has Title 26 of the United States Code ("U.S.C.") *ever* been enacted into positive law, and what are the legal implications if Title 26 has *not* been enacted into positive law?

Answer: No. Another, less obvious case of deliberate deception is the statute at IRC section 7851(a)(6)(A), where it states that the provisions of subtitle F shall take effect on the day after the date of enactment of "this title". Because the term "this title" is not defined *anywhere* in the IRC, least of all in the section dedicated to definitions, one is forced to look elsewhere for its meaning, or to derive its meaning from context.

Throughout Title 28 of the United States Code -- the laws which govern all the federal courts -- the term "this title" clearly refers to Title 28. This fact would tend to support a conclusion that "this title", as that term is used in the IRC, refers to Title 26 of the United States Code. However, Title 26 has never been enacted into positive law, as such.

Even though all federal judges may know the secret meaning of "this title", they are men and women of UNcommon intelligence. The U.S. Supreme Court's test for vagueness is violated whenever men and women of common intelligence must necessarily *guess* at the meaning and *differ* as to the application of a vague statute. See Connally *et al.* v. General Construction Co., 269 U.S. 385, 391 (1926). Thus, federal judges are applying the wrong test for vagueness.

Accordingly, the provisions of subtitle F have never taken effect. ("F" is for enForcement!) This subtitle contains all of the enforcement statutes of the IRC, *e.g.* filing requirements, penalties for failure to file and tax evasion, grants of court jurisdiction over liens, levies and seizures, summons enforcement and so on.

In other words, the IRC is a big pile of Code without any teeth; as such, it can impose no legal obligations upon anyone, not even people with dentures!

23. What federal courts are authorized to prosecute income tax crimes?

This question must be addressed in view of the Answer to Question 22 above. Although it may *appear* that certain statutes in the IRC grant original jurisdiction to federal district courts, to institute prosecutions of income tax crimes, none of the statutes found in subtitle F has ever taken effect. For this reason, those statutes do not authorize the federal courts to do *anything* at all. As always, appearances can be very deceiving. Remember the *Wizard of Oz* or the mad tea party of *Alice in Wonderland*?

On the other hand, the federal criminal Code at Title 18, U.S.C., does grant general authority to the District Courts of the United States ("DCUS") to prosecute violations of the statutes found in that Code. See 18 U.S.C. 3231.

It is very important to appreciate the fact that these courts are not the same as the United States District Courts ("USDC"). The DCUS are *constitutional* courts that originate in Article III of the U.S. Constitution. The USDC are territorial tribunals, or *legislative* courts, that originate in Article IV, Section 3, Clause 2 of the U.S. Constitution, also known as the Territory Clause.

This author's OPENING BRIEF to the Eighth Circuit on behalf of the Defendant in USA v. Gilbertson cites numerous court cases that have already clarified the all important distinction between these two classes of federal district courts. For example, in Balzac v. Porto Rico, 258 U.S. 298 at 312 (1922), the high Court held that the USDC belongs in the federal Territories. This author's OPENING BRIEF to the Ninth Circuit in Mitchell v. AOL Time Warner, Inc. *et al.* develops this theme in even greater detail; begin reading at section "7(e)".

The USDC, as such, appear to lack *any* lawful authorities to prosecute income tax crimes. The USDC are *legislative* tribunals where *summary proceedings* dominate.

For example, under the federal statute at 28 U.S.C. 1292, the U.S. Courts of Appeal have no appellate jurisdiction to review interlocutory orders issued by the USDC. Further details on this point are available in the Press Release entitled "Private Attorney General Cracks Title 28 of the United States Code" and dated November 26, 2001 *A.D.*

24. Are federal judges required to pay income taxes on their pay, and what are the *real* implications if they *do* pay taxes on their pay?

Answer: No. Federal judges who are appointed to preside on the District Courts of the United States -- the Article III *constitutional* courts -- are *immune* from any taxation of their pay, by constitutional mandate.

The fact that all federal judges are currently paying taxes on their pay is proof of undue influence by the IRS, posing as a duly authorized agency of the Executive Branch. See Evans v. Gore, 253 U.S. 245 (1920).

*Even if* the IRS were a lawful bureau or department within the U.S. Department of the Treasury (which they are NOT), the existence of undue influence by the Executive Branch would violate the fundamental principle of Separation of Powers. This principle, in theory, keeps the 3 branches of the federal government confined to their respective areas, and prevents any one branch from usurping the lawful powers that rightly belong to the other two branches.

The Separation of Powers principle is succinctly defined in Williams v. United States, 289 U.S. 553 (1933); however, in that decision the Supreme Court erred by defining "Party" to mean only Plaintiffs in Article III, contrary to the definition of "Party" that is found in Bouvier's Law Dictionary(1856).

