# AIB Radio – Episode 980 Summary (02/19/2016):

*The following is a summary of AIB Radio Episode 980. It is not intended to be a verbatim account and does not memorialize all statements made during the call (see file "2016-02-19 Episode 980 – AIB Radio Carl Westom on IRS.mp3"). The recording captures the actual words spoken.*

Carl Weston: I am Rod Class's sidekick. We have been together for 20 years. Harold Stanley is on the board tonight. He is on the computer, but hasn't called in. We will talk about the upcoming seminar tonight. I also want to discuss the 13th amendment. There have been discussions on how we can re-implement the 13th amendment. Regarding the Harold Stanley case - there has been quite a response and paperwork filed. Harold has filed Title 42 case against the IRS agent, etc.

Harold Stanley: There has no action on the case since last service on Attorney General of US.

Carl Weston: That means we can file a default.

Harold Stanley: They did reply and we replied to their reply, and I believed we replied to their reply. We are waiting on court right now.

Carl Weston: I'm sure they put in the 12(b)(6)

Harold Stanley: That was one of their points.

Carl Weston: We're going to amend that and add Terry Judge as defendant next week in Title 42 case against the IRS agent, commissioner, etc. and probably file an amendment to witness list. Harold, give listeners a background on the case.

Harold Stanley: I just got an order that reaffirmed the 20 page opinion they issued 2 days ago which ignored facts that were presented before the court. Which is pretty much what I have come to expect from the tax court. The order penalized me 10 thousand in addition to the alleged tax liability. The order ignored the very clear evidence that was submitted at trial.

Carl Weston: I saw the order. Obama appointed that judge to the tax court in 2014. Now he's getting ready to appoint a supreme court justice. Saying Harold owed 200 thousand in back taxes. Remember the Elaine Brown case in Maine from 2005. These people used a court appointed attorney - that is what they were trying to do to Harold. Harold did not want a court appointed attorney. So after 2 continuances, we are looking at an April jury trial.

Harold Stanley: April 25 is the trial session. The trial will be sometime that 2 week period, if I understand their scheduling.

Carl Weston: We need attendance in the case. I will be there, Rod will be there. We're going to file an entry of appearance April 25th. When the case is called and the person in robe comes out we're going to all stand up. We need the pews, like a church, we need them full. Harold, give the court address and time. My concern is that Rod and I have seen in the past that they will set those dates and all these people show up, the judge shows up because he doesn't want to deal with the audience, he will continue the case.

Harold Stanley: Missouri Western District. Missouri has 2 districts, Western and Eastern. This case is in the Western District in Kanas City, Missouri. 400 E 9th St. KC, MO.

Carl Weston: There is a parking lot caddy corner across the street from the courthouse. We are requesting court watchers. If this goes to trial, Rod and I will prepare Harold to win. And we're going to win.

Harold Stanley: It's also easier to win when you're not guilty.

Carl Weston: That order that came down today has the years of taxes that you owe. Taxes are voluntary. The problem is you have to present it properly in front of your peers, which is the jury. ON April 25th Harold is going up to the jury. In that opinion that came down yesterday, it talks about sovereign citizens. Harold, are you a sovereign citizen?

Harold Stanley: The Supreme court says the people are sovereign, period.

Carl Weston: Harold is going to have an opening statement. The prosecutor and defendant present an opening statement. Harold's opening statement will be about an hour long. You have to plant the seed in the jury. It will probably take all day to pick jury on 25th, so looking at 26th now for the actual trial. Harold has done a tremendous job. I want to hand the torch over to him so when he wins this case he can go teaching like Rod and I have been doing.

Harold Stanley: Tax years 2005 through 2009. A few years I did not file a 1040 at all. 3 years I did file. When the IRS sent bills alleging tax liability, I accepted and returned for value based on my understanding of the appropriate commercial process for dealing with such things. The IRS kept sending multiple bills. One bill might come from Kentucky, another from Ohio, another from another city. Bills were 2 or 3 months apart. After I got 2 or 3 bills I became irritated that the accounting hadn't been done properly so I sent an information referral to IRS-CI which they received Aug 6, 2009. The referral said here is what I have done for these years and your people aren't accounting for it properly - if I'm doing something wrong, come tell me. I never heard anything for 4.5 years. I went

through CDP hearings. I asked for statutory definition of payment, still haven't received. Went to tax court and had hearings. After going through those things now CI wants to discuss the accepted for value, returned for value. I asked for statutory definition of payment. I still don't have answer. I even sent letter to the US Attorney, I asked tax court, the court of appeals. They said I hadn't made a payment but no one would tell me what lawful payment was. They decided that even though I was asking questions. They sent a swat team of 6-8 people with AR-15s to arrest me. I don't have so much as a speeding ticket. They sent the swat team after the indictment for tax years 2005 through 2009 years. I have been in District court in Kansas City since September. All of a sudden 2 days ago I get something from tax court for same years. That is quite interesting to me. If the Western Missouri District Court has jurisdiction, why is tax court writing opinions and orders? So it took an interesting turn this week.

