**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD STANLEY,<br><br>Defendant. | Case No. 15-00271-01-CR-W-HFS |

**GOVERNMENT'S NOTICE OF INTENTION TO USE**
**CERTIFIED RECORDS OF REGULARLY CONDUCTED ACTIVITY**

The United States of America, by it undersigned attorneys, files its Notice of Intention to Use Certified Domestic Records of Regularly Conducted Activity pursuant to Fed. R. Evid. 902 (11). In support of this notice, the Government makes the following suggestions:

The defendant, Harold Stanley, is charged with tax evasion and corruptly endeavoring to impede the enforcement of the Internal Revenue laws. The case is set for trial on April 25, 2016. In the defendant's witness list filed on October 13, 2015, (Doc. 16) the defendant stated that there were "no proposed stipulations by defendant at this time." Therefore, the Government does not believe that a stipulation on the admissibility's records will be agreed to prior to trial. Copies of all such records have been made available to defendant as part of the discovery in this case.

The Government hereby provides notice that it intends to rely on Fed. R. Evid. 902 (11) and 803(6), by offering a certified domestic record of regularly conducted activity, accompanied by a written declaration of its custodian or other qualified person, certifying that the record: "(A) was made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; (B) was kept in the course of the regularly conducted activity; and (C) was made by the regularly conducted activity as a regular

practice." Fed. R. Evid. 902 (11). Pursuant to the rule, the Government is providing notice of its intent to offer the records from the following parties pursuant to this rule, and offers to make available for inspection in advance of trial the records and declarations of the following business records:

1. Ally Financial records of the loan account of Harold Stanley with the account number ending in 5340.

2. Bank of America records of the loan account of Harold Stanley with the account number ending in 4052.

3. Bank of Oklahoma records of the mortgage account of Harold Stanley with the account number ending in 2929.

4. Cass County, Missouri, Recorder of Deeds records.

5. CitiMortgage records of Ellen Stanley and spouse Harold Stanley with the account number ending in 9953-4.

6. Community Bank of Raymore records of the bank account of Harold Stanley and Ellen Lorane Stanley with the account number ending in 2015.

7. Fidelity Investments records of the account of Harold Stanley with the account number ending in 4387.

8. Grants State Bank records of the bank account of Ellen Lorane Stanley with the account number ending in 1430.

9. IBC Bank records of the bank account of Harold Stanley with the account number ending in 9840.

10. John Deere Financial records of the accounts of Harold Stanley with the account numbers ending in 2931 and 3255.

11. Oklahoma Tax Commission records of Harold Stanley.

12. Rogers County, Oklahoma, records of the accounts of Harold Stanley with the account numbers ending in 7570, 0199, and 3817.

13. Wells Fargo Bank records of the bank accounts of Harold Stanley with the accounts number ending in 6415 and 6661.

14. The Hartford Financial Services Group records of the accounts of Harold Stanley with the account numbers ending in 9340 and 4978

15. P&K Equipment, Inc., records of Harold Stanley.

Accordingly, for the foregoing reasons, the Government requests that it be allowed to place the records into evidence without calling a business records custodian to testify.

Respectfully submitted,

Tammy Dickinson
United States Attorney

By */s/ Paul S. Becker*

Paul S. Becker
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, 5th Floor
Kansas City, Missouri 64106
Telephone: (816) 426-3122

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on April 4, 2016, to the CM-ECF system of the United States District Court for the Western District of Missouri, and a copy of the foregoing was mailed to:

Harold R. Stanley
P.O. Box 1236
Oologah, Oklahoma 74053-1236

*/s/ Paul S. Becker*
Paul S. Becker
Assistant United States Attorney