**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. |
| HAROLD R. STANLEY, | ) | 15-00271-01-CR-W-HFS |
| Defendant | ) | |

---

# DEFENDANT'S AMENDED EXHIBIT LIST

Defendant hereby amends the Defendant's Exhibit List (Doc. 16) to reflect additional discovery provided to Plaintiff, and for consistent format with the Plaintiff's Exhibit List.[1]

Defendant requests leave of the Court to amend this list as needed.

---

[1] The format of Plaintiff's Exhibit List (Doc. 50) differs from Form AO 187 (Rev. 7/87) on the Court's website. Defendant assumed that the US Attorney's office followed recent updates in court forms not yet available on the website, and patterned his list to match the Plaintiff, for the convenience of the Court.

Respectfully submitted,

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing text and the following list was delivered on April 4, 2016 to the CM/ECF system of the United States District Court for the Western District of Missouri.

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. |
| HAROLD R. STANLEY, | ) | 15-00271-01-CR-W-HFS |
| Defendant | ) | |

---

## DEFENDANT'S EXHIBITS

✔ = Offered & admitted without objection.
W.D. = Offered then withdrawn.
X. = Offered & admitted over objection.
N.O. = Marked but not offered.
D.B. = Admitted, de bene.
Ltd. = Admitted for limited purpose.
Ex. = Offered, but objected to and excluded.

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| D-1 | | | . | Form 3949A Information Referral delivered August 6, 2009 to IRS CID in Fresno, CA, with USPS Track and Confirm |
| D-2 | | | | Reply to Letter 1058, Year 2006, dated August 2, 2009 |
| D-3 | | | | U.S. Tax Court Case No. 5096-10L, Petitioner's Answer to Respondent's Motion for Summary Judgment, January 24, 2011 |
| D-4 | | | | U.S. Tax Court Case No. 5096-10L, Petitioner's Answer to Respondent's Motion for Sanctions, February 18, 2011 |
| D-5 | | | | U.S. Tax Court Case No. 5096-10L, Affidavit of Truth, May 2, 2011 |
| D-6 | | | | Letter 3175C dated July 15, 2009, unknown tax year, to unknown correspondence |
| D-7 | | | | Eighth Circuit Court of Appeals Case No. 12-1914, Appellant's Initial Brief, May 29, 2012 |

| | | | | |
|---|---|---|---|---|
| D-8 | | | | Eighth Circuit Court of Appeals Case No. 12-1914, Appellant's Reply Brief, July 19, 2012 |
| D-9 | | | | Letter to Collections Due Process Hearing Officer David C. Melcher, November 5, 2012, with USPS Track and Confirm |
| D-10 | | | | Eighth Circuit Court of Appeals Case No. 12-1914, Appellant's Petition for Rehearing and Rehearing En Banc, November 26, 2012 |
| D-11 | | | | Petition for a Writ of Certiorari from the Supreme Court of the United States, March 20, 2013 |
| D-12 | | | | U.S. Tax Court Case No. 7238-13, Petitioner's Reply to Respondent's Answer, September 11, 2013 |
| D-13 | | | | Letter to Assistant United States Attorney Paul S. Becker, September 12, 2014 |
| D-14 | | | | U.S. Tax Court Case No. 7238-13L, Affidavit of Revocation and Rescission, September 11, 2014 |
| D-15 | | | | U.S. District Court, Northern District of Oklahoma, Case No. 15-533, Complaint Pages 1-57, September 18, 2015 |
| D-16 | | | | U.S. District Court, Northern District of Oklahoma, Case No. 15-533, 31 Questions and Answers about the Internal Revenue Service, and Complaint Conclusion, Pages 58-84, September 18, 2015 |
| D-17 | | | | U.S. District Court, Northern District of Oklahoma, Case No. 15-533, Complaint Appendix A, Affidavit of Revocation and Rescission, September 18, 2015 |
| D-18 | | | | U.S. District Court, Western District of Louisiana, Case No. 06-50164-01, The Memorandum of Tommy K. Cryer, |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |

I certify that I have this date ___________________ received from the Clerk, United States District Court, Western District of Missouri, the numbered exhibits listed above, for which I hold myself responsible:

_____________________________ PRINTED NAME

_____________________________ SIGNATURE