**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD R. STANLEY,<br><br>Defendant. | Case No. 15-00271-01-CR-W-HFS |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTION TO THE REPORT AND RECOMMENDATION TO DENY THE MOTION TO DISMISS FOR FRAUD UPON THE COURT AND GRAND JURY**

The United States of America files this Response in Opposition to the defendant's Objection to the Report and Recommendation (Doc. 54) to deny his Motion to Dismiss for fraud upon the Court in the grand jury. (Doc. 25.) In the original motion, the defendant moved to dismiss the indictment because his "Affidavit of Truth" was either improperly copied by the Cass County Recorder or was taken from his wife's home in a burglary. The magistrate judge and the Report and Recommendation reject the claim stating that the "defendant has failed to provide the court with any authority, either statutory or case law, to support his request for a dismissal of this case." (Doc. 47, p. 3.) The magistrate judge rejected the defendant's claim that the Government's possession of the document was a result of any type of fraud on the Court or grand jury.

In his objection, the defendant contends that there is a crease in one of the documents that he obtained from the Government in discovery. The defendant somehow believes that multiple copies of the same document that were provided in discovery constitutes "fraud in documents

specially assembled for the Grand Jury poisoned the Grand Jury proceedings, indictment, and the resultant criminal proceeding." (Defendant's Objection, Doc. 54, p. 5.)

The Government submits that the magistrate judge correctly recommended that defendant's motion be denied because there was no evidence of any fraud on the Court for the grand jury. Additionally, the magistrate judge correctly noted that "should the government include this Affidavit of Truth in its exhibit list for trial, defendant is free to file a motion in limine to argue for exclusion prior to trial or to object to its admission at trial." The Government has not listed this document as an exhibit nor does it intend to offer it in the trial case.

Wherefore, the Government requests that the Court adopts the well-reasoned Report and Recommendation and deny the defendant's *pro se* Motion to Dismiss for fraud upon the Court and upon the grand jury.

Respectfully submitted,

Tammy Dickinson
United States Attorney

By *ls/ Paul S. Becker*

Paul S. Becker
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on April 4, 2016, to the CM-ECF system of the United States District Court for the Western District of Missouri, and a copy of the foregoing was mailed to:

Harold R. Stanley
P.O. Box 1236
Oologah, Oklahoma 74053-1236

*/s/ Paul S. Becker*
Paul S. Becker
Assistant United States Attorney