**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. |
| HAROLD R. STANLEY, | ) | 15-00271-01-CR-W-HFS |
| Defendant | ) | |

---

## DEMAND TO DISMISS FOR LACK OF JURISDICTION

COMES NOW, the "real party in interest" Harold Stanley, and demands this case be dismissed with prejudice for lack of jurisdiction under Fed. R. Crim. P. Rule 12(b)(2). The "real party in interest" offers the following Judicial Notice, Summary of the issues and supporting authorities, and Legal Arguments in support.

## JUDICIAL NOTICE TO THE ADMINISTRATIVE COURT

This Court operates under:

1. Oath to the UNITED STATES, and

2. Trading with the Enemy Act as codified in Title 50 U.S.C., and
3. Federal Debt Collection Procedure as codified in Title 28 U.S.C., Chapter 176, and
4. Fed. R. Civ. P. 4(j) under 28 U.S.C. §1608,

Thereby making the Courts "foreign states" to We, the People.

By Congressional mandate "it is the duty of the court to declare the meaning of what is written, and **not what was intended to be written**." [1]

COMES NOW, the "real party in interest" Harold Stanley, giving JUDICIAL NOTICE, that the Plaintiff and Court lack jurisdiction to hear, convict, or bring any case against this "real party in interest" under Fed. R. Civ. P. Rules 4(j),12(b)(1), (2), (3), (4), (5) and (6) as well as the 4th, 5th, 9th, 10th, 11th and 14th amendments of the Constitution, whereby the "real party in interest" is not subject to a Foreign State.

## SUMMARY OF THE ISSUES

The Plaintiff and the Court stand foreign to the "real party in interest" and lack jurisdiction as follows:

---

[1] *J.W. Seavey Hop Corp. v. Pollock*, 20 Wn.2d 337,348-49, 147 P.2d 310 (1944), cited with approval in *Berg v. Hudesman*, 115 Wn.2d at 669.

1. Their oath of office to the UNITED STATES makes Public Officials foreign to We, the People, of the States united, and

2. The Judge of this Court serves as a debt collector for the International Monetary Fund, and

3. The Plaintiff and the Court do not enjoy immunity under "commerce", and

4. The Court operates under the War Powers Act under a declared "state of emergency" with jurisdiction only over enemies of the state, and

5. The Court has not clarified language critical to this action.

The "real party in interest" offers the following support for the above-stated five issues:

- Table of Definitions
- Declaration of Status and Right of Avoidance
- Table of Authorities – Person
- Table of Authorities – Lack of Jurisdiction
- Table of Authorities – No Judicial Immunity
- Table of Authorities – Reciprocal Immunity and Foreign Agent Registration

For these reasons, the Plaintiff and the Court lack jurisdiction. The "real party in interest" therefore demands this case to be dismissed with prejudice for lack of jurisdiction under Fed. R. Crim. P. Rule 12(b)(2).

## LEGAL ARGUMENT

### *Issue One: Oath of Office Makes Public Officials "Foreign"*

1. Those holding Federal or State public office, county or municipal office, under the Legislative, Executive or Judicial branch, including Court Officials, Judges, Prosecutors, Law Enforcement Department employees, Officers of the Court, and etc., before entering into these public offices, are required by the U.S. Constitution and statutory law to comply with 5 U.S.C. §3331, "Oath of office":

> An individual, except the President, elected or appointed to an office of honor or profit in the civil service or uniformed services, shall take the following oath: "I, AB, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God."

2. AMENDATORY RECONSTRUCTION ACT OF MARCH 11, 1868

An Act to amend the act passed March 23, 1867, entitled "An Act

supplementary to 'An act to provide for the more efficient government of the rebel states,' passed March 2, 1867, and to facilitate their restoration. SUPPLEMENTARY RECONSTRUCTION ACT OF FORTIETH CONGRESS. An Act supplementary to an act entitled "An act to provide for the more efficient government of the rebel states," passed March second, eighteen hundred and sixty-seven, and to facilitate restoration." This act created the 14th amendment federal citizen under Section 3 of the federal constitution. All who hold public office fall under this section as UNITED STATES citizens. Those who hold office have knowingly and willingly given up their citizenship to the *de jure* united States under Title 8 U.S.C. §1481 to become a foreign state agent, "Loss of nationality by native-born or naturalized citizen; voluntary action; burden of proof; presumptions."

3. Under 22 U.S.C., Foreign Relations and Intercourse, §611, a Public Official is thereby considered a foreign agent. In order to hold public office, the candidate must file a true and complete registration statement with the State Attorney General as a foreign principal.

4. The Oath of Office requires the public official in his / her foreign state capacity to uphold the constitutional form of government or face consequences.

Title 10 U.S.C. §333, "Interference with State and Federal law"

> The President, by using the militia or the armed forces, or both, or by any other means, shall take such measures as he considers necessary to suppress, in a State, any insurrection, domestic violence, unlawful combination, or conspiracy, if it—
>
> (1) so hinders the execution of the laws of that State, and of the United States within the State, that any part or class of its people is deprived of a right, privilege, immunity, or protection named in the Constitution and secured by law, and the constituted authorities of that State are unable, fail, or refuse to protect that right, privilege, or immunity, or to give that protection; or
>
> (2) opposes or obstructs the execution of the laws of the United States or impedes the course of justice under those laws.
>
> In any situation covered by clause (1), the State shall be considered to have denied the equal protection of the laws secured by the Constitution.

5. Such willful action, while serving in official capacity, violates 18 U.S.C. §1918, "Disloyalty and asserting the right to strike against the government":

> Whoever violates the provision of section 7311 of title 5 that an individual may not accept or hold a position in the Government of the United States or the government of the District of Columbia if he—
>
> (1) advocates the overthrow of our constitutional form of government;
>
> (2) is a member of an organization that he knows advocates the overthrow of our constitutional form of government;
>
> shall be fined under this title or imprisoned not more than one year and a day, or both.

and also deprives Americans of "honest services" from their public

servants:

> Title 18 U.S.C., Chapter 63 – MAIL FRAUD AND OTHER FRAUD OFFENSES, §1346. Definition of "scheme or artifice to defraud"
>
> For the purposes of this chapter, the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible right of honest services.

