**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD R. STANLEY,<br><br>Defendant. | Case No. 15-00271-01-CR-W-HFS |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S THIRD MOTION FOR CONTINUANCE**

The United States of America files this response to the defendant's third motion for continuance. (Doc. 59.) The defendant has requested that the trial date for this case be continued for 90 days. The trial is currently set on the docket scheduled to begin on April 25, 2016. The request for a 90-day continuance would move the case to the docket commencing on August 15, 2016. The Government opposes this request.

**PROCEDURAL SUMMARY**

On August 25, 2015, the Grand Jury returned a two-count Indictment charging defendant Harold R. Stanley with one count of tax evasion, in violation of 26 U.S.C. § 7201, and one count of corruptly endeavoring to obstruct and impede the due administration of the Internal Revenue laws, in violation of 26 U.S.C. § 7212(a). On September 22, 2015, the defendant was arraigned on the Indictment. On October 13, 2015, a hearing was held in which the Court granted the

defendant's oral request for a continuance from the October trial docket until the January 2016 trial docket. On November 3, 2015, the defendant filed a motion to continue in order to have additional time to review discovery. (Doc. 24.) The Court issued an order granting the defendant's motion to continue until the April 25, 2016, docket. (Doc. 35.)

Today, the defendant filed his third request for a continuance of the trial in this case. The defendant stated that the "parties have raised issues in the past 3 business days (Doc. 52, Doc. 54, and Doc. 58) that require due process opportunities for replies from the opposing party, support by the moving party, and/or review by the Court." The documents cited by the defendant are the Government's motion in limine, the defendant's objection to the report and recommendation to deny his motion to dismiss for fraud on the Court and Grand Jury, and the defendant's motion, also filed today, demanding the dismissal of the case for lack of jurisdiction.

The Government's motion in limine was filed on April 1, 2016, which, pursuant to the scheduling order, was more than the required 20 days prior to trial. The Government has filed a reply to the defendant's objection to the report and recommendation to deny his motion to dismiss for fraud upon the Court and it should not require any additional time for resolution by the district court. Finally, the motion filed today to dismiss for lack of jurisdiction is greatly out of time as all pretrial motions were required to be filed on or before November 4, 2015.

Therefore, the Government opposes the defendant's request for continuance of the trial of this case from the April 25, 2016, trial docket to the trial docket commencing on August 15, 2016.[1]

Respectfully submitted,

Tammy Dickinson
United States Attorney

By *s/ Paul S. Becker*

Paul S. Becker
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on April 5, 2016, to the CM-ECF system of the United States District Court for the Western District of Missouri, and a copy of the foregoing was mailed to:

Harold R. Stanley
P.O. Box 1236
Oologah, Oklahoma 74053-1236

*s/ Paul S. Becker*
Paul S. Becker
Assistant United States Attorney

[1] The Government has witnesses scheduled to travel from out-of-state to attend the trial commencing on April 25, 2016. Therefore, the Government would greatly appreciate a ruling on this motion as soon as possible.