IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15-00271-CR-W-HFS |
| ) | |
| HAROLD R. STANLEY ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The pro se defendant has filed numerous motions to dismiss and for other relief. Docs. 13, 14, 15 and 25). The motions have been dealt with by Magistrate Judge Hays (Docs. 39, 41, 44 and 47) and the parties have filed further briefing on defendant's objections. I have reviewed the record and briefing. Further burdening of the record seems unnecessary because I have no disagreements with the reports and recommendations. Judge Hays has given careful consideration to the issues and I am satisfied that her legal conclusions are correct. I therefore ADOPT the reports and recommendations and DENY the motions. (Docs. 13, 14, 15 and 25).

It is SO ORDERED

/s/ Howard F. Sachs
**HOWARD F. SACHS**
UNITED STATES DISTRICT JUDGE

April 8, 2016

Kansas City, Missouri