IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD STANLEY,<br><br>Defendant. | Case No. 15-00271-01-CR-W-HFS |

**GOVERNMENT'S**
**<u>AMENDED LIST OF EXHIBITS</u>**

Comes now the United States of America, by the undersigned counsel, and files the attached amended list of exhibits which the Government may offer at trial and requests leave to amend this list as needed.

Respectfully submitted,

Tammy Dickinson
United States Attorney

By: */s/ Paul S. Becker*
Paul S. Becker
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing was delivered on April 18, 2016, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Paul S. Becker*

Paul S. Becker
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD STANLEY,<br><br>Defendant. | Case No. 15-00271-01-CR-W-HFS |

E X H I B I T S

| | | |
|---|---|---|
| ˘ | = | Offered & admitted without objection. |
| X. | = | Offered & admitted over objection. |
| Ex. | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered. |
| D.B. | = | Admitted, de bene. |
| W.D. | = | Offered then withdrawn. |
| Ltd. | = | Admitted for limited purpose. |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | 16th Amendment |
| 2 | | | | 26 U.S.C. § 1, tax imposed |

______________________________

I certify that I have this date ____________________ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

______________________________________________

______________________________________________
PRINTED NAME

______________________________________________
SIGNATURE

| | | | | |
|---|---|---|---|---|
| 3 | | | | 26 U.S.C. § 61, gross income |
| 4 | | | | Reserved |
| 5 | | | | Reserved |
| 6 | | | | Certification of lack of record for 2005 and 2006 Forms 1040 - Harold Stanley |
| 7 | | | | Exhibit no longer used |
| 8 | | | | 2007 IRS Form 1040 Tax Return – Harold and Ellen Stanley |
| 9 | | | | 2008 IRS Form 1040 Tax Return – Harold and Ellen Stanley |
| 10 | | | | 2009 IRS Form 1040 Tax Return – Harold Stanley |
| 11 | | | | Mailing to IRS from Harold Stanley – mailed on March 6, 2008, USPS RB 504 232 410 US |
| 12 | | | | Mailing to IRS from Harold Stanley – mailed on December 8, 2008 |
| 13 | | | | Exhibit no longer used |
| 14 | | | | IRS account transcripts 1990 through 2004 |
| 15 | | | | Mailing to IRS Cincinnati ACS on August 2, 2009, USPS RA 218 351 025 US |
| 16 | | | | Mailing to IRS Memphis on September 25, 2008, USPS RB 504 232 454 US |
| 17 | | | | IRS payoff calculator as of November 12, 2014 |
| 18 | | | | IRS revenue agent report – tax years 2005 through 2009 |
| 19 | | | | Exhibit no longer used |

| | | | | |
|---|---|---|---|---|
| 20 | | | | IRS summary of changes |
| 21 | | | | Summary of compensation and expenses |
| 22 | | | | Bio Pappel check and invoice – 11/21/2008 payment |
| 23 | | | | Bio Pappel check and invoice – 07/15/2009 payment |
| 24 | | | | Bio Pappel check and invoice – 10/14/2012 payment |
| 25 | | | | Bio Pappel check and invoice – 12/20/2012 payment |
| 26 | | | | Bio Pappel Form 1099 – tax year 2008 |
| 27 | | | | Bio Pappel Form 1099 – tax year 2009 |
| 28 | | | | Bio Pappel Form 1099 – tax year 2012 |
| 29 | | | | Reserved |
| 30 | | | | Mid America Consultants payments from 2005 – 2013 |
| 31 | | | | Mid America Consultants invoices for payments made to Harold Stanley |
| 32 | | | | Mid America Consultants Form 1099 – tax year 2005 |
| 33 | | | | Mid America Consultants Form 1099 – tax year 2006 |
| 34 | | | | Mid America Consultants Form 1099 – tax year 2007 |
| 35 | | | | Mid America Consultants Form 1099 – tax year 2008 |
| 36 | | | | Mid America Consultants Form 1099 – tax year 2010 |
| 37 | | | | Mid America Consultants Form 1099 – tax year 2011 |
| 38 | | | | Tri-State G&T invoices, checks, and documentation – 2005 |

