**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD R. STANLEY,<br><br>Defendant. | Case No. 15-00271-01-CR-W-HFS |

**GOVERNMENT'S REQUEST FOR A TRIAL SETTING**
**ON THE SECOND WEEK OF THE DOCKET, JUNE 6, 2016**

The United States of America files this request that the trial in this case be set to begin on the second week of the trial docket, June 6, 2016. The trial docket begins on May 31, 2016, the Tuesday after the Memorial Day holiday weekend. The Government has at least five witnesses traveling from out-of-state to testify at the trial. Travel for those witnesses over the holiday weekend would be unnecessarily difficult. Additionally, the Government has filed a motion to allow the introduction of records pursuant to Fed. R. Evid. 902 (11). An additional 15 witnesses would have to travel from out-of-state as the custodian of records should that motion be denied.

Finally, government counsel will be out of state on a previously scheduled family vacation from May 26 to May 29, 2016. Therefore, the Government believes that a trial setting

on the second week of the docket commencing on June 6, 2016, would be in the interests of justice.

Respectfully submitted,

Tammy Dickinson
United States Attorney

By *|s| Paul S. Becker*

Paul S. Becker
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on April 20, 2016, to the CM-ECF system of the United States District Court for the Western District of Missouri, and a copy of the foregoing was mailed to:

Harold R. Stanley
P.O. Box 1236
Oologah, Oklahoma 74053-1236

*/s/ Paul S. Becker*
Paul S. Becker
Assistant United States Attorney