# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. |
| HAROLD R. STANLEY, | ) | 15-00271-01-CR-W-HFS |
| Defendant | ) | |

---

## DEFENDANT'S SECOND AMENDED WITNESS LIST

Defendant hereby amends the Defendant's Witness List (Doc. 16) and Defendant's Amended Witness List (Doc. 55), whom Defendant may call to testify at trial. Defendant reserves the right to supplement this list to include other witnesses who may become available or necessary.

1. Carl Weston
   Private Attorney General
   P.O. Box 452051
   Grove, Oklahoma [74345]

2. Rodney D. Class
   Private Attorney General
   P.O. Box 435
   High Shoals, North Carolina [28077]

3. Special Agent Richard Littrell
   Internal Revenue Service-Criminal Investigation
   Kansas City, Missouri

4. Cass County, Missouri
   Recorder of Deeds
   102 East Wall Street
   Harrisonville, MO 64701

5. David Melcher
   Appeals Officer
   Internal Revenue Service
   2345 Grand Boulevard
   Kansas City, MO 64108

6. Eden Simpson
   Revenue Officer
   Internal Revenue Service
   6717 Shawnee Mission Parkway
   Overland Park, KS 66202

7. Joe Banister testimony from the public domain

8. Tommy Cryer testimony from the public domain

9. Sherri Jackson testimony from the public domain

10. Rep. Xavier Becerra testimony from the public domain

11. Steve Miller testimony from the public domain

12. Irwin Schiff testimony from the public domain

13. Robert Bernhoft, federal I.R.S. defense attorney, testimony from the public domain, of the Bernhoft Law Firm 512-582-2100

14. Secretary of the Treasury
    Jacob J. Lew
    Department of the Treasury
    1500 Pennsylvania Avenue, NW
    Washington, D.C. 20220

Respectfully submitted,

/s/ *Harold R. Stanley*
Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on April 20, 2016 to the CM/ECF system of the United States District Court for the Western District of Missouri.

/s/ *Harold R. Stanley*
Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com