**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. |
| HAROLD R. STANLEY, | ) | 15-00271-01-CR-W-HFS |
| Defendant | ) | |

# DEFENDANT'S SUPPORT OF PLAINTIFF'S REQUEST FOR A TRIAL SETTING ON THE SECOND WEEK OF THE DOCKET, JUNE 6, 2016

Defendant supports Plaintiff's request referenced above (Doc. 68).

Defendant also has at least three witnesses traveling from out of state, and shares Plaintiff's concern for the difficulty of travel over the holiday weekend. Defendant considers counsel's request to maintain his family vacation schedule to be reasonable. Witnesses' holiday weekend plans can also be preserved by the request.

Defendant supports Plaintiff's request for a trial setting on the second week of the docket, commencing on June 6, 2016.

Respectfully submitted,

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing was delivered on April 21, 2016 to the CM/ECF system of the United States District Court for the Western District of Missouri.

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com