**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. |
| HAROLD R. STANLEY, | ) | 15-00271-01-CR-W-HFS |
| Defendant | ) | |

# DEFENDANT'S OPPOSITION TO GOVERNMENT'S NOTICE OF INTENTION TO USE CERTAIN CERTIFIED RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

Defendant opposes Plaintiff's motion referenced above (Doc. 53) for certain of the records listed therein.

1. Item 4 – Cass County, Missouri, Recorder of Deeds – Defendant noted significant inconsistencies both in his original Motion to Dismiss for Fraud Upon the Court and Upon the Grand Jury (Doc. 25), and in Defendant's objection (Doc. 54) to the Court's Report and Recommendation (Doc. 47). Plaintiff's attempted validation of one document, apparently in response to Defendant's original motion, actually generated additional suspicion when one "miscellaneous" document multiplied into three documents, supposedly

from the same file. For these reasons, Defendant objects to admission of any document provided by the Cass County Recorder's office without witness verification.

2. Items 3, 8, 9, 10, 11, 12, and 15 – concern transactions beginning in 2010, after the period of 2005-2009 covered by the indictment. Defendant previously raised this issue in his Motion to Suppress Evidence for Tax Years Outside the Indictment, to Suppress Irrelevant Evidence, and to Suppress Duplicate Evidence (Doc. 27). Defendant objects to admission of any document regarding transactions originating in 2010 and later years. Defendant's arguments for that motion (Docs. 27, 38) are incorporated herein as fully as if restated in their entirety.

3. Defendant also notes that certain other proposed evidence, not related to these transactions, also exceeds the period of the indictment, and will be addressed by separate opposition to Plaintiff's Amended List of Exhibits.

Defendant opposes the admission of Item 4 as certified business records, and opposes the admission of Items 3, 8, 9, 10, 11, 12, and 15 as exceeding the stated period of the indictment.

Respectfully submitted,

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

**Certificate of Service**

The undersigned hereby certifies that a copy of the foregoing was delivered on April 21, 2016 to the CM/ECF system of the United States District Court for the Western District of Missouri.

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com