**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. |
| HAROLD R. STANLEY, | ) | 15-00271-01-CR-W-HFS |
| Defendant | ) | |

---

# SUPPORT OF DEMAND TO DISMISS FOR LACK OF JURISDICTION

COMES NOW, the real party in interest Harold Stanley to offer support of his demand (Doc. 58), in reply to Plaintiff's opposition (Doc. 62). Plaintiff would deny the demand based on:

- A blatantly wrong accusation that the demand contains "tax defier/sovereign citizen claims that make little sense and put[s] forth arguments that are frivolous." (Doc. 62, p. 1)
- An allegation that the Court "'ha[s] original jurisdiction … of all offenses against the laws of United States [sic]', including tax offenses."

### *Plaintiff Severely Mis-represents the Content of the Demand*

1. The words "tax" or "taxes" appear only 4 places in the document: twice on Page 7 quoting from 28 U.S.C. §3002, once on Page 21 quoting a Black's Law Dictionary definition, and on Page 32 quoting from Public Law 79-291. The demand challenges lawful jurisdiction for the Court to hear the case against the real party in interest; there are no specific tax liability arguments therein.

2. The term "sovereign citizen" NEVER appears in the document. Sovereignty is discussed on Pages 10, 16, 23, 25, 26, and 33, including a citation from the Supreme Court: "In the United States, sovereignty resides in the people"[1] (Doc. 58, p. 26). Citizenship is discussed on Pages 5, 13, 14, 15, 17, 23, 30, and 32, but never in conjunction with sovereignty.

3. The demand's arguments contradict Plaintiff's cause: the prosecution of the real party in interest. The demand's arguments would not be advanced by a B.A.R. attorney. But inconvenient conclusions from non-traditional arguments do not invalidate the truth. To an intelligent unbiased observer honestly examining the demand on its merits, Stanley believes the arguments will "make sense". Stanley will not burden the record restating

---

[1] *Perry v. United States*, 55 S. Ct. 432, 294 U.S. 330, 353 (1935)

the arguments, but prays the Court for a thoughtful review not biased by the Plaintiff's inflammatory profiling rhetoric.

4. Plaintiff often advances the "frivolous" allegation against real parties in interest that apply primary sources of law to prove that government bureaucracy has violated its lawful boundaries. Surely the framers of the Constitution and its amendments, the congressional leaders writing public laws, and the Supreme Court jurists interpreting the laws, would not have their lives' work discounted as frivolity.

5. The real party in interest honestly and sincerely presented an analysis of primary sources of law; Plaintiff replied with flippant "frivolous" dismissive remarks.

6. If Stanley's supporting arguments and resultant intermediate conclusions are truly without merit, then the U.S. Attorney's office should have had abundant opposing arguments available for a sincere and honest reply.

### *Title 18 U.S.C. §3231 Does Not Overcome the Demand*

7. Stanley will not wax pedantic restating the demand's arguments in detail. The 11th Amendment and Congressional actions removed the Court and the Plaintiff from jurisdiction over the real party in interest.

## CONCLUSION AND *RECTUM ROGARE*

> The American legal system has been corrupted almost beyond recognition, Judge Edith Jones of the U.S. Court of Appeals for the Fifth Circuit, told the Federalist Society of Harvard Law School on February 28. [2003] "The integrity of law, its religious roots, its transcendent quality are disappearing… The answer is a recovery of moral principle, the sine qua non of an orderly society."[2]

The real party in interest demonstrated the complete loss of all jurisdiction from conscious actions by the Plaintiff. (Doc. 58)

Plaintiff tried to sidestep the defect with inflammatory political labels and flippant "frivolous" assertions. (Doc. 62)

The real party in interest prays the Court for a thoughtful review of his demand, and to dismiss the above-captioned case with prejudice for lack of lawful jurisdiction.

Respectfully submitted,

/s/ *Harold Stanley*

Harold Stanley, Counter-claimant,
Real party in interest
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

[2] *American Legal System Is Corrupt Beyond Recognition, Judge Tells Harvard Law School*, MassNews.com, by Geraldine Hawkins March 7, 2003

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing was delivered on April 25, 2016 to the CM/ECF system of the United States District Court for the Western District of Missouri.

/s/ *Harold Stanley*

Harold Stanley, Counter-claimant,
Real party in interest
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com