**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD STANLEY,<br><br>Defendant. | Case No. 15-00271-01-CR-W-RK |

**PROTECTIVE ORDER**

Before the Court is the Government's motion for a protective order pursuant to Fed. R. Crim. P. 16(d) regarding the display and use of Personally Identifiable Information (PII) in trial exhibits. The Court finds that with the use of a protective order, the parties are not required to redact PII from evidence and trial exhibits, nor are the parties prohibited from making oral statements referencing PII during the course of trial, and the requirements of Fed. R. Crim. P. 49.1 regarding PII are fully satisfied. Therefore, for good cause shown, it is:

ORDERED that the parties are authorized to display and use exhibits containing PII during trial and discuss the same in open court during trial.

IT IS FURTHER ORDERED that the parties are prohibited from making any further public disclosure or dissemination of the PII contained in any trial exhibit.

IT IS FURTHER ORDERED that all trial exhibits and documents containing PII shall be displayed in the courtroom in a manner that limits or restricts the ability of persons not participating in the trial to see the PII in a trial exhibit.

IT IS FURTHER ORDERED that, to the greatest extent reasonably possible, the ability to readily discern and see PII in a trial exhibit shall be limited to the parties, the Court and its personnel, witnesses, and the jurors.

It is further ORDERED that the parties, courtroom guests, visitors, or spectators will be instructed and admonished that the display of PII is for the limited purpose of trial, and further dissemination of PII by any party, visitor, guest, or spectator is a violation of this protective order, and such violation could result in either criminal or civil contempt action, as authorized by Fed. R. Crim. P. 42, 18 U.S.C. § 401, and/or 28 U.S.C. § 1826.

It is further ORDERED that if a member of the public submits a request to inspect or view an admitted trial exhibit containing PII, and the Court grants the request, the party sponsoring the admission of the trial exhibit will redact any PII before the trial exhibit is disclosed or disseminated to the requestor.

IT IS SO ORDERED.

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: April 26, 2016