**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 15-00271-CR-W-RK** |
| | ) | |
| **HAROLD R. STANLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

As a result of the Court's Order resetting the pretrial conference in this case for May 19, 2016, at 11:00 a.m., the scheduling deadlines as set forth in the Trial Order (doc. 19) are amended as follows:

**II. PRETRIAL FILINGS**

**G. MOTIONS IN LIMINE**

**On or before May 9, 2016,** the parties should file any motions in limine seeking to exclude evidence from trial. Any suggestions in opposition to the motions in limine should be filed at close of business on or before **May 16, 2016.**

Parties are advised that the Court anticipates resolving any pending motions in limine during the May 19 pretrial conference. All other deadlines in the Trial Order (doc. 19) remain unchanged.

**IT IS SO ORDERED.**

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: May 2, 2016