**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD R. STANLEY,<br><br>Defendant. | Case No. 15-00271-01-CR-W-HFS |

**GOVERNMENT'S MOTION TO WITHDRAW REQUEST FOR A TRIAL SETTING <u>ON THE SECOND WEEK OF THE DOCKET, JUNE 6, 2016</u>**

The United States of America respectfully withdraws its request that the trial in this case be set to begin on the second week of the trial docket, June 6, 2016. Two of the Government's witnesses have now informed the case agent that they are not available during the week of June 6, 2016, due to previously scheduled family vacations. Therefore, the Government requests that the trial began on May 31, 2016, the Tuesday after the Memorial Day holiday weekend.

Respectfully submitted,

Tammy Dickinson
United States Attorney

By */s/ Paul S. Becker*

Paul S. Becker
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on April 20, 2016, to the CM-ECF system of the United States District Court for the Western District of Missouri, and a copy of the foregoing was mailed to:

Harold R. Stanley
P.O. Box 1236
Oologah, Oklahoma 74053-1236

*/s/ Paul S. Becker*
Paul S. Becker
Assistant United States Attorney