**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD R. STANLEY,<br><br>Defendant. | Case No. 15-00271-01-CR-W-RK |

**GOVERNMENT'S SECOND MOTION *IN LIMINE***
**<u>TO EXCLUDE CERTAIN EXHIBITS AND LIMIT CERTAIN TESTIMONY</u>**

The United States hereby moves *in limine* to exclude exhibits and testimony regarding the defendant's proposed witnesses whose testimony would be "from the public domain." In the defendant's Second Amended Witness List (Doc. 69), the defendant listed six witnesses whose testimony would be "from the public domain." It is not entirely clear what that means but the defendant has promised to provide whatever documents contain this "testimony." However, it is clear that it will not be actual testimony as two of the listed witnesses, Tommy Cryer and Irwin Schiff, are deceased.

On April 20, 2016, the defendant filed his second amended witness list. (Doc. 69.) The witnesses listed were as follows:

1. Carl Weston, Private Attorney General[1]

2. Rodney D. Class, Private Attorney General

3. Special Agent Richard Littrell, Internal Revenue Service

---

[1] The government submits that the testimony of Weston and Class should be precluded based upon the arguments set forth in the government's first motion *in limine*. (Doc. 52.) They are expected to testify on their opinions of the tax laws. The government has not received any *Jencks* material for the defense witnesses.

4. Recorder of Deeds, Cass County, Missouri

5. David Melcher, Internal Revenue Service

6. Eden Simpson, Internal Revenue Service

7. Joe Bannister, testimony from the public domain

8. Tommy Cryer, testimony from the public domain

9. Sherri Jackson, testimony from the public domain

10. Rep. Xavier Becerra, testimony from the public domain

11. Steve Miller, testimony from the public domain

12. Irwin Schiff, testimony from the public domain

13. Robert Bernhardt, testimony from the public domain

14. Jacob J. Lew, Secretary of the Treasury

On April 25, 2016, the government sent Mr. Stanley a letter requesting copies of any witness statements, including "testimony from the public domain." On Sunday, May 1, 2016, Mr. Stanley sent an e-mail to the government stating that he would provide the discovery from the public domain. On Sunday, May 8, 2016, Mr. Stanley sent the government an e-mail which listed the YouTube addresses as "links for the public domain testimony." (A copy of the e-mail is attached as Exhibit A.)[2]

## *I.* ***<u>Testimony From the Public Domain Should be Precluded as Inadmissible Hearsay</u>***

Fed. R. Evid. 802 states that hearsay is not admissible unless there is an exception defined in a federal statute, the Rules of Evidence, or other rules prescribed by the Supreme Court. "Hearsay" is defined as a statement that the declarant does not make while testifying at

[2] The list includes an additional video of "Ron Paul testimony concerning Irwin Schiff, from the public domain," which was not included on the witness or exhibit list.

the current trial or hearing; and a party offers in evidence to prove the truth of the matter asserted in the statement. Fed. R. Evid. 801(c).

The persons on the witness list as "testimony from the public domain" are mostly a collection of individuals who have taken the position that the tax laws did not apply to their income. For example, Joe Bannister is a retired IRS agent who maintains a website (www.agentfortruth.com) setting forth that the tax system is voluntary.

Tommy Cryer was a lawyer in Louisiana who was acquitted on tax charges in 2007. Cryer died on June 4, 2012. Sherry Jackson was a former IRS employee and tax preparer who was found guilty in 2007 of four counts for failure to file income taxes and sentenced to four consecutive prison terms of 12 months. (D.C. Docket No. 07-00108-CR-ODE-1.) *United States v Jackson*, 315 Fed.Appx 127 (11th Cir. 2008). Irwin Schiff, who died on October 16, 2015, was a well-known tax protester who wrote several books arguing that the tax system was voluntary. Schiff spent 17 years in federal prison as a result of his convictions for tax evasion. *See United States v. Schiff*, 801 F.2d 108 (2d Cir. 1986) and *United States v. Cohen & Schiff*, 262 Fed.Appx. 14, 2007 WL 4556925 (9th Cir. 2007) (Schiff sentenced to 151 months after his conviction for conspiracy, aiding in the filing of false income tax returns, and failing to pay income tax).

Witness Steve Miller is the former Director of the Internal Revenue Service and witness Xavier Becerra is a Congressman. An internet posting lists an exchange between Mr. Miller and the Congressman relating that America's tax system is "voluntary." Finally, Robert Bernhardt is an attorney in Austin, Texas, who specializes in defense of criminal tax cases. Mr. Bernhardt informed government counsel that he has not been contacted by the defendant and has never heard of the defendant.

YouTube videos or written statements from any of these proposed witnesses should be precluded at trial as impermissible hearsay. The defendant has not specified a hearsay exception for these out-of-court statements, and none would be applicable.

For the aforementioned reasons, the United States respectfully requests that witnesses listed as "testimony from the public domain" be precluded at trial.

Respectfully submitted,

Tammy Dickinson
United States Attorney

By: */s/ Paul S. Becker*

Paul S. Becker
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on May 9, 2016, to the CM-ECF system of the United States District Court for the Western District of Missouri.

*/s/ Paul S. Becker*

Paul S. Becker
Assistant United States Attorney