## Becker, Paul (USAMOW)

**From:** Harold Stanley <hstanley@totelcsi.com>
**Sent:** Sunday, May 08, 2016 8:34 PM
**To:** Mejia, Lisa (USAMOW)
**Cc:** Becker, Paul (USAMOW)
**Subject:** FW: U.S. v. Stanley, No. 15-00271-01-HFS - Expert Notice letter

Here are the links for the public domain testimony. I will send downloads burned to CD to you also.

7. Joe Banister testimony from the public domain
https://www.youtube.com/watch?v=W9EFqB6o0fY

8. Tommy Cryer testimony from the public domain
https://www.youtube.com/watch?v=RBUMNIS7uCU
https://www.youtube.com/watch?v=oJWgzIFho4A and the three other videos in the series

9. Sherry Peel Jackson testimony from the public domain
https://www.youtube.com/watch?v=V6tXsUvsX0s

10. Rep. Xavier Becerra testimony from the public domain
https://www.youtube.com/watch?v=XNICz9CZOgw

https://scannedretina.com/2016/05/06/erosion-of-public-confidence-mr-becerra-how-about-criminal-fraud/

11. Steve Miller testimony from the public domain: included in Rep. Becerra clips

12. Irwin Schiff testimony from the public domain
https://www.youtube.com/watch?v=qncKxo1yBSI

13. Robert Bernhoft, federal I.R.S. defense attorney, testimony from the public domain, of the Bernhoft Law Firm 512-582-2100:
https://www.youtube.com/watch?v=4gWKzg5jsS4

15. Ron Paul testimony concerning Irwin Schiff, from the public domain
https://www.youtube.com/watch?v=oQjRQR-DW9I

Thanks,
Harold

---

**From:** Harold Stanley <hstanley@totelcsi.com>
**Date:** Sunday, May 1, 2016 at 9:32 PM
**To:** "Mejia, Lisa (USAMOW)" <Lisa.Mejia@usdoj.gov>
**Cc:** "Becker, Paul (USAMOW)" <Paul.Becker@usdoj.gov>
**Subject:** Re: U.S. v. Stanley, No. 15-00271-01-HFS - Expert Notice letter

Mr. Becker,

Apologies for my omission of the discovery from the public domain.

I'll assemble that portion and let you know when I've mailed it.

Thanks,
Harold

---

**From:** "Mejia, Lisa (USAMOW)" <Lisa.Mejia@usdoj.gov>
**Date:** Monday, April 25, 2016 at 2:50 PM
**To:** Harold Stanley <hstanley@totelcsi.com>
**Cc:** "Becker, Paul (USAMOW)" <Paul.Becker@usdoj.gov>
**Subject:** U.S. v. Stanley, No. 15-00271-01-HFS - Expert Notice letter

*Lisa Mejia*
*Legal Assistant*
*United States Attorney's Office*
*400 E. 9th Street, 5th Floor*
*Kansas City, MO 64106*
*(816) 426-4274*
*www.lisa.mejia@usdoj.gov*

*The information contained in this electronic mail message, and any and all accompanying documents constitutes sensitive information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately at the above number.*