**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD R. STANLEY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 15-00271-CR-W-RK |

## ORDER

Before the Court is Defendant Harold R. Stanley's *pro se* motion, titled "Demand to Dismiss Indictment Under Fed. R. Crim. P. Rule 12(b)(3)(A)(iv) for Selective or Vindictive Prosecution." (Doc. 87.) Upon review of the motion, the Court finds that Defendant's argument for dismissal lacks any merit for the reasons stated in the Government's opposition. (Doc. 89.)

Accordingly, it is hereby

ORDERED that Defendant's motion to dismiss is DENIED. (Doc. 87.)

s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: May 13, 2016