**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD R. STANLEY,<br><br>Defendant. | Case No. 15-00271-01-CR-W-HFS |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION *IN LIMINIE***

The United States of America files this response to the defendant's motion *in liminie* to exclude evidence outside the scope of the tax years charged in the indictment, 2005 – 2009. (Doc. 88.) Count One of the indictment charges the defendant with evasion of *payment* of the tax due and owing for 2005 through 2009. For example, payment of the tax for 2009 would not be due until calendar year 2010. Further, the indictment alleges the evasion of payment up to and including October 29, 2012. Therefore, financial information concerning the defendant's ability to pay in the years following 2009 is relevant and admissible evidence in the trial.

In order to reduce the trial time, the Government agrees that it will not seek to introduce the exhibits listed below which reflect conduct by the defendant after tax year 2009. The Government reserves the right to use the exhibits as relevant conduct at sentencing and to cross-examine the defendant should he testify at trial.

The following is in response to the categories used by the defendant in his motion:

**Exhibits Completely Outside Years 2005 - 2009**

The Government agrees not to seek to introduce the following exhibits in its case-in-chief:

| Ex. # | Description |
|---|---|
| 24 | Bio Pappel check and invoice – 10/14/2012 payment |
| 25 | Bio Pappel check and invoice – 12/20/2012 payment |
| 28 | Bio Pappel Form 1099 – tax year 2012 |
| 43 | Tri-State G&T invoices, checks, and documentation - 2010 |
| 44 | Tri-State G&T invoices, checks, and documentation - 2011 |
| 45 | Tri-State G&T invoices, checks, and documentation - 2012 |
| 46 | Tri-State G&T invoices, checks, and documentation - 2013 |
| 65 | Tri-State G&T invoices, checks, and documentation - 2014 |
| 72 | Emerson Electric payment history |
| 77 | Emerson Electric invoices submitted for payment |
| 109 | Grants State Bank account ending #1430 signature card |
| 110 | Grants State Bank account ending #1430 customer profile |
| 111 | Grants State Bank account ending #1430 statements from April 2010 through October 2010 |
| 112 | IBC Bank account ending #9840 credit and debit offsets |
| 119 | Wells Fargo Bank account ending #6661 statements from March 2011 through August 2013 |
| 127 | 2010 transcript of account - Harold Stanley |
| 128 | 2011 transcript of account - Harold Stanley |
| 129 | 2012 transcript of account - Harold Stanley |
| 130 | 2013 transcript of account - Harold Stanley |
| 139 | Notice of Deficiency - tax years 2010 and 2011 mailed to Missouri residence, December 7, 2012 |
| 140 | Notice of Deficiency - tax years 2010 and 2011 mailed to Oklahoma residence, December 7, 2012 |
| 142 | Letter from Appeals dated June 17, 2013, for tax years 2010 and 2011 |
| 143 | Letter from Appeals dated January 8, 2014, for tax years 2010 and 2011 |
| 144 | Letter to Harold Stanley regarding tax court trial dated February 11, 2014, tax years 2010 and 2011 |
| 158 | Account activity spreadsheet - Grants State Bank account #1430 |
| 159 | Account activity spreadsheet - IBC Bank account #9840 |

The remaining exhibits in this section, Exhibit Nos. 14, 36, 37, 52-64, 73-76, 96, 97, 100, 101, 102, 113, 114, 115, 116, 117, 141, 165, and 169, are relevant to the defendant's conduct in the charged conduct of evasion of payment of taxes and corruptly impeding the enforcement of the Internal Revenue laws. For example, Exhibit 14 is IRS account transcripts showing the defendant's history of tax compliance from 1990 through 2004. These documents are relevant to prove the defendant's knowledge of his obligation to pay taxes on income. Similarly, Exhibits 100-102, 113-117 and 165 are examples of the defendant identifying his income on loan applications and his payment by check of those obligations. Exhibit 141 is a decision letter from the IRS to the defendant for the charged tax years 2005 - 2009. Exhibits 36, 37, 52-64, 73-76, 96 and 97 show income to the defendant which would have been available to pay his tax obligations in 2010 through 2013. Finally, Exhibit 169 is a summary of payments the defendant made to his wife, Ellen Stanley, which was determined to be a business expense that was deducted from the defendant's gross income in the relevant tax years.

**Exhibits Containing Content Both Within and Outside 2005 - 2009**

The exhibits objected to by the defendant in this section are financial records spanning the years 2005 through 2014. Once again, the indictment charges the defendant with evasion of *payment* of the tax due and owing for 2005 through 2009. The payment of the tax for 2009 would not be due until calendar year 2010. Further, the indictment alleges the evasion of payment up to and including October 29, 2012. Therefore, financial information concerning the defendant's ability to pay in the years following 2009 is relevant and admissible evidence in the trial.

**Exhibits That May Contain Content Outside 2005 - 2009, or Content That is Otherwise Irrelevant to the Indictment**

The defendant also "reserves the right to object" to Exhibits 20, 21 and 162.[1] These exhibits relate to the calculation of the tax due and owing by the defendant. The defendant also objects to the "sample notices" that are on the exhibit list. These are examples of IRS documents that were sent to the defendant. Copies of the actual documents sent to the defendant were not retained by the IRS. However, the IRS custodian of records will identify these documents as the standard correspondence sent to taxpayers who are not filing and paying taxes in a timely manner. The IRS maintains a transcript listing the documents sent to the defendant which will identify each of these individual letters.

WHEREFORE, for all the foregoing reasons, the Government respectfully requests that the defendant's motion *in limine* be denied.

Respectfully submitted,

Tammy Dickinson
United States Attorney

By *[/s/ Paul S. Becker]*

Paul S. Becker
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

[1] The defendant indicates that he could not identify these exhibits without the "discovery Bates numbering." The Bates numbers for these exhibits are: Ex. 21 – 004582; Ex. 21 – 000011; and Ex. 162 – 000195.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on May 16, 2016, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Paul S. Becker*
Paul S. Becker
Assistant United States Attorney