**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. |
| HAROLD R. STANLEY, | ) | 15-00271-01-CR-W-RK |
| Defendant | ) | |

---

# DEFENDANT'S REPLY TO PLAINTIFF'S SECOND MOTION *IN LIMINE* TO EXCLUDE CERTAIN EXHIBITS AND LIMIT CERTAIN TESTIMONY

1. Defendant hereby replies to Plaintiff's subject second motion *in limine*. (Doc. 86). The "testimony from the public domain" qualifies as permissible hearsay under Rule 804 and/or 807 of the Federal Rules of Evidence.

### *Fed. R. Evid. Rule 804(a)(4) Exception*

2. Proposed public domain sources Messrs. Cryer and Schiff are deceased. Their unavailability as witnesses under Rule 804(a)(4)[1] makes previously-recorded testimony the only available source.

### *Fed. R. Evid. Rule 807 Residual Exception*

3. Defendant has met the Notice requirement of Rule 807(b), by giving "an adverse party reasonable notice of the intent to offer the statement and its particulars". In addition to the May 8 specific URL links, prospective public domain sources were identified in Defendant's Exhibit and Witness List (Doc. 16) on October 13, in his Amended Proposed Witness List (Doc. 55) on April 4, and his Second Amended Witness List (Doc. 69) on April 20.

4. Defendant contends that public domain testimony from the living sources meets the criteria of Rule 807(a)[2]:

---

[1] **Rule 804. Exceptions to the Rule Against Hearsay—When the Declarant Is Unavailable as a Witness**

(a) CRITERIA FOR BEING UNAVAILABLE. A declarant is considered to be unavailable as a witness if the declarant:

(4) cannot be present or testify at the trial or hearing be- cause of death or a then-existing infirmity, physical illness, or mental illness; or

[2] **Rule 807. Residual Exception**

(a) IN GENERAL. Under the following circumstances, a hearsay statement is not excluded by the rule against hearsay even if the statement is not specifically covered by a hearsay exception in Rule 803 or 804:

(1) the statement has equivalent circumstantial guarantees of trustworthiness;

a. Considering the credibility of the sources and the evolution of technology, the public domain testimony carries equivalent trustworthiness to a Rule 803(18)[3] statement in a periodical.

b. The public domain testimony demonstrates the fact that Plaintiff's legal interpretations of the tax law are not universally accepted.

c. The public domain testimony provides a reasonable-effort means – without the time, travel and living costs of numerous expert witnesses – to offer probative testimony, and

d. The public domain testimony serves the interests of justice for the Defendant.

---

(2) it is offered as evidence of a material fact;

(3) it is more probative on the point for which it is offered than any other evidence that the proponent can obtain through reasonable efforts; and

(4) admitting it will best serve the purposes of these rules and the interests of justice.

[3] (18) *Statements in Learned Treatises, Periodicals, or Pamphlets.* A statement contained in a treatise, periodical, or pamphlet if:

(A) the statement is called to the attention of an expert witness on cross-examination or relied on by the expert on direct examination; and

(B) the publication is established as a reliable authority by the expert's admission or testimony, by another expert's testimony, or by judicial notice.

If admitted, the statement may be read into evidence but not received as an exhibit.

## CONCLUSION

Defendant hereby requests admission of the proposed "testimony from the public domain" as permissible hearsay under the applicable Rule 804 or 807 of the Federal Rules of Evidence.

Respectfully submitted,

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

**Certificate of Service**

The undersigned hereby certifies that a copy of the foregoing was delivered on May 16, 2016 to the CM/ECF system of the United States District Court for the Western District of Missouri.

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com