**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. |
| HAROLD R. STANLEY, | ) | 15-00271-01-CR-W-HFS |
| Defendant | ) | |

---

# DEFENDANT'S REPLY TO PLAINTIFF'S WITNESS LIST TO ACCEPT BUSINESS RECORDS OF CERTAIN ENTITIES

1. Defendant replies to Plaintiff's Amended Proposed Witness List (Doc. 65) and Plaintiff's Notice of Intention to Use Certified Records of Regularly Conducted Activity (Doc. 53). Defendant wishes to reduce costs and simplify schedule logistics for Plaintiff's proposed witnesses, by accepting business records certifications for certain entities.

2. Defendant has reviewed the business records and certificates provided during discovery from the following entities, and will accept those documents under Fed. R. Evid. Rule 902 (11):

Bio Pappel – Plaintiff's Witness 9

Emerson Electric – Plaintiff's Witness 13[1]

Freedom Electric – Plaintiff's Witness 7

Industrial Project Management – Plaintiff's Witness 8

Mid America Consultants – Plaintiff's Witness 5

Tri-State G&T – Plaintiff's Witnesses 3 and 10

Respectfully submitted,

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

[1] Defendant sustains his objections to evidence beyond the period of the indictment (Docs. 27, 38, and 71). If evidence from 2010 and later is otherwise permitted by the Court, Emerson Electric's business records certification will be acceptable.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on May 17, 2016 to the CM/ECF system of the United States District Court for the Western District of Missouri.

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com