**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. |
| HAROLD R. STANLEY, | ) | 15-00271-01-CR-W-HFS |
| Defendant | ) | |

---

# DEFENDANT'S THIRD AMENDED WITNESS LIST

Defendant hereby amends the Defendant's Witness List (Doc. 16), Defendant's Amended Witness List (Doc. 55), and Defendant's Second Amended Witness List (Doc. 69) whom Defendant may call to testify at trial. Defendant reserves the right to supplement this list to include other witnesses who may become available or necessary.

1. Carl Weston
   Private Attorney General
   P.O. Box 452051
   Grove, Oklahoma [74345]

2. Rodney D. Class
   Private Attorney General
   P.O. Box 435
   High Shoals, North Carolina [28077]

3. Special Agent Richard Littrell
Internal Revenue Service-Criminal Investigation
Kansas City, Missouri

4. Cass County, Missouri
Recorder of Deeds
102 East Wall Street
Harrisonville, MO 64701

5. David Melcher
Appeals Officer
Internal Revenue Service
2345 Grand Boulevard
Kansas City, MO 64108

6. Eden Simpson
Revenue Officer
Internal Revenue Service
6717 Shawnee Mission Parkway
Overland Park, KS 66202

7. Joe Banister testimony from the public domain
https://www.youtube.com/watch?v=W9EFqB6o0fY

8. Tommy Cryer testimony from the public domain
https://www.youtube.com/watch?v=RBUMNlS7uCU
https://www.youtube.com/watch?v=oJWgzIFho4A and the three other videos in the series

9. Sherry Peel Jackson testimony from the public domain
https://www.youtube.com/watch?v=V6tXsUvsX0s

10. Rep. Xavier Becerra testimony from the public domain
https://www.youtube.com/watch?v=XNICz9CZOgw
https://scannedretina.com/2016/05/06/erosion-of-public-confidence-mr-becerra-how-about-criminal-fraud/

11. Steve Miller testimony from the public domain: included in Rep. Becerra clips

12. Irwin Schiff testimony from the public domain
https://www.youtube.com/watch?v=qncKxo1yBSI

13. Robert Bernhoft, federal I.R.S. defense attorney, testimony from the public

domain, of the Bernhoft Law Firm 512-582-2100:
https://www.youtube.com/watch?v=4gWKzg5jsS4

14. Secretary of the Treasury
    Jacob J. Lew
    Department of the Treasury
    1500 Pennsylvania Avenue, NW
    Washington, D.C. 20220

15. Ron Paul testimony concerning Irwin Schiff, from the public domain
    https://www.youtube.com/watch?v=oQjRQR-DW9I

Respectfully submitted,

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on May 17, 2016 to the CM/ECF system of the United States District Court for the Western District of Missouri.

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com