IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v. Case No. 15-00271-01-CR-W-RK

HAROLD STANLEY

AUSA: Paul Becker
Defense Atty.:

| | | | |
|---|---|---|---|
| JUDGE: | **Sarah W. Hays**<br>U. S. Magistrate Judge | DATE/TIME: | **5/17/2016**<br>11:05am-11:35am |
| DEPUTY CLERK | Traci Chorny | TAPE/REPORTER | FTR/tc |
| INTERPRETER | None | PRETRIAL/PROB: | |

## Clerk's Minutes

### PRETRIAL CONFERENCE

**REMARKS:** Parties appear in person ready for pretrial conference. The Court completes the pretrial conference memorandum. Witness and exhibits lists have been filed by both parties. Exhibit index, Voir Dire and Jury Instructions are due by noon on Wednesday, May 25, 2016. This case is for trial and is set on the 5/31/2016 joint criminal jury trial docket. The parties request the first week of the trial docket. Trial is estimated to last 4 days. Court adjourned.