**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. |
| HAROLD R. STANLEY, | ) | 15-00271-01-CR-W-RK |
| Defendant | ) | |

---

Charles Evans Whittaker United States Courthouse
400 East Ninth Street, Room 1510
Kansas City, MO 64106
ADMINISTRATIVE TAX HEARING

UNITED STATES OF AMERICA
Fictitious Plaintiff
No know address

No. 15-00271-01-HFS

Vs

Harold Stanley

## ENTERY OF APPEARANCE AS A PARTY OF INTEREST UNDER 29 CFR 2200.23 AND 29 CFR 2200.22

Comes, Now; This party to be known as Rodney Dale Class (herein after to be known as this Party) to appear as a Private Attorney General and as a Bounty Hunter as Per Congressional Enactment as a party of Interest under the authority of 29 CFR section 2200.23 and 2200.22 by federal regulation in case # 15-00271-01-HFS and as assist of counsel to Harold Stanley.

14th amendment section 4 allows this Party to claim an interest in Harold Stanley case, as there are violations under public debt collection.

Rodney Dale Class
Private Attorney General
14th Amendment section 4 Constitutional Bounty Hunter
P.O. Box 435
High Shoals, North Carolina 28077

Certificate of Service

Certificate of Service upon the Charles Evans Whittaker United States Courthouse 400 East Ninth Street, Room 1510 Kansas City, MO 64106 ADMINSTRATIVE TAX HEARING for Entry of Appearance as a Party of Interest under 29 CFR 2200.23 AND 29 CFR 2200.22. To be place on the Administrative record on this 11th day in the month of May in the of our Lord 2016 AD.

Rodney Dale Class

Rodney Dale Class
Private Attorney General
14th Amendment section 4 Constitutional Bounty Hunter
P.O. Box 435
High Shoals, North Carolina 28077

Cc

Agent for the UNITED STATES

Charles Evans Whittaker United States Courthouse
400 East Ninth Street, Room 1510
Kansas City, MO 64106

Respectfully submitted,

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on May 18, 2016 to the CM/ECF system of the United States District Court for the Western District of Missouri.

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com