# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. |
| HAROLD R. STANLEY, | ) | 15-00271-01-CR-W-RK |
| Defendant | ) | |

## ENTRY OF APPEARANCE

***ENTRY OF APPEARANCE as purported by Regulations 29 CFR 2200.22, 2200.23 and Fed. R. Civ. P. Rule 17(a)(1)(G) PRIVATE ATTORNEY GENERAL "NEXT FRIEND" FEDERAL RULE 17***

COMES NOW, Carl Weston, as assistant of counsel for the Defendant as appointed by Harold R. Stanley to Act as Private Attorney General, and "NEXT FRIEND" Fed. R. Civ. P. 17(a)(1)(G), to assist before this court on behalf of Harold R. Stanley.

Fed. R. Civ. P. 17(a)(1)(G) a party authorized by statute 42 U.S.C. §§ 1988 and 1983 as a Private Attorney General as enacted by the 39th Congress under Chapter XXXI "An Act to Protect all Persons in the United States in

their Civil Rights, and furnish the Means of their Vindication", "AND BY", as a Next Friend of Fed. R. Civ. P. 17(c)(2).

Let it be known that this Entry of Appearance By Carl Weston, as a Private Attorney General under the authority of the Congressional Enactment of 1866 The Thirty-Ninth Congress enacted on April 9, 1866, Chap. XXXI-"An Act to Protect all Persons in the United States in their Civil Rights, and furnish the Means of Vindication" and by the purported Regulations of the Rules of Court under Fed. R. Civ. P. Rule 17(a)(1)(G) a party authorized by statute and by 29 CFR 2200.22 and by 29 CFR 2200.23 Enter his appearance to this Case to assist Defendant Stanley.

***References:***

1. *Picking v. Pennsylvania R. Co.* 151 Fed. 2nd 240; *Pucket v. Cox* 456 2nd 233. Pro se pleadings are to be considered without regard to technicality; pro se litigants pleadings are not to be held to the same high standards of perfection as lawyers. *Platsky v. C.I.A.* 953 F.2d. 25. Additionally, pro se litigants are to be given reasonable opportunity to remedy the defects in their pleadings. *Reynoldson v Shillinger* 907F .2d 124, 126 (10th Cir. 1990); See also *Jaxon v Circle K. Corp.* 773 F.2d 1138, 1140 (10th Cir. 1985) (1)

2. *Haines v. Kerner*, 92 S. Ct. 594. The respondent in this action is a non-

lawyer and is moving forward in Propria persona.

3. *NAACP v. Button* 371 U.S. 415; *United Mineworkers of America v. Gibbs* 383 U.S. 715; and *Johnson v. Avery* 89 S. Ct. 747 (1969). Members of groups who are competent non-lawyers can assist other members of the group achieve the goals of the group in court without being charged with "Unauthorized practice of law."

4. *Brotherhood of Trainmen v. Virginia ex rel. Virginia State Bar* 377 U.S. 1; *Gideon v. Wainwright* 372 U.S. 335; *Argersinger v. Hamlin, Sheriff* 407 U.S. 425. Litigants may be assisted by an unlicensed layman during judicial proceedings.

5. *Howlett v. Rose*, 496 U.S. 356 (1990) Federal Law and Supreme Court Cases apply to State Court Cases.

6. Fed. R. Civil P. 17, 28 U.S.C.A. "Next Friend" A next friend is a person who represents someone who is unable to tend to his or her own interest...

7. Oklahoma Court Rules and Procedures, Title 12, sec. 2017 (C) "If an infant or incompetent person does not have a duly appointed representative he may sue by his next friend or by a guardian ad litem."

8. *Mandonado-Denis v. Castillo-Rodriguez*, 23 F3d 576 (1st Cir. 1994) Inadequate training of subordinates may be basis for 1983 claim.

9. *Warnock v. Pecos County, Tex.*, 88 F3d 341 (5th Cir. 1996) Eleventh Amendment does not protect state officials from claims for prospective relief when it is alleged that state officials acted in violation of federal law.

10. Title 42 U.S.C. Sec. 1983, *Wood v. Breier*, 54 F.R.D. 7, 10-11 (E.D. Wis. 1972). *Frankenhauser v. Rizzo*, 59 F.R.D. 339 (E.D. Pa. 1973). "Each citizen acts as a private attorney general who 'takes on the mantel of sovereign',"

11. Oklahoma is a "Right to Work" State! Bill SJR1! Its OK to practice God`s law with out a license, Luke 11:52, God`s Law was here first! "There is a higher loyalty than loyalty to this country, loyalty to God" *U.S. v. Seeger*, 380 U.S. 163, 172, 85 S. Ct. 850, 13 L. Ed. 2d 733 (1965)

12. "The practice of law can not be licensed by any state/State. *Schware v. Board of Examiners*, United States Reports 353 U.S. pgs. 238, 239. In *Sims v. Aherns*, 271 S.W. 720 (1925) "The practice of law is an occupation of common right." A bar card is not a license, its a dues card and/or membership card. A bar association is that what it is, a club. An association is not license, it has a certificate through the State, the two are not the same.

13. *Crawford v. Washington*, 124 S.Ct. 1354, 541 U.S. 36, 158 L.Ed.2d 177 (U.S. 03/08/2004). The Supreme Court ruled that the Confrontation Clause of the Constitution bars any form of hearsay testimony against defendants in

criminal proceedings, stating that "interrogations by law enforcement officers fall squarely within that class."

Respectfully submitted,

Carl Weston, PAG, Next Friend
P.O. Box 452051
Grove, Oklahoma [74345-452051]
Telephone: 918-202-8559

Respectfully submitted,

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing was delivered on May 18, 2016 to the CM/ECF system of the United States District Court for the Western District of Missouri.

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com