**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.: 15-00271-01-CR-W-RK** |
| **v.** | ) | |
| | ) | **Date: May 19, 2016** |
| **HAROLD R. STANLEY,** | ) | |
| **Defendant.** | ) | |

**MINUTE SHEET**

---

The Honorable Roseann A. Ketchmark, presiding at Kansas City, Missouri

Nature of Proceeding: Pretrial Conference

Time commenced: 11:00 a.m. Time terminated: 11:45 a.m.

---

**APPEARANCES**

Plaintiff's counsel: Paul Becker, AUSA
Defendant's counsel: Harold R. Stanley, Pro Se

---

**PROCEEDINGS IN COURTROOM:** Parties appear as indicated above for a pretrial conference. Defendant appears in person and is proceeding *pro se*. The Court discussed with Defendant his desire to appear *pro se* versus having an attorney represent him at trial. The Court also takes note of previous proceedings in which Magistrate Judge Hays discussed with Defendant his desire to proceed *pro se*.

Defendant's motion to suppress at doc. 27 and motion in limine at doc. 88 are denied. Government's motions in limine at docs. 52 and 86 are taken under advisement. Defendant's notices of filing at docs. 99 and 100 are denied. Written ORDER to follow.

Matter is set for a four-day trial commencing at 8:00 a.m. on Tuesday, May 31, 2016, with jury selection expected to begin at 9:00 a.m.

Court adjourned.

Court Reporter: Kathy Calvert Courtroom Deputy: Terri Moore