UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
CHARLES EVANS WHITTAKER UNITED STATES COURTHOUSE
400 EAST 9TH STREET, ROOM 6672
KANSAS CITY, MISSOURI 64106

SARAH W. HAYS (816)512-5775
MAGISTRATE JUDGE FAX (816)512-5788

May 20, 2016

Hon. David Gregory Kays
Chief District Judge
United States District Court
8652 Charles Evans Whittaker United States Courthouse
400 East Ninth Street
Kansas City, Missouri 64106

Re: May 31, 2016, Joint Criminal Jury Trial Docket

Dear Chief Judge Kays:

Judges Maughmer, Larsen, Whitworth, Rush, England and I have completed pretrial conferences for those cases presently scheduled for the May 31, 2016, Joint Criminal Jury Trial Docket. Based on the results of the pretrial conferences, I recommend that these cases be scheduled and assigned for trial.

**WEEK OF MAY 31, 2016**

KANSAS CITY

| CASE NO. | DEFENDANT(S) | TRIAL JUDGE | LENGTH/ TRIAL DATE |
|---|---|---|---|
| 15-00271-CR-W-RK | Harold R. Stanley (01)<br>BOND<br>PRO SE<br>Notes: **Attorney/Defendant must be present at 8:00 a.m.**<br>Jury Selection at 9:00 a.m. | Ketchmark | 3 Days<br>5/31 (Tues) |
| 16-00094-CR-W-DGK | Willie A. Rimpson (01)<br>BOND<br>Notes: **Attorneys/Defendant must be present at 8:00 a.m.**<br>Jury Selection at 9:00 a.m. | Kays | 2-3 Days<br>5/31 (Tues) |

SPRINGFIELD and JEFFERSON CITY

No cases

**WEEK OF JUNE 6, 2016**

KANSAS CITY

| CASE NO. | DEFENDANT(S) | TRIAL JUDGE | LENGTH/ TRIAL DATE |
|---|---|---|---|
| 15-00158-CR-W-DW | Darnell D. Walker (01)<br>CUSTODY | Whipple | 2 ½-3 Days<br>6/6 (Mon) |

Notes: **Attorneys/Defendant must be present at 8:30 a.m.**
Jury Selection at 9:00 a.m.

SPRINGFIELD and JEFFERSON CITY

No cases

If you have any questions, please contact me at your convenience.

Very truly yours,

*/s/ Sarah W. Hays*
Sarah W. Hays
Chief U.S. Magistrate Judge

cc via e-mail:

Honorable Gary A. Fenner
Honorable Beth Phillips
Honorable Brian Wimes
Honorable M. Douglas Harpool
Honorable Stephen R. Bough
Honorable Roseann A. Ketchmark
Honorable Nanette K. Laughrey
Honorable Howard F. Sachs
Honorable Ortrie D. Smith
Honorable Dean Whipple
Honorable Scott O. Wright

Honorable Fernando J. Gaitan, Jr.
Honorable John T. Maughmer
Honorable Robert E. Larsen
Honorable David P. Rush
Honorable Matt Whitworth
Ms. Paige Wymore-Wynn
Mr. Randall Henderson
Mr. Mike Zadina
Ms. Elvia Farley
Ms. Kelsee Pierce
Ms. Karyn Williams

Ms. Kimberly Johnson
Ms. Jane Behrens
Ms. Shayla Brensdal
Ms. Laura Bax
Mr. Gene Porter
Pretrial Services
Probation
United States Marshal
Judicial Assistants
Courtroom Deputies