IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15-00271-01-CR-W-RK |
| | ) | |
| HAROLD R. STANLEY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER APPOINTING STANDBY COUNSEL

On August 25, 2015, an indictment was returned against Harold Stanley alleging that he attempted to evade or defeat payment of federal income taxes in violation of 26 U.S.C. § 7201 (Count I) and that he attempted to interfere with the administration of the IRS laws in violation of 26 U.S.C. § 7212(a) (Count II). Defendant Stanley was arrested in the Northern District of Oklahoma, and the Federal Public Defenders Office in that district was appointed to represent him during proceedings there. An arraignment in this district was scheduled for September 22, 2015, and pursuant to his request for counsel in the arresting jurisdiction, the Federal Public Defenders Office was appointed to represent him in this district.

At the arraignment, after reviewing the pretrial report and the affidavit of financial status filed in the Northern District of Oklahoma, the Court became aware that defendant had a significant monthly income. The Court concluded that defendant did not qualify for representation by the Federal Public Defenders Office. The Court encouraged defendant Stanley to retain counsel. In the event that defendant was unable to retain counsel, the Court indicated that it would appoint a member of the Criminal Justice Act (CJA) panel to represent defendant

with the requirement that defendant make some payment in the CJA fund based upon his ability to pay. Defendant Stanley elected to proceed pro se.

Trial is scheduled to commence on May 31, 2016. At the pretrial conference held on May 19, 2016, the Court discussed with defendant his desire to appear pro se versus having an attorney represent him at trial. Judge Ketchmark ordered that defendant notify the Court by May 20, 2016, if he would like the Court to appoint standby advisory counsel pursuant to the CJA, which defendant would fund at the current CJA appointment rate. The Court has received no request for appointed counsel from defendant.

In order to ensure that the trial proceeds in an efficient manner and even though defendant has not requested that the Court appoint counsel, the Court finds it necessary to appoint standby counsel to advise defendant with respect to any procedural questions that arise during trial. Defendant will not be required to fund this appointment.

Given the foregoing, it is

ORDERED that F.A. White, Jr. is hereby appointed to represent defendant Harold R. Stanley as standby counsel to advise defendant with respect to any procedural questions that arise during trial. Mr. White's appointment will commence on May 31, 2016, and will terminate at the conclusion of the trial.

*/s/ Sarah W. Hays*
SARAH W. HAYS
UNITED STATES MAGISTRATE JUDGE