**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. |
| HAROLD R. STANLEY, | ) | 15-00271-01-CR-W-RK |
| Defendant | ) | |

---

# DEFENDANT'S MOTION FOR CONTINUANCE TO RETAIN BAR COUNSEL FOR TRIAL

Defendant moves the Court to continue the May 31 trial date to allow Defendant to retain BAR-licensed counsel for trial.

Defendant prepared for trial under the expectation that he could be assisted at counsel table by at least one non-BAR Fed. R. Civ. P. Rule 17 next friend to assist at trial. Defendant understood from the previous rejection of entries of appearance as co-counsel, that his friends would not be allowed to address the Court as co-counsel, or to examine or cross-examine witnesses.

Prosecutor Becker has been assisted at counsel table by non-BAR special agent Littrell at previous hearings, and at the May 17 hearing, stated that

agent Littrell and another non-BAR assistant would assist at counsel table. The Court accepted that introduction by the prosecutor. Agent Becker is scheduled as a witness – and in fact was identified at a witness that would require additional time for examination.

Equitable treatment of the parties suggests that Defendant could be assisted at counsel table by non-BAR next friend(s), who could also be called as witness(es). This was the basis for Defendant's decision to represent himself.

At the May 19 pre-trial, the Court ruled that Defendant could only be assisted at counsel table during voir dire examination, and the assistant could not be a witness. Defendant determined immediately after the pre-trial that it was no longer in his best interests for a fair trial to represent himself, under those constraints. Defendant immediately sought to retain a BAR-licensed firm to represent him at trial. Defendant will continue with all due diligence to retain a firm.

Defendant moves the Court to continue the case from the May 31 trial docket. His counsel's entry of appearance will request an appropriate time period for their preparation, with their appearance.

Respectfully submitted,

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

**Certificate of Service**

The undersigned hereby certifies that a copy of the foregoing was delivered on May 25, 2016 to the CM/ECF system of the United States District Court for the Western District of Missouri.

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com