**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. |
| HAROLD R. STANLEY, | ) | 15-00271-01-CR-W-RK |
| Defendant | ) | |

---

# DEFENDANT'S OBJECTION TO APPOINTMENT OF CJA STANDBY COUNSEL FOR TRIAL

Defendant objects to the Court's May 24 appointment of CJA standby counsel for the May 31 trial. (Doc. 106) Defendant was given the opportunity to request CJA standby counsel, but did not request by the May 20 deadline.

Defendant instead determined immediately after the May 19 pre-trial that it was no longer in his best interests for a fair trial to represent himself, under the additional constraints imposed in the May 19 pre-trial meeting. The details of the unanticipated constraints, and Defendant's immediate and continuing diligent quest to retain a firm, are contained in the accompanying Motion for Continuance.

Defendant moves the Court to cancel the appointment of CJA standby counsel, and to grant his motion for continuance to prepare for trial with non-CJA counsel as detailed in the accompanying motion.

Respectfully submitted,

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing was delivered on May 25, 2016 to the CM/ECF system of the United States District Court for the Western District of Missouri.

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com