**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HAROLD R. STANLEY,<br>Defendant. | Case No. 15-00271-01-CR-W-HFS |

**GOVERNMENT'S RESPONSE TO MOTION FOR CONTINUANCE TO RETAIN COUNSEL**

The United States of America files this response in opposition to the defendant's motion for continuance to retain counsel for trial. (Doc. 107.) The defendant has requested that the trial date for this case be continued to allow him to "retain BAR-licensed counsel for trial." The trial is currently set for next Tuesday, May 31, 2016. The Government opposes this request as the defendant has been on notice since October 9, 2015, that he would not be allowed to have non-attorney assistance at counsel table during the trial. (Doc. 12). Additionally, unless and until an attorney actually enters an appearance, this motion by the defendant is merely an attempt to delay his federal criminal trial.

## PROCEDURAL SUMMARY

On August 25, 2015, the Grand Jury returned a two-count Indictment charging defendant Harold R. Stanley with one count of tax evasion, in violation of 26 U.S.C. § 7201, and one count of corruptly endeavoring to obstruct and impede the due administration of the Internal Revenue laws, in violation of 26 U.S.C. § 7212(a). On September 22, 2015, the defendant was arraigned on the Indictment. On October 13, 2015, a hearing was held in which the Court granted the

defendant's request for a continuance from the October trial docket until the January 2016 trial docket.

On November 3, 2015, the defendant filed a motion to continue the trial (Doc. 24) which was granted by the Court. (Doc. 35.) The trial was continued to the criminal jury trial to begin on April 25, 2016.

On April 5, 2016, the defendant filed another motion to continue (Doc. 59) in order to allow the Court to rule on his demand to dismiss for lack jurisdiction. (Doc. 58.) On April 18, 2016, the Court granted the motion to continue and set the case for trial on May 31, 2016. On May 17, 2016, the magistrate judge held a pretrial conference, and reviewed the schedule for trial with the defendant. On May 18, 2016, two "Private Attorneys General" filed notices of entry of appearance on behalf of the defendant. (Docs. 99 and 100.) One of the individuals was the same person whose entry of appearance was rejected in October 2015. On May 19, 2016, after a pretrial conference before the District Court, the Court denied the entry of appearance for the non-lawyers on behalf of defendant. (Doc. 103.) At that time, the defendant was given an opportunity to decide whether or not he wanted to have standby counsel appointed, and the defendant did not inform the Court of any request prior to the deadline of Friday, May 20, 2016.

Now, six days after the pretrial conference, the defendant files a motion to continue claiming that he "determined immediately after the pretrial that it was no longer in his best interest for a fair trial to represent himself, under those constraints." The defendant claims he has immediately sought to retain counsel to represent him at trial and that he will continue to do so with all due diligence.

The Government opposes the defendant's request for a continuance as merely an attempt by the defendant to delay the trial in this matter. The defendant has been on notice since

October 2015, that he would not be allowed to have non-lawyer assistance at counsel table during the trial. Additionally, at the pretrial conferences on May 17 and 19, 2016, the defendant assured the Court that he was ready to proceed *pro se*. In his motion, the defendant does not provide any information concerning his attempts since the pretrial conference to retain counsel for this case.

The Government is ready for trial on May 31, 2016. Five of the Government's witnesses are scheduled to travel from out-of-state on May 31, 2015, to Kansas City, Missouri, for the trial. Those witnesses are scheduled to testify on the 2nd day of trial, June 1, 2016.

For the foregoing reasons, the Government respectfully request that the defendant's request for a continuance be denied.

Respectfully submitted,

Tammy Dickinson
United States Attorney

By */s/ Paul S. Becker*

Paul S. Becker
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on May 25, 2016, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Paul S. Becker*
Paul S. Becker
Assistant United States Attorney