**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD STANLEY,<br><br>Defendant. | Case No. 15-00271-01-CR-W-HFS |

## GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS

The United States submits the following suggested voir dire questions for use during jury selection in the instant case.

1. Please have each juror state the following information:

   a. name;

   b. marital status;

   c. employment;

   d. spouse's employment;

   e. county where the juror lives; and

   f. nature of formal education and last full year of school completed.

2. The United States will be represented by Assistant United States Attorney Paul Becker. Do any of you know Mr. Becker?

3. The offices of the United States Attorney are located in Kansas City, Springfield, and Jefferson City, Missouri. The United States Attorney is Tammy Dickinson. Does any member of the panel know the United States Attorney or any of the Assistant United States

Attorneys for the Western District of Missouri, or any other member of the staff, including support personnel?

4. Also at the Government's table is Special Agent Richard Littrell from the IRS-Criminal Investigation. Does anyone know Special Agent Littrell or any other person employed by the IRS-Criminal Investigation? Also seated at the Government's table is Giovan Aloisio, who is a paralegal with the United States Attorney's Office and will also be assisting during the trial. Does anyone know Mr. Aloisio?

5. The defendant is Harold Stanley. Does anyone know Mr. Stanley?

6. In this case, the defendant has chosen to represent himself, which is his constitutional right. I have advised the defendant that he will be at a disadvantage in representing himself since he is not trained as an attorney. The law does not allow me to assist him, however, or to relax the rules applied to the trial of this case. Likewise, the attorneys for the United States must treat him as if he were trained as an attorney. Further, the fact that he has chosen to represent himself must not enter into your deliberations, if you are chosen as a juror in this case. Will the fact that defendant is representing himself cause anyone on the panel to be less than fair and impartial as a juror to either side in this case?

7. This case pertains to allegations that defendant Harold Stanley evaded the payment of his taxes from 2005 through 2009 and corruptly impeded the due administration of the Internal Revenue laws. Has any member of the jury panel read, heard, or seen anything about these events or charges?

[If there are any affirmative responses, the following questions are proposed outside the hearing of the other panel-members:

a. What do you know about the case?

b. If selected to serve as a juror, will you be able to set aside this prior information and decide the case solely on the evidence presented in the courtroom?

c. Is there anything about the prior information you possess that would prevent you from being a fair and impartial juror for both sides?]

8. As stated above, the Indictment alleges that Harold Stanley willfully evaded his income tax due from 2005 through 2009 and corruptly endeavored to obstruct and impede the administration of the Internal Revenue laws. You will hear testimony that IRS employees worked to collect tax debt from the defendant, and that IRS agents investigated the defendant for the tax evasion scheme.

a. Has anyone on the jury panel ever worked for the Internal Revenue Service? If so, is there anything about your experience working for the IRS that would make it difficult to be a fair and impartial juror in this case?

b. Does anyone on the jury panel have a family member or close friend who has worked for the IRS? If so, is there anything about having a family member or friend who has worked for the IRS that would make it difficult to be a fair and impartial juror in this case?

9. Has anyone on the jury panel ever had a dispute with the IRS? If so, please describe the situation. Is there anything about that dispute that would make it difficult for any member of the jury panel to be a fair and impartial juror in this case?

10. Has anyone on the jury panel had a close friend or family member who has had a dispute with the IRS? If so, please describe the situation. Is there anything about the experience that would make it difficult for any member of the jury panel to be a fair and impartial juror in this case?

11. Does any member of the jury panel have a disagreement with any of the Internal Revenue laws of the United States or hold any personal belief that the United States should not regulate the payment of income taxes or that the Internal Revenue Service should not investigate or audit taxpayers?

12. Do any of you believe that the income tax laws of the United States are unconstitutional?

13. Does anyone feel that it is wrong for the United States to try and make its citizens pay taxes?

14. Do any of you disagree with the idea that everyone has a duty to obey the income tax laws, as well as all other laws of this country?

15. Does every member of the jury panel understand that the Court is the correct party to instruct the jury on the law, not the prosecutor or defendant?

16. Does any member of the jury panel have a problem with the concept that the jury must follow the Court's statement of the law?

17. Is there any member of the jury panel who believes, for any reason, that he or she could not follow the Court's instructions on the law in reaching a verdict in this case?

