**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. |
| HAROLD R. STANLEY, | ) | 15-00271-01-CR-W-RK |
| Defendant | ) | |

---

# DEFENDANT'S SUPPORT FOR CONTINUANCE TO RETAIN BAR COUNSEL FOR TRIAL

Defendant offers this support of his Motion for Continuance (Doc. 107) in reply to Plaintiff's opposition (Doc. 109).

Plaintiff opines "this motion by the defendant is merely an attempt to delay his federal criminal trial" (P. 1), and complains that "the defendant does not provide any information concerning his attempts since the pretrial conference to retain counsel for this case" (P. 3).

Defendant will quickly answer the complaint first. Defendant's friend Carl Weston contacted one law firm on Defendant's behalf after the May 17 conference, when non-BAR assistance at counsel table was left as an open

issue. That firm replied on May 20 that their work schedule would not support Defendant's case at this time. The May 19 conference denied non-BAR assistance at counsel table outside voir dire, so the first firm's denial was followed immediately by a second inquiry to a law firm. The second law firm made the suggestion on May 24 for Defendant to seek a continuance before pursuing the matter further. Defendant composed his motion on the 24th and submitted in the opening hour of Court business the 25th. The e-mail correspondence is attached.

Regarding the question of Defendant's understanding of the October 9 denial, the Order (Doc. 12) reads:

> The Pretrial Services Office was advised this week that the defendant had retained counsel who would be entering their appearance. Thereafter the Court received a Motion for Entry of Appearance, doc. #11, filed by the defendant in which he seeks permission for assistance in the case to be provided by a "Private Attorney General," Carl Weston. Based upon the pleading, it appears that Mr. Weston is not a licensed attorney. Accordingly, it is
> ORDERED that the Motion for Entry of Appearance, doc. #11, is denied. It is further
> ORDERED that defendant is directed to personally appear for the conference scheduled for October 13, 2015 at 11:20 a.m. in Courtroom 6E, 400 E. 9th, Kansas City, Missouri.

Reviewing the order, it is clear that Mr. Weston's initial entry of appearance was in the same capacity as a "licensed attorney", with the ability

to appear and speak on behalf of Defendant.[1] Such was the Court's interpretation, as indicated by the statement "defendant is directed to

---

[1] References:

1. Picking v. Pennsylvania R. Co. 151 Fed. 2nd 240; Pucket v. Cox 456 2nd 233. Pro se pleadings are to be considered without regard to technicality; pro se litigants pleadings are not to be held to the same high standards of perfection as lawyers. Platsky v. C.I.A. 953 F.2d. 25. Additionally, pro se litigants are to be given reasonable opportunity to remedy the defects in their pleadings. Reynoldson v Shillinger 907F .2d 124, 126 (10th Cir. 1990); See also Jaxon v Circle K. Corp. 773 F.2d 1138, 1140 (10th Cir. 1985) (1)

2. Haines v. Kerner, 92 S. Ct. 594. The respondent in this action is a non-lawyer and is moving forward in Propria persona.

3. NAACP v. Button 371 U.S. 415; United Mineworkers of America v. Gibbs 383 U.S. 715; and Johnson v. Avery 89 S. Ct. 747 (1969). Members of groups who are competent non-lawyers can assist other members of the group achieve the goals of the group in court without being charged with "Unauthorized practice of law."

4. Brotherhood of Trainmen v. Virginia ex rel. Virginia State Bar 377 U.S. 1; Gideon v. Wainwright 372 U.S. 335; Argersinger v. Hamlin, Sheriff 407 U.S. 425. Litigants may be assisted by an unlicensed layman during judicial proceedings.

5. Howlett v. Rose, 496 U.S. 356 (1990) Federal Law and Supreme Court Cases apply to State Court Cases.

6. Fed. R. Civil P. 17, 28 U.S.C.A. "Next Friend" A next friend is a person who represents someone who is unable to tend to his or her own interest...

7. Oklahoma Court Rules and Procedures, Title 12, sec. 2017 (C) "If an infant or incompetent person does not have a duly appointed representative he may sue by his next friend or by a guardian ad litem."

8. Mandonado-Denis v. Castillo-Rodriguez, 23 F3d 576 (1st Cir. 1994) Inadequate training of subordinates may be basis for 1983 claim.

9. Warnock v. Pecos County, Tex., 88 F3d 341 (5th Cir. 1996) Eleventh Amendment does not protect state officials from claims for prospective relief when it is alleged that state officials acted in violation of federal law.

10. Title 42 U.S.C. Sec. 1983, Wood v. Breier, 54 F.R.D. 7, 10-11 (E.D. Wis. 1972). Frankenhauser v. Rizzo, 59 F.R.D. 339 (E.D. Pa. 1973). "Each citizen acts as a private attorney general who 'takes on the mantel of sovereign',"

11. Oklahoma is a "Right to Work" State! Bill SJR1! Its OK to practice God`s law with out a license, Luke 11:52, God`s Law was here first! "There is a higher loyalty than loyalty to this country, loyalty to God" U.S. v. Seeger, 380 U.S. 163, 172, 85 S. Ct. 850, 13 L. Ed. 2d 733 (1965)

12. "The practice of law can not be licensed by any state/State. Schware v. Board of Examiners, United States Reports 353 U.S. pgs. 238, 239. In Sims v. Aherns, 271 S.W. 720 (1925) "The practice of law is an occupation of common right." A bar card is not a license, its a dues card and/or membership card. A bar association is that what it is, a club. An association is not license, it has a certificate through the State, the two are not the same.

