# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. |
| HAROLD R. STANLEY, | ) | 15-00271-01-CR-W-RK |
| Defendant | ) | |

---

## DEFENDANT'S PROPOSED QUESTIONS FOR *VOIR DIRE* EXAMINATION OF THE JURY POOL

Defendant offers the following questions for *voir dire* examination of potential jurors for trial:

1. Are you employed by the federal government, a state government, a county government, a city government, or a government agency?
2. Same question as "1", concerning your immediate family: spouse, parents, children, and first-removed in-laws?
3. Have you or members of your immediate family (same group as "2") been involved in a dispute with the Internal Revenue Service or a state taxing agency such as the Missouri Department of Revenue?
4. If the answer to "3" is yes, tell us about the tax laws alleged to have been violated, the quantity of funds in dispute, and the outcome. Tell us your feelings about the fairness of the outcome. In describing the quantity of funds, do not use dollars, use weeks or months of wages for that person.
5. Tell us about your closest friend or acquaintance that was involved in a dispute with a taxing authority. Provide the details you know, and tell us your feelings about the fairness of the outcome.

Respectfully submitted,

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

## **Certificate of Service**

The undersigned hereby certifies that a copy of the foregoing was delivered on May 26, 2016 to the CM/ECF system of the United States District Court for the Western District of Missouri.

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com