**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD STANLEY,<br><br>Defendant. | Case No. 15-00271-01-CR-W-HFS |

**THIRD AMENDED GOVERNMENT'S LIST OF EXHIBITS**

Comes now the United States of America, by the undersigned counsel, and files the attached amended list of exhibits which the Government may offer at trial and requests leave to amend this list as needed. The amended changes are as follows: Exhibit 24 has a corrected date, and subparts have been made for summaries of Exhibits 131 and 166-169

Respectfully submitted,

Tammy Dickinson
United States Attorney

By: */s/ Paul S. Becker*

Paul S. Becker
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Suite 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was delivered on May 27, 2016, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Paul S. Becker*
Paul S. Becker
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

HAROLD STANLEY,

Defendant.

Case No. 15-00271-01-CR-W-HFS

**EXHIBITS**

| | | | | | |
|---|---|---|---|---|---|
| ✓ | = | Offered & admitted without objection. | D.B. | = | Admitted, de bene. |
| X. | = | Offered & admitted over objection. | W.D. | = | Offered then withdrawn. |
| Ex. | = | Offered, but objected to and excluded. | Ltd. | = | Admitted for limited purpose. |
| N.O. | = | Marked but not offered. | | | |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | | | | 16th Amendment |
| 2 | | | | 26 U.S.C. § 1, tax imposed |
| 3 | | | | 26 U.S.C. § 61, gross income |
| 4 | | | | 26 U.S.C. § 6311, payment of tax |
| 5 | | | | Treasury Regulation 26 CFR § 301.6311-1 |

______________________________

I certify that I have this date ____________________ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

