IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| | ) | Case No. 15-0071-01-CR-W-RK |
| vs. | ) | |
| | ) | Date: May 31, 2016 |
| HAROLD R. STANLEY, Defendant. | ) | |

MINUTES OF JURY TRIAL

HONORABLE Roseann A. Ketchmark, presiding at Kansas City, Missouri

---

Nature of Proceeding: Criminal Jury Trial – DAY 1

Time Commenced: 8:05 a.m. Time Terminated: 4:45 p.m.

Plaintiff by: Paul Becker, AUSA

Defendant by: Harold R. Stanley, *pro se*
F.A. White, Jr., stand-by counsel

| **Proceedings** | **Witness(es)** |
|---|---|
| MORNING: Counsel for the government appears and the defendant appears in person representing himself *pro se*. Pretrial conference held. The Court discusses the issue of attorney representation and the presence of non-attorney assistants at defense table. F.A. White, Jr., acts as stand-by counsel. Defendant proffers testimony of Carl Weston and Rodney Class. Government's Motions in Limine (docs. 52 and 86) are granted; the defendant's Motion to Dismiss Case is (doc. 120) is denied – 8:59 a.m. Record made re: prior plea offers – 9:12 a.m. The Court will allow Carl Weston to sit at defense table during voir dire and trial. Twelve jurors will be seated and one alternate. Break – 9:27 a.m. Panel of 55 seated – 9:45 a.m. Formal opening of Court – 9:50 a.m. Opening comments – 9:51 a.m. Panel sworn – 9:59 a.m. Voir dire begins – 10:00 a.m. Morning break – 10:55 a.m. Matters taken up outside the presence of the jury – 11:00 a.m. Voir dire resumes – 11:06 a.m. Panel released for lunch and for attorneys to make strikes – 11:46 a.m. Parties reminded to invoke the witness rule if they so desire. Deft. is reminded that if he wishes for the documents used during the morning's proffer to be made part of the record, that he must mark them as exhibits. The government invokes the witness rule – 11:52 a.m.<br><br>AFTERNOON: Matters taken up outside the presence of the jury – 12:50 a.m. Counsel for the government is present and the defendant is present. Panel returns to courtroom. Jury of 13 seated – 12:56 p.m. Remaining panel released – 1:03 p.m. Jury sworn – 1:04 p.m. Preliminary jury instructions read – 1:05 p.m. Government's opening statement – 1:22 p.m. Defendant wishes to defer his opening statement – 1:36 p.m. Government begins its case in chief and calls Roman Hernandez (Direct 1:40). Afternoon break – 3:04 p.m. Matters taken up outside the presence of the jury – 3:17 p.m. Roman Hernandez returns to witness stand (Direct, cont'd 3:25; Cross 4:00. Excused 4:06). Government calls Kenneth Ludwig (Direct 4:07. Excused 4:26). Government calls Barry Rogers (Direct 4:26. Excused 4:38).<br><br>Jury excused for evening and instructed to return by 8:45 a.m. on 6/1/16. Matters discussed outside the presence of the jury. Attorneys instructed to return by 8:55 a.m.<br><br>Court adjourns – 4:45 p.m. | Roman Hernandez (1:40 – 4:06)<br><br>Kenneth Ludwig (4:07 – 4:26)<br><br>Barry Rogers (4:26 – 4:38) |

Court Reporter: Kathy Calvert By Courtroom Deputy: Terri Moore