IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) | Case No. 15-0071-01-CR-W-RK |
| vs. | ) | Date: June 1, 2016 |
| HAROLD R. STANLEY,<br>Defendant. | ) | |

MINUTES OF JURY TRIAL

HONORABLE Roseann A. Ketchmark, presiding at Kansas City, Missouri

---

Nature of Proceeding: Criminal Jury Trial – DAY 2

Time Commenced: 9:01 a.m. Time Terminated: 4:30 p.m.

Plaintiff by: Paul Becker, AUSA

Defendant by: Harold R. Stanley, *pro se*
F.A. White, Jr., stand-by counsel

| Proceedings | Witness(es) |
|---|---|
| MORNING: Counsel for the government appears and the defendant appears in person representing himself *pro se*. Matters taken up outside the presence of the jury – 9:01 a.m. Government continues its case in chief and calls Brian Rychener (Direct 9:05. Excused 9:40). Government calls Terry Prince (Direct 9:41. Excused 9:58). Government calls Isaac Rosas (Direct 9:59. Excused 10:12). Morning break – 10:13 a.m. Matters taken up outside the presence of the jury – 10:13 a.m. Matters taken up outside the presence of the jury – 10:38 a.m. Jury seated and back in session – 10:40 a.m. Government calls Janice Willard (Direct 10:41; Cross 11:10. Excused 11:13). Government calls Shauna Henline (Direct 11:13; Cross 11:38; Redirect 11:50. Excused 11:51). Jury excused for lunch break – 11:53 a.m. Matters taken up outside the presence of the jury – 11:54 a.m.<br><br>AFTERNOON: Break – 12:16 p.m. Instruction conference – 12:43 p.m. Jury seated and back in session – 1:06 p.m. Government calls Wendell Thomas (Direct 1:06; Cross 1:26. Excused 1:38). Government calls David Melcher (Direct 1:39; Cross 2:06. Excused 2:12). Break – 2:15 p.m. Jury seated and back in session – 2:33 p.m. Government calls Richard Littrell (Direct 2:34; Cross 3:35; Redirect 3:42; Recross 3:45. Excused 3:48). The Court takes judicial notice of government's exhibit no. 5. Government rests – 3:49 p.m. Afternoon break – 3:50 p.m. The Court finds sufficient evidence to deny any motion for judgment of acquittal that the defendant may request. The Court reminds defendant that he has no burden of proof. The Court discusses with defendant his right to testify. Jury seated and back in session – 4:19 p.m. Defendant's opening statement – 4:21 p.m.<br><br>Jury excused for evening and instructed to return by 8:45 a.m. on 6/2/16. Matters discussed outside the presence of the jury. Attorneys instructed to return by 8:30 a.m.<br><br>Court adjourns – 4:30 p.m. | Brian Rychener<br>(9:05 – 9:40)<br><br>Terry Prince<br>(9:41 – 9:58)<br><br>Isaac Rosas<br>(9:59 – 10:12)<br><br>Janice Willard<br>(10:41 – 11:13)<br><br>Shauna Henline<br>(11:13 – 11:51)<br><br>Wendell Thomas<br>(1:06 – 1:38)<br><br>David Melcher<br>(1:39 – 2:12)<br><br>Richard Littrell<br>(2:34 – 3:48) |

Government rests: 6/1/16 at 3:49 p.m. Defendant rests: ____________________

Court Reporter: Kathy Calvert By Courtroom Deputy: Terri Moore