**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. |
| HAROLD R. STANLEY, | ) | 15-00271-01-CR-W-RK |
| Defendant | ) | |

---

# JUDICIAL NOTICE-FRAUD BY GOVERNMENT WITNESSES

Comes now, Defendant, to demand the judge strike the testimony of at least one and up to three government witnesses.

The IRS representative from the frivolous returns program, and up to two other witnesses, lied to the Court and to the Jury in their testimony on June 1. The frivolous returns agent asserted that the URL on the second page of Exhibit 156 identified the "accepted for value" process as frivolous.

First, that document no longer exists on the irs.gov website, as found by the Defendant this morning. The results of his search are attached.

Second, that extremely critical document has not been provided by the government to support the allegation that the "accepted for value" process

was identified on that publication as it existed in July 2009. The updated and/or replacement publications as they exist today are NOT acceptable substitutes for the document as it existed in July 2009. Defendant questioned Mr. Littrell about the document's evolution; Mr. Littrell was not aware, but to the best of Defendant's memory supported the frivolous returns agent.

The judge should strike the testimony of these one or more witnesses guilty of the perjury under oath.

Respectfully submitted,

________________________________

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing was delivered on June 2, 2016 to the clerk of the United States District Court for the Western District of Missouri.

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

# Not Found

The requested URL /pub/irs-utl/friv_tax.pdf was not found on this server.

Additionally, a 500 Internal Server Error error was encountered while trying to use an ErrorDocument to handle the request.