IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) | Case No. 15-0071-01-CR-W-RK |
| vs. | ) | Date: June 2, 2016 |
| HAROLD R. STANLEY,<br>Defendant. | ) | |

MINUTES OF JURY TRIAL

HONORABLE Roseann A. Ketchmark, presiding at Kansas City, Missouri

---

Nature of Proceeding: Criminal Jury Trial – DAY 3

| | | | |
|---|---|---|---|
| Time Commenced: | 8:47 a.m. | Time Terminated: | 12:38 p.m. |
| Plaintiff by: | Paul Becker, AUSA | Defendant by: | Harold R. Stanley, *pro se*<br>F.A. White, Jr., stand-by counsel |

| **Proceedings** | **Witness(es)** |
|---|---|
| MORNING: Counsel for the government appears and the defendant appears in person representing himself *pro se*. Matters taken up outside the presence of the jury – 8:47 a.m. Jury seated and in session – 9:35 a.m. Instruction read re: defendants acting as their own attorney – 9:36 a.m. Defendant begins his case in chief and testifies on his own behalf (Direct 9:37; Cross 9:52; Redirect 10:16. Excused 10:19.) Break for jurors to allow final instruction conference and other matters taken up – 10:20 a.m. Jury seated and back in session – 11:13 a.m. Final instructions read – 11:13 a.m. Government's closing argument – 11:34 a.m. Defendant's closing argument – 11:49 a.m. Government's rebuttal – 11:53 a.m. Jury retires to jury room to begin deliberations – 11:55 a.m.<br><br>AFTERNOON: Jurors notify clerk that they have reached a verdict – 12:16 p.m. Matters taken up outside the presence of the jury – 12:27 p.m. Jury seated and delivers verdicts: Guilty as to Count 1; Guilty as to Count 2 – 12:30 p.m. Jury polled – 12:31 p.m. The Court accepts the verdicts – 12:33 p.m. Jury released from service -12:34 p.m. PSI ordered. Defendant continued on bond with same conditions.<br><br>Court adjourns – 12:38 p.m. | Harold R. Stanley<br>(9:37 – 10:19) |

Court Reporter: Kathy Calvert

By Courtroom Deputy: Terri Moore