**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD R. STANLEY,<br><br>Defendant. | Case No. 15-00271-01-CR-W-RK |

**JURY INSTRUCTIONS GIVEN ORALLY**

**INSTRUCTION NO. A**

We are about to take a recess and I remind you of the instruction I gave you earlier. During this recess or any other recess, you must not discuss this case with anyone, including the other jurors, members of your family, people involved in the trial, or anyone else. If anyone tries to talk to you about the case, please let me know about it immediately. Do not read, watch or listen to any news reports of the trial. Finally, keep an open mind until all the evidence has been received and you have heard the views of your fellow jurors.

I may not repeat these things to you before every recess, but keep them in mind throughout the trial.

Plaintiff's Instruction No. 11
SOURCE: Eighth Circuit Model Criminal Jury Instructions (2014)
No. 2.01

## INSTRUCTION NO. B

As I mentioned at the beginning of the trial before the government's opening statement. An opening statement is not evidence but is simply a summary of what the attorney expects the evidence to be.

Court's Instruction No. 1
SOURCE: Eighth Circuit Model Criminal Jury Instructions (2015)
No. 1.09

**INSTRUCTION NO. C**

I have mentioned the word "Evidence." The "evidence" in this case consists of the testimony of witnesses, the documents and other things received as exhibits that the Court admits into evidence. Because the defendant has decided to act as his own lawyer, he speaks at various times during the trial as a lawyer. At this time, the defendant will testify. The defendant's testimony is evidence in contrast to his words and actions as a lawyer. You should judge the testimony of the defendant in the same manner as you judge the testimony of any other witness.

Court's Instruction No. 2
SOURCE: Eighth Circuit Model Criminal Jury Instructions (2015)
Nos. 2.23, 3.04

**INSTRUCTION NO. D**

The government attorney and the defendant will make their closing arguments to summarize and interpret the evidence for you. As with opening statements, closing arguments are not evidence.

Court's Instruction No. 3
SOURCE: Eighth Circuit Model Criminal Jury Instructions (2015)
No. 1.09