**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD R. STANLEY,<br><br>Defendant. | Case No. 15-00271-01-CR-W-RK |

**JURY INSTRUCTIONS REJECTED**

**INSTRUCTION NO. (a)**

The Government and the defendant have stipulated - that is, they have agreed - that if certain persons were called as witnesses, they would testify in the way counsel has just stated. You should accept that as being the witnesses' testimony, just as if it had been given here in court from the witness stand.

Plaintiff's Instruction No. 12
SOURCE: Eighth Circuit Model Criminal Jury Instructions (2015)
No. 2.02

**INSTRUCTION NO. (b)**

Even though no evidence has been introduced about it, I have decided to accept that the statutes and regulations, the government Exhibits ___ are the laws and regulations of the United States. I believe this fact can be so accurately and easily determined from the United States Code and the Internal Revenue Code that it cannot reasonably be disputed. You may therefore treat this fact as proved, even though no evidence was brought out on the point. As with any fact, however, the final decision whether or not to accept it is for you to make and you are not required to agree with me.

Plaintiff's Instruction No. 13
SOURCE: Eighth Circuit Model Criminal Jury Instructions (2014)
No. 2.04

Instruction No. (c)

GOOD FAITH

"Good faith" is a complete defense to the crime of attempting to evade and defeat any tax, if the defendant did not act willfully, which is an element of the charge. The essence of the good-faith defense is that one who acts with honest intentions cannot be convicted of a crime requiring proof that the defendant acted willfully, that is, voluntarily and intentionally violating a known legal duty.

The phrase "good faith" includes, among other things, an opinion or belief honestly held, even if the opinion is in error or the belief is mistaken, and the intent to perform all lawful obligations.

The prosecutor has the burden of proving beyond a reasonable doubt that the defendant acted willfully. Evidence that the defendant acted in "good faith" may be considered by you, together with all the other evidence, in determining whether or not he acted willfully.

Defendant's Instruction No. 2

Source: Eighth Circuit Model Jury Instructions, 2014 Edition, Instruction No. 9.08B