**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

HAROLD STANLEY,

Defendant.

Case No. 15-00271-01-CR-W-HFS

(Govt's 3rd Amended List)

**EXHIBITS**

✓ = Offered & admitted without objection.
X. = Offered & admitted over objection.
Ex. = Offered, but objected to and excluded.
N.O. = Marked but not offered.
D.B. = Admitted, de bene.
W.D. = Offered then withdrawn.
Ltd. = Admitted for limited purpose.

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | | | | 16th Amendment |
| 2 | | | | 26 U.S.C. § 1, tax imposed |
| 3 | | | | 26 U.S.C. § 61, gross income |
| 4 | | | | 26 U.S.C. § 6311, payment of tax |
| 5 | ✓ | 6/1 | 3:43 p | Treasury Regulation 26 CFR § 301.6311-1 |

I certify that I have this date 6/2/16 received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

Paul Becker
PRINTED NAME

Paul B Becker
SIGNATURE

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 6 | √ | 5/31 | 1:54p | Certification of lack of record for 2005 and 2006 Forms 1040 - Harold Stanley |
| 7 | | | | Reserved |
| 8 | √ | 5/31 | 1:54p | 2007 IRS Form 1040 Tax Return – Harold and Ellen Stanley |
| 9 | | | | 2008 IRS Form 1040 Tax Return – Harold and Ellen Stanley |
| 10 | | | | 2009 IRS Form 1040 Tax Return – Harold Stanley |
| 11 | | | | Mailing to IRS from Harold Stanley – mailed on March 6, 2009, USPS RB 504 232 410 US |
| 11a | | | | $56,373.41 payment document |
| 12 | √ | 5/31 | 1:54p | Mailing to IRS from Harold Stanley – mailed on December 8, 2008 |
| 13 | | | | Reserved |
| 14 | √ | 5/31 | 1:54p | IRS account transcripts 1990 through 2004 |
| 14a | | | | 1990 account transcript |
| 14b | | | | 1991 account transcript |
| 14c | | | | 1992 account transcript |
| 14d | | | | 1993 account transcript |
| 14e | | | | 1994 account transcript |
| 14f | | | | 1995 account transcript |
| 14g | √ | 5/31 | 1:54p | 1996 account transcript |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 14h | ✓ | 5/31 | 1:54p | 1997 account transcript |
| 14i | | | | 1998 account transcript |
| 14j | | | | 1999 account transcript |
| 14k | | | | 2000 account transcript |
| 14l | | | | 2001 account transcript |
| 14m | | | | 2002 account transcript |
| 14n | | | | 2003 account transcript |
| 14o | ✓ | 5/31 | 1:54p | 2004 account transcript |
| 15 | ✓ | " | " | Mailing to IRS Cincinnati ACS on August 2, 2009, USPS RA 218 351 025 US |
| 15a | ✓ | " | " | $113,665.58 payment document |
| 16 | ✓ | " | " | Mailing to IRS Memphis on September 25, 2008, USPS RB 504 232 454 US |
| 16a | ✓ | " | " | Accepted for value document |
| 17 | | | | Reserved |
| 18 | ✓ | 6/1 | 10:58a | IRS revenue agent report – tax years 2005 through 2009 |
| 19 | | | | Reserved |
| 20 | ✓ | 6/1 | 11:05a | IRS summary of changes |
| 21 | | | | Summary of compensation and expenses |
| 21a | ✓ | 6/1 | 11:02a | Summary of compensation and expenses |
| 22 | ✓ | 5/31 | 1:38p | Bio Pappel check and invoice – 11/21/2008 payment |
| 23 | ✓ | " | " | Bio Pappel check and invoice – 07/15/2009 payment |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 24 | | | | Bio Pappel check and invoice – 10/04/2012 payment |
| 25 | | | | Bio Pappel check and invoice – 12/20/2012 payment |
