UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA, )

Plaintiff, )

vs. ) Criminal Action No.

HAROLD R. STANLEY, ) 15-00271-01-CR-W-HFS

Defendant )

(2nd Amended List)

# DEFENDANT'S EXHIBITS

✔ = Offered & admitted without objection.
W.D. = Offered then withdrawn.
X. = Offered & admitted over objection.
N.O. = Marked but not offered.
D.B. = Admitted, de bene.
Ltd. = Admitted for limited purpose.
Ex. = Offered, but objected to and excluded.

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| D-1 | ✓ | 6/2 | 9:38a | Form 3949A Information Referral delivered August 6, 2009 to IRS CID in Fresno, CA, with USPS Track and Confirm |
| D-2 | ✓ | 6/2 | 9:41a | Reply to Letter 1058, Year 2006, dated August 2, 2009 |
| D-3 | | | | U.S. Tax Court Case No. 5096-10L, Petitioner's Answer to Respondent's Motion for Summary Judgment, January 24, 2011 |
| D-4 | | | | U.S. Tax Court Case No. 5096-10L, Petitioner's Answer to Respondent's Motion for Sanctions, February 18, 2011 |
| D-5 | | | | U.S. Tax Court Case No. 5096-10L, Affidavit of Truth, May 2, 2011 |
| D-6 | ✓ | 6/2 | 9:46a | Letter 3175C dated July 15, 2009, unknown tax year, to unknown correspondence |
| D-7 | | | | Eighth Circuit Court of Appeals Case No. 12-1914, Appellant's Initial Brief, May 29, 2012 |

| | | | | |
|---|---|---|---|---|
| D-8 | | | | Eighth Circuit Court of Appeals Case No. 12-1914, Appellant's Reply Brief, July 19, 2012 |
| D-9 | ✓ | 6/2 | 9:48 a | Letter to Collections Due Process Hearing Officer David C. Melcher, November 5, 2012, with USPS Track and Confirm |
| D-10 | | | | Eighth Circuit Court of Appeals Case No. 12-1914, Appellant's Petition for Rehearing and Rehearing En Banc, November 26, 2012 |
| D-11 | | | | Petition for a Writ of Certiorari from the Supreme Court of the United States, March 20, 2013 |
| D-12 | | | | U.S. Tax Court Case No. 7238-13, Petitioner's Reply to Respondent's Answer, September 11, 2013 |
| D-13 | | | | Letter to Assistant United States Attorney Paul S. Becker, September 12, 2014 |
| D-14 | | | | U.S. Tax Court Case No. 7238-13L, Affidavit of Revocation and Rescission, September 11, 2014 |
| D-15 | | | | U.S. District Court, Northern District of Oklahoma, Case No. 15-533, Complaint Pages 1-57, September 18, 2015 |
| D-16 | | | | U.S. District Court, Northern District of Oklahoma, Case No. 15-533, 31 Questions and Answers about the Internal Revenue Service, and Complaint Conclusion, Pages 58-84, September 18, 2015 |
| D-17 | | | | U.S. District Court, Northern District of Oklahoma, Case No. 15-533, Complaint Appendix A, Affidavit of Revocation and Rescission, September 18, 2015 |
| D-18 | | | | U.S. District Court, Western District of Louisiana, Case No. 06-50164-01, The Memorandum of Tommy K. Cryer |
| D-19 | | | | HAROLD R. STANLEY Social Security Statement May 29, 2015 |
| D-20 | | | | Excerpts from Vol. 96 Statutes at Large, 1982 |
| D-21 | | | | Excerpts from Vol. 43 Statutes at Large, 1925-1926 |
| D-22 | | | | Excerpts from Vols. 47, 48, 81, and 94 Statutes at Large, 1931-1934, 1967, and 1980 |
| D-23 | | | | IRS Handbook for Special Agents, 4-15-82 |
| D-24 | Ex | 6/1 | 9:01 a | Proffered exhibit only - IRS Hrgs 1953 |
| D-25 | Ex | 6/1 | 9:01 a | " Rodney Class Creds |

| | | | | |
|---|---|---|---|---|
| D-26<br>D-27 | | 6/2<br>6/2 | | |
| D-28<br>D-29 | | 6/2<br>6/2 | | |

I certify that I have this date 6/2/16 received from the Clerk, United States District Court, Western District of Missouri, the numbered exhibits listed above, for which I hold myself responsible:

Harold R. Stanley
PRINTED NAME

[signature]
SIGNATURE