**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD R. STANLEY,<br><br>Defendant. | Case No. 15-00271-01-CR-W-RK |

## VERDICT FORM

**COUNT ONE:**

We, the jury, find defendant **HAROLD R. STANLEY** GUILTY of
[guilty/not guilty]

tax evasion as charged in Count One of the Indictment under Instruction No. 16.

6-2-16
Date

Nancy A. Horton
Foreperson

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD R. STANLEY,<br><br>Defendant. | Case No. 15-00271-01-CR-W-RK |

**VERDICT FORM**

**COUNT TWO:**

We, the jury, find defendant **HAROLD R. STANLEY** GUILTY [guilty/not guilty] of corruptly endeavoring to obstruct or impede the due administration of the Internal Revenue laws as charged in Count Two of the Indictment under Instruction No. 19.

6-2-16
Date

Nancy G. Utoita
Foreperson