Charles Evans Whittaker United States Courthouse
400 East Ninth Street, Room 1510
Kansas City, MO 64106
ADMINISTRATIVE TAX HEARING

RECEIVED
16 JUN -2 PM 12: 34
CLERK U.S. DIST. COURT
WEST. DIST. OF MO
KANSAS CITY, MO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. |
| HAROLD R. STANLEY, | ) | 15-00271-01-CR-W-RK |
| Defendant | ) | |

---

# NOTICE OF APPEAL
# AND
# STAY OF JUDGMENT

Now Comes, Harold Stanley with this NOTICE OF APPEAL AND STAY OF JUDGMENT on Case # 15-00271-01-RK to be recovered in the Court of Appeals for the Eighth Circuit on this day of ___and month of June in the year of our Lord 2016 AD

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on June __, 2016 to the clerk of the United States District Court for the Western District of Missouri.

Ellen Stanley FOR

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com