# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. |
| HAROLD R. STANLEY, | ) | 15-00271-01-CR-W-RK |
| Defendant | ) | |

---

## NOTICE OF TRANSCRIPT ORDER FOR MAY 17, MAY 19, AND PARTIAL TRIAL

Comes now, Defendant, under Fed. R. App. P. Rule 10(b)(1)(A)(i) and (iii) to file, with the district clerk, a copy of the written orders for transcripts of the May 17 and 19, 2016 pre-trial hearings, the May 31 pre-trial hearing, and a partial transcript of the trial proceedings.

Respectfully submitted,

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing was delivered on June 16, 2016 to the CM/ECF system of the United States District Court for the Western District of Missouri.

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

*HRS* Harold R. Stanley

P.O. Box 1236• Oologah, Oklahoma [74053-1236]• Cell: 816-210-5905•E-Mail: hstanley@totelcsi.com

Date: June 16, 2016

Lissa Whittaker
Rapid Transcript
1001 W. 65th Street
Kansas City, MO 64113

Re: Western District of Missouri
USA v. HRS
Case No. 15-00271-01-CR-W-RK
Transcript Order for May 17, 2016

Dear Ms. Whittaker:

Confirming our e-mail correspondence on May 19-20 and June 15, 2016, Defendant Harold R. Stanley hereby orders a transcript of the May 17, 2016 pre-trial meeting under Fed. R. App. P. Rule 10(b)(1)(A)(i).

A check for $19.80 is enclosed. Please e-mail the transcript to hstanley@totelcsi.com.

Regards,

Harold Stanley

**HRS** Harold R. Stanley

P.O. Box 1236• Oologah, Oklahoma [74053-1236]• Cell: 816-210-5905•E-Mail: hstanley@totelcsi.com

Date: June 16, 2016

Kathy Calvert
United States District Court Reporter
400 E. 9th Street, Room 8452
Kansas City, MO 64106

Re: Western District of Missouri
USA v. HRS
Case No. 15-00271-01-CR-W-RK
Transcript Order for May 19, 2016

Dear Ms. Calvert:

Confirming our e-mail correspondence on May 20 and June 16, 2016, Defendant-Appellant Harold R. Stanley hereby orders a 7-day transcript of the May 19, 2016 pre-trial meeting under Fed. R. App. P. Rule 10(b)(1)(A)(i).

A USPS money order for $111.55 is enclosed. Please e-mail the transcript to hstanley@totelcsi.com.

Thank you for your assistance. Please call or e-mail if you have any questions.

Regards,

Harold Stanley

*HRS* Harold R. Stanley

P.O. Box 1236• Oologah, Oklahoma [74053-1236]• Cell: 816-210-5905•E-Mail: hstanley@totelcsi.com

Date: June 16, 2016

Kathy Calvert
United States District Court Reporter
400 E. 9th Street, Room 8452
Kansas City, MO 64106

Re: Western District of Missouri
USA v. HRS
Case No. 15-00271-01-CR-W-RK
Trial Transcript Order

Dear Ms. Calvert:

Defendant-Appellant Harold R. Stanley hereby orders a 30-day transcript of the following portions of the May 31-June 2 trial under Fed. R. App. P. Rule 10(b)(1)(A)(i):

Testimony of the following Government witnesses, including direct examination, cross-examination, and re-direct:

- Shauna Henline
- Ramon Hernandez
- Richard Littrell
- David Melcher
- Wendell Thomas
- Janice Willard

Defendant's opening statement
Defendant's testimony
Defendant's closing statement

Conferences held among the parties with the judge but without the jury in the courtroom, including:

- May 31 pre-trial meeting, including Carl Weston's and Rod Class' testimonies
- Recess discussions on May 31 and June 1 (excluding jury instruction discussions)
- Defendant's evidence discussion prior to his testimony on June 2

Thank you for your assistance.  I will adjust this listing if needed after you have a page estimate. Please call or e-mail if you have any questions.

Regards,

Harold Stanley