# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Criminal Action No. |
| HAROLD R. STANLEY, | ) | 15-00271-01-CR-W-RK |
| Defendant | ) | |

---

## STATEMENT OF ISSUES FOR APPEAL

Comes now, Defendant-Appellant, under Fed. R. App. P. Rule 10(b)(3)(A) to file a statement of the issues that the Appellant intends to present on the appeal. This statement is necessarily generalized until the Appellant receives the transcripts to verify his recollection of the proceedings:

Denial of well-reasoned and well-supported pre-trial motions

Violations of due process, including but not limited to Fed. R. Crim. P. Rule 12(d)

Abuse of judicial power, including but not limited to:

Excessive limits on Defendant's presentation of witnesses

Excessive limits on Defendant's opening statement content

Excessive limits on Defendant's presentation of evidence

Excessive leeway on Plaintiff's presentation of evidence

Perjured statements by Plaintiff's witnesses admitted by the Court into evidence

Respectfully submitted,

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant-Appellant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing was delivered on June 16, 2016 to the CM/ECF system of the United States District Court for the Western District of Missouri.

/s/ *Harold R. Stanley*

Harold R. Stanley, Defendant-Appellant
P.O. Box 1236
Oologah, Oklahoma [74053-1236]
Telephone: 816-210-5905
E-mail: hstanley@totelcsi.com