The federal judiciary, contemplated by the organic U.S. Constitution, was intended to be independent and unbiased. These two qualities are the essence, or *sine qua non* of judicial power, *i.e.* without which there is nothing. Undue influence obviously violates these two qualities. See Evans v. Gore *supra*.

In Lord v. Kelley, 240 F.Supp. 167, 169 (1965), the federal judge in that case was honest enough to admit, *in his published opinion*, that federal judges routinely rule in favor of the IRS, because they fear the retaliation that might result from ruling against the IRS. There you have it, from the horse's mouth!

In front of a class of law students at the University of Arizona in January of 1997, Chief Justice William H. Rehnquist openly admitted that all federal judges are currently paying taxes on their judicial pay. This writer was an eyewitness to that statement by the Chief Justice of the U.S. Supreme Court -- the highest Court in the land.

Thus, all federal judges are now *material witnesses* to the practice of concealing the Withholding Exemption Certificate from them, when they were first hired as "employees" of the federal judiciary. As material witnesses, they are thereby disqualified from presiding on all federal income tax cases.

25. Can federal grand juries issue valid indictments against illegal tax protesters?

Answer: No. Federal grand juries cannot issue valid indictments against illegal tax protesters. Protest has *never* been illegal in America, because the First Amendment guarantees our fundamental Right to express our objections to any government actions, in written and in spoken words.

Strictly speaking, the term "illegal" cannot modify the noun "protesters" because to do so would constitute a violation of the First Amendment in the Bill of Rights, one of the most magnificent constitutional provisions ever written.

Accordingly, for the term "illegal tax protester" to survive this obvious constitutional challenge, the term "illegal" must modify the noun "tax". An illegal tax protester is, therefore, someone who is protesting an illegal tax. Such an act of protest is protected by the First Amendment, and cannot be a crime.

Protest is also recognized and honored by the Uniform Commercial Code; the

phrases "under protest" and "without prejudice" are sufficient to reserve all of one's fundamental Rights at law. See U.C.C. 1-207 (UCCA 1207 in California).

By the way, the federal U.C.C. is also municipal law. See the Answer to Question 19 above, and 77 Stat. 630, P.L. 88-243, December 30, 1963 (one month after President John F. Kennedy was murdered).

26. Do IRS agents ever tamper with federal grand juries, and how is this routinely done?

Answer: Yes. IRS agents routinely tamper with federal grand juries, most often by misrepresenting themselves, under oath, as lawful employees and "Special Agents" of the federal government, and by misrepresenting the provisions of subtitle F as having *any* legal force or effect. Such false representations of fact violate Section 43(a) of the Lanham Act, uncodified at 15 U.S.C. 1125(a). (Title 15 of the United States Code has not been enacted into positive law either.)

They tamper with grand juries by acting as if "income" is everything that "comes in", when there is no such definition *anywhere* in the IRC. Such false descriptions of fact also violate Section 43(a) of the Lanham Act.

They tamper with grand juries by presenting documentary evidence which they had no authority to acquire, in the first instance, such as bank records. Bank signature cards do not constitute competent waivers of their customers' fundamental Rights to privacy, as secured by the Fourth Amendment. The high standard for waivers of fundamental Rights was established by the U.S. Supreme Court in Brady v. U.S., 397 U.S. 742, 748 (1970).

IRS agents tamper with grand juries by creating and maintaining the false and fraudulent pretenses that the IRC is not vague, or that the income tax provisions have any legal force or effect inside the 50 States of the Union, when those provisions do not.

These are all forms of perjury, as well, and possibly also misprision of perjury by omission, *i.e.* serious federal offenses.

Finally, there is ample evidence that IRS agents bribe U.S. Attorneys, federal judges, and even the Office of the President with huge kickbacks, every time a criminal indictment is issued by a federal grand jury against an illegal tax protester. (See the Answer to Question 25 above.) These kick-backs range from $25,000 to $35,000 in CASH! They also violate the Anti-Kickback Act of 1986, which penalizes the payment of kickbacks from federal government subcontractors. See 41 U.S.C. 51 *et seq.*

As a trust domiciled in Puerto Rico, the IRS is, without a doubt, a federal government subcontractor that is subject to this Act. See 31 U.S.C. 1321(a)(62). The systematic and premeditated pattern of racketeering by IRS employees also establishes probable cause to dismantle the IRS permanently for violating the Sherman Antitrust Act, first enacted in the year 1890 *A.D.* See 26 Stat. 209 (1890) (uncodified at 15 U.S.C. 1 *et seq.*)

27. What is "The Kickback Racket," and where can I find evidence of its existence?

The evidence of this "kickback racket" was first discovered in a table of delegation orders, on a page within the Internal Revenue Manual ("IRM") -- the internal policy and procedure manual for all IRS employees. Subsequently, this writer submitted a lawful request, under the Freedom of Information Act, for a certified list of all payments that had ever been made under color of these delegation orders in the IRM. Mr. Mark L. Zolton, a tax law specialist within the Internal Revenue Service, responded on IRS letterhead, transmitted via U.S. Mail, that few records existed for these "awards" because most of them were paid in cash!