Carl Weston: What Harold just shared with us is in part his opening statement to the jury. Harold should take an hour during his opening statement to educate the jury and plant that seed. I was looking in archives of AIB, these calls go back to 2009. We have talked so much about IRS cases and other types of cases. If they want to take this to jury, thank you. We're going to win this. If some of their gophers are on this call listening, this huge IRS program is crumbling. Have you seen these commercials on TV about if you owe more than 10k. We've been telling people for years to file, file, file. Harold filed the paperwork, accepted for value. This goes back to the Tim Turner stuff and that malarkey. You have to know how to overcome what you did in the past. Harold, what do you think about that order

Harold Stanley: Well they are without jurisdiction on at least 2 fronts. The matter is supposed to be before the the court in Western Missouri. If it is before court in Western Missouri, I have no idea how the Tax Court has any jurisdiction to issue anything. I frankly wonder if the Tax Court knows about the case. They don't have jurisdiction on that front. They also don't have jurisdiction because we consolidated all the cases, including the 42 case. Anything they have filed after mid-September last year is void, they don't have jurisdiction.

Rod Class: It is a proven fact the tax issue with IRS is administrative. This court is outside the 10 mile square so it has no jurisdiction. It requires a tax court judge to come from DC or they move this thing to an administrative case. Because we are dealing with administrative, this is where we need to change the venue to admin.

Carl Weston: I agree, what Harold shared with us is his opening statement. What we say on the phone on these calls about Winston Shroud, Tim turner, is our opening statement to our peers. We have a right to go before a jury of our peers. What Harold is saying is his opening statement to his peers, whoever they are. When you pick a jury you have a right to ask that juror questions. You can ask if they are Christion, if they believe in god, anything. Then you can tell

the Court you don't want this juror because they are bias or prejudice because they work for Obama. You can spend 2 or 3 days picking a jury, can make it so hard and complicated. Then the Judge will recess so they can go get a happy meal. There are other parts to this that haven't been discussed. Some of you have IRS cases. Harvey has been posting information on dropbox.

Harvey LNU: I haven't posted anything. I would suggest you send me files you think should be posted. I will put together a separate folder for the Harold Stanley trial.

Harold Stanley: The document I filed yesterday was document number 42. They are a combination of the motions I have made, the United States replies, my suggestions, R&Rs, and eventually an order. I have only filed a handful of motions. They brought me into this court.

Harvey LNU: If Carl or Harold can get me the documents, I can get them posted.

Carl Weston: This case is going to make history. Not everyone has PACER. What Harold has done is to create a record to show that this whole scam and scheme of IRS has been a joke on the American people. Want to have Harold give us an update on that case in Texas

Harold Stanley: Trowbridge.

Carl Weston: Everybody has been watching that, give us your opinion on that case

Harold Stanley: Trowbridge, I hope I'm pronouncing correctly. He has put together a very detailed analysis of jurisdiction of all the district courts. He is applying to the Lufkin division. He has analyzed in quite a bit of detail to show that the district courts don't have jurisdiction outside the District of Columbia. The standard response from the US is that there is a statute that gives the US the authority to bring a lawsuit, but the ability to bring a lawsuit is not the same as jurisdiction. Congress did not give the courts jurisdiction to make a ruling on individuals outside the District of Columbia.

Carl Weston: There again, there is your opening statement to the jury. Doubt. All these court cases, due process. When Rod and I went and lobbied Congress, they never answered. We still have thousands of due process violations in Congress that they haven't answered, including IRS cases. I want to thank Harold for coming in this evening. We will get to the rest of the program here. Stay advised of this case. We're going to win without a shadow of a doubt. Rob and I have been trying for years to get a jury trial. If this one happens, Harold is going to do his opening statement. Sorry to Ed and Elaine brown and others in the past who are sitting behind bars because of not properly being educated and taking it on. I don't have a bank account. I don't have any means, there is no

proof. If you can get to a point where you can live like that, it's one thing. When you are over to the corporate side that is another thing. Thanks Harold. I'll get with you tomorrow and we're going to go to Mike Biggs now to give update on the next seminar. I will mute out here to take a break.

---

The remainder of the call discussed upcoming seminars.