### ***Issue Two: Judge Serves as a Debt Collector***

6. Judges hold public office under 28 U.S.C., Chapter 176, FEDERAL DEBT COLLECTION PROCEDURE, §3002 – Definitions:

> As used in this chapter:
>
> (2) "Court" means any court created by the Congress of the United States, excluding the United States Tax Court.
>
> (3) "Debt" means—
>
> > (A) an amount that is owing to the United States on account of a direct loan, or loan insured or guaranteed, by the United States; or
> >
> > (B) an amount that is owing to the United States on account of a fee, duty, lease, rent, service, sale of real or personal property, overpayment, fine, assessment, penalty, restitution, damages, interest, tax, bail bond forfeiture, reimbursement, recovery of a cost incurred by the United States, or other source of indebtedness to the United States, but that is not owing under the terms of a contract originally entered into by only persons other than the United States;
>
> (8) "Judgment" means a judgment, order, or decree entered in favor of the United States in a court and arising from a civil or criminal proceeding regarding a debt.
>
> (15) "United States" means—

(A) a Federal corporation;

(B) an agency, department, commission, board, or other entity of the United States; or

(C) an instrumentality of the United States.

7. Title 22 U.S.C. §286. "Acceptance of membership by United States in International Monetary Fund":

> The President is hereby authorized to accept **membership for the United States in the International Monetary Fund** (hereinafter referred to as the "Fund"), **and in the International Bank for Reconstruction and Development** (hereinafter referred to as the "Bank"), provided for by the Articles of Agreement of the Fund and the Articles of Agreement of the Bank as set forth in the Final Act of the United Nations Monetary and Financial Conference dated July 22, 1944, and deposited in the archives of the Department of State. [Emphasis added]

8. Title 22 U.S.C. § 286e-13, "Approval of fund pledge to sell gold to provide resources for Reserve Account of Enhanced Structural Adjustment Facility Trust," states the following:

> The Secretary of the Treasury is authorized to instruct the Fund's pledge to sell, if needed, up to 3,000,000 ounces of the Fund's gold, to restore the resources of the Reserve Account of the Enhanced Structural Adjustment Facility Trust to a level that would be sufficient to meet obligations of the Trust payable to lenders which have made loans to the Loan Account of the Trust that have been used for the purpose of financing programs to Fund members previously in arrears to the Fund.

9. Even if the instant lawsuit to collect an alleged debt is authorized by statute, such authorization does not, in and of itself, vest personal or

territorial jurisdiction in this Court against an American in *Cass County, Missouri* or *Rogers County, Oklahoma*:

> So, we conclude, as we did in the prior case, that, although these suits may sometimes so present questions arising under the Constitution or laws of the United States that the Federal courts will have jurisdiction, yet the mere fact that a suit is an adverse suit authorized by the statutes of Congress is not in and of itself sufficient to vest jurisdiction in the Federal courts.[2]

10. Statutory authority for a federal trial court to enter judgments, orders, and decrees in favor of the United States arising from a civil or criminal proceeding regarding an alleged debt, is irrelevant if the capacity to take jurisdiction is not given by the Constitution. The late Justice Scalia, delivering the opinion of the Supreme Court, wrote:

> In 1807 Chief Justice Marshall wrote for the Court that "courts which are created by written law, and whose jurisdiction is defined by written law, cannot transcend that jurisdiction. It is unnecessary to state the reasoning on which this opinion is founded, because it has been repeatedly given by this court; and with the decisions heretofore rendered on this point, no member of the bench has, even for an instant, been dissatisfied." Ex parte Bollman, 4 Cranch 75, 93 (1807). It remains rudimentary law that "[a]s regards all courts of the United States inferior to this tribunal, two things are necessary to create jurisdiction, whether original or appellate. The Constitution must have given to the court the capacity to take it, *and an act of Congress must have supplied it. ...* To the extent that such action is not taken, the power lies dormant." *The Mayor v. Cooper,* 6 Wall. 247, 252, 18 L.Ed. 851 (1868) (emphasis added); accord, *Christianson v. Colt Industries*

[2] *Shoshone Mining Co. v. Rutter*, 177 U.S. 505, 513 (1900), ¶31 as downloaded from VersusLaw.

> *Operating Co.,* U.S. 818, 108 S.Ct. 2166, 2179, 100 L.Ed.2d 811 (1988); *Firestone Tire & Rubber Co. v. Risjord,* 449 S. 368, 379-380, 101 S.Ct. 669, 676-677, 66 L.Ed.2d 571 (1981); *Kline v. Burke Construction Co.,* 260 U.S 226, 233-234, 43 S.Ct. 79, 82-83, 67 L.Ed. 226 (1922); *Case of the Sewing Machine Companies,* 18 Wall. 553, 577-578, 586-587, 21 L.Ed. 914 (1874); *Sheldon v. Sill,* 8 How. 441, 449, 12 L.Ed. 1147 (1850); *Cary v. Curtis,* 3 How. 236, 245, 11 L.Ed. 576 (1845); *Mcintire v. Wood,* 7 Cranch 504, 506, 3 L.Ed. 420 (1813).[3] [Underline emphasis added.].