| | | | | |
|---|---|---|---|---|
| 39 | | | | Tri-State G&T invoices, checks, and documentation – 2006 |
| 40 | | | | Tri-State G&T invoices, checks, and documentation - 2007 |
| 41 | | | | Tri-State G&T invoices, checks, and documentation - 2008 |
| 42 | | | | Tri-State G&T invoices, checks, and documentation - 2009 |
| 43 | | | | Tri-State G&T invoices, checks, and documentation - 2010 |
| 44 | | | | Tri-State G&T invoices, checks, and documentation – 2011 |
| 45 | | | | Tri-State G&T invoices, checks, and documentation - 2012 |
| 46 | | | | Tri-State G&T invoices, checks, and documentation - 2013 |
| 47 | | | | Tri-State payment log – 2005 |
| 48 | | | | Tri-State payment log – 2006 |
| 49 | | | | Tri-State payment log – 2007 |
| 50 | | | | Tri-State payment log – 2008 |
| 51 | | | | Tri-State payment log - 2009 |
| 52 | | | | Tri-State payment log – 2010 |
| 53 | | | | Tri-State payment log – 2011 |
| 54 | | | | Tri-State payment log – 2012 |

| | | | | |
|---|---|---|---|---|
| 55 | | | | Tri-State payment log – 2013 |
| 56 | | | | Tri-State Form 1099 – 2005 |
| 57 | | | | Tri-State Form 1099 - 2006 |
| 58 | | | | Tri-State Form 1099 – 2007 |
| 59 | | | | Tri-State Form 1099 – 2008 |
| 60 | | | | Tri-State Form 1099 – 2009 |
| 61 | | | | Tri-State Form 1099 – 2010 |
| 62 | | | | Tri-State Form 1099 – 2011 |
| 63 | | | | Tri-State Form 1099 – 2012 |
| 64 | | | | Tri-State Form 1099 - 2013 |
| 65 | | | | Tri-State invoices, checks, and documentation - 2014 |
| 66 | | | | Industrial Project Management invoices and payments – February 5, 2007 |
| 67 | | | | Industrial Project Management invoices and payments – February 26, 2007 |
| 68 | | | | Industrial Project Management invoices and payments – March 22, 2007 |
| 69 | | | | Industrial Project Management invoices and payments – April 10, 2007 |
| 70 | | | | Industrial Project Management invoices and payments – April 27, 2007 |
| 71 | | | | Industrial Project Management invoices and payments – May 21, 2007 |

| | | | | |
|---|---|---|---|---|
| 72 | | | | Emerson Electric payment history |
| 73 | | | | Emerson Electric Form 1099 – 2010 |
| 74 | | | | Emerson Electric Form 1099 – 2011 |
| 75 | | | | Emerson Electric Form 1099 – 2012 |
| 76 | | | | Emerson Electric Form 1099 - 2013 |
| 77 | | | | Emerson Electric invoices submitted for payment |
| 78 | | | | Letter and attachment to David Melcher from Harold Stanley dated October 29, 2012 |
| 79 | | | | Notice of determination – tax years 2005-2009, February 25, 2013 |
| 80 | | | | Letter to David Melcher from Harold Stanley dated November 5, 2012 |
| 81 | | | | Request for collection due process or equivalent hearing for tax years 2005, 2006, and 2009, dated August 29, 2012 – mailed August 29, 2012, from Collinsville, Oklahoma, using Peculiar, Missouri, return address |
| 82 | | | | Request for collection due process or equivalent hearing for tax years 2005, 2007, 2008, and 2009, dated August 29, 2012 – mailed August 29, 2012, from Collinsville, Oklahoma using Peculiar, Missouri, return address |
| 83 | | | | Notice of intent to levy – tax years 2005, 2007, 2008, and 2009, July 25, 2012 |
| 84 | | | | Notice of federal tax lien – Harold and Ellen Stanley – 2007, 2008, August 9, 2012 |
| 85 | | | | Notice of federal tax lien – Harold Stanley – tax years 2005, 2006, 2009, August 9, 2012 |