18. Have any of you had any training in accounting or law? If so,

a. What kind of training?

b. Will that training affect your ability to follow the Court's instructions on the law to be applied to this case?

19. Is there any member of the jury panel that is an independent contractor and whose income is reported on a Form 1099 rather than a Statement of Wages, Form W-2?

a. For those of you whose income is reported on a Form 1099, do you prepare your tax return or have someone prepare it for you?

20. If you are chosen to serve as a juror in this case you must determine the believability or credibility of each witness. The Court will instruct you as to the factors you should consider in assessing a witness's credibility. One or more Internal Revenue Service employees may testify in this case. Will you give more or less credit to the testimony of an IRS employee than to any other witness?

21. Have you, any family member, or close friend been charged, or convicted of a serious criminal offense, other than a simple traffic offense?

[If there are any affirmative responses, the following questions are proposed:

a. What was the nature of the crime?

b. Is there anything about the experience that would make you unable to be fair and impartial to both sides of this case?]

22. Have you, any family member, or close friend ever been involved in any serious controversy or litigation with the United States government or a federal law enforcement agency thereof?

[If there are any affirmative responses, the following questions are proposed:

a. What was the nature of the problem or dispute?

b. Is there anything about the experience that would make you unable to be fair and impartial to both sides of this case?]

23. Have you ever served on a grand jury, either in state court or federal court?

24. Have you ever served on a trial jury, either in state court or federal court?

[If there are any affirmative responses, the following questions are proposed:

a. What kind of case?

b. Did the jury reach a verdict?

c. Is there anything about your prior jury service that would make you unable to be fair and impartial to both sides of this case?]

25. Have you, any family member, or close friend ever been the victim of a crime?

[If there are any affirmative responses, the following questions are proposed:

a. What was the nature of the crime?

b. Is there anything about the experience that would make it difficult for you to be fair and impartial to both sides of this case?]

26. Have you, any family member, or close friend ever been a witness in a court proceeding?

[If there are any affirmative responses, the following questions are proposed:

a. What was the nature of the court proceeding?

b. Is there anything about the experience that would make it difficult for you to be fair and impartial to both sides of this case?]

27. You will now hear a list of individuals who may be called by the United States as witnesses in this case. If you know any of these individuals please raise your hand when you hear that person's name called. (Read witness lists.)

28. Does anyone:

a. suffer from any type of hearing impairment that makes it difficult for you to understand normal conversation?

b. suffer from any type of visual impairment that makes it difficult for you to read or see things, either on paper or on a screen?

c. suffer from any type of medical condition that requires you to take medication at regular times or would make it difficult for you to serve as a juror?

29. Do you know any other members of the panel from which the jury will be chosen? [If so, how do you know them? If both of you are chosen for the jury, is there anything about knowing another member of the jury panel that would make it difficult for you to make your own individual decision about the guilt or innocence of the defendant in this case?]

30. In a federal criminal trial, the members of the jury are required to take a solemn oath that they will try the case and render a verdict based solely on the evidence and according to the legal instructions of the Court. Is there anyone who could not or would not take such an oath?

31. In a federal criminal trial, the members of the jury are required to render a judgment on whether the defendant is guilty or not guilty of the charges. Is there anyone who has religious, philosophical, political, or other beliefs that would make it difficult to sit in judgment on the guilt or innocence of another person?

32. In a federal criminal trial, the jury has no part in determining what sentence is imposed in the event a defendant is found guilty. Is there anyone who does not understand that or would be unable to accept the fact that punishment is for the Court and not the jury to decide?

33. The law does not permit jurors to be governed by sympathy, prejudice, or public opinion. Both the accused and the public expect that jurors will carefully and impartially consider all the evidence in this case, follow the law as stated by the Court, and reach a just verdict regardless of the consequences. Is there anyone who could not or would not do that?

34. Is there anyone who knows of any reason whatever why he or she could not sit as a juror in this case with absolute impartiality to both sides?

35. Is there any member of the panel who for any other reason, not discussed here in court, would have difficulty sitting as a fair and impartial juror in this case?

Respectfully submitted,

Tammy Dickinson
United States Attorney

By: */s/ Paul S. Becker*

Paul S. Becker
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East 9th Street, Fifth Floor
Kansas City, Missouri 64106
Telephone: (816) 426-3122

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on May 25, 2016, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Paul S. Becker*
Paul S. Becker
Assistant United States Attorney