13. Crawford v. Washington, 124 S.Ct. 1354, 541 U.S. 36, 158 L.Ed.2d 177 (U.S. 03/08/2004). The Supreme Court ruled that the Confrontation Clause of the Constitution bars any form of hearsay testimony against defendants in criminal proceedings, stating that "interrogations by law enforcement officers fall squarely within that class."

**personally** appear". The Court record shows that a Public Defender was assigned to the October 13 appearance in a representation capacity.

At the October 13, May 17, and May 19 hearings, Prosecutor Becker was assisted at counsel table by non-BAR special agent Littrell. Equitable treatment of the parties therefore suggests that Defendant could be assisted at counsel table by non-BAR next friend(s), who would not "appear" or "speak" on Defendant's behalf. Defendant was therefore NOT "on notice since October 2015, that he would not be allowed to have non-lawyer assistance at counsel table during the trial." Defendant's expectation was to the contrary, believing that a "fair and impartial trial" demanded parity in assistance during the trial.

Defendant held that reasonable expectation until May 17, when such assistance was questioned, then denied on May 19. Defendant is not interested in extending the trial schedule – and is definitely not interested in incurring attorney fees after nearly 9 months of greatly reduced wages while representing himself – but believes the continuance and attorney retention are now necessary to a fair trial.

Defendant moves the Court to continue the case from the May 31 trial docket. His selected counsel, expected to be Robert Bernhoft, entry of appearance will request an appropriate time period for his preparation.

Respectfully submitted,

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

## **Certificate of Service**

The undersigned hereby certifies that a copy of the foregoing was delivered on May 25, 2016 to the CM/ECF system of the United States District Court for the Western District of Missouri.

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

**Subject:** Fwd: Your Inquiry to Bernhoft Law
**Date:** Wednesday, May 25, 2016 at 12:44:38 PM Central Daylight Time
**From:** CW
**To:** Harold Stanley
**Category:** Personal

---

**From:** "Robert Bernhoft" <rgbernhoft@bernhoftlaw.com>
**To:** "CW" <privategeneral@hughes.net>
**Cc:** "Treuden Dan" <djtreuden@bernhoftlaw.com>
**Sent:** Tuesday, May 24, 2016 7:56:59 AM
**Subject:** Re: Your Inquiry to Bernhoft Law

Hey Carl:

His best bet is to probably file a continuance motion advising the court he's seeking trial counsel to represent him at the trial.

Best regards,

Robert G. Bernhoft, Esquire
The Bernhoft Law Firm, S.C.
1220 Colorado Street, Suite 440
Austin, Texas 78701

1901 Avenue of the Stars
2nd Floor
Los Angeles, California 90067

(512) 582-2100 telephone
(512) 987-3880 cellular
(512) 373-3159 facsimile
rgbernhoft@bernhoftlaw.com
www.bernhoftlaw.com

> On May 23, 2016, at 4:25 PM, CW <privategeneral@hughes.net> wrote:
>
> Harold Stanley needs counsel 2 file an entry of appearance at this point this should prolong continuance the trial to a later date to prepare..........?
>
> ---
>
> **From:** "Robert Bernhoft" <rgbernhoft@bernhoftlaw.com>
> **To:** privategeneral@hughes.net
> **Cc:** "Bernhoft Bethany" <bethany@bernhoftlaw.com>
> **Sent:** Monday, May 23, 2016 3:57:06 PM
> **Subject:** Your Inquiry to Bernhoft Law

Dear Mr. Weston:

Thank you for your email inquiry below. Eleven days prior to trial is generally not sufficient time to prepare a trial defense. What do you have in mind? Please let me know, and

Best regards,

Robert G. Bernhoft, J.D.
The Bernhoft Law Firm, S.C.
1220 Colorado Street, Suite 440
Austin, Texas 78701

1901 Avenue of the Stars
2nd Floor
Los Angeles, California 90067

(512) 582-2100 telephone
(512) 373-3159 facsimile
rgbernhoft@bernhoftlaw.com
www.bernhoftlaw.com

—————————————

Begin forwarded message:

**From:** Carl Weston <privategeneral@hughes.net>
**Subject: IRS case need counsel?**
**Date:** May 20, 2016 at 9:19:11 AM CDT
**To:** info@bernhoftlaw.com

Message body:
Trial is set for May 31st USA v. Harold Stanley WESTERN DISTRICT OF MISSOURI No. 15-00271-CR-W-RK We also have a Title 42, sec 1983 filed in the Northern District of Oklahoma 15cv533. Please advise if interested? 918 202 8559

--
This mail is created by Contact Form 7 plugin for WordPress.

Contact Form 7
http://contactform7.com

--
CW

PrivateAttorneyGeneral
https://www.dropbox.com/sh/i9xa8qudq6h30we/AADa5RaClaDeK6_i1rLJ1HpTa?dl=0

--
CW
PrivateAttorneyGeneral
https://www.dropbox.com/sh/i9xa8qudq6h30we/AADa5RaClaDeK6_i1rLJ1HpTa?dl=0