______________________________ ______________________________

PRINTED NAME SIGNATURE

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 6 | | | | Certification of lack of record for 2005 and 2006 Forms 1040 - Harold Stanley |
| 7 | | | | Reserved |
| 8 | | | | 2007 IRS Form 1040 Tax Return – Harold and Ellen Stanley |
| 9 | | | | 2008 IRS Form 1040 Tax Return – Harold and Ellen Stanley |
| 10 | | | | 2009 IRS Form 1040 Tax Return – Harold Stanley |
| 11 | | | | Mailing to IRS from Harold Stanley – mailed on March 6, 2009, USPS RB 504 232 410 US |
| 11a | | | | $56,373.41 payment document |
| 12 | | | | Mailing to IRS from Harold Stanley – mailed on December 8, 2008 |
| 13 | | | | Reserved |
| 14 | | | | IRS account transcripts 1990 through 2004 |
| 14a | | | | 1990 account transcript |
| 14b | | | | 1991 account transcript |
| 14c | | | | 1992 account transcript |
| 14d | | | | 1993 account transcript |
| 14e | | | | 1994 account transcript |
| 14f | | | | 1995 account transcript |
| 14g | | | | 1996 account transcript |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 14h | | | | 1997 account transcript |
| 14i | | | | 1998 account transcript |
| 14j | | | | 1999 account transcript |
| 14k | | | | 2000 account transcript |
| 14l | | | | 2001 account transcript |
| 14m | | | | 2002 account transcript |
| 14n | | | | 2003 account transcript |
| 14o | | | | 2004 account transcript |
| 15 | | | | Mailing to IRS Cincinnati ACS on August 2, 2009, USPS RA 218 351 025 US |
| 15a | | | | $113,665.58 payment document |
| 16 | | | | Mailing to IRS Memphis on September 25, 2008, USPS RB 504 232 454 US |
| 16a | | | | Accepted for value document |
| 17 | | | | Reserved |
| 18 | | | | IRS revenue agent report – tax years 2005 through 2009 |
| 19 | | | | Reserved |
| 20 | | | | IRS summary of changes |
| 21 | | | | Summary of compensation and expenses |
| 21a | | | | Summary of compensation and expenses |
| 22 | | | | Bio Pappel check and invoice – 11/21/2008 payment |
| 23 | | | | Bio Pappel check and invoice – 07/15/2009 payment |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 24 | | | | Bio Pappel check and invoice – 10/04/2012 payment |
| 25 | | | | Bio Pappel check and invoice – 12/20/2012 payment |
| 26 | | | | Bio Pappel Form 1099 – tax year 2008 |
| 27 | | | | Bio Pappel Form 1099 – tax year 2009 |
| 28 | | | | Bio Pappel Form 1099 – tax year 2012 |
| 29 | | | | Reserved |
| 30 | | | | Mid America Consultants payments from 2005 – 2013 |
| 31 | | | | Mid America Consultants invoices for payments made to Harold Stanley |
| 32 | | | | Mid America Consultants Form 1099 – tax year 2005 |
| 33 | | | | Mid America Consultants Form 1099 – tax year 2006 |
| 34 | | | | Mid America Consultants Form 1099 – tax year 2007 |
| 35 | | | | Mid America Consultants Form 1099 – tax year 2008 |
| 36 | | | | Mid America Consultants Form 1099 – tax year 2010 |
| 37 | | | | Mid America Consultants Form 1099 – tax year 2011 |
| 38 | | | | Tri-State G&T invoices, checks, and documentation – 2005 |
| 39 | | | | Tri-State G&T invoices, checks, and documentation – 2006 |
| 40 | | | | Tri-State G&T invoices, checks, and documentation - 2007 |
| 41 | | | | Tri-State G&T invoices, checks, and documentation - 2008 |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 42 | | | | Tri-State G&T invoices, checks, and documentation - 2009 |
| 43 | | | | Tri-State G&T invoices, checks, and documentation - 2010 |
| 44 | | | | Tri-State G&T invoices, checks, and documentation – 2011 |
| 45 | | | | Tri-State G&T invoices, checks, and documentation - 2012 |
| 46 | | | | Tri-State G&T invoices, checks, and documentation - 2013 |
| 47 | | | | Tri-State payment log – 2005 |
| 48 | | | | Tri-State payment log – 2006 |
| 49 | | | | Tri-State payment log – 2007 |
| 50 | | | | Tri-State payment log – 2008 |
| 51 | | | | Tri-State payment log - 2009 |
| 52 | | | | Tri-State payment log – 2010 |
| 53 | | | | Tri-State payment log – 2011 |
| 54 | | | | Tri-State payment log – 2012 |
| 55 | | | | Tri-State payment log – 2013 |
| 56 | | | | Tri-State Form 1099 – 2005 |
| 57 | | | | Tri-State Form 1099 - 2006 |
| 58 | | | | Tri-State Form 1099 – 2007 |
| 59 | | | | Tri-State Form 1099 – 2008 |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 60 | | | | Tri-State Form 1099 – 2009 |