| 26 | ✓ | 5/31 | 1:38p | Bio Pappel Form 1099 – tax year 2008 |
| 27 | ✓ | " | " | Bio Pappel Form 1099 – tax year 2009 |
| 28 | | | | Bio Pappel Form 1099 – tax year 2012 |
| 29 | | | | Reserved |
| 30 | ✗ | 5/31 | 1:38p | Mid America Consultants payments from 2005 – 2013 |
| 31 | ✓ | " | " | Mid America Consultants invoices for payments made to Harold Stanley |
| 32 | ✓ | | | Mid America Consultants Form 1099 – tax year 2005 |
| 33 | ✓ | | | Mid America Consultants Form 1099 – tax year 2006 |
| 34 | ✓ | | | Mid America Consultants Form 1099 – tax year 2007 |
| 35 | ✓ | | | Mid America Consultants Form 1099 – tax year 2008 |
| 36 | ✗ | | | Mid America Consultants Form 1099 – tax year 2010 |
| 37 | ✗ | | | Mid America Consultants Form 1099 – tax year 2011 |
| 38 | ✓ | | | Tri-State G&T invoices, checks, and documentation – 2005 |
| 39 | ✓ | | | Tri-State G&T invoices, checks, and documentation – 2006 |
| 40 | ✓ | | | Tri-State G&T invoices, checks, and documentation - 2007 |
| 41 | ✓ | " | " | Tri-State G&T invoices, checks, and documentation - 2008 |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 42 | ✓ | 5/31 | 1:38 p | Tri-State G&T invoices, checks, and documentation - 2009 |
| 43 | | | | Tri-State G&T invoices, checks, and documentation - 2010 |
| 44 | | | | Tri-State G&T invoices, checks, and documentation – 2011 |
| 45 | | | | Tri-State G&T invoices, checks, and documentation - 2012 |
| 46 | | | | Tri-State G&T invoices, checks, and documentation - 2013 |
| 47 | ✓ | 5/31 | 1:38p | Tri-State payment log – 2005 |
| 48 | ✓ | " | " | Tri-State payment log – 2006 |
| 49 | ✓ | | | Tri-State payment log – 2007 |
| 50 | ✓ | | | Tri-State payment log – 2008 |
| 51 | ✓ | | | Tri-State payment log - 2009 |
| 52 | ✗ | | | Tri-State payment log – 2010 |
| 53 | ✗ | | | Tri-State payment log – 2011 |
| 54 | ✗ | | | Tri-State payment log – 2012 |
| 55 | ✗ | | | Tri-State payment log – 2013 |
| 56 | ✓ | | | Tri-State Form 1099 – 2005 |
| 57 | ✓ | | | Tri-State Form 1099 - 2006 |
| 58 | ✓ | | | Tri-State Form 1099 – 2007 |
| 59 | ✓ | " | " | Tri-State Form 1099 – 2008 |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 60 | ✓ | 5/31 | 1:38p | Tri-State Form 1099 – 2009 |
| 61 | ✓ | " | " | Tri-State Form 1099 – 2010 |
| 62 | ✓ | | | Tri-State Form 1099 – 2011 |
| 63 | ✓ | | | Tri-State Form 1099 – 2012 |
| 64 | ✓ | " | " | Tri-State Form 1099 - 2013 |
| 65 | | | | Tri-State invoices, checks, and documentation - 2014 |
| 66 | ✓ | 5/31 | 1:38p | Industrial Project Management invoices and payments – February 5, 2007 |
| 67 | ✓ | " | " | Industrial Project Management invoices and payments – February 26, 2007 |
| 68 | ✓ | | | Industrial Project Management invoices and payments – March 22, 2007 |
| 69 | ✓ | | | Industrial Project Management invoices and payments – April 10, 2007 |
| 70 | ✓ | | | Industrial Project Management invoices and payments – April 27, 2007 |
| 71 | ✓ | " | " | Industrial Project Management invoices and payments – May 21, 2007 |
| 72 | | | | Emerson Electric payment history |
| 73 | ✓ | 5/31 | 1:38p | Emerson Electric Form 1099 – 2010 |
| 74 | ✓ | " | " | Emerson Electric Form 1099 – 2011 |
| 75 | ✓ | " | " | Emerson Electric Form 1099 – 2012 |