When this evidence was properly presented to a federal judge, who had been asked to enforce a federal grand jury subpoena against a small business in Arizona, he ended up obstructing all 28 pieces of U.S. Mail we had transmitted to that grand jury.

Obstruction of correspondence is a serious federal offense, and federal judges have no authority *whatsoever* to intercept U.S. Mail. See 18 U.S.C. 1702.

Obviously, the federal judge -- John M. Roll -- did NOT want the grand jury in that case to know *anything* about these kickbacks. They found out anyway, because of the manner in which this writer defended that small

business, as its Vice President for Legal Affairs.

28. Can the IRS levy bank accounts *without* a valid court order?

Answer: No. The Fifth Amendment prohibits all deprivations of life, liberty, or property without due process of law. *Due Process of Law* is another honored and well developed feature of American constitutional practice. Put simply, it requires Notice and Hearing before *any* property can be seized by any federal government employees, agents, departments or agencies.

A levy against a bank account is a forced seizure of property, *i.e.* the funds on deposit in that account. No such seizure can occur unless due process of law has first run its course. This means notice, hearing, and deliberate adjudication of all the pertinent issues of law and fact.

Only after this process has run its proper or "due" course, can a valid court order be issued. The holding in U.S. v. O'Dell, 160 F.2d 304 (6th Cir. 1947), makes it very clear that the IRS can only levy a bank account after first obtaining a Warrant of Distraint, or court ORDER. And, of course, no court ORDER could ever be obtained unless all affected Parties had first enjoyed their "day in court."

29. Do federal income tax revenues pay for any government services and, if so, which government services are funded by federal income taxes?

Answer: No. The money trail is very difficult to follow, in this instance, because the IRS is technically a trust with a domicile in Puerto Rico. See 31 U.S.C. 1321(a)(62). As such, their records are protected by laws which guarantee the privacy of trust records within that territorial jurisdiction, provided that the trust is not also violating the Sherman Antitrust Act.

They are technically not an "agency" of the federal government, as that term is defined in the Freedom of Information Act and in the Administrative Procedures Act. The governments of the federal territories are expressly excluded from the definition of "agency" in those Acts of Congress. See 5 U.S.C. 551(1)(C). (See also the Answer to Question 5 above.)

All evidence indicates that they are a money laundry, extortion racket, and

conspiracy to engage in a pattern of racketeering activity, in violation of 18 U.S.C. 1951 and 1961 *et seq.*

They appear to be laundering huge sums of money into foreign banks, mostly in Europe, and quite possibly into the Vatican. See the national policy on money laundering at 31 U.S.C. 5341.

The final report of the Grace Commission, convened under President Ronald Reagan, quietly admitted that none of the funds they collect from federal income taxes goes to pay for *any* federal government services. The Grace Commission found that those funds were being used to pay for interest on the federal debt, and income transfer payments to beneficiaries of entitlement programs like federal pension plans.

30. How can the Freedom of Information Act ("FOIA") help me to answer *other* key tax questions?

The availability of correct information about federal government operations is fundamental to maintaining the freedom of the American People. The Freedom of Information Act ("FOIA"), at 5 U.S.C. 552 *et seq.*, was intended to make government documents available with a minimal amount of effort by the People.

As long as a document is not protected by one of the reasonable exemptions itemized in the FOIA, a requester need only submit a brief letter to the agency having custody of the requested document(s). If the requested document is not produced within 20 working days (excluding weekends and federal holidays), the requester need only prepare a single appeal letter.

If the requested document is not produced within another 20 working days after the date of the appeal letter, the requester is automatically allowed to petition a District Court of the United States (Article III DCUS, *not* the Article IV USDC) -- to *compel* production of the requested document, and judicially to *enjoin* the improper withholding of same. See 5 U.S.C. 552(a)(4)(B). The general rule is that statutes conferring original jurisdiction on federal district courts must be *strictly* construed.
This writer has pioneered the application of the FOIA to request certified copies of statutes and regulations which should exist, but do *not* exist. A typical request anyone can make, to which the U.S. Treasury has now fallen

totally silent, is for **a certified copy of all statutes which create a specific liability for taxes imposed by subtitle A of the IRC**. For example, see the FOIA request that this writer prepared for author Lynne Meredith.

Of course, by now we already know the answer to this question, before asking it. (Good lawyers always know the answers to their questions, before asking them.)

It should also be clear that such a FOIA request should not be directed to the IRS, because they are not an "agency" as that term is defined at 5 U.S.C. 551(1)(C). Address it instead to the Disclosure Officer, Disclosure Services, Room 1054-MT, U.S. Department of the Treasury, Washington 20220, DISTRICT OF COLUMBIA, USA. This is the format for "foreign" addresses, as explained in USPS Publication #221.