## *Issue Three: No Immunity Under "Commerce"*

11. All immunity of the United States, and all liability of States, instrumentalities of States, and State officials have been waived under commerce, according to the following U.S. Codes:

> Title 15 U.S.C., Commerce and Trade, §1122, "Liability of United States and States, and instrumentalities and officials thereof"
>
> (a) Waiver of sovereign immunity by the United States. The United States, all agencies and instrumentalities thereof, and all individuals, firms, corporations, other persons acting for the United States and with the authorization and consent of the United States, shall not be immune from suit in Federal or State court by any person, including any governmental or nongovernmental entity, for any violation under this Act.
>
> (b) Waiver of sovereign immunity by States. Any State, instrumentality of a State or any officer or employee of a State or instrumentality of a State acting in his or her official capacity, shall not be immune, under the eleventh amendment of the Constitution of the United States or under any other doctrine of sovereign immunity, from suit in Federal court by any person, including any governmental or nongovernmental entity for any violation under this Act.

[3] *Finley v. United States,* 490 U.S. 545, 547 (1989)

Title 42 U.S.C. §12202, "State immunity"

> A State shall not be immune under the eleventh amendment to the Constitution of the United States from an action in Federal or State court of competent jurisdiction for a violation of this chapter. In any action against a State for a violation of the requirements of this chapter, remedies (including remedies both at law and in equity) are available for such a violation to the same extent as such remedies are available for such a violation in an action against any public or private entity other than a State

Title 42 U.S.C. §2000d–7, "Civil rights remedies equalization"

(a) General provision

> (1) A State shall not be immune under the Eleventh Amendment of the Constitution of the United States from suit in Federal court for a violation of section 504 of the Rehabilitation Act of 1973 [29 U.S.C. 794], title IX of the Education Amendments of 1972 [20 U.S.C. 1681 et seq.], the Age Discrimination Act of 1975 [42 U.S.C. 6101 et seq.], title VI of the Civil Rights Act of 1964 [42 U.S.C. 2000d et seq.], or the provisions of any other Federal statute prohibiting discrimination by recipients of Federal financial assistance.
>
> (2) In a suit against a State for a violation of a statute referred to in paragraph (1), remedies (including remedies both at law and in equity) are available for such a violation to the same extent as such remedies are available for such a violation in the suit against any public or private entity other than a State.

12. The Administrative Procedure Act of 1946 gives immunity in Administrative Court to the Administrative Law Judge (ALJ) only when an action is brought by the people against a public agency or corporate official / department. Under Title 5 public offices or officials can be sanctioned.

Title 5 U.S.C. §551, "Definitions":

(10) "sanction" includes the whole or a part of an agency—

(A) prohibition, requirement, limitation, or other condition affecting the freedom of a person;

(B) withholding of relief;

(C) imposition of penalty or fine;

(D) destruction, taking, seizure, or withholding of property;

(E) assessment of damages, reimbursement, restitution, compensation, costs, charges, or fees;

(F) requirement, revocation, or suspension of a license; or

(G) taking other compulsory or restrictive action;

13. Justice is required to be BLIND while holding a SET OF SCALES and a TWO-EDGED SWORD. This symbolizes true justice. The Administrative Procedure Act of 1946 (60 stat 237) would allow the sword to cut in either direction and give the judge immunity by holding his own court office accountable for honest service fraud, obstruction of justice, false statements, malicious prosecution and fraud placed upon the court. Any willful intent to uncover the EYES OF JUSTICE or TILT THE SCALES is a willful intent to deny Due Process, which violates Title 18 U.S.C. §1346, "Scheme or Artifice to Defraud," by perpetrating a "scheme or artifice to deprive another of the intangible right of honest services". This is considered fraud and an overthrow of a constitutional form of government and the person depriving the honest service can be held accountable and face punishment under Title

18 U.S.C. and Title 42 U.S.C. and violates Title 28 U.S.C. judicial procedures.

12. Both Title 18 U.S.C., Crime and Criminal Procedure, and Title 42 U.S.C., Public Health and Welfare, allow the "real party in interest" to bring an action against the United States and/or the State agencies, departments, and employees for civil rights violations while dealing in commerce. Title 10 places all public officials under this 10 U.S.C. § 333 while under a state of emergency. (Declared or undeclared War falls under TWEA.)

## *Issue Four: Courts Operating Under War Powers Act*

14. The Courts are operating under the Emergency War Powers Act. The country has been under a declared "state of emergency" for over 80 years resulting in the Constitution being suspended (See Title 50 U.S.C. Appendix – Trading with the Enemy Act of 1917). The Courts have been misusing 50 U.S.C. §23, "Jurisdiction of United States courts and judges," which provides for criminal jurisdiction over an "**enemy of the state**," whereas, the "real party in interest" comes under Title 50 U.S.C. App. §21, "**Claims of naturalized citizens as affected by expatriation**" which states the following:

> The claim of any naturalized American citizen under the provisions of this Act [sections 1 to 6, 7 to 39, and 41 to 44 of this Appendix] shall not be denied **on the ground of any presumption of expatriation**

which has arisen against him, under the second sentence of section 2 of the Act entitled "An Act in reference to the expatriation of citizens and their protection abroad," approved March 2, 1907, if he shall give satisfactory evidence to the President, or the court, as the case may be, of his uninterrupted loyalty to the United States during his absence, and that he has returned to the United States, or that he, although desiring to return, has been prevented from so returning by circumstances beyond his control.

15. 15 Statutes at Large, Chapter 249 (section 1), enacted July 27 1868, states the following:

PREAMBLE - Rights of American citizens in foreign states.

WHEREAS the right of expatriation is a natural and inherent right of all people, indispensable to the enjoyment of the rights of life, liberty, and the pursuit of happiness; and whereas in the recognition of this principle this government has freely received emigrants from all nations, and invested them with the rights of citizenship; and whereas it is claimed that such American citizens, with their descendants, are subjects of foreign states, owing allegiance to the governments thereof; and whereas it is necessary to the maintenance of public peace that this claim of foreign allegiance should be promptly and finally disavowed:

SECTION I - Right of expatriation declared.