| | | | | |
|---|---|---|---|---|
| 86 | | | | IBC Bank – signature card for account ending # 9840 |
| 87 | | | | IBC statements for account ending #9840 from June 2010 through February 2014 |
| 88 | | | | The Hartford account #37WECBO9340 - Policy information page, schedule of operations, change in information, and complete policy |
| 89 | | | | Ally Bank - Sale Contract for 2007 Chevrolet Silverado purchased by Harold Stanley |
| 90 | | | | Ally Bank - Payment log for account ending # 340 |
| 91 | | | | Ally Bank - Checks received for account ending # 5340 |
| 92 | | | | Ally Bank - GMAC Financial Services Application for Harold Stanley |
| 93 | | | | Ally Bank - letter dated May 30, 2012 regarding paying off auto financing |
| 94 | | | | Tri-State G&T Contracts |
| 95 | | | | Payments from Freedom Electric, 2005 through 2013 |
| 96 | | | | Freedom Electric Form 1099 - Tax Year 2012 |
| 97 | | | | Freedom Electric Form 1099 - Tax Year 2013 |
| 98 | | | | Freedom Electric Invoices |
| 99 | | | | Bank of America loan history for account ending #4052 |
| 100 | | | | Bank of Oklahoma - Mortgage loan information sheet |
| 101 | | | | Bank of Oklahoma - Uniform Residential Loan Application |

| | | | | |
|---|---|---|---|---|
| 102 | | | | Bank of Oklahoma - HUD 1 Settlement Statement |
| 103 | | | | Citimortgage account ending #9953-4 statements from September 2007 through February 2009 |
| 104 | | | | Community Bank of Raymore account ending #2015 signature card |
| 105 | | | | Community Bank of Raymore account ending #2015 statements from May 2005 through January 2014 |
| 106 | | | | Community Bank of Raymore account ending #2015 offsets for 2005 through 2011 |
| 107 | | | | Community Bank of Raymore account ending #2015 additional offsets received |
| 108 | | | | Fidelity Investments account ending #4387 account setup |
| 109 | | | | Grants State Bank account ending #1430 signature card |
| 110 | | | | Grants State Bank account ending #1430 customer profile |
| 111 | | | | Grants State Bank account ending #1430 statements from April 2010 through October 2010 |
| 112 | | | | IBC Bank account ending #9840 credit and debit offsets |
| 113 | | | | John Deere Financial accounts ending #6415 and #6661 account summary |
| 114 | | | | John Deere Financial retail installment contract |
| 115 | | | | P&K Equipment records |
| 116 | | | | P&K Equipment, John Deere revolving credit application |

| | | | | |
|---|---|---|---|---|
| 117 | | | | Rogers County, Oklahoma tax payments on accounts ending #7570, 0199, and 3817 |
| 118 | | | | Wells Fargo Bank account ending #6661 and 5756 application and signature card |
| 119 | | | | Wells Fargo Bank account ending #6661 statements from March 2011 through August 2013 |
| 120 | | | | Wells Fargo Bank account ending #6415 and 5702 application and signature card |
| 121 | | | | Wells Fargo Bank account ending #6415 and 5702 statements from February 2007 through December 2010 |
| 122 | | | | 2005 Transcript of Account - Harold Stanley |
| 123 | | | | 2006 Transcript of Account - Harold Stanley |
| 124 | | | | 2007 Transcript of Account - Harold and Ellen Stanley |
| 125 | | | | 2008 Transcript of Account - Harold and Ellen Stanley |
| 126 | | | | 2009 Transcript of Account - Harold Stanley |
| 127 | | | | 2010 Transcript of Account - Harold Stanley |
| 128 | | | | 2011 Transcript of Account - Harold Stanley |
| 129 | | | | 2012 Transcript of Account - Harold Stanley |
| 130 | | | | 2013 Transcript of Account - Harold Stanley |
| 131 | | | | Mailing with payment voucher and money order mailed to IRS Memphis, TN, received October 29, 2008 |
| 132 | | | | Notice of Deficiency dated November 4, 2008 for tax year 2006 |