| 61 | | | | Tri-State Form 1099 – 2010 |
| 62 | | | | Tri-State Form 1099 – 2011 |
| 63 | | | | Tri-State Form 1099 – 2012 |
| 64 | | | | Tri-State Form 1099 - 2013 |
| 65 | | | | Tri-State invoices, checks, and documentation - 2014 |
| 66 | | | | Industrial Project Management invoices and payments – February 5, 2007 |
| 67 | | | | Industrial Project Management invoices and payments – February 26, 2007 |
| 68 | | | | Industrial Project Management invoices and payments – March 22, 2007 |
| 69 | | | | Industrial Project Management invoices and payments – April 10, 2007 |
| 70 | | | | Industrial Project Management invoices and payments – April 27, 2007 |
| 71 | | | | Industrial Project Management invoices and payments – May 21, 2007 |
| 72 | | | | Emerson Electric payment history |
| 73 | | | | Emerson Electric Form 1099 – 2010 |
| 74 | | | | Emerson Electric Form 1099 – 2011 |
| 75 | | | | Emerson Electric Form 1099 – 2012 |
| 76 | | | | Emerson Electric Form 1099 - 2013 |
| 77 | | | | Emerson Electric invoices submitted for payment |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 78 | | | | Letter and attachment to David Melcher from Harold Stanley dated October 29, 2012 |
| 78a | | | | $63,000 payment document |
| 78b | | | | 2005 IRS notice CP71C with handwritten note |
| 78c | | | | 2007 IRS notice CP504 with handwritten notes |
| 78d | | | | $96,000 payment document |
| 79 | | | | Notice of determination – tax years 2005-2009, February 25, 2013 |
| 80 | | | | Letter to David Melcher from Harold Stanley dated November 5, 2012 |
| 81 | | | | Request for collection due process or equivalent hearing for tax years 2005-2009, dated August 29, 2012 – mailed August 29, 2012, from Collinsville, Oklahoma, using Peculiar, Missouri, return address |
| 82 | | | | Reserved |
| 83 | | | | Notice of intent to levy – tax years 2005, 2007, 2008, and 2009, July 25, 2012 |
| 84 | | | | Notice of federal tax lien – Harold and Ellen Stanley – 2007, 2008, August 9, 2012 |
| 85 | | | | Notice of federal tax lien – Harold Stanley – tax years 2005, 2006, 2009, August 9, 2012 |
| 86 | | | | IBC Bank – signature card for account ending #9840 |
| 87 | | | | IBC statements for account ending #9840 from June 2010 through February 2014 |
| 87a | | | | September 2011 statement |
| 87b | | | | May 2012 statement |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 87c | | | | January 2013 statement |
| 88 | | | | The Hartford account #37WECBO9340 - Policy information page and schedule of operations |
| 89 | | | | Ally Bank – Sale Contract for 2007 Chevrolet Silverado purchased by Harold Stanley |
| 90 | | | | Ally Bank – Payment log for account ending #340 |
| 91 | | | | Ally Bank – Checks received for account ending #5340 |
| 92 | | | | Ally Bank – GMAC Financial Services Application for Harold Stanley |
| 93 | | | | Ally Bank – letter dated May 30, 2012 regarding paying off auto financing |
| 94 | | | | Tri-State G&T Contracts |
| 94a | | | | Tri-State Contract #122824 dated January 2, 2008 |
| 95 | | | | Payments from Freedom Electric, 2005 through 2013 |
| 96 | | | | Freedom Electric Form 1099 - Tax Year 2012 |
| 97 | | | | Freedom Electric Form 1099 - Tax Year 2013 |
| 98 | | | | Freedom Electric Invoices |
| 99 | | | | Bank of America loan history for account ending #4052 |
| 100 | | | | Bank of Oklahoma - Mortgage loan information sheet |
| 101 | | | | Bank of Oklahoma - Uniform Residential Loan Application |
| 102 | | | | Bank of Oklahoma - HUD 1 Settlement Statement |
| 103 | | | | Citi Mortgage account ending #9953-4 statements from September 2007 through February 2009 |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 104 | | | | Community Bank of Raymore account ending #2015 signature card |
| 105 | | | | Community Bank of Raymore account ending #2015 statements from May 2005 through January 2014 |
| 106 | | | | Community Bank of Raymore account ending #2015 offsets for 2005 through 2011 |
| 106a | | | | Check #1032 payable to Cass County Telephone |
| 106b | | | | Check #1057 payable to Cass County Telephone |
| 106c | | | | Check #1119 payable to Cass County Telephone |
| 106d | | | | Check#1203 payable to Fair Point Communications |
| 106e | | | | Check #1141 payable to Osage Valley Electric Coop |
| 106f | | | | Check #1193 payable to Osage Valley Electric Coop |