| 76 | ✓ | " | " | Emerson Electric Form 1099 - 2013 |
| 77 | | | | Emerson Electric invoices submitted for payment |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 78 | X | 5/31 | 1:54 p | Letter and attachment to David Melcher from Harold Stanley dated October 29, 2012 |
| 78a | ✓ | | | $63,000 payment document |
| 78b | ✓ | | | 2005 IRS notice CP71C with handwritten note |
| 78c | ✓ | | | 2007 IRS notice CP504 with handwritten notes |
| 78d | ✓ | 5/31 | | $96,000 payment document |
| 79 | ✓ | " | 1:54 p | Notice of determination – tax years 2005-2009, February 25, 2013 |
| 80 | | | | Letter to David Melcher from Harold Stanley dated November 5, 2012 |
| 81 | ✓ | 5/31 | 1:54 p | Request for collection due process or equivalent hearing for tax years 2005-2009, dated August 29, 2012 – mailed August 29, 2012, from Collinsville, Oklahoma, using Peculiar, Missouri, return address |
| 82 | | | | Reserved |
| 83 | X | 5/31 | 1:54 p | Notice of intent to levy – tax years 2005, 2007, 2008, and 2009, July 25, 2012 |
| 84 | X | " | " | Notice of federal tax lien – Harold and Ellen Stanley – 2007, 2008, August 9, 2012 |
| 85 | X | " | " | Notice of federal tax lien – Harold Stanley – tax years 2005, 2006, 2009, August 9, 2012 |
| 86 | ✓ | 5/31 | 1:38 p | IBC Bank – signature card for account ending #9840 |
| 87 | X | " | " | IBC statements for account ending #9840 from June 2010 through February 2014 |
| 87a | X | " | " | September 2011 statement |
| 87b | X | " | " | May 2012 statement |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 87c | X | 5/31 | 1:38p | January 2013 statement |
| 88 | ✓ | | | The Hartford account #37WECBO9340 - Policy information page and schedule of operations |
| 89 | ✓ | | | Ally Bank – Sale Contract for 2007 Chevrolet Silverado purchased by Harold Stanley |
| 90 | ✓ | | | Ally Bank – Payment log for account ending #340 |
| 91 | ✓ | | | Ally Bank – Checks received for account ending #5340 |
| 92 | ✓ | | | Ally Bank – GMAC Financial Services Application for Harold Stanley |
| 93 | ✓X | | | Ally Bank – letter dated May 30, 2012 regarding paying off auto financing |
| 94 | ✓ | | | Tri-State G&T Contracts |
| 94a | ✓ | | | Tri-State Contract #122824 dated January 2, 2008 |
| 95 | ✓X | | | Payments from Freedom Electric, 2005 through 2013 |
| 96 | ✓X | | | Freedom Electric Form 1099 - Tax Year 2012 |
| 97 | ✓X | | | Freedom Electric Form 1099 - Tax Year 2013 |
| 98 | ✓ | | | Freedom Electric Invoices |
| 99 | ✓ | | | Bank of America loan history for account ending #4052 |
| 100 | ✓ | | | Bank of Oklahoma - Mortgage loan information sheet |
| 101 | ✓ | | | Bank of Oklahoma - Uniform Residential Loan Application |
| 102 | ✓ | | | Bank of Oklahoma - HUD 1 Settlement Statement |
| 103 | ✓ | 5/31 | 1:38p | Citi Mortgage account ending #9953-4 statements from September 2007 through February 2009 |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 104 | ✓ | 5/31 | 1:38p | Community Bank of Raymore account ending #2015 signature card |
| 105 | ✓ | | | Community Bank of Raymore account ending #2015 statements from May 2005 through January 2014 |
| 106 | ✓ | | | Community Bank of Raymore account ending #2015 offsets for 2005 through 2011 |