As James Madison once wrote, "A popular government without popular information or the means of acquiring it, is but a Prologue to a Farce or a Tragedy or perhaps both. Knowledge will forever govern ignorance, and a people who mean to be their own Governors, must arm themselves with the power knowledge gives."

# CONCLUSION

***Relief Sought***

1. For damages to Plaintiff's 40-year working reputation caused directly by the unlawful levies, the sum of $40,000,000, calculated at $1,000,000 for each of 40 years in his present line of work.

2. For time expended by Plaintiff answering unlawful tax collection demands from the I.R.S., the sum of $1,200,000, calculated at $600 per hour for the nearly 2,000 documented hours to date.

3. For pain, suffering, and mental anguish resulting from Defendants' reckless abuse of collection power and police power, the sum of $120,000,000.

4. Relief for Plaintiff and for others similarly situated should include the following actions:

- Remove the ABA BAR Association and place all lawyers under the state or federal licensing program to work in this country under the Constitutional Mandate as it was originally required.
- Remove all Lawyers and Attorneys as Staff employment for Congress.
- Have Congress reinstate the state militias under the intent of HR11654 better known as the DICK ACT of 1902 and allow the state militias to enforce and bring claims of injury to the floor of Congress to have these issues addressed and deal within 72 hours of such complaint or before a citizen tribunal hearing board.

The debt cause in this action comes under the 14th Amendment Section 3.

Section 4 tells people how to collect this debt. The Defendants will be required to accept personal responsibility for the debt as they acted outside of their scope of jurisdiction. The Defendants cannot create more debt by borrowing off of the FRB.

Plaintiff demands this to be heard by us the people in a trial by jury of our peers under the sixth Amendment.

Respectfully submitted,

Harold R. Stanley, Plaintiff
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

Summons to be issued to:

Commissioner of Internal Revenue under Fed R. Civ. P. 4(i)(2):

Danny C. Williams Sr.
United States Attorney
Northern District of Oklahoma
110 W. 7th St., Ste. 300
Tulsa, OK 74119

John Koskinen
Commissioner of Internal Revenue
Chief Counsel
Internal Revenue Service
Washington, D.C. 20224

Eden R. Simpson
Revenue Officer
Internal Revenue Service

2850 NE Independence Avenue
Collections Suite 100
Lees Summit, MO 64064

Paul S. Becker
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East 9th Street, Suite 5510
Kansas City, MO 64106-2637

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Harold Stanley,<br>Plaintiff 1 | ) | |
| v. | ) | Case No: ______________ |
| COMMISSIONER OF INTERNAL REVENUE,<br>Defendant 1, | ) | Consolidation of Cases:<br>United States Tax Court:<br>5096-10<br>5341-13<br>7238-13 |
| Eden R. Simpson,<br>Official and Personal Capacity,<br>Defendant 2, | ) | United States Court of Appeals for the Eighth Circuit:<br>12-1914<br>14-3848 |
| Paul S. Becker,<br>Official and Personal Capacity,<br>Defendant 3, | ) | United States District Court for:<br>Western District of Missouri:<br>15-00271-01-CR-W-HFS |
| John/Jane Doe,<br>Defendants 4, 5, etc. as added. | ) | Northern District of Oklahoma:<br>15-mj-175-FHM |

## APPENDIX A

## AFFIDAVIT OF REVOCATION AND RESCISSION

I, Harold R. Stanley, being a free man, natural born in Missouri, living and working as a man since 1953 and I, as such status, hereby make this Special Appearance, by Affidavit, At Law, in Common Law, with Assistance, Special, neither conferring nor consenting to any foreign jurisdiction, except to the judicial power of Missouri and/or America, and as such I willfully enforce all Constitutional limitations respectively on all government agencies when dealing with them. Wherefore, the undersigned Affiant, named herein and above, upon affirmation declares and evidences the following:

1. I, Harold R. Stanley, am of lawful age and competent. I am a natural born free man domiciled in one of the united States of America, in fact, by right of heritage protected via hereditary succession by my predecessors' previous contracts with government as found in the Northwest Ordinance of 1787, the Articles of Confederation of 1777, the Constitution for the United States of America (1789) including its Preamble, and the Bill of Rights (1791) including its Preamble; and, as such, I retain all my unalienable rights granted by God in positive law, embodied in the Declaration of Independence (1776) and binding rights upon myself and my parentage, on this day and for all time now and hereafter. And further,

2. I, Harold R. Stanley, in order to protect my unalienable rights to life, liberty, and property, have been forced to amend certain legal documents and statements, due to the continued revelation and increased discovery of the continuous acts of fraud upon me by the *de facto* governments, both State and Federal, and therefore I declare that I am now and fully intend to remain free to amend any and all such documents and statements, as a matter of substantive right, for I cannot be held liable for either the acts or the omissions by governments which are out of my control, which acts and omissions constitute fraud in one form or another. Therefore, I proceed at all times "WITH EXPLICIT RESERVATION OF ALL MY UNALIENABLE RIGHTS AND WITHOUT PREJUDICE TO ANY OF MY UNALIENABLE RIGHTS", inclusive of my personal right to substantive and procedural due process proceedings under the Judicial Power of both my State and my Nation. And further,