THEREFORE, Be it enacted by the Senate of the and House of Representatives of the United States of America in Congress assembled, That any declaration, instruction, opinion, order, or decision of any officers of this government which denies, restricts, impairs, or questions the right of expatriation, is hereby declared inconsistent with the fundamental principles of this government.

SECTION II - Protection to naturalized citizens in foreign states.

And be it further enacted, That all naturalized citizens of the United States, while in foreign states, shall be entitled to, and shall receive from this government, the same protection of persons and property that

is accorded to native born citizens in like situations and circumstances.

SECTION III - Release of citizens imprisoned by foreign governments to be demanded.

And be it further enacted, That whenever it shall be made known to the President that any citizen of the United States has been unjustly deprived of his liberty by or under the authority of any foreign government, it shall be the duty of the President forthwith to demand of that government the reasons for such imprisonment, and if it appears to be wrongful and in the violation of the rights of American citizenship, the President shall forthwith demand the release of such citizen, and if the release so demanded is unreasonably delayed or refused, it shall be the duty of the President to use such means, not amounting to acts of war, as he may think necessary and proper to obtain or effectuate such release, and all the facts and proceedings relative thereto shall as soon as practicable be communicated by the President to Congress.

Approved, July 27, 1868

16. The Courts and the States are enforcing the following code on American nationals: Title 50App. U.S.C. §4, "Licenses to enemy or ally of enemy insurance or reinsurance companies; change of name; doing business in United States," as a result of the passage of The Amendatory Act of March 9, 1933 to Title 50 U.S.C., Trading with the Enemy Act Public Law No. 65-91 (40 Stat. L. 411) October 6, 1917. The original Trading with the Enemy Act **excluded** the people of the United States from being classified as the enemy when involved in transactions wholly within the United States. The Amendatory Act of March 9, 1933, however, **included the people of the United States as the enemy,** by incorporating the following language into

the Trading With The Enemy Act: "**by any person within the United States.**" The abuses perpetrated upon the American people are the result of Title 50 U.S.C., Trading With The Enemy Act, which turned the American people into an "enemy of the state."

### *Issue Five: Language Not Clarified*

17. Clarification of language: the Plaintiff "UNITED STATES OF AMERICA" or "UNITED STATES" or "United States" or "U.S.A." or "U.S." or variations thereof has failed to state the meaning or clarify the definition of words. The "real party in interest" places before the Court legal definitions and terms, along with NOTICE OF FOREIGN STATE STATUS OF THE COURT. This court, pursuant to the Fed. R. Civ. P. Rule 4(j), is, in fact and at law, a foreign state as defined in 28 U.S.C. §1602, et. seq., the FOREIGN SOVEREIGN IMMUNITIES ACT of 1976, Pub. L. 94-583 (hereafter FSIA), and, therefore, lacks jurisdiction in the above captioned case. The above-mentioned "real party in interest" hereby demands full disclosure of the true and limited jurisdiction of this court. Any such failure violates 18 U.S.C. §1001, §1505, and §2331. This potentially violates the PATRIOT ACT, §800, Domestic Terrorism.

18. There are three different and distinct forms of the "**United States**" as revealed by this case law: "The high Court confirmed that the term "United States" can and does mean three completely different things, depending on the context."[4]

19. The Court and its officers have failed to identify which "United States" they represent, since they can represent only one. Under Federal Debt Collection Procedure, as a corporation, the United States has no jurisdiction over the "real party in interest". As an American national and as a belligerent counter-claimant, the "real party in interest" hereby asserts the right of immunity inherent in the 11th amendment: "The judicial power shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by citizens of another state, or by citizens of any Foreign State." This Court, by definition is a FOREIGN STATE, and is misusing the name of this American by placing the "real party in interest" name in all capital letters, as well as by using the "real party in interest's" last name to construe the "real party in interest" erroneously, as a "person" which is a "term of art" meaning: *a creature of the law, an artificial being, and a CORPORATION or ens legis:*

[4] *Hooven & Allison Co. vs. Evatt*, 324 U.S. 652 (1945) & *United States v. Cruikshank*, 92 U.S. 542 (1876) & *United States v. Bevans*, 16 U.S. 3 Wheat. 336 336 (1818)

> *Ens Legis*. L. Lat. A creature of the law; an artificial being, as contrasted with a natural person. Applied to corporations, considered as deriving their existence entirely from the law.[5]

20. All complaints and suits against such CORPORATION, or *ens legis,* fall under the aforementioned FSIA and service of process must therefore be made by the clerk of the court, under Section 1608(a)(4) of Title 28 U.S.C., 63 Stat. 111, as amended (22 U.S.C. 2658) [42 FR 6367, Feb. 2, 1977, as amended at 63 FR 16687, Apr. 6, 1998], to the Director of the Office of Special Consular Services in the Bureau of Consular Affairs, Department of State, in Washington, D.C., exclusively, pursuant to 22 C.F.R. §93.1 and §93.2. A copy of the FSIA must be filed with the complaint along with "a certified copy of the diplomatic note of transmittal," and, "the certification shall state the date and place the documents were delivered." The foregoing must be served upon the Chief Executive Officer and upon the Registered Agent of the designated CORPORATION or FOREIGN STATE.

21. The Prosecuting Attorney purports to be acting in the name of the "United States" or the "Government", presuming to be an officer of the *de jure* government authorized by the People in the Constitution for the united States. Article I, Section 9, Clause 8 of the Constitution reads, in pertinent part:

---

[5] *Blacks Law Dictionary*, 4th Edition, 1968.