| | | | | |
|---|---|---|---|---|
| 133 | | | | Letters and Attachments to Lupe Silva from Harold Stanley dated November 23, 2009 |
| 134 | | | | Letter to Lupe Silva from Harold Stanley dated November 25, 2009 |
| 135 | | | | Notice of Determination dated January 22, 2010 for tax year 2006 |
| 136 | | | | Letter to Harold Stanley dated September 20, 2012 explaining Appeals Office |
| 137 | | | | Letter to Harold Stanley dated October 15, 2012 - Appeals Received your Request for a Collection Due Process Hearing |
| 138 | | | | Letter 3391 to Harold Stanley dated October 1, 2012 |
| 139 | | | | Notice of Deficiency - Tax Years 2010 and 2011 mailed to Missouri residence, December 7, 2012 |
| 140 | | | | Notice of Deficiency - Tax Years 2010 and 2011 mailed to Oklahoma residence, December 7, 2012 |
| 141 | | | | Decision Letter dated February 25, 2013 |
| 142 | | | | Letter from Appeals dated June 17, 2013 for tax years 2010 and 2011 |
| 143 | | | | Letter from Appeals dated January 8, 2014 for tax years 2010 and 2011 |
| 144 | | | | Letter to Harold Stanley regarding Tax Court Trial dated February 11, 2014, tax years 2010 and 2011 |
| 145 | | | | Complete Account Transcript |
| 146 | | | | Sample Notice - CP11 Math Error, Balance Due of $5 or More |

| | | | | |
|---|---|---|---|---|
| 147 | | | | Sample Notice - CP59 First Notice-Return Delinquency |
| 148 | | | | Sample Notice - CP071C Annual Balance Due Reminder |
| 149 | | | | Sample Notice - CP21E - Examination Adjustment |
| 150 | | | | Sample Notice - CP518 - Your Tax Return is Overdue |
| 151 | | | | Sample Notice - CP22E |
| 152 | | | | Sample Notice - CP504 - Notice of intent to seize your state tax refund or other property |
| 153 | | | | Sample Notice - CP503 - Second Reminder: You have unpaid taxes |
| 154 | | | | Letter 3175C from HRS Discovery #0022 |
| 155 | | | | Frivolous Returns Program Input Form |
| 156 | | | | Letter 3175C template |
| 157 | | | | Account activity spreadsheet - Community Bank of Raymore account #2015 |
| 158 | | | | Account activity spreadsheet - Grants State Bank account #1430 |
| 159 | | | | Account activity spreadsheet - IBC Bank account #9840 |
| 160 | | | | Account activity spreadsheet - Wells Fargo Bank account ending #6415 |
| 161 | | | | Account activity spreadsheet - Wells Fargo Bank account ending #6661 |
| 162 | | | | Summary of Mortgage Payments |
| 163 | | | | Summary of Bank of America loan payments |

| | | | | |
|---|---|---|---|---|
| 164 | | | | Summary of GMAC/Ally Payments |
| 165 | | | | Summary of John Deere Payments |
| 166 | | | | Summary of Compensation |
| 167 | | | | Summary of Reimbursed Expenses |
| 168 | | | | Summary of business expenses for criminal tax |
| 169 | | | | Summary of payments to Ellen Lorane Stanley |
| 170 | | | | Timeline of Events |
| 171 | | | | |
| 172 | | | | |
| 173 | | | | |
| 174 | | | | |
| 175 | | | | |
| 176 | | | | |
| 177 | | | | |
| 178 | | | | |
| 179 | | | | |
| 180 | | | | |