| 106g | | | | Check #1103 payable to Sprint |
| 106h | | | | Check #1117 payable to Sprint |
| 106i | | | | Check #1315 payable to Sprint |
| 106j | | | | Check #1149 payable to Guide One Insurance |
| 106k | | | | Check # 1290 payable to Guide One Insurance |
| 106l | | | | Check #1016 payable to Midwest General Agency |
| 106m | | | | Check #1100 payable to New York Life Insurance |
| 106n | | | | Check #1047 payable to GMAC |
| 106o | | | | Check #1308 payable to GMAC |
| 106p | | | | Check #1323 payable to GMAC |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 106q | | | | Check #1056 payable to Bank of America |
| 106r | | | | Check #1116 payable to Bank of America |
| 106s | | | | Check #1055 payable to Citi Mortgage |
| 106t | | | | Check #1147 payable to U.S. Dept. of Education |
| 106u | | | | Check #1175 payable to U.S. Dept. of Education |
| 106v | | | | Check #1265 payable to U.S. Dept. of Education |
| 106w | | | | Check #1110 payable to Pam Shipley Cass County Collector |
| 106x | | | | Check #1344 payable to Pam Shipley Cass County Collector |
| 106y | | | | Check #1237 payable to Pam Shipley Cass County Collector |
| 106z | | | | Check #1039 payable to Missouri Dept. of Revenue |
| 107 | | | | Community Bank of Raymore account ending #2015 additional offsets received |
| 108 | | | | Fidelity Investments account ending #4387 account setup |
| 109 | | | | Grants State Bank account ending #1430 signature card |
| 110 | | | | Grants State Bank account ending #1430 customer profile |
| 111 | | | | Grants State Bank account ending #1430 statements from April 2010 through October 2010 |
| 112 | | | | IBC Bank account ending #9840 credit and debit offsets |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 113 | | | | John Deere Financial accounts ending #2931 and #3255 account summary |
| 114 | | | | John Deere Financial retail installment contract |
| 115 | | | | P&K Equipment records |
| 116 | | | | P&K Equipment, John Deere revolving credit application |
| 117 | | | | Rogers County, Oklahoma tax payments on accounts ending #7570, 0199, and 3817 |
| 118 | | | | Wells Fargo Bank account ending #6661 and 5756 application and signature card |
| 119 | | | | Wells Fargo Bank account ending #6661 statements from March 2011 through August 2013 |
| 120 | | | | Wells Fargo Bank account ending #6415 and 5702 application and signature card |
| 121 | | | | Wells Fargo Bank account ending #6415 and 5702 statements from February 2007 through December 2010 |
| 122 | | | | 2005 Transcript of Account - Harold Stanley |
| 123 | | | | 2006 Transcript of Account - Harold Stanley |
| 124 | | | | 2007 Transcript of Account - Harold and Ellen Stanley |
| 125 | | | | 2008 Transcript of Account - Harold and Ellen Stanley |
| 126 | | | | 2009 Transcript of Account - Harold Stanley |
| 127 | | | | 2010 Transcript of Account - Harold Stanley |
| 128 | | | | 2011 Transcript of Account - Harold Stanley |
| 129 | | | | 2012 Transcript of Account - Harold Stanley |
| 130 | | | | 2013 Transcript of Account - Harold Stanley |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 131 | | | | Mailing with payment voucher and money order mailed to IRS Memphis, TN, received October 29, 2008 |
| 131a | | | | $104,262.16 payment document |
| 132 | | | | Notice of Deficiency dated November 4, 2008 for tax year 2006 |
| 133 | | | | Letters and Attachments to Lupe Silva from Harold Stanley dated November 23, 2009 |
| 134 | | | | Letter to Lupe Silva from Harold Stanley dated November 25, 2009 |
| 135 | | | | Notice of Determination dated January 22, 2010 for tax year 2006 |
| 136 | | | | Letter to Harold Stanley dated September 20, 2012 explaining Appeals Office |
| 137 | | | | Letter to Harold Stanley dated October 15, 2012 - Appeals Received your Request for a Collection Due Process Hearing |
| 138 | | | | Letter 3391 to Harold Stanley dated October 1, 2012 |
| 139 | | | | Notice of Deficiency - Tax Years 2010 and 2011 mailed to Missouri residence, December 7, 2012 |
| 140 | | | | Notice of Deficiency - Tax Years 2010 and 2011 mailed to Oklahoma residence, December 7, 2012 |
| 141 | | | | Decision Letter dated February 25, 2013 |
| 142 | | | | Letter from Appeals dated June 17, 2013 for tax years 2010 and 2011 |