| 106a | ✓ | | | Check #1032 payable to Cass County Telephone |
| 106b | ✓ | | | Check #1057 payable to Cass County Telephone |
| 106c | ✓ | | | Check #1119 payable to Cass County Telephone |
| 106d | ✓ | | | Check#1203 payable to Fair Point Communications |
| 106e | ✓ | | | Check #1141 payable to Osage Valley Electric Coop |
| 106f | | | | Check #1193 payable to Osage Valley Electric Coop |
| 106g | | | | Check #1103 payable to Sprint |
| 106h | | | | Check #1117 payable to Sprint |
| 106i | | | | Check #1315 payable to Sprint |
| 106j | | | | Check #1149 payable to Guide One Insurance |
| 106k | | | | Check # 1290 payable to Guide One Insurance |
| 106l | | | | Check #1016 payable to Midwest General Agency |
| 106m | | | | Check #1100 payable to New York Life Insurance |
| 106n | | | | Check #1047 payable to GMAC |
| 106o | | | | Check #1308 payable to GMAC |
| 106p | ✓ | 5/31 | 1:38p | Check #1323 payable to GMAC |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 106q | ✓ | 5/31 | 1:38p | Check #1056 payable to Bank of America |
| 106r | | | | Check #1116 payable to Bank of America |
| 106s | | | | Check #1055 payable to Citi Mortgage |
| 106t | | | | Check #1147 payable to U.S. Dept. of Education |
| 106u | | | | Check #1175 payable to U.S. Dept. of Education |
| 106v | | | | Check #1265 payable to U.S. Dept. of Education |
| 106w | | | | Check #1110 payable to Pam Shipley Cass County Collector |
| 106x | | | | Check #1344 payable to Pam Shipley Cass County Collector |
| 106y | | | | Check #1237 payable to Pam Shipley Cass County Collector |
| 106z | | | | Check #1039 payable to Missouri Dept. of Revenue |
| 107 | | | | Community Bank of Raymore account ending #2015 additional offsets received |
| 108 | ✓ | 5/31 | 1:38p | Fidelity Investments account ending #4387 account setup |
| 109 | | | | Grants State Bank account ending #1430 signature card |
| 110 | | | | Grants State Bank account ending #1430 customer profile |
| 111 | | | | Grants State Bank account ending #1430 statements from April 2010 through October 2010 |
| 112 | | | | IBC Bank account ending #9840 credit and debit offsets |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 113 | ✓ | 5/31 | 1:38p | John Deere Financial accounts ending #2931 and #3255 account summary |
| 114 | | | | John Deere Financial retail installment contract |
| 115 | | | | P&K Equipment records |
| 116 | | | | P&K Equipment, John Deere revolving credit application |
| 117 | | | | Rogers County, Oklahoma tax payments on accounts ending #7570, 0199, and 3817 |
| 118 | ✓ | 5/31 | 1:38p | Wells Fargo Bank account ending #6661 and 5756 application and signature card |
| 119 | | | | Wells Fargo Bank account ending #6661 statements from March 2011 through August 2013 |
| 120 | ✓ | 5/31 | 1:38p | Wells Fargo Bank account ending #6415 and 5702 application and signature card |
| 121 | ✓ | 5/31 | 1:38p | Wells Fargo Bank account ending #6415 and 5702 statements from February 2007 through December 2010 |
| 122 | ✓ | 5/31 | 1:54p | 2005 Transcript of Account - Harold Stanley |
| 123 | ✓ | | | 2006 Transcript of Account - Harold Stanley |
| 124 | ✓ | | | 2007 Transcript of Account - Harold and Ellen Stanley |