3. That I was unaware that a completed, signed, and submitted "Form 1040" or "income tax return" and a "W-4" "Employee's Withholding Allowance Certificate", the authorization document that allows an employer to withhold a worker's wages from his compensation, are voluntarily executed instruments which could be used as *prima facie* evidence against me in criminal trials and civil proceedings to show that I had voluntarily waived my constitutionally secured rights and that I had voluntarily subjected myself to the federal income/excise tax, to the provisions of the Internal Revenue Code, and to the authority of the Internal Revenue Service (hereafter referred to as the IRS) by signing and thereby affirming under penalty of perjury that I was in effect a "person" subject to the tax. And further,

4. That I was unaware of the legal effects of signing and filing an income tax return as shown by the decision of the United States Court of appeals for the 9th Circuit in the 1974 ruling in the case of Morse v. U.S., 494 F.2d 876, 880, wherein the Court explained how one became a "taxpayer" by stating:

"Accordingly, when returns were filed in Mrs. Morse's name declaring income to her for 1944 and 1945, and making her potentially liable for the tax due in that income, she became a taxpayer within the meaning of the Internal Revenue Code." And further,

5. That I was unaware that the signing and filing of an income tax return and other IRS forms are acts of voluntary compliance for a free man; that I was unaware that in a court of law the completed IRS documents can become *prima facie* evidence sufficient to sustain a legal conclusion by a judge that the signer has voluntarily changed his legal status from that of a free man who is not subject to any federal tax and who possesses all of his God-given Constitutionally secured rights when dealing with government, to the legal status of a "taxpayer" (any individual, trust, estate, partnership, association, company or corporation subject to a federal excise tax,) a "person" who is subject to a federal excise tax and is therefore subject to the authority, jurisdiction and control of the federal government under Title 26 of the United States Code, the statutes governing federal taxation and to the regulations of the IRS, thereby imposing the tax on himself and waiving his God-given Constitutionally secured rights in respect to the federal income/excise tax statutes and their administration by the IRS and establishing himself as one who has privileges only, but no rights in dealings with the IRS, the same as a corporation; that it is my understanding that the change of status resulting from the signed IRS documents is very similar to the change of status that occurs when one enlists in the military service and voluntarily takes an oath that subjects him to the authority, jurisdiction and control of the federal government under Title 10 of the United States Code, the statutes governing the armed forces and the regulations of the military service, thereby waiving his Constitutional rights in relation to dealings with the military services. And further,

6. That I am a free man endowed by my Creator with numerous inalienable rights to "life, liberty, and the pursuit of happiness," which rights are specifically identified in the Declaration of Independence and protected by the United States Constitution; that my birthright to "pursuit of happiness" has been interpreted by both the framers of the Constitution and the U.S. Supreme Court as including my inalienable right to contract, to acquire, to deal in, to sell, rent, and exchange properties of various kinds, real and personal, without requesting or exercising any privilege or franchise from government; that I have learned that these inalienable property rights also include my right to contract for the exchange of my labor-property for other properties such as wages, salaries, and other compensation, that I have never knowingly or intentionally waived any of these inalienable rights. And further,

7. That the courts have repeatedly ruled that government has no power to tax the exercise of any rights of men, as shown by the U.S. Supreme Court in the case of Murdock v. Pennsylvania, 319 U.S. 105 (1943) which stated: "A state may not impose a charge for the enjoyment of a right granted by the Federal Constitution." And further,

8. That I have previously been influenced by numerous and repeated public warnings made by the IRS via radio, television, the printed press and other public communication media warning of the "deadline" for filing a "Form 1040 Income Tax Return" and/or other IRS forms and documents and that I have been misled. And further,

9. That in addition to the aforesaid warnings, I have also been influenced by misleading and deceptive wording of IRS publications, IRS-generated news articles, the pressure of widespread rumors and misinformed public opinion, and the advice of lawyers, C.P.A. 's and income tax preparers which misled me to incorrectly believe that the 16th Amendment to the United States Constitution authorized Congress to impose a direct tax on me, my property, my exchanges of property and/or property received as a result of exercising my constitutionally secured right to contract; that I was further misled into believing I had a legal duty and obligation to file a "Form 1040 Income Tax Return", a "Form W-4 Employee's Withholding Allowance Certificate" and/or other IRS forms and documents. And further,

10. That I have also been further influenced, misled and alarmed by rumors, misinformed public opinion and the advice of lawyers, C.P.A.'s and income tax preparers to the effect that "the IRS will get you," and that it would be a crime punishable by fine and/or imprisonment if I did not fill out, sign and file with the IRS a "Form 1040". And further,