> No Title of Nobility shall be granted by the United States: And no Person **holding any Office of Profit or Trust under them, shall**, without the Consent of the Congress, **accept of any** present, Emolument, Office, or **Title, of any kind whatever**, **from any King, Prince, or foreign State.**

Plaintiff's Prosecuting Attorney is a member of the BAR. As a member of the BAR, AUSA Becker holds the title Esquire. The title Esquire is a title of nobility granted by the British Accredited Registry. The Constitution therefore prohibits Esquire Becker from serving in any capacity under the Constitution, and estops him from representing the *de jure* government in this trial against the "real party in interest".

22. It is an undisputed, conclusive presumption that the above-mentioned real party in interest is a not a CORPORATION, and further, is not registered with any Secretary of State as a CORPORATION. Pursuant to Rule 12(b)(6), the Prosecuting Attorney has failed to state a claim for which relief can be granted to the Plaintiff. This is a FATAL DEFECT, and, therefore, the instant case and all related matters must be DISMISSED WITH PREJUDICE for lack of *in personam*, territorial, and subject matter jurisdiction, as well as for improper Venue, as well as pursuant to the 11th amendment Foreign State Immunity.

23. Moreover, the process in the above-captioned case is not "regular on

its face."

> Regular on its Face -- "Process is said to be "regular on its face" when it proceeds from the court, officer, or body having authority of law to issue process of that nature, and which is legal in form, and contains nothing to notify, or fairly apprise any one that it is issued without authority."[6]

## *Table of Definitions*

**Foreign courts:** The courts of a foreign state or nation. In the United States, this term is frequently applied to the courts of one of the States when their judgment or records are introduced in the courts of another.[7]

**Foreign jurisdiction:** Any jurisdiction foreign to that of the forum; e.g., a sister state or another country. Also, the exercise by a state or nation of jurisdiction beyond its own territory. Long-arm service of process is a form of such foreign or extraterritorial jurisdiction.[8]

**Foreign laws:** The laws of a foreign country, or of a sister state. In conflicts of law, the legal principles of jurisprudence which are part of the law of a sister state or nation. Foreign laws are additions to our own laws, and in that respect are called "*jus receptum*."[9]

---

[6] Black's Law Dictionary, Fifth Edition, Page 1156
[7] Black's Law Dictionary, Fifth Edition, Page 582
[8] Ibid
[9] Ibid

**Foreign corporation:** A corporation doing business in one state though chartered or incorporated in another state is a foreign corporation as to the first state, and, as such, is required to consent to certain conditions and restrictions in order to do business in such first state. Under federal tax laws, a foreign corporation is one which is not organized under the law of one of the states or territories of the United States. I.R.C. § 7701(a)(5). Service of process on foreign corporation is governed by the Fed. R. Civil P. 4. See also Corporation.[10]

**Foreign service of process:** Service of process for the acquisition of jurisdiction by a court in the United States upon a person in a foreign country is prescribed by Fed R. Civil P. 4 (i) and 28 U.S.C.A. § 1608. Service of process on foreign corporations is governed by Fed. R. Civil P. 4(d)(3).[11]

**Foreign states:** Nations which are outside the United States. Term may also refer to another state; i.e. a sister state.[12]

**Foreign immunity:** With respect to jurisdictional immunity of foreign states, see 28 U.S.C.A. §1602 *et seq*.[13] See also 8 U.S.C. §1101(a)(14):

---

[10] Ibid
[11] op. cit. Page 583
[12] Ibid
[13] op,cit. Page 582

> The term "foreign state" includes outlying possessions of a foreign state, but self-governing dominions or territories under mandate or trusteeship shall be regarded as separate foreign states.

**Profiteering:** Taking advantage of unusual or exceptional circumstance to make excessive profit; e.g. selling of scarce or essential goods at inflated price during time of emergency or war.[14]

**Person:** In general usage, a human being (i.e. natural person) though by statute the term may include a firm, labor organizations, partnerships, associations, corporations, legal representative, trusts, trustees in bankruptcy, or receivers. National Labor Relations Act, §2(1).

> **Corporation**: A corporation is a "person" within the meaning of equal protection and due process provisions of the United States Constitution. [15]
>
> See also 26 U.S.C. §7343:
> The term "person" as used in this chapter includes an officer or employee of a corporation, or a member or employee of a partnership, who as such officer, employee or member is under a duty to perform the act in respect of which the violation occurs.

## *Declaration of Status and Right of Avoidance*

The above-mentioned "real party in interest" hereby declares the status of a "foreign state" as defined in 28 U.S.C. §1603 (b)(1), as "a separate legal person, corporate or otherwise," (in the instant case, "otherwise"), (b)(2), "an

[14] op. cit. Page 1090

organ [a vital part] of a foreign state" and (b)(3), "neither a citizen of a State of the United States as defined in section 1332(c) and (e) of this title [a corporation, an insurer, or the legal representative of a decedent, an infant or an incompetent], nor created under the laws of any third country."

Furthermore, the above-mentioned "real party in interest" is not an artificial, corporate "person" as defined and created by PUBLIC STATUTES, and is not a juristic person which may be "affected" by PUBLIC STATUTES; but, is invested with and bears the status, condition and character of "a sovereign without subjects." The above-mentioned "real party in interest" is always and at all times present in his "asylum home state," which is "the common case of the place of birth, *domicilium originis,"* also referred to as Natural Domicile, which is "the same as domicile of origin or domicile by birth." *Johnson v. Twenty-One Bales,* 13 Fed.Cas. 863" (*Black's Law Dictionary*, 4th edition), which is the source and the seat of his sovereignty and immunity.

Accordingly, the above-mentioned "real party in interest" exercises his Right of Avoidance and hereby rejects the offered commercial venture and declines to fuse with or to animate the above-mentioned "real party in interest" in Error, or to stand as STRAWMAN [PERSON], which is defined in

[15] op. cit. Page 1028

Barron's Law Dictionary, 4th edition, (1996), as "a term referred to in commercial and property contexts when a transfer is made to a third party, the strawman [person], simply for the purpose of retransferring to the transferror in order to accomplish some purpose not otherwise permitted," *i.e.,* obtaining jurisdiction over the above-mentioned "real party in interest" or relying upon the rebuttable presumption that the above-mentioned "real party in interest" is a corporation. The definition also contains the admonition to "See dummy," which, at that entry is therein defined as "a strawman; a sham." The above-mentioned party is, NOT a strawman, NOT a sham, and is certainly NOT a dummy.