| 143 | | | | Letter from Appeals dated January 8, 2014 for tax years 2010 and 2011 |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 144 | | | | Letter to Harold Stanley regarding Tax Court Trial dated February 11, 2014, tax years 2010 and 2011 |
| 145 | | | | Complete Account Transcript |
| 146 | | | | Sample Notice - CP11 Math Error, Balance Due of $5 or More |
| 147 | | | | Sample Notice - CP59 First Notice-Return Delinquency |
| 148 | | | | Sample Notice - CP071C Annual Balance Due Reminder |
| 149 | | | | Sample Notice - CP21E - Examination Adjustment |
| 150 | | | | Sample Notice - CP518 - Your Tax Return is Overdue |
| 151 | | | | Sample Notice - CP22E – Change to return, balance due |
| 152 | | | | Sample Notice - CP504 - Notice of intent to seize your state tax refund or other property |
| 153 | | | | Sample Notice - CP503 - Second Reminder: You have unpaid taxes |
| 154 | | | | Letter 3175C from HRS Discovery #0022 |
| 155 | | | | Frivolous Returns Program Input Form |
| 156 | | | | Letter 3175C template |
| 157 | | | | Account activity spreadsheet - Community Bank of Raymore account #2015 |
| 158 | | | | Account activity spreadsheet - Grants State Bank account #1430 |
| 159 | | | | Account activity spreadsheet - IBC Bank account #9840 |
| 160 | | | | Account activity spreadsheet - Wells Fargo Bank account ending #6415 |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 161 | | | | Account activity spreadsheet - Wells Fargo Bank account ending #6661 |
| 162 | | | | Summary of Mortgage Payments |
| 163 | | | | Summary of Bank of America loan payments |
| 164 | | | | Summary of GMAC/Ally Payments |
| 165 | | | | Summary of John Deere Payments |
| 166 | | | | Summary of Compensation |
| 166a | | | | Summary of Compensation |
| 167 | | | | Summary of Reimbursed Expenses |
| 167a | | | | Summary of Reimbursed Expenses |
| 168 | | | | Summary of business expenses for criminal tax |
| 168a | | | | Summary of business expenses for criminal tax |
| 169 | | | | Summary of payments to Ellen Lorane Stanley |
| 169a | | | | Summary of payments to Ellen Lorane Stanley |
| 170 | | | | Timeline of Events |
| 171 | | | | Reserved |
| 172 | | | | Summary of significant events and correspondence diagram |
| 173 | | | | Filing history diagram |
| 174 | | | | IRS statutes diagram |
| 175 | | | | Blank Form W-2 |
| 176 | | | | 26 U.S.C. § 63, taxable income |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 177 | | | | 26 U.S.C. § 6012, persons required to make returns of income |
| 178 | | | | Sample notice – CP516 – you must file your tax return |
| 179 | | | | Wage and income transcript – 2005 |
| 180 | | | | Wage and income transcript - 2006 |
| 181 | | | | Wage and income transcript - 2007 |
| 182 | | | | Wage and income transcript - 2008 |
| 183 | | | | Wage and income transcript - 2009 |
| 184 | | | | Postal money order |
| 185 | | | | Bank money order |
| 186 | | | | Wells Fargo account ending #6661 checks |
| 186a | | | | Check #1508 payable to Pam Shipley Cass County Collector |
| 187 | | | | Wells Fargo account ending #6415 checks |
| 187a | | | | Check #1515 payable to Comcast Cable |
| 187b | | | | Check #1507 payable to Sprint |
| 187c | | | | Check #1048 payable to Guide One Insurance |
| 187d | | | | Check #1155 payable to Midwest General Agency |
| 187e | | | | Check #1509 payable to Pam Shipley Cass County Collector |
| 188 | | | | Form 3949A, referral to IRS-CID Fresno, CA – provided to SA Littrell September 4, 2014 |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 189 | | | | Photo of Bazine (STANLEY_011810) |
| 190 | | | | Photo of Bazine (STANLEY_011795) |
| 191 | | | | Photo of Bazine (STANLEY_011800) |
| 192 | | | | Photo of Bazine (STANLEY_011803) |
| 193 | | | | Photo of Garden City East Reservoir (STANLEY_11809) |
| 194 | | | | Photo of Garden City East Reservoir (STANLEY_11799) |
| 195 | | | | Photo of Palmer (STANLEY_011796) |
| 196 | | | | Photo of Palmer (STANLEY_011804) |
| 197 | | | | Photo of Palmer (STANLEY_011805) |
| 198 | | | | McKinley paper coordination report |
| 199 | | | | Photo of Bio Pappel Paper Mill mill refiners |
| 200 | | | | Photo of Bio Pappel Paper Mill electrical equipment |
| 201 | | | | Reserved |
| 202 | | | | Summary of tax due and owing |
| 203 | | | | Summary of payments to Cass County Collector |