| 125 | ✓ | | | 2008 Transcript of Account - Harold and Ellen Stanley |
| 126 | ✓ | 5/31 | 1:54p | 2009 Transcript of Account - Harold Stanley |
| 127 | | | | 2010 Transcript of Account - Harold Stanley |
| 128 | | | | 2011 Transcript of Account - Harold Stanley |
| 129 | | | | 2012 Transcript of Account - Harold Stanley |
| 130 | | | | 2013 Transcript of Account - Harold Stanley |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 131 | ✓ | 5/31 | 1:54p | Mailing with payment voucher and money order mailed to IRS Memphis, TN, received October 29, 2008 |
| 131a | ✓ | | | $104,262.16 payment document |
| 132 | ✓ | | | Notice of Deficiency dated November 4, 2008 for tax year 2006 |
| 133 | ✓ | | | Letters and Attachments to Lupe Silva from Harold Stanley dated November 23, 2009 |
| 134 | ✓ | | | Letter to Lupe Silva from Harold Stanley dated November 25, 2009 |
| 135 | X | | | Notice of Determination dated January 22, 2010 for tax year 2006 |
| 136 | X | | | Letter to Harold Stanley dated September 20, 2012 explaining Appeals Office |
| 137 | X | 5/31 | 1:54p | Letter to Harold Stanley dated October 15, 2012 - Appeals Received your Request for a Collection Due Process Hearing |
| 138 | | | | Letter 3391 to Harold Stanley dated October 1, 2012 |
| 139 | | | | Notice of Deficiency - Tax Years 2010 and 2011 mailed to Missouri residence, December 7, 2012 |
| 140 | | | | Notice of Deficiency - Tax Years 2010 and 2011 mailed to Oklahoma residence, December 7, 2012 |
| 141 | X | 5/31 | 1:54p | Decision Letter dated February 25, 2013 |
| 142 | | | | Letter from Appeals dated June 17, 2013 for tax years 2010 and 2011 |
| 143 | | | | Letter from Appeals dated January 8, 2014 for tax years 2010 and 2011 |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 144 | | | | Letter to Harold Stanley regarding Tax Court Trial dated February 11, 2014, tax years 2010 and 2011 |
| 145 | √ | 5/31 | 1:54p | Complete Account Transcript |
| 146 | | | | Sample Notice - CP11 Math Error, Balance Due of $5 or More |
| 147 | | | | Sample Notice - CP59 First Notice-Return Delinquency |
| 148 | | | | Sample Notice - CP071C Annual Balance Due Reminder |
| 149 | | | | Sample Notice - CP21E - Examination Adjustment |
| 150 | | | | Sample Notice - CP518 - Your Tax Return is Overdue |
| 151 | | | | Sample Notice - CP22E – Change to return, balance due |
| 152 | | | | Sample Notice - CP504 - Notice of intent to seize your state tax refund or other property |
| 153 | | | | Sample Notice - CP503 - Second Reminder: You have unpaid taxes |
| 154 | √ | 6/1 | 11:24a | Letter 3175C from HRS Discovery #0022 |
| 155 | √ | 6/1 | 11:17a | Frivolous Returns Program Input Form |
| 156 | √ | 6/1 | 11:29a | Letter 3175C template |
| 157 | | | | Account activity spreadsheet - Community Bank of Raymore account #2015 |
| 158 | | | | Account activity spreadsheet - Grants State Bank account #1430 |
| 159 | | | | Account activity spreadsheet - IBC Bank account #9840 |
| 160 | | | | Account activity spreadsheet - Wells Fargo Bank account ending #6415 |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 161 | | | | Account activity spreadsheet - Wells Fargo Bank account ending #6661 |