11. That in addition to the reasons stated previously, I was previously influenced by the common and widespread practice of employers who either knowingly or unknowingly misled their employees to believe that they are all subject to withholding of "income taxes" from their earnings, either with or without their permission, based upon the employers' possible mistaken assumption that they, as employers, are required by law to withhold "income taxes" from the compensation to their employees. And further,

12. That I have also been influenced and impressed by the IRS's annual public display and indiscriminate offering of large quantities of the "Form 1040" in

banks, post offices, and through the U.S. mail which induced me to respond by filling out, signing, and sending to the IRS a "Form 1040." And further,

13. That said "Form 1040" contained no reference to any law or laws which would explain just exactly who is or is not subject to or liable for the income tax, nor did it contain any notice or warning to anyone that merely sending said completed "Form 1040" to the IRS would waive my right to privacy secured by the 4th Amendment and my right to not having to be a witness against myself secured by the 5th Amendment to the United States Constitution, and that the "Form 1040" would in itself constitute legal evidence admissible in a court of law, that the filer is subject to and liable for the income/excise tax even though and regardless of the fact that I, as a free man, am actually and legally not subject to or liable for any income/excise tax and have no legal duty or obligation whatsoever to complete and file a "Form 1040." And further,

14. That at no time was I ever notified or informed by the IRS, by any of its agents, or employees, nor by any lawyer, C.P.A., or tax preparer of the fact that the 16th Amendment to the United States Constitution, as correctly interpreted by the U.S. Supreme Court in such cases as Brushaber v. Union Pacific R.R. Co., 240 U.S. 1 (1916) and Stanton v. Baltic Mining Co., 240 U.S. 103 (1916) identified the income tax as an indirect excise tax in accordance with Article 1, § 8, Clause 1 of the United States Constitution, and that the 16th Amendment does not authorize a tax on men. And further,

15. That at no time was I ever notified or informed by the IRS, its agents, or employees, nor by any lawyer, C.P.A., or tax preparer of the fact that because of various rulings of the U.S. Supreme Court in such cases as Flint v. Stone Tracy Co., 220 U.S. 107 (1911), and Pollock v. Farmer's Loan and Trust Co., 157 U.S. 492 (1895), the indirect excise tax on incomes identified by the 16th Amendment is actually a tax upon corporation privileges granted by government and measured by the amount of corporate income (see Corporations Tax Act, Statutes at Large, 1909, vol. XXXVI, § 38, page 112); that this excise tax is also imposed on the amounts of money received by non-resident alien individuals and foreign corporations. And further,

16. That my attention has been called to Report No. 80-19A, titled "Some Constitutional Questions Regarding the Federal Income Tax Laws" published by the American Law Division of the Congressional Research Service of the Library of Congress, updated January 17, 1980; that this publication described the tax on "income" identified in the 16th Amendment of the United States Constitution as an indirect excise tax; that this report stated: "The Supreme Court, in a decision

written by Chief Justice White, first noted that the 16th Amendment did not authorize any new type of tax, nor did it repeal or revoke the tax clauses of Article I of the United States Constitution, quoted above.", and further stated: "Therefore, it can clearly be determined from the decisions of the United States Supreme Court that the income tax is an indirect tax, generally in the nature of an excise tax," thus proving in my mind that the "income tax" is not a tax on me as a man, but is rather a tax as described by the U.S. Supreme Court in Flint v. Stone Tracy Co., 220 U.S. 107 (1911), wherein the court defined excise taxes as "... taxes laid upon the manufacture, sale, or consumption of commodities within the country, upon licenses to pursue certain occupations, and upon corporate privileges.", none of which classifications apply to me. And further,

17. That I was unaware of the truth of the IRS's rarely publicized statement that the "income" tax system is based upon "voluntary compliance with the law and self-assessment of tax"; that it has never been my intention or desire to voluntarily self-assess an excise tax upon myself; that I always thought that compliance was required by law. And further,

18. That I have examined §§ 6001, 6011, 6012, 7203, and 7205 of the Internal Revenue Code (Title 26 U.S.C.) and I am convinced and satisfied that I am not now, and never was any such "person" or "individual" referred to by these sections. And further,

19. That after careful study of the Internal Revenue Code and consultations on the provisions of the Code with lawyers, tax accountants, and tax preparers, I have never found or been shown any section of the Internal Revenue Code that imposed any requirement on me as a free unprivileged man to file a "Form 1040 Income Tax Return", or that imposed a requirement upon me to pay a tax on "income," or that would classify me as a "person liable," a "person made liable," or a "taxpayer," as the term "taxpayer" is defined in 26 U.S.C. §7701(a)(14) which states: "The term 'taxpayer' means any person subject to any internal revenue tax." And further,