This DECLARATION OF STATUS constitutes a conclusive presumption, of which the court is bound to take NOTICE, that the "real party in interest" is NOT a corporation; and, the court can exercise no jurisdiction whatsoever over the "real party in interest" or in the above-captioned case, but is duty-bound according to the due process of the law, to which the above-mentioned "real party in interest" is a belligerent counter-claimant, and by the Rule of Law to DISMISS all claims against the "real party in interest".

## *Table of Authorities – Person*

The following case citation declares the undisputed distinction in fact and at law of the distinction between the term "persons," which is the plural form of the term "person," and the word "People" which is NOT the plural form of the term "person." The above-mentioned "real party in interest" is NOT a subordinate "person," "subject," or "agent," but is a "constituent," in whom sovereignty abides, a member of the "Posterity of We, the People," in whom sovereignty resides, and from whom the government has emanated:

> In common usage, the term 'person' does not include the sovereign, and statutes employing the word are ordinarily construed to exclude it.[16]

> In common usage, that term [persons] does not include the sovereign and statutes employing it will ordinarily not be construed to do so.[17]

The following case citations declare the undisputed doctrine, in fact and at law, that the word (term of art) "person" is a "general word," and that the "People," of whom the above-mentioned "real party in interest" is one, "are NOT bound by general words in statutes." Therefore, statutes do not apply to, operate upon or affect the above-mentioned "real party in interest:"

> **The word `person' in legal terminology is perceived as a *general word*** which normally includes in its scope a variety of entities other than human beings.[18]

---

16 *Wilson v. Omaha Tribe* 442 U.S. 653, 667 (1979), citing *U.S. v. Cooper*, 312 U.S. 600,604, 61 S.Ct. 742 (1941).
17 *United States v. United Mine Workers of America*, 330 U.S. 258, 67 S.Ct. 677 (1947).
18 *Church of Scientology v. US Department of Justice* 612 F.2d. 417, 425 (1979).

In the United States, sovereignty resides in the people.[19]

### *Table of Authorities — Lack of Jurisdiction*

The law places the duty and burden of jurisdiction upon the Plaintiff. Should the Court attempt to place the burden upon the "real party in interest", the Court has acted against the law, violated the due process rights of the "real party in interest", and the judge under court decisions has immediately lost jurisdiction.

Until the Plaintiff submits uncontroversial evidence of jurisdiction to the Court that the Court has jurisdiction, the court is proceeding without jurisdiction. "Where jurisdiction is contested, the burden of establishing it rests upon the plaintiff."[20]

In a court of limited jurisdiction, whenever a party denies that the court has jurisdiction, it becomes the duty and the burden of the party claiming that the court has jurisdiction to provide evidence from the record of the case that the court holds jurisdiction. "The burden of proving jurisdiction rests upon the party asserting it."[21]

---

[19] *Perry v. United States*, 55 S. Ct. 432, 294 U.S. 330, 353 (1935).
[20] *Loos v American Energy Savers, Inc.*, 168 Ill.App.3d 558, 522 N.E.2d 841, 119 Ill. Dec. 179, (1988) ¶19 as downloaded from VersusLaw®
[21] *Bindell v City of Harvey*, 212 Ill.App.3d 1042, 571 N.E.2d 1017 (1991), ¶20 as downloaded from VersusLaw®

"Where there is no jurisdiction over the subject matter, there is, as well, no discretion to ignore that lack of jurisdiction."[22]

Jurisdiction, once challenged, is to be proven, not by the court, but by the party attempting to assert jurisdiction. The burden of proof of jurisdiction lies with the asserter, as stated following in *McNutt*:

> The prerequisites to the exercise of jurisdiction are specifically defined and the plain import of the statute is that the District Court is vested with authority to inquire at any time whether these conditions have been met. They are conditions which **must be met** by the party who seeks the exercise of jurisdiction in his favor. He must allege in his pleading the facts essential to show jurisdiction. **If he fails to make the necessary allegations he has no standing.** If he does make them, an inquiry into the existence of jurisdiction is obviously for the purpose of determining whether the facts support his allegations. In the nature of things, the authorized inquiry is primarily directed to the one who claims that the power of the court should be exerted in his behalf. As he is seeking relief subject to this supervision, it follows that **he must carry throughout the litigation the burden of showing that he is properly in court**. The authority which the statute vests in the court to enforce the limitations of its jurisdiction precludes the idea that jurisdiction may be maintained by mere averment or that the party asserting jurisdiction may be relieved of his burden by any formal procedure. **If his allegations of jurisdictional facts are challenged by his adversary in any appropriate manner, he must support them by competent proof.** And where they are not so challenged the court may still insist that the jurisdictional facts be established or the case be dismissed, and for that purpose the court may demand that the party alleging jurisdiction justify his allegations by **a preponderance of evidence.**[23] [emphasis added]

[22] *Joyce v. US*, 474 F.2d 215, (1973) ¶31 as downloaded from VersusLaw®.
[23] *McNutt v. General Motors Acceptance Corporation*, 56 S. Ct. 780, 298 U.S. 178, 189 (1936).