| 162 | ✓ | 6/1 | 3:02p | Summary of Mortgage Payments |
| 163 | | | | Summary of Bank of America loan payments |
| 164 | ✓ | 6/1 | 2:59p | Summary of GMAC/Ally Payments |
| 165 | ✓ | 6/1 | 3:15p | Summary of John Deere Payments |
| 166 | | | | Summary of Compensation |
| 166a | ✓ | 6/1 | 10:46a | Summary of Compensation |
| 167 | | | | Summary of Reimbursed Expenses |
| 167a | ✓ | 6/1 | 10:50a | Summary of Reimbursed Expenses |
| 168 | | | | Summary of business expenses for criminal tax |
| 168a | ✓ | 6/1 | 10:51a | Summary of business expenses for criminal tax |
| 169 | | | | Summary of payments to Ellen Lorane Stanley |
| 169a | ✓ | 6/1 | 10:55a | Summary of payments to Ellen Lorane Stanley |
| 170 | ✓ | 6/1 | 3:27p | Timeline of Events |
| 171 | | | | Reserved |
| 172 | ✓ | 6/1 | 3:32p | Summary of significant events and correspondence diagram |
| 173 | ✓ | 6/1 | 3:19p | Filing history diagram |
| 174 | | | | IRS statutes diagram |
| 175 | ✓ | 5/31 | 1:47p | Blank Form W-2 |
| 176 | | | | 26 U.S.C. § 63, taxable income |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 177 | | | | 26 U.S.C. § 6012, persons required to make returns of income |
| 178 | | | | Sample notice – CP516 – you must file your tax return |
| 179 | ✓ | 5/31 | 1:54p | Wage and income transcript – 2005 |
| 180 | ✓ | 5/31 | " | Wage and income transcript - 2006 |
| 181 | | | | Wage and income transcript - 2007 |
| 182 | | | | Wage and income transcript - 2008 |
| 183 | | | | Wage and income transcript - 2009 |
| 184 | ✓ | 6/1 | 1:12p | Postal money order |
| 185 | ✓ | 6/1 | 1:13p | Bank money order |
| 186 | ✓ | 5/31 | 1:38p | Wells Fargo account ending #6661 checks |
| 186a | ✓ | 5/31 | 1:38p | Check #1508 payable to Pam Shipley Cass County Collector |
| 187 | ✓ | 5/31 | 1:38p | Wells Fargo account ending #6415 checks |
| 187a | | | | Check #1515 payable to Comcast Cable |
| 187b | | | | Check #1507 payable to Sprint |
| 187c | | | | Check #1048 payable to Guide One Insurance |
| 187d | | | | Check #1155 payable to Midwest General Agency |
| 187e | ✓ | ✓ | ✓ | Check #1509 payable to Pam Shipley Cass County Collector |
| 188 | ✓ | 6/1 | 2:42p | Form 3949A, referral to IRS-CID Fresno, CA – provided to SA Littrell September 4, 2014 |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 189 | ✓ | 6/1 | 9:45a | Photo of Bazine (STANLEY_011810) |
| 190 | ✓ | | | Photo of Bazine (STANLEY_011795) |
| 191 | ✓ | | | Photo of Bazine (STANLEY_011800) |
| 192 | ✓ | 6/1 | 9:45a | Photo of Bazine (STANLEY_011803) |
| 193 | ✓ | 〃 | 9:54a | Photo of Garden City East Reservoir (STANLEY_11809) |
| 194 | W.D. | 〃 | 〃 | Photo of Garden City East Reservoir (STANLEY_11799) |
| 195 | | | | Photo of Palmer (STANLEY_011796) |
| 196 | | | | Photo of Palmer (STANLEY_011804) |
| 197 | | | | Photo of Palmer (STANLEY_011805) |
| 198 | ✓ | 6/1 | 10:11a | McKinley paper coordination report |
| 199 | ✓ | 6/1 | 10:06a | Photo of Bio Pappel Paper Mill mill refiners |
| 200 | ✓ | 6/1 | 10:06a | Photo of Bio Pappel Paper Mill electrical equipment |
| 201 | ✓ | 6/1 | 11:10a | Reserved |
| 202 | ✓ | 6/1 | 11:10a | Summary of tax due and owing |
| 203 | ✓ | 6/1 | 3:23p | Summary of payments to Cass County Collector |