20. That after the study and consultations mentioned previously, the only mention of any possible requirement upon me, as a man, to pay a tax on "income" that I could find or was shown in 26 U.S.C. was the title of Part I under Subtitle A, Chapter 1, Subchapter A, which is deceptively titled "Tax on Individuals;" that a careful study, and examination of this part of the Code showed no provision in the body of the statutes imposing any liability or requirement upon me as a man for payment of a federal excise tax on "income;" that my study and consultations showed that the law is determined by the actual wording contained in the body of a

statute, and not by the title; that the title of a statute is merely a general guide to the contents of the statute, and the title has no force or effect at law. And further,

21. That after study and consultations, my attention was called to Internal Revenue Code Chapter 21 titled "Federal Insurance Contributions Act" (social security), to Subchapter A of Chapter 21 titled "Tax on Employees," which includes § 3101 wherein the (social security) tax is identified as a tax on "income," not as an "Insurance Contribution," and not as a "Tax on Employees," or on wages or earnings; that my attention was further called to these facts: There is no provision in the Code that imposes the tax on employees or requires them to pay the tax; a voluntarily signed completed "W-4 Employee's Withholding Allowance Certificate" allows an employer to withhold money from a worker's pay for (social security) "income" tax, even though the worker has claimed on the form to be "exempt" from the graduated "income" tax; an employer has no authority to withhold money from a worker's pay for the (social security) "income" tax, the graduated "income" tax, or any IRS imposed penalty or assessment if there is no voluntarily signed "W-4" form in force. And further,

22. That after study and consultations, my attention was called to §61(a)(1) of the Internal Revenue Code which lists items that are sources of "income" and to these facts: that I.R.S. Collection Summons Form 6638 (12-82) confirms that these items are sources, not "income," by stating that the following items are "sources": "wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, pensions, business income, gains from dealings in property, and any other compensation for services (including receipt of property other than money).", that sources are not income, but sources become "income" if they are entered as "income" on a signed "Form 1040" because the signer affirms under penalty of perjury that the items entered in the "income" section of the "Form 1040" are "income" to the signer; that § 61(b) clearly indicates which Sections of the Code identify and list items that are included in "income" by stating: "For items specifically included in gross income, see Part II (sec. 71 and following).". And further,

23. That my attention was then called to the said Part II, titled: "Items Specifically Included in Gross Income;" that I studied §§ 71 through 87 and noticed that wages, salaries, commissions, tips, interest, dividends, pensions, rents, royalties, etc., are not listed as being included in "income" in those sections of the code; that, in fact, those items are not mentioned anywhere in any of these sections of the Internal Revenue Code. And further,

24. That after further study it appears clear to me that the only way that property received by me as a free unprivileged man in the form of wages, salaries, commissions, tips, interest, dividends, rents, royalties, and/or pensions could be, or could have been legally considered to be "income" is if I voluntarily completed and signed a "Form 1040 Income Tax Return," thereby affirming under penalty of perjury that information on the "Form 1040" was true and correct, and that any amounts listed on the "Form 1040" in the "income" block are "income," thereby acknowledging under oath that I am, or was subject to the tax and have, or had a duty to file a "Form 1040 Income Tax return" and/or other IRS forms, documents, and schedules, none of which instruments I have ever signed with the understanding that they were voluntarily signed. And further,

25. That with reliance upon the aforementioned U.S. Supreme Court rulings and upon my constitutionally protected 5th and 9th Amendment rights to lawfully contract, to work, and to lawfully acquire and possess property, I am convinced and satisfied that I am not now, nor was I ever subject to, liable for, or required to pay any income/excise tax, that I am not now and never was a "taxpayer" as the term is defined and used in the Internal Revenue Code, and that I have never had any legal duty or obligation whatsoever to file any "Form 1040" or make any "income tax return," sign any "Form W-4 Employee's Withholding Allowance Certificate," or other Internal Revenue forms, submit documents or schedules, pay any income tax, keep any records, or supply any information to the IRS. And further,

26. That both the U.S. Congress and the IRS, by deceptive and misleading words and statements in the Internal Revenue Code, as well as IRS publications and IRS-generated news articles, committed constructive fraud by misleading and deceiving me, as well as the general public, into believing that I was required to file "Form 1040 Income Tax Returns," "Form W-4 Employee's Withholding Allowance Certificates," and other IRS forms, documents, and schedules, and also to keep records, supply information, and to pay income taxes. And further,