Once jurisdiction is challenged, the court cannot proceed: "When it clearly appears that the court lacks jurisdiction, the court has no authority to reach the merits. In such a situation the action should be dismissed for want of jurisdiction."[24]

Jurisdiction can be challenged at any time, even on final determination. The Tenth Circuit wrote on *Basso:*

> A court lacking jurisdiction cannot render judgment but must dismiss the cause at any stage of the proceedings in which it becomes apparent that jurisdiction is lacking. *Bradbury v. Dennis*, 310 F.2d 73 (10th Cir. 1962), cert. denied, 372 U.S. 928, 83 S. Ct. 874, 9 L. Ed. 2d 733 (1963).
>
> The party invoking the jurisdiction of the court has the duty to establish that federal jurisdiction does exist, *Wilshire Oil Co. of Texas v. Riffe*, 409 F.2d 1277 (10th Cir. 1969), but, since the courts of the United States are courts of limited jurisdiction, **there is a presumption against its existence.** *City of Lawton Okla. v. Chapman*, 257 F.2d 601 (10th Cir. 1958).
>
> Thus, the party invoking the federal court's jurisdiction bears the burden of proof. *Becker v. Angle*, 165 F.2d 140 (10th Cir. 1947).
>
> If the parties do not raise the question of lack of jurisdiction, it is the duty of the federal court to determine the matter sua sponte. *Atlas Life Insurance Co. v. W.I. Southern Inc.*, 306 U.S. 563, 59 S. Ct. 657, 83 L. Ed. 987 (1939); *Continental Mining and Milling Co. v. Migliaccio*, 16 F.R.D. 217 (D.C. Utah 1954).
>
> Therefore, lack of jurisdiction cannot be waived and **jurisdiction cannot be conferred upon a federal court by consent, inaction or stipulation**. *California v. LaRue*, 409 U.S. 109, 93 S. Ct. 390, 34 L. Ed. 2d 342 (1972); *Natta v. Hogan*, 392 F.2d 686 (10th Cir. 1968);

---

[24] *Melo* v. *US*, 505 F.2d 1026 (8th Cir. 1974), ¶37 as downloaded from VersusLaw.

> *Reconstruction Finance Corp. v. Riverview State Bank*, 217 F.2d 455 (10th Cir. 1955).
>
> The defendant's failure to raise the issue [of jurisdiction] before final judgment did not amount to a waiver, since a court may dismiss a case for lack of jurisdiction **at any stage of the proceeding**.
>
> **The Supreme Court reasoned that the jurisdiction of the federal courts is limited and must be carefully guarded against expansion by judicial interpretation or by prior action or consent of the parties.** The Supreme Court explained that parties to an action can never stipulate to the existence of federal jurisdiction because this would give an additional power to the district courts which Congress had expressly denied. 341 U.S. at 17-18 [25] [emphasis and paragraph breaks added]

## *Table of Authorities – No Judicial Immunity*

Thus, neither Judges nor Government attorneys are above the law. The Seventh Circuit wrote in *Isaacs*:

> By the same token it [the tenure provision of Art. III, §1] does not exclude prosecution [of federal judges] for crime. Protection of tenure is not a license to commit crime…
>
> The Attorney General advised the House that **the judge could be prosecuted** by information, indictment, or impeachment...
>
> The Supreme Court said in an 1882 decision, *United States v. Lee*, 106 U.S. 196, 220, that: "**No man** in this country is so high that he is above the law. **No officer** of the law may set that law as defiance with impunity. **All the officers of the government, from the highest to the lowest, are creatures of the law, and are bound to obey it**."
>
> We conclude that whatever immunities or privileges the Constitution confers for the purpose of assuring the independence of the co-equal

[25] *Basso v. Utah Power & Light Co.*, 495 F.2d 906, from ¶¶32, 33, 37, as downloaded from VersusLaw® (10th Cir. 1974)

> branches of government they do not exempt the member of those branches "from the operation of the ordinary criminal laws." Criminal conduct is not part of the necessary functions performed by public officials.
>
> The controlling standard is found in *Berger v. United States*, 295 U.S. 78, 88, which says that a United States Attorney "may prosecute with earnestness and vigor -- indeed, he should do so. But, while he may strike hard blows, **he is not at liberty to strike foul ones**."[26]

In our judicial system, few more serious threats to individual liberty can be imagined than a corrupt judge or judges acting in collusion outside of their judicial authority with the Executive Branch to deprive a citizen of his rights.

In *Stump v. Sparkman*, 98 S. Ct. 1099, 435 U.S. 349 at 360, 55 L. Ed. 2d 331 (1978), the Supreme Court confirmed that a judge would be immune from suit only if he did not act outside of his judicial capacity and/or was not performing any act expressly prohibited by statute. The Circuit Court overturned this case and the judge was liable.

Judicial immunity may only extend to all judicial acts within the court's jurisdiction and judicial capacity, but it does not extend to either criminal acts, or acts outside of official capacity or in the 'clear absence of all jurisdiction.' 13 Wall., at 351, cited in *Stump,* at 357.

[26] *United States v. Isaacs*, 493 F.2d 1124, from ¶¶102, 104, 106, 107, 116, 273 as downloaded from VersusLaw® (7th Cir. 1974).

> But when a judge knows that he lacks jurisdiction, or acts in the face of clearly valid statutes or case law expressly depriving him of jurisdiction, judicial immunity is lost. See *Bradley v. Fisher*, 80 U.S. (13 Wall.) at 351 ('when the want of jurisdiction is known to the judge, no excuse is permissible'); *Turner v. Raynes*, 611 F.2d 92 (5th Cir. 1980).[27]

The constitutional requirement of due process of the law is indispensable:

> No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself**, <u>nor be deprived or life, liberty or property, without due process of law</u>;** nor shall private property be taken for public use without just compensation. Article V, *Bill of Rights*. [emphasis added]

"When [the court's] failure to observe this safeguard amounts to denial of due process, that the court is deprived of jurisdiction."[28]

## *Table of Authorities – Reciprocal Immunity and Foreign Agent Registration*

United States International Organizations Immunities Act, Public Law 79-291, 29 December 1945 (Public Law 291-79th Congress), TITLE I:

> § 2.(b) International organizations, their property and their assets, wherever located and by whomsoever held, shall enjoy the same immunity from suit and every form of judicial process as is enjoyed by foreign governments, except to the extent that such organizations may

[27] *Rankin v. Howard* 633 F.2d 844, ¶34 as downloaded from VersusLaw® (9th Cir. 1980),

[28] *Merritt* v. *Hunter*, 170 F.2d 739 (10th Cir. 1948).

expressly waive their immunity for the purpose of any proceedings or by the terms of any contract.