27. That by reason of the aforestated facts, I do hereby exercise my rights as a free man, upheld by various court decisions to revoke, rescind, cancel and to render null and void, both currently and retroactively to the time of signing, based upon the constructive fraud perpetrated upon me by the U.S. Congress and the Internal Revenue Service, all "Form 1040 Income Tax Returns," all "Form W-4 Employee's Withholding Allowance Certificates," all "Form 4549 Income Tax Examination Changes", all "Form 1040-V Payment Vouchers," all "Money Orders," all other IRS forms, letters, schedules, and related documents ever signed and/or submitted by me, and all my signatures on any of the aforementioned items;

that this revocation and rescission is based upon my rights in respect to constructive fraud as established in, but not limited to the cases of Tyler v. Secretary of State, 184 A.2d 101 (1962), and also El Paso Natural Gas Co. v. Kysar Insurance Co., 605 Pacific 2d. 240 (1979) which stated: "Constructive fraud as well as actual fraud may be the basis of cancellation of an instrument." The U.S. Department of Justice in 09-CR-043 at Docket No. 71, Page 4 admitted "district directors," were abolished in the year 2000. "11 depositions of high ranking treasury officials and each of them, under oath, testified the position of "district director" was eliminated with the abolishing of "internal revenue districts.". And further,

28. **JUDICIAL NOTICE TO ALL PARTY FUTURE DEFENDANTS RECEIVING AND READING THIS DOCUMENT**

That, "Internal Revenue Investigation", Hearings before Subcommittee on Ways and Means House of Representatives, Eighty Third Congress, 1953, Thursday February 3rd: :

Testimony: Mr. Avis, Chairman, I.R.S.

Page 13 [*corrected prior typographical error*], Paragraph 4

**"Let me point this out now: Your income tax is 100 percent voluntary tax."**

And further,

29. I do hereby declare that I am not and I never was a "taxpayer" as that term is defined in the Internal Revenue Code, a "person liable" for any Internal Revenue tax, or a "person" subject to the provisions of that Code, and declare that I am, and have always been, a "nontaxpayer"; that courts have recognized and acknowledged that men can be nontaxpayers, "... for with them Congress does not assume to deal and they are neither of the subject nor of the object of revenue laws...", as stated by the Court in Long v. Rasmussen, 281 F. 236 (1922), and also Delima v. Bidwell, 182 U.S. 176, 179 and Gerth v. United States, 132 F. Supp. 894 (1955). And further,

30. That I transmitted the preceding 29 points of this Affidavit to Assistant U.S. Attorney Paul S. Becker on September 12, 2014 by certified mail No. 7007 2560 0001 9067 1106, with cover letter stating 'If your office pursues Grand Jury investigation, the undersigned asserts his Constitutionally-protected right to present his position to the Grand Jury, either personally or through counsel.

This right was recently upheld in *Crawford v. Washington*, 124 S.Ct. 1354, 541 U.S. 36, 158 L.Ed.2d 177 (U.S. 03/08/2004). The Supreme Court ruled that the Confrontation Clause of the Constitution bars any form of hearsay testimony against defendants in criminal proceedings, stating that "interrogations by law enforcement officers [including IRS agents] fall squarely within that class."' And further,

31. That I received my next correspondence from Mr. Becker on August 2, 2015, inviting me to appear before the Grand Jury on August 26, 2015, followed up by a voice mail from Special Agent Richard Littrell on or about August 12, 2015 asking whether I had received the letter and whether I was available to address the Grand Jury on that date. And further,

32. That, after two or more exchanged voice mails, I spoke real-time with Mr. Littrell on or about August 19, 2015, explained my unavailability on August 25 or 26 due to a commitment made during May 2015 to be elsewhere that week, offered to make myself available during September 2015, and understood from Mr. Littrell that the Grand Jury meets twice monthly and he would ask Mr. Becker to reschedule me for September 2015. And further,

33. That my next interaction with Mr. Littrell was on September 15, 2015, at about 9:45 a.m. CDT when his team of at least 6 heavily armed and body-armor-clad law officers forcibly entered my home without a search warrant to execute an arrest warrant that was not produced until after I was hand-cuffed, shackled, and transported to a federal building in Tulsa Oklahoma where I was coerced under duress to provide my personal property fingerprints and personal property DNA. And further,

34. That the alleged "arrest warrant" contained no wet ink signature, and was not supported by any attached sworn Affidavit. And further,

35. That I reserve my unalienable right to amend this Affidavit at times and places of my own choosing, according as new facts and revelations are made available to me at various future times and places as yet unknown, and as yet to be determined, given the massive fiscal fraud which has now been sufficiently revealed to me by means of material and other reliable evidence which constitutes satisfactory and incontrovertible proof of the fraud to which I refer in this paragraph and elsewhere in this Affidavit. And further, Affiant saith not.

"Without Prejudice" U.C.C. 1-207/1-308 (Rev. Stat. MO §400-001.207)

Harold R. Stanley, Affiant

Subscribed and sworn to before me, a Notary Public, of the State of

Oklahoma, County of Rogers, this 17th day of September, 2015.

JOY WAGONER NOTARY #01002732 EXP. 02/18/17 PUBLIC STATE OF OKLAHOMA

Notary Public (Seal)

My Commission Expires On: 2-18-2017