(d) In so far as concerns customs duties and internal-revenue taxes imposed upon or by reason of importation, and the procedures in connection therewith; the registration of foreign agents; and the treatment of official communications, the privileges, exemptions, and immunities to which international organizations shall be entitled shall be those accorded under similar circumstances to foreign governments.

Section 9. The privileges, exemptions, and immunities of international organizations and of their officers and employees, and members of their families, suites, and servants, provided for in this title, shall be granted notwithstanding the fact that the similar privileges, exemptions, and immunities granted to a foreign government, its officers, or employees, may be conditioned upon the existence of reciprocity by that foreign government: *Provided*, That nothing contained in this title shall be construed as precluding the Secretary of State from withdrawing the privileges, exemptions, and immunities herein provided from persons who are nationals of any foreign country on the ground that such country is failing to accord corresponding privileges, exemptions, and immunities to citizens of the United States.

Also see 22 U.S.C. § 611 - FOREIGN RELATIONS AND INTERCOURSE; and, 22 U.S.C. § 612, Registration statement, concerning the absolute requirement of registration with the Attorney General as a "foreign principal," due to the undisputed status of the Court and its alleged officers and employees as FOREIGN AGENTS, described *supra.* This requirement shall be deemed to include, but is not limited to, an affidavit of non-communist association.

## CONCLUSION AND *RECTUM ROGARE*

WHEREAS, the facts and the law contained herein are before this Court; and;

WHEREAS, the facts and the law contained herein are the Truth; and

WHEREAS, we hold said Truths to be self-evident; and,

WHEREAS, self-evident Truths are undisputed and incontrovertible, no oral argument is requested, for no words can alter or overcome these Truths; and,

WHEREAS, Truth is Sovereign: She comes from God and bears His message, from whatever quarter her great eyes may look down upon you; Psalm 117:2; John 8:32; II Corinthians 13:8;

THEREFORE; this court must perform its duty under the Rule of Law, do Justice, *Rectum Rogare,* and DISMISS WITH PREJUDICE the above-captioned case without delay for "Justice delayed is Justice denied." *Rectum Rogare* - "to ask for right; to petition the judge to do right." Black's Law Dictionary 4th edition.

The oath of office to the Constitution requires office-holders to uphold and maintain our Constitutional form of government under the people's authority. This right was never surrendered by the people; failure to do so violates 10 U.S.C. §333 and 18 U.S.C. §1918, chapter 115 §2382, §2383, §1505, §1001, §241, §242, 42 U.S.C. §1981 & 31 U.S.C. §3729 just to name a few.

The Federal Debt Collection Procedure places all courts under equity and commerce and under the International Monetary Fund. The International Monetary Fund comes under the Uniform Commercial Code under banking and business interest and Trust laws. This makes the Court / Judges trustee over the trust and responsible whether or not the "real party in interest" understands the trust issue. The 1933 bankruptcy act placed all public officials in a fiduciary position to write off the public debt, since this Nation is not solvent. The TWEA suspended the U.S. Constitution in the court room, and therefore, the standard American flag in the courtroom was replaced with a military Admiralty flag for dealing with alien enemy residents. The people never rescinded their nationality to the real united States of America. Those who hold public office rescinded their nationality to become a foreign agent in order to hold public office.  International law requires the judge to

uphold the people's Constitutional form of government as defined in the "Federalist Papers".

Fed. R. Civ. P. Rule 2 only allows civil action, and under Rule 17, a real party of interest has to be present in the courtroom for there to be any claims of injury or damages against "the people." Any charges under the "UNITED STATES OF AMERICA" or the "United States" or variations thereof fall under the TWEA Section 23. The people are not subject to this jurisdiction as it is a Foreign State jurisdiction. The people hold 11th amendment immunity to claims in equity and commerce from a foreign state. The courts lack jurisdiction over the "real party in interest" by Congressional mandate. For the aforestated reasons, the Plaintiff and Court lack jurisdiction under Fed. R. Civ. P. Rule 4(j) & 12(b) (1), (2), (3), (4), (5), (6) over this "real party in interest".

The "real party in interest" now demands this Court to dismiss this matter WITH PREJUDICE.

The "real party in interest" is further protected under Title 18 § 4 Misprision of felony & Title 31 U.S.C. §3729 False Claims as Whistle-blowers.

Title 18 U.S.C. § 4 Misprision of felony

> Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

Title 31 U.S.C. §3729. False claims

(a) Liability for Certain Acts. – Any person who —

(A) knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval;

(B) knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim

Title 31 U.S.C. §3730 Civil actions for false claims

**(b) Actions by Private Persons.—**

**(1)** A person may bring a civil action for a violation of section 3729 for the person and for the United States Government. The action shall be brought in the name of the Government. The action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting

These are the laws as we know them—clear, precise and written by those with superior knowledge of the law "LAWYERS", not the People. The People cannot be held accountable if there is a failure to clarify or a conflict in the laws. The "LAWYERS" who created this conflict in law should be held accountable.

Respectfully submitted,

/s/ *Harold Stanley*

Harold Stanley, Counter-claimant,
Real party in interest
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing text and the following list was delivered on April 5, 2016 to the CM/ECF system of the United States District Court for the Western District of Missouri.

/s/ *Harold Stanley*

Harold Stanley, Counter-claimant,
Real party in interest
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com